UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
9/10/15
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                                    Case Number: 3:15-mj-1170-JRK

JOSHUA RYNE GOLDBERG

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present for any and all of my communications or interactions with the government or its agents with regard to this case and any other state or federal case, investigation or matter, whether it be criminal, civil, or administrative in nature. I will not waive my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me for any reason unless my counsel is present.

Dated: 9-10-15

_Joshua Goldberg_
Defendant's Signature

_/s/ Jeffrey Gedbaw_
Jeffrey Gedbaw, Assistant Federal Public Defender
Missouri Bar No. 0056318
Assistant Federal Public Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Jeff_gedbaw@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by hand delivery to United States Attorney's Office, 300 North Hogan Street, 7th Floor, Jacksonville FL 32202 in open court on this 10th day of September, 2015.

_/s/ Jeffrey Gedbaw_
Jeffrey Gedbaw, Assistant Federal Defender