# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

Case No. 3:15-mj-1170-JRK

v.

**JOSHUA RYNE GOLDBERG**

Defense Attys.: Maurice C. Grant, II, Esquire & Paul A. Shorstein, Esquire
AUSA: Kevin C. Frein, Esquire & Mara Kohn, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 9/15/2015<br>2:01 p.m. - 2:12 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Patrick Sheridan |

## CLERK'S MINUTES

**PROCEEDINGS:**    DETENTION/PRELIMINARY HEARING

Attorney Grant's oral motion for the Federal Public Defender to withdraw as counsel for Defendant because Paul A. Shorstein, Esquire filed a Notice of Appearance on behalf of Defendant, is **GRANTED**.

**Order to enter.**

Defendant's oral motion for competency examination, with no objection from the Government is **GRANTED.**

**Order to enter.**

Defendant's oral motion to continue detention hearing, with no objection from the Government, is **GRANTED.**

Detention and preliminary hearings continued pending a determination of Defendant's competency.

**Order to enter.**