**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**Case No. 3:15-mj-1170-JRK**

vs-

**JOSHUA RYNE GOLDBERG**

_____

## O R D E R

This cause came before the Court at the scheduled detention and preliminary hearings held on September 15, 2015.  During the hearing, Attorney Grant made an oral motion for the Federal Public Defender to withdraw as counsel for Defendant because Paul A. Shorstein, Esquire filed a notice of appearance on behalf of Defendant on September 14, 2015. See Notice (Doc. No. 9).  Accordingly, and for the reasons stated on the record, it is

**ORDERED:**

1.     The oral motion to withdraw as counsel is **GRANTED**.

2.     The Federal Public Defender is relieved of any further responsibility in this case, with the exception of those duties required to properly transition the case to new counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of September, 2015.

_James R. Klindt_
**JAMES R. KLINDT**
United States Magistrate Judge

Copies to:
Assistant United States Attorney (Frein)
Paul A. Shorstein, Esquire
Maurie C. Grant, II, Esquire
United States Marshals Service
United States Pretrial Services Office