**FILED IN OPEN COURT**

12/14/2015

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:15-mj-1170-J-JRK

JOSHUA RYNE GOLDBERG

### GOVERNMENT'S WITNESS LIST

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Lisa B. Feldman, Psy.D.

The United States reserves the right to call additional witnesses during the competency hearing of this case, if appropriate.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *Kevin C. Frein*

KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:       kevin.frein@usdoj.gov

U.S. v. JOSHUA RYNE GOLDBERG           Case No. 3:15-mj-1170-J-JRK

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I filed the foregoing via hand delivery to the following:

Paul Shorstein, Esquire.

*/s/ Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:  (813) 274-6358
E-mail:     kevin.frein@usdoj.gov