UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:15-mj-1170-JRK

JOSHUA RYNE GOLDBERG
_____

**UNITED STATES' NOTICE
REGARDING DESIGNATION OF DEFENDANT**

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice regarding the Defendant's designation at a Federal Medical Center.

1. On December 22, 2015, the undersigned was advised by the United States Marshals Service ("USMS") that the Defendant was designated for placement at the Federal Medical Center ("FMC") in Butner, North Carolina for purposes of treatment and a psychiatric or psychological examination by a designated licensed or certified psychiatrist or psychologist.

2. Although the Defendant received his designation for FMC Butner, there currently is not a bed space available for the Defendant. The undersigned was advised that the USMS will transport the Defendant to FMC Butner as soon as

they are notified that a bed space is available. The USMS expects a bed space to be available on or about January 3, 2016.

          Respectfully submitted,

          A.  LEE BENTLEY, III
          United States Attorney

By:   *s/ Kevin C. Frein*
      KEVIN C. FREIN
      Assistant United States Attorney
      Florida Bar No: 0149144
      300 North Hogan Street, Suite 700
      Jacksonville, Florida   32202-4270
      Telephone:   (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail:   kevin.frein@usdoj.gov

**U.S. v. JOSHUA RYNE GOLDBERG**          Case No. 3:15-mj-1170-JRK

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Paul A. Shorstein, Esquire.

*s/ Kevin C. Frein*  
KEVIN C. FREIN  
Assistant United States Attorney