FILED IN OPEN COURT
12/20/2017
CLERK J S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:17-cr-249-J-39MCR
     18 U.S.C. § 844(i)

JOSHUA RYNE GOLDBERG

## INFORMATION

The U.S. Attorney charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about July 2015, and continuing through on or about September 10, 2015, in the Middle District of Florida, and elsewhere, the defendant,

JOSHUA RYNE GOLDBERG,

attempted to maliciously damage and destroy, by means of an explosive, a building used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, to wit: the Town Pavilion building located at 1120 Walnut Street, Kansas City, Missouri.

In violation of 18 U.S.C. § 844(i).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844(i), the defendant, JOSHUA RYNE GOLDBERG, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), all assets, foreign or domestic, derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332(b)(g)(5) against the United States, citizens or residences of the United States, or their property;

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Nokia Lumia 521 phone w/ cord, IMEI # 355913057737970;

   b. an Apple Ipad Mini w/ case, serial number F79MQUTSF196;

   c. a Lenovo Y70-70 Touch model 80DU laptop computer, serial number MP06SDR9, w/power cord; and

   d. a Hewlett-Packard model G7-2270us laptop computer, serial number 5CD3105Q2D.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
Acting United States Attorney

By: *Kevin C. Frein*
Kevin C. Frein
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division