AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
12/20/2017
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 3:17-cr-249-J-39MCR |
| JOSHUA RYNE GOLDBERG | |

I, JOSHUA RYNE GOLDBERG, the above named defendant, who is accused of attempted malicious damage and destruction by an explosive of a building, in violation of 18 U.S.C. § 844(i), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
JOSHUA RYNE GOLDBERG
Defendant

_____
PAUL SHORESTEIN, ESQ.
Counsel for Defendant

Before _James R. Klindt_
Judicial Officer