FILED IN OPEN COURT

12/20/2017

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLERK, U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA**

**vs.**                                    Case No. 3:17-cr- 249 -J- 39 MCR

**JOSHUA RYNE GOLDBERG**

_____

### NOTICE REGARDING ENTRY
### OF A PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized by Local Rule 6.01(c)(12), United States District Court, Middle District of Florida, with the consent of the Defendant, to conduct the proceedings required by Rule 11, Fed.R.Crim.P. incident to the making of the plea.  If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea.  I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

Date:  December 20, 2017

_____          _____
Defendant                                          Defendant's Attorney