UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 3:17-cr-249-J-39MCR

JOSHUA RYNE GOLDBERG

## <u>NOTICE REGARDING SENTENCING HEARING</u>

The United States of America, by Maria Chapa Lopez, United States
Attorney for the Middle District of Florida, by and through the undersigned
Assistant United States Attorney, hereby files this notice, consistent with the
Order of this Court. Specifically, on January 5, 2018, the Court signed an Order
adopting the Report and Recommendation Concerning Plea of Guilty issued by
U.S. Magistrate Judge, James R. Klindt. (Docs. 77, 79) The Court's Order set
the sentencing hearing for April 11, 2018, at 2:00 PM. The Order directed that
if either party believed that the sentencing hearing would take longer than one
hour, the Court was to be notified. Based on discussions with counsel for the
defendant, Paul Shorstein, Esquire, both parties estimate that the sentencing

hearing may take the entire day of April 11, 2018. Both parties respectfully request that the Court start the sentencing hearing at 9:00 AM on April 11, 2018.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney


By:     */s/ Kevin C. Frein*
        KEVIN C. FREIN
        Assistant United States Attorney
        FBN: 0149144
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:      kevin.frein@usdoj.gov

**U.S. v. Joshua Ryne Goldberg**          **Case No: 3:17-cr-249-J-39MCR**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Paul Shorstein, Esquire.

s/*Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney