**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 Case No. 3:17-cr-249-39MCR

JOSHUA RYNE GOLDBERG

---

## ORDER

The Clerk of the Court is directed to reassign this matter to the Honorable James R. Klindt, United States Magistrate Judge, with his consent.

**DONE AND ORDERED** at Jacksonville, Florida on January 16, 2018.

_____
MONTE C. RICHARDSON
United States Magistrate Judge

Copies furnished to:
Assistant United States Attorney (Frein)
Paul A. Shorstein, Esq.