# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.3:17-cr-249-BJD-JRK

JOSHUA RYNE GOLDBERG

## MOTION FOR AUTHORIZATION TO EXCEED PAGE LIMIT

The Defendant, Joshua Ryne Goldberg, by and through counsel, Paul Shorstein,

Shorstein, Lasnetski & Gihon, LLC, comes now and moves this Honorable Court for an

order allowing undersigned counsel to exceed the twenty-five page limit set forth in Local

Rule 3.01 for Defendant's Sentencing Memorandum.  In support of this motion, Defendant

states the following:

1.      On December 20, 2017, Defendant entered a guilty plea to the charge of

attempting to maliciously damage a building by means of an explosive in violation of 18

U.S.C. Section 844(i).  Defendant's sentencing hearing is scheduled for April 11, 2018, at

9:00 a.m. Due to the nature of the case, the sentencing hearing is scheduled to last all day.

2.      Defendant's charge is very serious, and it comes with significant

enhancements to his guidelines and his criminal history category. The factual basis in the

Presentence Investigation Report (hereinafter, the "Report") details Defendant's online

activity that is the basis for the charge.

3.      Defendant seeks to inform this Honorable Court that what is contained in the factual basis and the Report is just a very small part of Defendant's online existence and fails to include important details about his motivations.  Additionally, Defendant has been seriously mentally ill since age three. Defendant would like to provide information to this Honorable Court about his mental health history and how his illnesses have affected his behavior, particularly his behavior as it relates to this case. In short, there is a significant amount of information that is not included in the factual basis or the Report that provides critical context and background information that Defendant believes is necessary to understand in order to determine a proper sentence.

4.      Undersigned counsel anticipates his sentencing memorandum will be approximately thirty-two pages in length, if this motion is granted. Undersigned counsel intends to attach two exhibits to the memo (Exhibit 1 is forty-five pages and Exhibit 2 is nineteen pages).

5.      The assistant United States attorney has no objection to this motion.

## MEMORANDUM

Middle District of Florida Local Rule 3.01(a) provides that a motion or other application for an order shall not exceed twenty-five pages.  While the rule does not specifically refer to sentencing memoranda, it does refer to a memorandum in support of a request, and the sentencing memorandum is technically a request for an outcome. Therefore, this motion is filed in an abundance of caution. Local Rule 3.01(d) allows a party to file a motion requesting permission to file a motion in excess of twenty-five pages.

**WHEREFORE,** the Defendant, Joshua Ryne Goldberg, respectfully requests that this Honorable Court enter an order allowing undersigned counsel to file a sentencing memorandum that exceeds the twenty-five page limit as detailed above.

Respectfully submitted,

By:   s/Paul Shorstein
      PAUL SHORSTEIN
      Florida Bar No. 814431
      Shorstein, Lasnetski & Gihon
      6550 St. Augustine Rd., Ste. 303
      Jacksonville, Florida 32217
      Telephone: (904) 642-3332
      Facsimile: (904) 685-4580
      E-mail: Paul@jaxtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kevin Frein, Esquire, Assistant U.S. Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202.

s/Paul Shorstein
Paul Shorstein, Esquire
Florida Bar No.:  814431
6550 St. Augustine Rd., Ste. 303
Jacksonville, Florida 32217
Telephone:  (904) 642-3332
Facsimile:  (904) 685-4580