# EXHIBIT 1



Peter Wallace

••• ✕

Have you seen the new threat from Australi Witness? Really detailed, specific stuff. He even posted a video of his jihadist friend shooting a rifle.

Sep 9

No. Not familiar with that.

Sep 9

He's the keyboard jihadist who inspired the shooting attempt in Garland, Texas earlier this year. He's a huge admirer of Mariam Veiszadeh.

Sep 9

What's his acc?

Sep 9

He's mainly posting on sites like JustPaste and 8chan now.

justpaste.it/auswitness

8ch.net/islamicstate/r...

Sep 9

Thanks, I'll have a look.

Got to be a bit careful, using my real name now.

Sep 9

What do you mean?

Sep 9

I'm using my real name, don't want to engage the scum too much. Don't want to be physically targeted

[ ○ ]   Send







Alice Pooley 9 News

Hello... can I email you the information that I collected regarding jihadists in Australia & their plans?

Apr 28

Hello - yes please it's apooley@nine.com.au
Thankyou

Apr 28

I just sent you an email. Did you receive it?

Apr 28

Hi yes I did - Thankyou. It looks like you did great work, but I've just seen online the west has published a story about your account?

Apr 28

They made mistakes in their article, & they forgot to include the information about jihadist links to Amnesty & the Human Rights Law Centre.

Also, I have uncovered more info since then.

Apr 28

I see - Could you send me what you've uncovered that the west didn't include?

Apr 28

Actually maybe we should talk over the phone?

Apr 28

I sent you another email. Let me know what you think.

Send



grant taylor

Hello again. I had a quick chat with the Aust Fed Police this morning who would also be very keen to see any material you can pass on.
Apr 15

Sorry if I'm sounding a bit pushy, but any chance of seeing the Leak and Pickering stuff today? And what time is it there? 10.30am here
Apr 15

I sent you the email.  Did you receive it?
Apr 16

I have. Just going thru now but what I have seen looks amazing. You actually got people to admit they were planning jihad. brilliant.

Go to bed and will send you a decent message later tonight. Ta
Apr 16

Thanks! I wish I could have taken more screenshots, but I'm glad that what I saved was good enough. I look forward to hearing back from you!
Apr 16

Hey... I haven't heard back from you. Any updates?
Apr 18





< 🐦                    grant taylor                    ••• ✕

Apr 18

Email it thru and I can forward to AFP. They had people looking at your stuff yesterday. But hard with Twitter to id account holders
Apr 18

Alright, I'm emailing it to you.
Apr 18

Alright, I sent you some information.
Apr 18

Did you receive the email?
Apr 18

Got it. Having a read now. Cherrs
Apr 18

What did you think?
Apr 18

Hey... I haven't heard back from you yet.  What did you think of the information I sent you?
Apr 19

Are you still there?
Apr 20

Yeah sorry, been a bit crook last couple of days. I have forwarded it to AFP. Did you detect a note of sarcasm in the original neoNazi post?
Apr 20



grant taylor

It is hard to tell if they are being serious or joking. No doubt the though that dea spread pretty quickly to others who may not have seen

the joke. not really sure what to make of it to be honest. You?

Apr 20

To be honest, if it were a joke, I don't think they would have posted it so many times & included links to real Islamic extremist groups.

Apr 20

The same post was made over and over and over again, all of them by someone from Greenland.

If it were a joke, I don't see why they would be so eager to repost it ... unless they actually did want people to carry out the instructions

Apr 20

Do you plan to update the article, though?

Apr 20

I mean, to fix the error and to add the information about the jinadists working with "human rights" groups.

Apr 20

I did ask for it to be changed but it had already been replaced on the website by the terror raids in Melbourne. Again junaid links.

Apr 20

You are probably right re the Neo nazi post. The intent is clearly to plant a seed if someone's head.

Send



grant taylor

I'm still having discussions with jihadists on the account. Can I send you some more info so you can write a new article.

...and include the info about "human rights" groups in it?
Apr 20

There's an Aussie jihadist I'm talking to right now who is providing me with all sorts of "interesting" info.
Apr 20

Here's a thread on 8chan's /islam/ board about attacking Anzac Day:
archive.is/1ju74
Apr 22

Hi, do you know anything about the individuals behind the posts?
Apr 22

Well, the flags beside the posts show the location of each poster. The IDs show that the posters are different people.
Apr 23

Hi there, ive been away in Nepal reporting on the earthquake, but I see you have been busy following the bloke called Australi witness.

I don't suppose he has revealed any personal information about himself? the fed cops here are hunting for him over terror incitement claims
May 6

Email me.
May 6



grant taylor

Apr 23

Hi there, Ive been away in Nepal reporting on the earthquake, but I see you have been busy following the bloke called Australi witness.

I don't suppose he has revealed any personal information about himself? the fed cops here are hunting for him over terror incitement claims

May 6

Email me.

May 6

Austral Witness briefly came back for about an hour this morning, explicitly calling for attacks in the UK before being suspended.

May 7

He ordered Muslims to attack polling booths or synagogues, and posted links to the addresses of synagogues in London and Manchester.

May 7

Australi Witness says his email address is auswitness@yahoo.com.

May 23

You should report on this: washingtontimes.com/news/2015/may/...

May 29

Are Australian police aware of the detailed new threats posted by Australi Witness? He even posted a video of his friend shooting a rifle.

Aug 8

Send



< 🐦                    Cyndi Lavrencic                    ··· ✕

Hey... are you going to write ad article about the info that i sent you
regarding Junaid's followers?
                                                                    Apr 20

Hello - sorry not at this stage. We wanted it on Saturday which is when the
info first came out, but with the time difference etc 1/2

it didn't make it. I'll contact you again if we do! Thanks so much for your
help though 2/2
Apr 22

No problem. Let me know if you need more info. I'm currently talking with
another Aussie jihadist who is providing quite a lot of info.
                                                                    Apr 22

Yeah thanks. Any planned attacks? Will you start forwarding info on to
authorities?
Apr 22

Aside from the planned attacks on Leak & Pickering, there's been some
chatter about attacking Anzac Day parades, esp. in Sydney & Melbourne.
                                                                    Apr 22

is that recent? A number of people were arrested over the weekend in
relation to a planned attack
Apr 22

It's been going on for a few days now. It's still ongoing.
                                                                    Apr 22

 Cyndi Lavrencic                    ••• ✕

Could you send me some of the newer screenshots? I can forward them without your contact. Unless you wanted to report yourself?

From outside Australia: (+61) 1300 1234 01
Email: hotline@nationalsecurity.gov.au

 Not sure if you wanted to remain completely anon

Apr 22


Hold on, let me see if I can find some of the conversations 

Apr 22

Here's a thread on 8chan's /islam/ board about attacking Anzac Day. archive.is/1ju74

Flags by the posts = the posters' locations.

Note how the Australian posters have different IDs, meaning they're different people. 

Apr 22

 Right right. Posted today. Thanks for that - let me know if anything else comes up

Apr 22

No problem.

Will you be posting an article this Saturday? Or have you abandoned the article altogether? 

Apr 22

We're a TV station, so it could run say Weekend's are produced over next





Cyndi Lavrencic

Here are two Australia-based ISIS fanboys who might be of interest to you:

Twitter.com/AusWitness2 (near Perth)

twitter.com/mahkiwa

Apr 23

Interesting. Are these followers of your other account or do you come across them?

Apr 23

The former follows my Junaid account. The latter doesn't, but I think my Junaid account follows him.

Apr 23

Has anyone messaged you after finding out Junaid has a separate account?

Apr 23

My account still gets messages, but I haven't gotten any regarding the separate account. Just tweets about it.

Apr 23



Cyndi Lavrencic   ··· ✕

Are Australian police aware of the detailed new threats posted by Australi Witness? He even posted a video of his friend shooting a rifle.

Aug 12

I saw something that sounds similar, posted last month? Do you have a link?

Aug 12

ach.net/islamicstate/r...

Aug 12

Yes thank you.

Aug 12

Is that the one you were thinking of?

Check out the video link. It actually does show someone firing a rifle.

Aug 12

Yes it is, yeah posted July

Aug 12

Australi Witness made a post in the thread a few days ago, saying he hasn't heard from the gun-owning jihadist since July 24.

Do you know if police captured him? I mean, if they did, it would be on the news, wouldn't it?

Aug 12

You would think so but I don't remember anything. News like that would



Cyndi Lavrencic

You would think so but I don't remember anything. News like that would make it to Perth. Very strange

Aug 12

Well, Austrail Witness claims to live in Perth, but the guy he says is going to shoot up a synagogue is supposedly from Melbourne.

I can't imagine that it WOULDN'T be on the news if Australian police captured a guy with an SKS rifle who was planning jihad

Aug 12

Can I ask where you first heard about the 8chan threat?

I only knew about it because of a thread about it made on another 8chan board.

Aug 14

Any other screen shots or things relating to him?

Aug 14

I had the link sent to me by a friend - I think it was linked to him

Aug 14

8chan's Transparency Report comes out on the 18th. In the report, they'll reveal if any governments asked them for IP addresses ...

... and, if so, on which boards the IP addresses were requested for. I'd be very surprised if governments didn't request the IP of that post.

I haven't seen anything else from him, but I'm almost 100% certain this is his account. @aussecret



Elise Potaka
••• ✕

We meet again!
Apr 15

Can I ask u something?
Apr 15

I suppose so.
Apr 15

Was it you on Facebook the other day? I'm not out to judge

Just curious
Apr 15

Maybe I got it wrong?

But yr anti ISIS right?
Apr 15

Yes, it was me on Facebook pretending to be you. And yes, I am anti-ISIS.
Apr 15

Ok. Can I ask what's yr interest in Junaid Thome?
Apr 15

Aren't u in the US?
Apr 15

I should say I'm not friends with Junaid, have just interviewed him before

Send



< 🐦                         Elise Potaka                    ••• ✕

Apr 15

> I am interested in extremist movements. Also, I gathered some information from Junaid's followers.

> They are planning a Charlie Hebdo-style attack on Australian cartoonists Bill Leak and Larry Pickering.

> They have the addresses of both cartoonists.
Apr 15

Sorry I was just sleeping. They told u they want to carry out an attack?

Have u told relevant authorities in Australia?
Apr 15

> No, I haven't told any authorities about it. I live in the US.
Apr 16

How serious did they sound in terms of targeting Leak and Pickering? Or was it just roundabout talk.

Can I ask, how did u instigate those conversations with them?
Apr 16

> I can send you some screenshots via email if you'd like me to.

> But, first, you have to tell Junaid that I had nothing to do with the Twitter account & that you made a mistake.
Apr 16



Elise Potaka

Can I ask, what do u hope to do with all the info u get?
Apr 16

Another journalist asked me for the info to use as part of a story, so I emailed it to him.
Apr 16

Oh ok.

Aussie?
Apr 16

Yes.
Apr 16



Elise Potaka

Listen: if you can convince Junaid not to send his jihadist buddies after me. I can send you the info too.

Apr 16

Has anyone threatened u?

Apr 16

Can u send me screengrab of grant Taylor talking about me?

Apr 16

Btw I've also worked for BBC, DW, SBS, ABC, Sydney morning herald, global mail, Agence France Presse

Apr 16

Not yet, but I fully expect to start receiving threats.

And I think he would get mad at me if I did. I don't want to start fights.

Apr 16

Tbh I think Junaid is someone who just influences through words, not sure he would really bother, or be organised enough, to do anything

That's just my reading of him

Apr 16

My email address is elise.potakaosborne@gmail.com

Hope u can also send me the grabs

Apr 16

Send



Elise Potaka

Hey, what do you know about Austrail Witness?
May 5

A lot.. What do you need to know?
May 5

Everything you know about him!
How do you know so much?
May 5

I've spoken to him before. He lives in Perth, worked for Amnesty, tweeted out instructions on how to get to the event in Texas..
May 5

...and has been at the forefront of uniting jihadists against Bill Leak and Larry Pickering, to name a few things.
May 5

How did u first get in touch with him and when?
May 5

I've been following his activity for a while.  He used to post as IslamicStateEng and IslamicStateAU. I think his name might be Hasan Ali.
May 5

How did you work out his name?
May 5

Someone called Hasan Ali made a post on Islamic Awakening about Bill..



Elise Potaka

By the way, Australi Witness is back, and he followed my fake Junaid account again: @AusWitness4
May 7

Already suspended. Hopefully he'll make another one soon!
May 7

He was repeatedly demanding attacks on polling booths & synagogues in the UK. He posted the addresses of synagogues in London & Manchester.
May 8

Oh really? Did u get screengrabs?
May 8

No, but you can search for AusWitness4 and AusWitnIS4 to see people talking about it.
May 8

Ah ok cool. How do u keep up with the new accounts?

Can u let me know if you see him back online?
May 8

They always follow me. Also, I follow a lot of jihadist accounts.

And yes, I'm sure he'll be back.
May 8

ok
May 8

Send

 Elise Potaka                    ••• ✕


May 9



Other jihadist accounts I know are from Australia.

@AussieRevert

@mjm1436

@Jamil_Elbaza

@Dr_K_aus

@mahikiwa / @omar_australi

@ShuuHabib


May 9



I think @Tawheed_nation is from Australia too.

May 9



**Elise Potaka**

He'd probably just respond with something about Twitter being run by kuffar.

BTW, if ISIS attacks London, it will probably be today.

May 15

Friday is the day when the largest amount of Muslims are praying in mosques. Today would be the day that ISIS would shoot up a mall.

They've been threatening to do it all week with their #LondonAttack Tweets.

May 15

It could just be keyboard warrior bullshit, but those threats were much more specific than the usual "hurka durka we will kill the infidels"

Two of them posted pictures of their guns and bombs for an imminent London attack, and some others talked about attacking a shopping mall.

May 15

Why would they do Friday? That's the least likely day surely

Given prayers etc

May 15

Because that's the day when the most amount of Muslims are praying, so, in a shooting, they'd kill the most non-Muslims & the least Muslims.

May 15

Oh I see. Yeah possibly a good point

But already past prayer time no?

Send



Elise Potaka

What's yr actual aim?
May 24

My aim?
May 24

I mean, yr not really a journalist
May 24

Or r u trying to get into that? I just don't really understand
May 24

I'm not "really" anything. I just wanted to get published.
May 24

Why don't you just put it online on a blog or something. Or I dunno, maybe you can try call or meet in person with the editors, or skype

Or did u do that already?
May 24

I want to reach a wide audience.
May 24

Lol. Online elsewhere is just as good for that these days

I mean, I have journalist friends who can't get published at the moment as there's just not much space

I know yr doing it for free, and it's an opinion piece, but...

Send



I was looking through mohamadmo's followers & I noticed this: @AusSecret

Could this be Australi Witness?

I mean, there's nothing on the page, but it has "Aus" in the name & follows two of the accounts that Australi Witness talked to.

May 31

Hmm not really any way to know I guess

But doubt it, Aus Witness is not likely to be so "secret"

May 31

hey what do you know about canary mission?

Jun 1

I've been doxxing those fuckers for a few days and I think I know who it is. Can I email you?

Jun 1

Sure!

Jun 1

Check your email.

Jun 1



Elise Potaka

Two more Australian jihadists:

@AbdelBakiAU

@imdevAK47

Oh, and a third one: @dasulafillon
Jul 11

More: @AbuOsamaAlAustr
Jul 12

@MahmoudSOA
Jul 12

@AbuZes83
Jul 12

@abukhalidalooz
Jul 12

Hey u online?
Jul 12

Yes.
Jul 12

Thanks for twitter links, some look interesting.
Jul 12

Send



Elise Potaka + Amina Blackberry   ••• ×

Hi Amina, I'm an Australian journalist. Just have a question I wanted to ask you about the Aussie IS supporter "Australi Witness"
Jun 14

What's your question?
Jun 14

I saw you're interested in him and follow what he's up to. Where did u find out about his blog from?
Jun 14

I'm trying to keep on top of everything he does, but it's hard to keep tabs on him
Jun 14

I was looking through here: archive.is/justpaste.it

I noticed it among the pages that had been archived.

Justpaste is used almost exclusively by jihadist types

I often check archive.is for the newly-archived jihadist documents.
Jun 14

Oh yeah, hadn't thought of doing that. That's a good way to do it

Do you have a particular interest in him? Know anything else about him?
Jun 14

I don't know much about him, but I had read about him in the past. Do you

Send



I'm not sure, just have some vague details. But hoping to write an article about him soon.

So strange that news of him reaches you all the way in the US!

Jun 14

The news covered him inspiring the attack in Texas.

Do you think his new threat is legit?

Jun 14

Oh yeah, that makes sense. I have no idea if his threats are real. I hope not.

Please let me know if you see anything else by him!

Jun 14

Alright, I'll tell you.

What will happen if his threat turns out to be real? I imagine it would cause quite a shitstorm.

Jun 14

Yeah I guess it would. He's certainly very blatant.

Jun 14



Search

Search Mail Search Web 🏠 Home 👤 Metropolisforeve...

Junaid Thorne Information (3)    [ People ]

◀ ◀◀ ▶  🗑 Delete  ➤ Move ▾  ••• More ≡ Collapse All  ▲ ▼ ✕

**Metropolisforever Five** <metropolisforever_5@yahoo.com> Apr 27 at 5:47 AM
To rita.panahi@news.com.au

Dear Ms. Panahi,

Recently, I set up a fake account under the name Junaid Thorne, impersonating the Perth-based Islamic radical preacher (https://twitter.com/JunaidThorne). Immediately, Australian jihadists began to follow me and engage in conversations with me.

The real Junaid Thorne eventually caught on and set up a real account for himself (https://twitter.com/MJunaidThorne1). However, by impersonating Junaid, I was able to extract some very interesting information from his followers when they thought I was him. In particular, I learned that jihadists in Australia are planning to attack cartoonists Bill Leak and Larry Pickering, both of whom drew cartoons poking fun at Muhammed.

Here is some information that I gathered about Junaid Thorne's followers.

Most of these screenshots were taken a while ago, and most of the accounts have since been suspended (ISIS accounts are CONSTANTLY suspended and then re-created).

As you read these screenshots, please keep in mind that I had to keep in character and act like I approved of what they were saying.

http://i.imgur.com/tzhLzJg.png

http://i.imgur.com/OUJHuEE.png

http://i.imgur.com/ariipFg.png

http://i.imgur.com/4kvQing.png

http://i.imgur.com/WmtbPf1.png

http://i.imgur.com/yWZmcdR.png

http://i.imgur.com/65UOLWs.png

http://i.imgur.com/FSchznw.png

http://i.imgur.com/XP1nMdY.png

http://i.imgur.com/ou86alW.png

http://i.imgur.com/kM55a69.png

http://i.imgur.com/1D7fVHx.png

http://i.imgur.com/opP1Azu.png

Some of the info that I wasn't able to screenshot includes:

Some of them shared this link (which, ironically, is a neo-Nazi blog) and talked about car-bombing the place: https://cj303addict.wordpress.com/2015/01/22/almost-all-zionist-organizations-in-australia-are-located-on-one-street/ (a user called @BasimaFaysal managed to screenshot one person sharing this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and suggested attacking it, but others said that it would be a waste of time because the people at the rally are all "stupid junkies" and "drunk bogans".





Search

Search Mail   Search Web   🏠 Home   👤 Metropolisforeve...   ⚙️

**Junaid Thorne Information (3)**   [ People ]

This message contains blocked images.   Show images   Change this setting

Thanks for the email.

Is it ok if I forward to two journos who are conducting investigations in this gener

Regards
Rita Panahi

> Show original message

--

**RITA PANAHI**
Columnist

Herald Sun

HWT Tower, 40 City Road Southbank VIC 3006
PO Box 14900, Melbourne VIC 8001, 3001
T +61 3 9292 1262 M +61 404 346 392
E rita.panahi@news.com.au W www.heraldsun.com.au

Herald Sun - We're for Victoria

For advertising 1 degree Venue Data Rights and More

News Corp Australia

This message and its attachments may contain legally privileged or confidential i
intended solely for the named addressee. If you are not the addressee indicated
responsible for delivery of the message to the addressee, you may not copy or d
or its attachments to anyone. Rather, you should permanently delete this messag
attachments and kindly notify the sender by reply e-mail. Any content of this mes
attachments which does not relate to the official business of the sending compa
not to have been sent or endorsed by that company or any of its related entities.
made that the e-mail or attachments are free from computer virus or other defec

**Reply, Reply All or Forward | More**

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  Apr 29 at 4:01 AM
To  Panahi, Rita

Dear Ms. Panahi,

No problem.  Feel free to forward the email to whoever you like.  I
have more information if you need it.

> Show original message

**Reply, Reply All or Forward | More**

Reply  Reply All   Forward





Search

Search Mail    Search Web    🏠 Home    👤 Metropolisforeve...    ⚙️

📝 Compose

Inbox (9999+)
Drafts
Sent
**Spam (38)**
Trash

⌄ Smart Views
  Important
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance
› Folders
› Recent
📢 Sponsored



**Get it Free**
Free Samples Sites- Why You
Should Pay Attention

↩ ↩ ➡    🗑 Delete    ↔ Move ▾    ⋯ More ☰ Collapse All    ⬆ ⬇    ✕

### Junaid Thorne Information (12)    [ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com>    Apr 28 at 5:45 AM
To tom.minear@news.com.au

Dear Mr. Minear,

Recently, I set up a fake account under the name Junaid Thorne, impersonating the Perth-based Islamic radical preacher (https://twitter.com/JunaidThorne). Immediately, Australian jihadists began to follow me and engage in conversations with me.

The real Junaid Thorne eventually caught on and set up a real account for himself (https://twitter.com/MJunaidThorne1). However, by impersonating Junaid, I was able to extract some very interesting information from his followers when they thought I was him. In particular, I learned that jihadists in Australia are planning to attack cartoonists Bill Leak and Larry Pickering, both of whom drew cartoons poking fun at Muhammed.

Here is some information that I gathered about Junaid Thorne's followers.

Most of these screenshots were taken a while ago, and most of the accounts have since been suspended (ISIS accounts are CONSTANTLY suspended and then re-created).

As you read these screenshots, please keep in mind that I had to keep in character and act like I approved of what they were saying.

http://i.imgur.com/tzhLzJq.png

http://i.imgur.com/OUJHuEE.png

http://i.imgur.com/ariipFg.png

http://i.imgur.com/4kvOing.png

http://i.imgur.com/WmtbPf1.png

http://i.imgur.com/yWZmcdR.png

http://i.imgur.com/65UOLWs.png

http://i.imgur.com/FSchznw.png

http://i.imgur.com/XP1nMdY.png

http://i.imgur.com/ou86aiW.png

http://i.imgur.com/kM55a69.png

http://i.imgur.com/1D7fVHx.png

http://i.imgur.com/opP1Azu.png

Some of the info that I wasn't able to screenshot includes:

Some of them shared this link (which, ironically, is a neo-Nazi blog) and talked about car-bombing the place: https://cj303addict.wordpress.com/2015/01/22/almost-all-zionist-organizations-in-australia-are-located-on-one-street/ (a user called @BasimaFaysal managed to screenshot one person sharing this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and suggested attacking it, but others said that it would be a waste of time because the people at the rally are all "stupid junkies" and "drunk bogans".





Search · Search Mail · Search Web · Home · Metropolisforeve... ·

## Junaid Thorne Information (12) — People

place: https://cj303addict.wordpress.com/2015/01/22/almost-all-zionist-organizations-in-australia-are-located-on-one-street/ (a user called @BasimaFaysal managed to screenshot one person sharing this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and suggested attacking it, but others said that it would be a waste of time because the people at the rally are all "stupid junkies" and "drunk bogans".

A ton of them praised the Lindt Cafe attack and promised that there would be more just like it.

Keep in mind, the screenshots here are only a TINY fraction of the interactions that I've had with ISIS supporters on Twitter. There was much, MUCH more. But, again, you pretty much have to screenshot all of this stuff immediately, because ISIS accounts are taken down at a rapid pace.

Overall, it's pretty stunning how many of them claimed to be connected with the Human Rights Law Centre (@rightsagenda) and/or Amnesty International.

I can provide you with more information if you'd like me to. I have also found chatter about killing Leak & Pickering on other Islamic jihadist websites (for example: https://archive.is/kXwNU).

Reply, Reply All or Forward | More



**Minear, Tom** <tom.minear@news.com.au>                 Apr 28 at 10:28 PM
To  Metropolisforever Five

Hi there, thanks for your email. I'd be keen to learn more about this.. is there a number I can reach you on so we can chat? Cheers.
Tom Minear
Reporter
Herald Sun

> Show original message

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message or responsible for delivery of the message to the addressee, you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments which does not relate to the official business of the sending company must be taken not to have been sent or endorsed by that company or any of its related entities. No warranty is made that the e-mail or attachments are free from computer virus or other defect.

Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>   Apr 28 at 10:33 PM
To  Minear, Tom

Dear Mr. Minear,

I live in the United States, and I'm not sure how much it would cost me to call you. Can we discuss this over email?

Compose

Inbox (9999+)
Drafts
Sent
Spam (38)
Trash

Smart Views
  Important
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance

> Folders
> Recent

Sponsored



Get it Free
Free Samples Sites- Why You
Should Pay Attention



Search

Search Mail   Search Web   🏠 Home   👤 Metropolisforeve...   ⚙️

✎ Compose

**Inbox** (9999+)

Drafts

Sent

Spam (38)

Trash

⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance

> Folders

> Recent

Oriental Trading
Company
🔖 orientaltrading.com
Official Site:
OrientalTrading.com

↩ ⇤ ↦ | 🗑 Delete | ▣ Move ⌄ | ⋯ More ▣ Collapse All | ↑ ↓ ✕

### Junaid Thorne Information (12)   [ People ]

> Show original message

Reply, Reply All or Forward | More

**Minear, Tom** <tom.minear@news.com.au>                Apr 29 at 12:52 AM
To  Metropolisforever Five

Thanks for getting back to me. I could call you at some point and pay for
it, but happy to chat over email for now. Are there many other
screenshots of conversations and people's profiles you can provide us
with?
When did you set up the account and why did you choose to do it? I'd
also be interested to know whether you'd shared this information with the
authorities anywhere.
Cheers,
Tom

Tom Minear
Reporter
Herald Sun

> Show original message

This message and its attachments may contain legally privileged or
confidential information. It is intended solely for the named addressee. If
you are not the addressee indicated in this message or responsible for
delivery of the message to the addressee, you may not copy or deliver
this message or its attachments to anyone. Rather, you should
permanently delete this message and its attachments and kindly notify
the sender by reply e-mail. Any content of this message and its
attachments which does not relate to the official business of the sending
company must be taken not to have been sent or endorsed by that
company or any of its related entities. No warranty is made that the e-
mail or attachments are free from computer virus or other defect.

Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  Apr 29 at 1:56 AM
To  Minear, Tom

Dear Mr. Minear,

I believe the account was created on April 9th.  I set it up to see
what kind of reactions I would get, particularly from Junaid's
followers.  I used the account to collect information on them, and it
was easy to do because they thought I was him.

There are many, many profiles and conversations.  What kind of
information would you like me to provide you with?

Someone else shared some of the information with Australian
authorities.

> Show original message

Reply, Reply All or Forward | More



Search

Search Mail    Search Web    Home    Metropolisforeve...

**Inbox** (9999+)

Drafts

Sent

**Spam** (38)

Trash

⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance

› Folders

› Recent

**Sponsored**



**Blackrock**
Does the Tech Sector Fear the
Fed?

← ↞ → 🗑 Delete ✎ Move ▾ ⋯ More ▾ Collapse All ↑ ↓ ✕

## Junaid Thorne Information (12)  [ People ]

To  Metropolisforever Five

Thanks for getting back to me. I could call you at some point and pay for
it, but happy to chat over email for now. Are there many other
screenshots of conversations and people's profiles you can provide us
with?
When did you set up the account and why did you choose to do it? I'd
also be interested to know whether you'd shared this information with the
authorities anywhere.
Cheers,
Tom
Tom Minear
Reporter
Herald Sun

› Show original message

This message and its attachments may contain legally privileged or
confidential information. It is intended solely for the named addressee. If
you are not the addressee indicated in this message or responsible for
delivery of the message to the addressee, you may not copy or deliver
this message or its attachments to anyone. Rather, you should
permanently delete this message and its attachments and kindly notify
the sender by reply e-mail. Any content of this message and its
attachments which does not relate to the official business of the sending
company must be taken not to have been sent or endorsed by that
company or any of its related entities. No warranty is made that the e-
mail or attachments are free from computer virus or other defect.

Reply, Reply All or Forward | More

---

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  Apr 29 at 1:56 AM
To  Minear, Tom

Dear Mr. Minear,

I believe the account was created on April 9th. I set it up to see
what kind of reactions I would get, particularly from Junaid's
followers. I used the account to collect information on them, and it
was easy to do because they thought I was him.

There are many, many profiles and conversations. What kind of
information would you like me to provide you with?

Someone else shared some of the information with Australian
authorities.

› Show original message

Reply, Reply All or Forward | More

---

**Minear, Tom** <tom.minear@news.com.au>          Apr 29 at 2:11 AM
To  Metropolisforever Five

This message contains blocked images.   Show Images   Change this setting

Interesting stuff. Did you have any communications with the teens recently arrest
over the Anzac Day terror plot? Some of their names are Sevdet Besim, Harun C
Safi, Mehran Azami and Eathan Cruse.

### Today's Mortgage Rates

# 3.13%
### APR 15 Year Fixed

## Calculate New Payment

| | |
|---|---|
| 30 Year Fixed | 3.83% APR |
| 15 Year Fixed | 3.13% APR |
| 5/1 ARM | 2.97% APR |
| $225,000 for | $904/mo |
| $350,000 for | $1,474/mo |

Search

Search Mail    Search Web    🏠 Home    Metropolisforeve...    ⚙

✎ Compose

Inbox (9999+)
Drafts
Sent
Spam (38)
Trash

⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance
› Folders
› Recent

Oriental Trading
Company
orientaltradingp.com
Official Site:
OrientalTrading.com

◂ ◂◂ ▸  🗑 Delete  ⌄ Move ▾  ••• More ▤ Collapse All  ⬆ ⬇ ✕

### Junaid Thorne Information (12)

[ People ]

This message contains blocked images.    Show Images    Change this setting

Interesting stuff. Did you have any communications with the teens recently arres[
over the Anzac Day terror plot? Some of their names are Sevdet Besim, Harun C
Safi, Mehran Azami and Eathan Cruse.

I suppose most of the profiles didn't have people's real identities on them but we
that jumped out to you?

I'd probably be interested in a lot of what you collected - how about anything rela
attacks in Australia?

Or people who left Australia for Syria/Iraq?

May I ask what information in particular was shared with the authorities?

Thanks for your help.

› Show original message

--
**TOM MINEAR**
Journalist

[ Herald Sun ]

HWT Tower, 40 City Road Southbank Vic 3006
T +61 3 9292 2124  M +61 419 115 102
E tom.minear@news.com.au  W www.heraldsun.com.au

[ Herald Sun - We're for Victoria ]

Proudly supporting 1 degree A hand-up not a hand-out

[ News Corp Australia ]

This message and its attachments may contain legally privileged or confidential i
intended solely for the named addressee. If you are not the addressee indicated
responsible for delivery of the message to the addressee, you may not copy or d
or its attachments to anyone. Rather, you should permanently delete this messag
attachments and kindly notify the sender by reply e-mail. Any content of this mes
attachments which does not relate to the official business of the sending compa
not to have been sent or endorsed by that company or any of its related entities.
made that the e-mail or attachments are free from computer virus or other defec

Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  Apr 29 at 3:10 AM
To  Minear, Tom

Dear Mr. Minear,

I'm not sure if I had any contact with them, but I did have contact
with some people talking about attacking Anzac Day.  Here is one
such thread: https://archive.is/cEmZy

The Twitter user @AusWitness2 posted the locations of several
Anzac Day parades and implicitly encouraged attacks on them, but
nothing ever happened.

The Twitter user @mjm1436 left Australia to fight with ISIS in
Syria: https://twitter.com/mjm1436

Most of the chatter has revolved around having Bill Leak and Larry

SELECT A LOAN        RATES           APR
30-Year Fixed        3.75%      3.83% APR
15-Year Fixed        3.00%      3.13% APR
5/1 ARM              2.63%      2.97% APR

OTHER OPTIONS        LOAN         MONTHLY
5/1 ARM             $150k         $632/mo
5/1 ARM             $200k         $843/mo
5/1 ARM             $250k       $1,054/mo
5/1 ARM             $300k       $1,265/
                                  5/1 ARM

MORTGAGE RATES BY STATE
Click Your State

Calculate Payment
Terms & Conditions apply. NMLS#1136

Search

Search Mail    Search Web    🏠 Home    Metropolisforeve...    ⚙

✏ Compose

Inbox (9999+)
Drafts
Sent
Spam (38)
Trash

⌄ Smart Views
    Important
    Unread
    Starred
    People
    Social
    Travel
    Shopping
    Finance
> Folders
> Recent

Shop the Boeing
Store
boeingstore.com
Authentic Die-Cast
and Wood Base

← ‹ → 🗑 Delete  📁 Move ▾  ••• More ☰ Collapse All  ↑ ↓ ✕

## Junaid Thorne Information (12)

People

To  Minear, Tom

Dear Mr. Minear,

I'm not sure if I had any contact with them, but I did have contact with some people talking about attacking Anzac Day.  Here is one such thread: https://archive.is/cEmZy

The Twitter user @AusWitness2 posted the locations of several Anzac Day parades and implicitly encouraged attacks on them, but nothing ever happened.

The Twitter user @mjm1436 left Australia to fight with ISIS in Syria: https://twitter.com/mjm1436

Most of the chatter has revolved around having Bill Leak and Larry Pickering killed.  Some of that info is what was shared with the Australian federal police.

The name Hasan Ali (sometimes spelled Hassan Ali) has appeared a few times.  Someone called Hasan Ali posted a message on the Islamic Awakening forums (a popular jihadist hangout which is down at the moment) about Bill Leak.

> Show original message

Reply, Reply All or Forward | More



Minear, Tom <tom.minear@news.com.au>                     Apr 30 at 1:18 AM
To  Metropolisforever Five

Thanks for sending that through. Appreciate your help.
Have you heard much about Neil Prakash? Or what about the Al-Furqan centre, run by Harun Mehicevic? Thorne apparently has lectured there. Also be interested to know if there's been much about Musa Cerantonio?
Cheers.
Tom Minear
Reporter
Herald Sun

> Show original message

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message or responsible for delivery of the message to the addressee, you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments which does not relate to the official business of the sending company must be taken not to have been sent or endorsed by that company or any of its related entities. No warranty is made that the e-mail or attachments are free from computer virus or other defect.

Reply, Reply All or Forward | More

Metropolisforever Five <metropolisforever_5@yahoo.com>   May 1 at 6:35 AM
To  Minear, Tom

Search

Search Mail    Search Web    Home    Metropolisforeve...

✎ Compose

Inbox (9999+)
Drafts
Sent
**Spam (38)**
Trash

⌄ Smart Views
Important
Unread
Starred
People
Social
Travel
Shopping
Finance

⌄ Folders
⌄ Recent

⊛ Sponsored



**Get it Free**
Free Samples Sites- Why You
Should Pay Attention

← ⇠ → 🗑 Delete  Move ⌄  ••• More ⊟ Collapse All  ⬆ ⬇ ✕

## Junaid Thorne Information (12)    [ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  Apr 29 at 3:10 AM
To  Minear, Tom

Dear Mr. Minear,

I'm not sure if I had any contact with them, but I did have contact
with some people talking about attacking Anzac Day.  Here is one
such thread: https://archive.is/cEmZy

The Twitter user @AusWitness2 posted the locations of several
Anzac Day parades and implicitly encouraged attacks on them, but
nothing ever happened.

The Twitter user @mjm1436 left Australia to fight with ISIS in
Syria: https://twitter.com/mjm1436

Most of the chatter has revolved around having Bill Leak and Larry
Pickering killed.  Some of that info is what was shared with the
Australian federal police.

The name Hasan Ali (sometimes spelled Hassan Ali) has appeared a
few times.  Someone called Hasan Ali posted a message on the
Islamic Awakening forums (a popular jihadist hangout which is
down at the moment) about Bill Leak.

› Show original message

Reply, Reply All or Forward | More

**Minear, Tom** <tom.minear@news.com.au>    Apr 30 at 1:18 AM
To  Metropolisforever Five

Thanks for sending that through. Appreciate your help.
Have you heard much about Neil Prakash? Or what about the Al-Furqan
centre, run by Harun Mehicevic? Thorne apparently has lectured there.
Also be interested to know if there's been much about Musa Cerantonio?
Cheers,
Tom Minear
Reporter
Herald Sun

› Show original message

This message and its attachments may contain legally privileged or
confidential information. It is intended solely for the named addressee. If
you are not the addressee indicated in this message or responsible for
delivery of the message to the addressee, you may not copy or deliver
this message or its attachments to anyone. Rather, you should
permanently delete this message and its attachments and kindly notify
the sender by reply e-mail. Any content of this message and its
attachments which does not relate to the official business of the sending
company must be taken not to have been sent or endorsed by that
company or any of its related entities. No warranty is made that the e-
mail or attachments are free from computer virus or other defect.

Reply, Reply All or Forward | More



IHG

**BOOK EARLY
AND SAVE**

Save Up to
10%-30% when
you book in
advance.

Holiday Inn
Express    Book now

Search

Search Mail    Search Web    🏠 Home    👤 Metropolisforeve...    ⚙️

✏️ Compose

**Inbox (9999+)**
Drafts
Sent
Spam (38)
Trash

🔻 Smart Views
    Important
    Unread
    Starred
    People
    Social
    Travel
    Shopping
    Finance

🔻 Folders
🔻 Recent

Credit Karma™
creditkarma.com
View Your 100% Free
Credit Report. No
Hidden Charges. Free

◀ ◀◀ ▶   🗑 Delete   ⤷ Move ▾   ••• More  ⊟ Collapse All   🔺 🔻 ✕

**Junaid Thorne Information (12)**    [People]

honestly, they probably will this
time): http://www.breitbart.com/texas/2015/02/11/10000-
muhammad-art-and-cartoon-contest-to-be-held-at-site-of-stand-
with-the-prophet-conference-in-texas/

❯ Show original message

Reply, Reply All or Forward | More

**Minear, Tom** <tom.minear@news.com.au>              May 1 at 5:50 PM
To  Metropolisforever Five

    This message contains blocked images.   Show Images    Change this setting

Thanks for all of this - I'll have a read through it today. Any links about Al-Furqan
helpful. It's an Islamic prayer group and bookshop in Melbourne.

Cheers,
Tom

❯ Show original message

--

TOM MINEAR
Journalist

[Herald Sun]

HWT Tower, 40 City Road, Southbank VIC 3006
T +61 3 9292 2128  M +61 437 529 278
E tom.minear@news.com.au  W www.heraldsun.com.au

[Herald Sun - We're for Victoria]

Proudly supporting 1 degree  A News Corp Australian initiative

[News Corp Australia]

This message and its attachments may contain legally privileged or confidential i
intended solely for the named addressee. If you are not the addressee indicated
responsible for delivery of the message to the addressee, you may not copy or d
or its attachments to anyone. Rather, you should permanently delete this messag
attachments and kindly notify the sender by reply e-mail. Any content of this mes
attachments which does not relate to the official business of the sending compan
not to have been sent or endorsed by that company or any of its related entities.
made that the e-mail or attachments are free from computer virus or other defec

Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>   May 3 at 3:29 AM
To  Minear, Tom

    This message contains blocked images.   Show Images   Change this setting

What did you think of the links?

Wasn't the Al-Furqan Centre closed?  Did Feiz Mohammed ever

---

**0.90**

No Fees
FDIC Insured
No Minimum Balance

Home   Mail   Search   News   Sports   Finance   Flickr   Mobile   More ∨

Search        Search Mail    Search Web    🏠 Home   👤 Metropolisforeve...   ⚙️

✏️ Compose

**Inbox (9999+)**
Drafts
Sent
Spam (38)
Trash

∨ Smart Views
  Important
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance
> Folders
> Recent
Ⓢ Sponsored



**Get it Free**
Popular Free Samples that
People Are Talking About

← ≪ → 🗑 Delete  📁 Move ∨  ••• More ∨      ↑ ↓ ✕

### Junaid Thorne Information

                [ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com>    ... 19 at 12:58 AM
To clavrencic@networkten.com.au

Dear Ms. Lavrencic,

Here is some information that I gathered about Junaid Thorne's followers.

Most of these screenshots were taken a while ago, and most of the accounts have since been suspended (ISIS accounts are CONSTANTLY suspended and then re-created).

As you read these screenshots, please keep in mind that I had to keep in character and act like I approved of what they were saying.

http://i.imgur.com/tzhLzJq.png

http://i.imgur.com/OUJHuEE.png

http://i.imgur.com/ariipFg.png

http://i.imgur.com/4kvOing.png

http://i.imgur.com/WmtbPf1.png

http://i.imgur.com/yWZmcdR.png

http://i.imgur.com/65UOLWs.png

http://i.imgur.com/FSchznw.png

http://i.imgur.com/XP1nMdY.png

http://i.imgur.com/ou86aiW.png

http://i.imgur.com/kM55a69.png

http://i.imgur.com/1D7fVHx.png

http://i.imgur.com/opP1Azu.png

Some of the info that I wasn't able to screenshot includes:

Some of them shared this link (which, ironically, is a neo-Nazi blog) and talked about car-bombing the place: https://cj303addict.wordpress.com/2015/01/22/almost-all-zionist-organizations-in-australia-are-located-on-one-street/ (a user called @BasimaFaysal managed to screenshot one person sharing this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and suggested attacking it, but others said that it would be a waste of time because the people at the rally are all "stupid junkies" and "drunk bogans".

A ton of them praised the Lindt Cafe attack and promised that there would be more just like it.

Keep in mind, the screenshots here are only a TINY fraction of the interactions that I've had with ISIS supporters on Twitter. There was much, MUCH more. But, again, you pretty much have to screenshot all of this stuff immediately, because ISIS accounts are taken down at a rapid pace.

Overall, it's pretty stunning how many of them claimed to be connected with the Human Rights Law Centre (@rightsagenda) and/or Amnesty International.



STEEL MASTER
BUILDING SYSTEMS
Steel Buildings
on Clearance

2015
CLEARANCE
MODELS
UP TO 70% OFF

855-230-7526
Click Here




Home    Mail    Search    News    Sports    Finance    Weather    Flickr    Mobile    More ⌄

Search                              Search Mail    Search Web    🏠 Home    👤 Metropolisforeve...    ⚙️

✏️ Compose

↩ ⟵ ⟶    🗑 Delete    📁 Move ⌄    ••• More ⌄    ⬆ ⬇ ✕

Inbox (9999+)

Drafts

Sent

**Spam (38)**

Trash

⌄ Smart Views

  Important

  Unread

  Starred

  People

  Social

  Travel

  Shopping

  Finance

› Folders

› Recent

⚊ Sponsored



**Get it Free**
Free Samples Sites- Why You
Should Pay Attention

### Junaid Thorne Information

People

**Metropolisforever Five** <metropolisforever_5@yahoo.c...   Apr 28 at 5:42 AM
To chiarazaffino@gmail.com

Dear Ms. Zaffino,

Recently, I set up a fake account under the name Junaid Thorne,
impersonating the Perth-based Islamic radical preacher
(https://twitter.com/JunaidThorne).  Immediately, Australian jihadists
began to follow me and engage in conversations with me.

The real Junaid Thorne eventually caught on and set up a real
account for himself (https://twitter.com/MJunaidThorne1).  However,
by impersonating Junaid, I was able to extract some very interesting
information from his followers when they thought I was him.  In
particular, I learned that jihadists in Australia are planning to attack
cartoonists Bill Leak and Larry Pickering, both of whom drew
cartoons poking fun at Muhammed.

Here is some information that I gathered about Junaid Thorne's
followers.

Most of these screenshots were taken a while ago, and most of the
accounts have since been suspended (ISIS accounts are
CONSTANTLY suspended and then re-created).

As you read these screenshots, please keep in mind that I had to
keep in character and act like I approved of what they were saying.

http://i.imgur.com/tzhLzJq.png

http://i.imgur.com/OUJHuEE.png

http://i.imgur.com/ariipFg.png

http://i.imgur.com/4kvOing.png

http://i.imgur.com/WmtbPf1.png

http://i.imgur.com/yWZmcdR.png

http://i.imgur.com/65UOLWs.png

http://i.imgur.com/FSchznw.png

http://i.imgur.com/XP1nMdY.png

http://i.imgur.com/ou86aiW.png

http://i.imgur.com/kM55a69.png

http://i.imgur.com/1D7fVHx.png

http://i.imgur.com/opP1Azu.png

Some of the info that I wasn't able to screenshot includes:

Some of them shared this link (which, ironically, is a neo-Nazi blog)
and talked about car-bombing the
place: https://cj303addict.wordpress.com/2015/01/22/almost-all-
zionist-organizations-in-australia-are-located-on-one-street/ (a user
called @BasimaFaysal managed to screenshot one person sharing
this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and
suggested attacking it, but others said that it would be a waste of
time because the people at the rally are all "stupid junkies" and
"drunk bogans".



🏠 Home | Mail | Search | News | Sports | Finance | Flickr | Mobile | More ⌄

⚙

Search | Search Mail | Search Web | 🏠 Home | 👤 Metropolisforeve...

✏ Compose

**Inbox (9999+)**
Drafts
Sent
Spam (38)
Trash

⌄ Smart Views
 Important
 Unread
 Starred
 People
 Social
 Travel
 Shopping
 Finance

> Folders
> Recent

Sponsored



**Get it Free**
Free Samples Sites- Why You
Should Pay Attention

← ↞ → | 🗑 Delete | ▾ Move ⌄ | ••• More ⌄ | ⬆ ⬇ ✕

## Some Additional Information

[ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com> Apr 28 at 9:45 AM
To apooley@nine.com.au

Dear Ms. Pooley

I frequently peruse Islamic extremist communities (along with neo-
Nazi communities) and I have noticed some chatter on both of them
about having Bill Leak and Larry Pickering killed.

Here, we have someone on 4chan's /pol/ (a popular neo-Nazi
hangout) encouraging people to contact radical Islamic groups in
Australia in order to have them kill the cartoonists, which would then
"increase
nationalism": http://archive.4plebs.org/pol/thread/43817729/

The flags next to each post show which country the poster is from.
This thread was apparently posted by someone from Greenland.

That thread was posted numerous times, and it was also posted on
8chan several times as well. I've seen a new version of the thread
posted almost every day. For example, it was also posted as a
response to this thread: https://archive.today/UPVSb (you have to
scroll down quite a lot to find it)

There was a thread on Islamic Awakening about Bill Leak, but that
site is down at the moment.

Here are some additional Twitter screenshots, in which Australian
jihadists talk about their plans:

http://i.imgur.com/sr6zxsk.png

http://i.imgur.com/3RuWr2V.png (several other jihadist accounts have
made comments promising to kill Pickering and/or Leak)

http://i.imgur.com/n5aP9JL.png

*The West Australian* also forgot to include the information about
jihadist ties to Amnesty International Australia and the Human Rights
Law Centre. That's some of the most shocking information I
uncovered, and it definitely needs to be reported on.

Reply, Reply All or Forward | More

Reply  Reply All  Forward

Send



Earn
25,000 bonus
Starpoints

spg.

THE STARWOOD PREFERRED GUEST®
CREDIT CARD FROM AMERICAN EXPRESS



[ LEARN MORE ]

TERMS AND LIMITATIONS APPLY

spg.



Home    Mail    Search    News    Sports    Finance    Flickr    Mobile    More ˅

Search                          Search Mail       Search Web       🏠 Home       👤 Metropolisforeve...       ⚙

✎ Compose

Inbox (9999+)
Drafts
Sent
Spam (38)
Trash
˅ Smart Views
    Important
    Unread
    Starred
    People
    Social
    Travel
    Shopping
    Finance
  › Folders
  › Recent

Oriental Trading
Company
www.orientaltrading.com
Official Site:
OrientalTrading.com

← ≪ → 🗑 Delete   ⊡ Move ˅   ••• More ⊟ Collapse All   ▲ ▼ ✕

## Junaid Thorne Information (4)    [ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com>      ...16 at 6:51 AM
To elise.potakaosborne@gmail.com

Dear Ms. Potaka,

Here is some information that I gathered about Junaid Thorne's followers.

Most of these screenshots were taken a while ago, and most of the accounts have since been suspended (ISIS accounts are CONSTANTLY suspended and then re-created).

As you read these screenshots, please keep in mind that I had to keep in character and act like I approved of what they were saying.

http://i.imgur.com/tzhLzJq.png

http://i.imgur.com/OUJHuEE.png

http://i.imgur.com/arijpFg.png

http://i.imgur.com/4kvQing.png

http://i.imgur.com/WmtbPf1.png

http://i.imgur.com/yWZmcdR.png

http://i.imgur.com/65UOLWs.png

http://i.imgur.com/FSchznw.png

http://i.imgur.com/XP1nMdY.png

http://i.imgur.com/ou86aiW.png

http://i.imgur.com/kM55a69.png

http://i.imgur.com/1D7fVHx.png

http://i.imgur.com/opP1Azu.png

Some of the info that I wasn't able to screenshot includes:

Some of them shared this link (which, ironically, is a neo-Nazi blog) and talked about car-bombing the place: https://cj303addict.wordpress.com/2015/01/22/almost-all-zionist-organizations-in-australia-are-located-on-one-street/ (a user called @BasimaFaysal managed to screenshot one person sharing this link, but he didn't screenshot the car-bombing discussion)

Some of them talked about the Reclaim Australia rallies and suggested attacking it, but others said that it would be a waste of time because the people at the rally are all "stupid junkies" and "drunk bogans".

A ton of them praised the Lindt Cafe attack and promised that there would be more just like it.

Keep in mind, the screenshots here are only a TINY fraction of the interactions that I've had with ISIS supporters on Twitter. There was much, MUCH more. But, again, you pretty much have to screenshot all of this stuff immediately, because ISIS accounts are taken down at a rapid pace.

Overall, it's pretty stunning how many of them claimed to be connected with the Human Rights Law Centre (@rightsagenda) and/or Amnesty International.



🏠 Home   📧 Mail   🔍 Search   📰 News   🏅 Sports   💲 Finance   ...   ⚙️

| Search | | Search Mail | Search Web | 🏠 Home | 👤 Metropolisforeve... |

✏️ Compose

Inbox (9999+)
Drafts
Sent
**Spam (38)**
Trash
⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance
 ⌄ Folders
 ⌄ Recent

Oriental Trading
Company 🌐
⊕ orientaltrading.com
Official Site:
OrientalTrading.com

← ↞ →   🗑 Delete   ▣ Move ▾   ••• More   ▤ Collapse All   ⬆ ⬇ ✕

## Junaid Thorne Information (4)    [ People ]



Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>  May 5 at 7:35 AM
To  Elise Potaka

A guy called HasanAliIS made similar Tweets and also claimed to
know Mariam
Veiszadeh: https://twitter.com/TheArbiter1/status/57195784139052
2368

A guy called Hasan Ali also made a post on the Islamic Awakening
forums about Bill Leak, but those forums have since been taken
down, so I can't link you to it.  There's a chance the board might
come back up, though.

> Show original message

Reply, Reply All or Forward | More

**Elise Potaka** <elise.potakaosborne@gmail.com>    May 5 at 9:30 PM
To  Metropolisforever Five

Thanks for this. It's interesting. I'm very interested in the fact that Australi
Witness says he used to work for Amnesty, but unfortunately there's no
way of proving it.

> Show original message

--
Elise Potaka
Journalist :: Producer
M: +61 405 675 380

Reply, Reply All or Forward | More

Reply  Reply All   Forward

Send

Search

Search Mail      Search Web      🏠 Home    👤 Metropolisforeve...    ⚙

✎ Compose

**Inbox (9999+)**

Drafts

Sent

Spam (38)

Trash

⌄ Smart Views
  Important
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance

> Folders

> Recent

Sponsored

TransUnion®

Protect your Credit
Protect your Identity
Protect your Future
Get your Score.
Get your Report.

🗑 Delete   ⤷ Move ⌄   ••• More  ▣ Collapse All   ⬆ ⬇ ✕

### Plots to Kill Cartoonists + Article Updates          [ People ]

**Metropolisforever Five** <metropolisforever_5@yahoo.com>   18 at 2:22 AM
To grant.taylor@wanews.com.au

Dear Mr. Taylor,

I frequently peruse Islamic extremist communities (along with neo-Nazi communities) and I have noticed some chatter on both of them about having Bill Leak and Larry Pickering killed.

Here, we have someone on 4chan's /pol/ (a popular neo-Nazi hangout) encouraging people to contact radical Islamic groups in Australia in order to have them kill the cartoonists, which would then "increase nationalism": http://archive.4plebs.org/pol/thread/43817729/

The flags next to each post show which country the poster is from. This thread was apparently posted by someone from Greenland.

That thread was posted numerous times, and it was also posted on 8chan several times as well. I've seen a new version of the thread posted almost every day. For example, it was also posted as a response to this thread: https://archive.today/UPVSb (you have to scroll down quite a lot to find it)

There was a thread on Islamic Awakening about Bill Leak, but that site is down at the moment.

As for the article that you wrote, it should be updated.

It wasn't IslamicStateAU who said that they were gonna have Leak and Pickering killed. It was someone called ShamiWitness. There are several pro-ISIS accounts on Twitter with the name "ShamiWitness", as a quick search reveals.

The Hasan Ali IS guy was talking to a Reclaim Australia supporter named Nathan Sykes (since suspended as well) when he said that he would conquer Australia.

You should also DEFINITELY mention the connections with Amnesty International Australia and the Human Rights Law Centre. That's very important information.

Reply, Reply All or Forward | More

**Grant Taylor** <grant.taylor@wanews.com.au>          May 6 at 12:46 AM
To Metropolisforever Five

This message contains blocked images.   Show Images   Change this setting

Hi mate, the person behind the account called Australi Witness is being hunted by the federal police over claims he helped incite the Texas shooting. Posted on his old account the location of the event and maps of the venue. Just wondered if he had revealed anything to you about who he is or where he is. We have heard he is from Perth -- which is where I'm from -- but can't confirm it.

> Show original message



wayfair    Shop Now ▸
Up to 70% OFF Everything Home

-------------------------------------------

Search

Home    Metropolisforeve...

Compose

Inbox (9999+)
Drafts
Sent
Spam (38)
Trash

Smart Views
  Important
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance

Folders
Recent

Sponsored



Answers
9 Faces You Know, Names
You Can't Remember

Plots to Kill Cartoonists + Article Updates    People

**Metropolisforever Five** <metropolisforever_5@yahoo.com>    May 6 at 1:01 AM
To  Grant Taylor

He lives in Perth and used to work for Amnesty International.  I've
been following his activity for a while.  He formerly posted as
IslamicStateEng and IslamicStateAU. I think his name might be
Hasan Ali.

A guy called HasanAliIS made similar Tweets and also claimed to
know Mariam
Veiszadeh: https://twitter.com/TheArbiter1/status/57195784139052
2388

A guy called Hasan Ali also made a post on the Islamic Awakening
forums about Bill Leak, but those forums have since been taken
down, so I can't link you to it.  There's a chance the board might
come back up, though.

> Show original message

Reply, Reply All or Forward | More

**Grant Taylor** <grant.taylor@wanews.com.au>    May 6 at 1:17 AM
To  Metropolisforever Five

You know everyone! Will be interesting to see if our cops can pin a charge
on him. Would be the first time they have used the incitement provisions
of new anti-terror laws introduced last month.

> Show original message

Reply, Reply All or Forward | More

**Metropolisforever Five** <metropolisforever_5@yahoo.com>    May 6 at 1:20 AM
To  Grant Taylor

He said his parents were from Lebanon and that he's lived in
Australia his whole life.  He said that he was raised Muslim, but that
his family is unaware of his social media activities.

He also said he uses "multiple proxies" online and presents himself
as a moderate in real life.

> Show original message

Reply, Reply All or Forward | More

Reply   Reply All   Forward

| SELECT A LOAN | RATES | APR |
|---|---|---|
| 30-Year Fixed | 3.75% | 3.83% APR |
| 15-Year Fixed | 3.00% | 3.13% APR |
| 5/1 ARM | 2.63% | 2.97% APR |
| OTHER OPTIONS | LOAN | MONTHLY |
| 5/1 ARM | $150k | $632/mo |
| 5/1 ARM | $200k | $843/mo |
| 5/1 ARM | $250k | $1,054/mo |
| 5/1 ARM | $300k | $1,265/mo |
| 5/1 ARM | $350k | $1,474/mo |

MORTGAGE RATES BY STATE

Click Your State

Calculate Payment

Terms & Conditions Apply. NMLS #81138