# EXHIBIT 2

**Media Direct**

> Can you help me find a publisher if I provide you with links to all of the Australian jihadists I know of who have active Twitter accounts?
> May 26

A single link?

Are they "real" jihadists, or is that not my concern?

And yes..

I can
May 26

What would be their interest ?

Like as a yellow pages? A-Z of camel jockeys
May 26

> I have links to numerous accounts of real ISIS jihadists who live in Australia or used to live in Australia before going to Syria.
>
> It's obvious why a journalist would be interested in following them.
> May 26

You waste a lot of time on the Internet, just like me.
May 26

> I am on the internet literally almost every single waking moment. I'm not exaggerating. I get up, get on the internet for hours, then sleep.
>
> Only very occasionally do I leave the internet to go see a movie or







> Have you ever had contact with any journalist from Fairfax Media? Theage.com.au?
>
> I'm not asking because I've been employed by them, in fact, I doubt I'll ever will get any jobs from them after my efforts.
>
> May 29

> Well, yeah. Fairfax printed some of the bullshit I fed them. Remember?
>
> May 29

> I do recall them writing about a-witness - yeah. But did they ever actually have direct contact with you?
>
> Or the bullshit you I should say..?
>
> May 29

> I talked to a few journalists using this account. I'm not sure which ones were Fairfax.
>
> May 29

> This account? Or Australi/witness...
>
> I'm trying to work out why this guy is lying to me...
>
> Claiming credit for shit...
>
> May 29

> This account. The jihadist account talked to journalists too, though.
>
> May 29





- it will only be postfacto reporting then
  May 29
- Honestly, I just want to get that Islamic leader's "everybody has a right to be a bigot" comments printed in an Australian paper.
  May 29
- Lol
  May 29
- So, do you think you'd be able to get them to report on it?
  May 29
- I very much doubt it. A) it's the weekend, which is dominated by sport.
  B) everything will be already set for publication.
  May 29
- What if some durkas attack it?
  May 29
- Then, like the parasitical rodents that the press are, they will feed of the carnage
- Off
  May 29
- Are there any Australian sites that might write and publish a story about it today? Like news.com.au?
  May 29



Media Direct

can i ask, just out of curiosity, what motivates this activity?

I ask because, i myself have a long long history of doing shit - and i'm fairly clear about why i do it... you, i'm confused.

Jun 8

To cause a bunch of chaos and piss people off.

Jun 8

That is a good enough reason. Its also transnational, i know the feeling of watching shit go down. its awesome.

transactional*

but the politics behind it...

White power is kind of gay.

Jun 8

White supremacists are useful idiots for me. Again, I also pretend to be a SJW on some accounts.

Jun 8



**Media Direct**

Did you ever end up speaking to any of the jihadis?
Jun 5

Not on IRC. I speak to them on Twitter and email.

Also, Facebook is really pissing me off. They "approve" my ads, but then nobody receives them. WTF?
Jun 5

Lol, what kind of shit are you saying to the jihadis?

Are you using the same proxy? They can just put flags on whole I.p ranges I'm sure.
Jun 5

I'm just feeding them bullshit.

And I'm not using proxies at the moment, because I'm not on my laptop.
Jun 5

Well then they would have flagged your I.P address
Jun 5



Media Direct

Just out of curiosity, are you confident I can't or don't already know your identity? Not that it should concern you at all, but does it?

And if so why!

?

Excuse the exclamation mark.
May 29

M8, you don't know my identity. You might think you do, but you don't.
May 29

I'm not saying I do. I'm asking if it concerns you and if so why?
May 29

I'm not losing any sleep over it.
May 29

I'm sure you're not – and admittedly you have been careful.
May 29

I mean, even if you do know who I am, what are you gonna do to me? Turn me in to the Feds for pretending to be a terrorist?
May 29





Media Direct

The guy at BBC stopped emailing me. Also, which list?

Oh, and I'm not meaning to complain or nag you or anything, but are you still going to edit that Tanya Cohen article I sent you?

Jun 29

Quite honestly - I've not had a chance to look at it yet. I'm writing an 8000 word paper on the Australian Data Retention scheme.

It was due today, but I've got an extended deadline.

Jun 29

I deleted the DM - but I recall you mentioned something about having a twitter list of jihadis?

Jun 29

Here are some jihadist accounts from Australia:

@AussieRevert

@mim1436

@Jamil_Eloiza

@Dr_K_aus

@mahkiwa / @omar_australi

@ShuuHabib

Jun 29

Awesome. Thanks dude.



Media Direct

@Tawheed_nation
@SteveHov2
@UssaydAlIslam
@ami_saifullah
@abuzaidaswj
@mohamadmo7

No problem.
Jun 29

You got access to any of these?
Any of those locked down i mean?...
Jun 29

What do you mean?
Jun 29

Some of them are private accounts.
Jun 29

Oh... yeah. I can get access to them if you need me to. I got fake jihadist accounts.
Jun 29

Need to find photos of the 2 Aussie Jihadis reported dead - see if one of





**Media Direct**

Jul 4

> Did you finish editing that Tanya Cohen article?
> Jul 5

No, I think it's shit.

It's so poorly written it's not worth editing.
Jul 5

It's childishly bad.

Perhaps downs childish.
Jul 5

> That's the whole fucking point. I'm trying to get stupid, poorly-written shit on HuffPo.

> You really don't get it, do you? Tanya Cohen is a CHARACTER. She's not a good writer. She's a typical idiot Greens supporter.
> Jul 5

> Anyways, I knew I couldn't rely on you, so I'm already having someone else edit it.
> Jul 5

Trust me – it's you who does not get it.
Jul 6

> No, genius, it's called trolling. I'm trying to make HuffPo look like a bunch of idiots by getting them to publish poorly-written garbage.



> BTW, I found some more Australian jihadists:
>
> @AbdelBakiAU
>
> @moevAK47
>
> @dasulafilion
>
> @AbuOsamaAlAustr
>
> @MahmoudSOA

> @AbuZee83
>
> @abukhaldaloozi

Jul 13



> Cool...

Jul 13

> What's your latest adventure?

Jul 15



> It has to go on IRC because it's Guantanamo Bay-caliber stuff.

Jul 15



**Media Direct**

> I'm only on vacation because I have to be.
> And there was, but it got banned.
> Aug 5

> I am literally not capable of having fun. Seriously.
> Aug 6

Sounds like you might have convinced yourself that's the case.
Aug 6

> To be honest, I don't really take pleasure in anything.
> Aug 7

That's clearly not true.
I know you love fooling people. You clearly enjoy it.
Aug 8

> It's just something I do to kill time.
> Aug 8

I don't believe that...
Come on dude, admit you love it...
Also how did slay get banned from twitter?
Aug 8

> No, I really don't feel pleasure. I do things mostly just because I can.



Media Direct

> See, now I know for sure you're lying. I've never posted my pic online. If you wanted me to believe you, you shouldn't have said that.
> Jul 1

Okcupid.

Your intro also gave you away.
Jul 1

> Also, I did school at home and I never had any friends. There are no "school friends" to "confirm" anything.
> Jul 1

It did make me chuckle
Jul 1

Middle School

I'm not making any of this up. Why would I?
Jul 1

Or maybe you do think I'm making it up?
Jul 1

Shall I call you on your home number?

lol

3119 Pine Rd Orange Park, 904-278-6350

Happy now?





> My god like powers have have been unable to turn shit up.
>
> Meaning I think youre ok.
>
> I'll be swimming in your pool next summer bitch
>
> Aug 25

>> Again, my parents don't want AIDS in their pool. But, if you're coming to Florida, you should go to...
>>
>> well, actually, you shouldn't go anywhere, because Florida fucking sucks.
>>
>> Seriously
>>
>> Aug 25

> I'll come visit you when they lock you up in the Fed Prison.
>
> Besides, your parents can't catch something they already have...
>
> When they told you they gave you aids at birth....... were you like... "oh the shame".....
>
> Aug 25