**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

v.                                                          Case No. 3:17-cr-249-J-39JRK

JOSHUA RYNE GOLDBERG

_____/

**NOTICE OF HEARING**

**TAKE NOTICE** the Sentencing Hearing previously scheduled for April 11, 2018 at 9:00 a.m. is rescheduled to **Monday, June 25, 2018 at 9:00 a.m.,** before the undersigned in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Time allotted for this hearing is One (1) Day.

**DONE and ORDERED** in Jacksonville, Florida this 28th day of March, 2018.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:
Asst. U.S. Attorney (Frein)
Paul A. Shorstein, Esq.
U.S. Pretrial Services
U.S. Probation
U.S. Marshal