UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:17-cr-249-J-39JRK

JOSHUA RYNE GOLDBERG

**NOTICE OF INTENT TO OFFER FOREIGN RECORDS**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, notifies this Honorable Court and Paul Shorstein, Counsel for the defendant, that it intends to offer foreign records into evidence at the June 25, 2018, sentencing hearing. The foreign records the United States intends to introduce includes chats from an on-line undercover operation conducted by the Australian Federal Police and involved the defendant. The United States files this notice pursuant to 18 U.S.C. § 3505 out of an abundance of caution, as a witness from the

Australian Federal Police is expected to testify at the sentencing hearing regarding the aforementioned records.

                                  Respectfully submitted,

                                  MARIA CHAPA LOPEZ
                                United States Attorney

By:   */s/ Kevin C. Frein*
       Kevin C. Frein
       Assistant United States Attorney
       Florida Bar No. 0149144
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:  (904) 301-6310
       E-mail:  kevin.frein@usdoj.gov

3

U.S. v. Joshua Ryne Goldberg    Case No. 3:17-cr-249-J-39JRK

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Paul Shorstein, Esquire.

        */s/ Kevin C. Frein*
        Kevin C. Frein
        Assistant United States Attorney
        Florida Bar No. 0149144
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-mail: kevin.frein@usdoj.gov