UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-249-J-39JRK

JOSHUA RYNE GOLDBERG

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Consent Motion for Preliminary Order of Forfeiture, Doc. 93, as to the following:

  a. A Nokia Lumia 521 phone w/ cord, IMEI # 355913057737970;

  b. an Apple Ipad Mini w/ case, serial number F79MQUTSF196;

  c. a Lenovo Y70-70 Touch model 80DU laptop computer, serial number MP06SDR9, w/ power cord; and

  d. a Hewlett-Packard model G7-2270us laptop computer, serial number 5CD3105Q2D

(phone, Ipad Mini, and laptop computers).

The Court, being fully advised in the premises, finds that the United States has established the requisite *nexus* between the phone, Ipad Mini and laptop

computers and the offense charged in Count One of the Information. Doc. 71. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion, Doc. 93, is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, all right, title and interest of the defendant in the phone, Ipad Mini and laptop computers is hereby **FORFEITED** to the United States for disposition according to law.

It is **FURTHER ORDERED** that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for forfeiture and disposition of the phone, Ipad Mini and laptop computers.

DONE and ORDERED in Jacksonville, Florida, this 27th day of June, 2018.

BRIAN J. DAVIS
United States District Judge

c: Counsel of Record