UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
6/25/18
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 3:17-cr-249-J-39JRK

JOSHUA RYNE GOLDBERG

## GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the sentencing hearing:

1. Detective/Sergeant David Lawler – Australian Federal Police

2. Special Agent William J. Berry Jr. – U.S. Customs and Border Protection / FBI Joint Terrorism Task Force

3. Intelligence Analyst Brandon D. Thompson – FBI

4. Supervisory Special Agent Kevin D. Finnerty – FBI

5. Dr. Lorenzo Vidino – George Washington University, Director of Program on Extremism

6. Dave Bova – Kansas City 9-11 Memorial Stair Climb Event.

2

The United States reserves the right to call additional witnesses during the sentencing hearing, if appropriate.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:      kevin.frein@usdoj.gov

U.S. v. JOSHUA RYNE GOLDBERG         Case No. 3:17-cr-249-J-39JRK

## CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2018, I filed the foregoing with the Clerk of the Court in open court and a true and correct copy was hand delivered to the following:

Paul Shorstein, Esq.

_____
KEVIN C. FREIN
Assistant United States Attorney