UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
6/25/18
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

    Plaintiff, ☐
    Government ☒

v.

JOSHUA RYNE GOLDBERG

    Defendant ☐

Case No. 3:17-cr-249-J-39JRK

☐ Evidentiary
☐ Trial
☒ Other: Sentencing Hearing

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | 6/25/18 | 6/25/18 | D. Lawler | On-line communications between the defendant and an undercover AFP Federal Agent |
| 1B | 6/25/18 | 6/25/18 | D. Lawler | On-line communications between the defendant and an undercover AFP Federal Agent |
| 1C | 6/25/18 | 6/25/18 | D. Lawler | On-line communications between the defendant and an undercover AFP Federal Agent |
| 2 | 6/25/18 | 6/25/18 | W. Berry | On-line communications between the defendant and an FBI CHS |
| 3A | 6/25/18 | 6/25/18 | W. Berry | Audio recording of interview of the defendant by law enforcement on September 10, 2015 |
| 3B | 6/25/18 | 6/25/18 | W. Berry | Transcript of audio recording of interview of the defendant by law enforcement on September 10, 2015 |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4 | 6/25/18 | 6/25/18 | B. Thompson | Twitter posting made on May 1, 2015, by the defendant regarding "Draw Muhammed" Event in Garland, Texas |
| 5 | 6/25/18 | 6/25/18 | B. Thompson | Retweet by Elton Simpson of a portion of the defendant's May 1, 2015, Twitter posting |
| 6 | 6/25/18 | 6/25/18 | B. Thompson | JustPaste.it Post by the defendant |
| 7 | 6/25/18 | 6/25/18 | B. Thompson | 8chan Post by the defendant |
| 8 | 6/25/18 | 6/25/18 | B. Thompson | On-line communications of the defendant recovered from the Ipad used by the defendant |
| 9 | 6/25/18 | 6/25/18 | K. Finnerty | Inspire Magazine Summer 2010 Edition |
| 10A | 6/25/18 | 6/25/18 | D. Bova | Exterior photograph of Town Pavilion Building |
| 10B | 6/25/18 | 6/25/18 | D. Bova | Interior photograph of Town Pavilion Kansas City 9-11 Memorial Stair Climb event |
| 10C | 6/25/18 | 6/25/18 | D. Bova | Photograph from Kansas City 9-11 Memorial Stair Climb event |