# ANNEXURE

# A

<u>Twitter</u>

<u>Legend</u>

Blue background: AFP Federal Agent

Grey background: AusWitness

All communications occurred in the year 2015.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

good to see you back on here brother! the kuffar wouldn't have a clue! :P

Indeed, brother. The kuffar have no idea about this account. They are powerless to stop me.

for me your posts were quite interesting. my parents moved to Australia before i was born and adopted the
western way. i hate them for this.

Yes, my parents are coconuts as well. They would be very angry if they knew I was a mujahid, as they support
the Western kafir governments.

i like the coconut reference brother! my parents are from Egypt and forced me to grow up on a western kafir
lifestyle!

i have to learn islam on my own!

but same with me, they don't know how i feel and would kill me. any help is appreciated brother =)

I grew up the same way, brother. My parents are from Lebanon, and they raised me to be a kafir. I had to learn
real Islam on my own.

Is there anything I can help you with, brother? I live in Perth.

exactly the same way. i have grown up with western kafir brainwash and i can see this now as i get older.

i guess for me i want to reclaim my Islamic heritage which was stolen from me

1

you know?

any good sites to read etc?

im in Melbourne by the way

I understand completely, brother. I have dedicated my life to serving real Islam, and no kafir is ever going to stop me.

Here is one of the best Islamic blogs: .ansarukhilafah.wordpress.com

Here is a very helpful guide for making hijrah to the Islamic State: .ia801509.us.archive.org/9/items/Hijrah......

thank you for the information brother! I'll have a read of those - have you ever thought of making hijrah to the Islamic State?

Yes, but I believe that it would be better if both of us carry out jihad on Australian shores. Do you have a gun, brother?

sorry brother haven't checked my twitter, your wordpress is very informative, i havent really thought about carrying out a jihad here

what have you got in mind?? i don't have a gun but my brother's friend are pretty shadey characters - maybe they have one haha

are you all good brother?? i thought the kuffar may have shut this down too! inshallah

I am good, brother. Sorry for the delay. And we need to carry out jihad against Jews. There are many synagogues in Melbourne to target.

2

i am interested but i want to do it right. i don't even know how to start organising something like this. what are you planning brother?

When I get a gun, I plan to attack a mosque in Perth. All you need is to find a crowded synagogue with minimal guards & open fire.

Here are the synagogues in Melbourne: .maven.co.il/synagogues/C33.... Go to one & shoot as many Jews as you can, brother. Jews are the worst kuffar.

brother, i think you mean a synagogue not a mosque....

do you think something like this would be have a greater impact if we were to coordinate it at the same time ?

multiple attacks like this will surely strike fear into the hearts of the kuffar. inshallah

brother, is it safe to have these conversations on twitter?

i am scared of being caught before i carry out jihad like my other brothers here in Melbourne

Yes, I meant a synagogue. Sorry, brother. And yes, it is safe. The kuffar don't know about this account.

I agree, we should wage jihad around the same time. When do you think the right time would be? I think we should do it this month.

Will you be able to get a gun soon, brother?

i haven't heard from you for a long time brother. i was getting worried. what has been happening with you?

i have sourced some guns from my brother's friend i was telling you about. he has sent me a link to some photos of the guns on photo bucket

3

i have had a look at them but i do not know what i am looking at. one of them is a shotgun and the other is an SKS rifle??

do you know about guns? i do not know anything, please provide me with some advice brother about which one would be more suitable.

here is the link to the photos  bit.ly/1FAqvEp

my friend wants $300 for the shotgun and $1000 for the rifle.

to be a shaheed i have to repay my debts before i do this.

i have a car that i can sell that might be worth $2000 but i have some debts to settle with my family before i do this.

are you able to send me any money? if not i will not be able to get enough money together to buy the gun until after i sell me car.

i am sorry brother. have you been able to get a gun?

The SKS rifle would be better for killing the maximum amount of kuffar.

I am sorry, but I have very little money at the moment. I can barely even pay for my Internet. That's why it keeps going out.

Once I can get the money, I will buy a gun and kill Jews in Perth.

is it possible to chat with you at a time when we are both online? i have many questions for you brother and no one here to answer them.

do you know others that have been a martyr and carried out the will of god and ascended to paradise?

4

If you like, we can meet on IRC.

Yes, I know many martyrs, brother. I actually inspired the two mujahideen in Texas: ..smh.com.au/federal-politi...

You were talking with those two shaheeds?

IRC? what is that?

Yes, brother. I inspired both of them to carry out their attacks. I even tweeted out a map to the location of the anti-Islam event.

IRC is a chatroom thing.

i have not used it before. what about Skype?

have you thought about your plans for jihad in detail?

IRC is much easier, brother, and it's totally anonymous. And yes, I have. I plan to shoot up a local synagogue in Perth.

I only have a few minutes of battery left on my laptop at the moment.

maybe we can chat at this time on IRC then tomorrow night brother?

Yes, I will try to do that. We can talk about our plans there. Goodnight, brother.

goodnight my friend

5

Tomorrow around 9:30 PM, right?

9pm ok?

Yes, that sounds okay.

Are you there, brother?

yes brother i am here

how are you?

I am fine. Would you like to speak to me on IRC now?

is it ok for us to continue to talk on twitter?

i did some research on IRC and I am using a mac. IRC will not work on a mac, is that right?

It should work if you connect online. Go here: .kiwiirc.com/clien

Sorry, wrong link. Here: .kiwiirc.com/client Under Nickname, put mohamadmo7. Under Channel, put #mohamadmo. Then click "Start".

ok hold on a minute, stay on twitter as well in case i cannot get it to work. sorry i am not very technical with computers.

It looks like it's not letting me use proxies on it. I think we should just keep talking on here for now.

ok. what is a proxy. is that like TOR?

Yes. Proxies hide your location. It won't let me use Tor or proxies.

6

i want to talk to you about jihad

I would like to talk about jihad as well.

i have told you that this has been something that i have been thinking about for a long time now. i just don't know what to do.

Now is the time for jihad, brother. Allah (SWT) commands us to strike fear into the hearts of the kuffar.

Remember that the Jews killed the Rasul (SAW) & he died as a shaheed.

If we really love the Prophet (PBUH), we must carry out jihad against Jews to avenge his death.

i understand this

he who commits suicide kills himself for his own benefit, he who commits martyrdom sacrifices himself for the sake of his religion and his

nation....the mujahed is full of hope

how are we supposed to coordinate this brother?

It's easy, brother. All you need is a gun. I have found a way to get one myself. My cousin has one that he'll give me later this week.

Once I see on the news that you have carried out your attack, I will carry out mine.

this does not make sense, we should do it at the same time

didn't you say that we would do it at the same time?

7

i will not have the money this week brother as i told you before, i need to sell my car

At the exact same time? I thought I was gonna do it right after you did it.

But we can do it at the exact same time. I can use Twitter on my phone.

I just got a new phone from a relative.

i have many questions. what day of the week? what time of the day?

brother what is wrong with your internet? is it because of these proxies you are using. i cannot sit here all night waiting for you to reply

why do you not use your phone to message me on twitter? it will be just as fast and twitter is also anonymous.

Hold on. I am researching when the most Jews are at synagogue.

jews worship everyday, three times a day.

We should target when the Jews are worshiping.

i thought you had thought this through and had a plan?

I do have it figured out. I just hadn't set an exact time.

what sort of gun are you getting from your cousin?

He told me it's a semi-automatic rifle.

I found something to target, when many Jews will be there:   caulfieldshule.com.au/calendar-event

I can target a synagogue in Perth at the same time.

this coming saturday?

this is not much time to make preparations brother

I can find a later event if you need me to, but this seemed like a perfect event to strike. Tons of Jews will be there.

i will pray about it tonight. are you on twitter on your phone during the day? so that i can discuss with you if i need to.

When would you like to discuss it? I can get on whenever you need me to.

i also use an encrypted chat app on my phone to talk to other mujahid in syria. it is called sure spot. have you used this?

It's not available on my phone. Sorry, brother.

what phone do you have?

It's an old Nokia.

what about your new phone? it is very safe.

The old Nokia is the one my relative gave me. I think it's from a few years ago.

ok, i will message you again on twitter tomorrow morning brother. there are many thoughts swirling around in my head tonight.

i will try to get some rest now. goodnight, thank you for talking with me.

No problem, brother. I hope we can coordinate this for Saturday. Good luck, and may Allah (SWT) bless you. Goodnight.

hello brother, i am sorry i have not been in contact with you for a while. i have been out looking at some of the locations you provided me

i am unsure whether they would be the right places to undertake jihad, some of them have very good security, it would be suicide

i have been doing a lot of reading about martyrdom and i want to ensure that i ascend to paradise

and not burn in the hell fire for committing an act of suicide. what are your thoughts on this brother?

i am reading that there is a difference between fighting to the death....... and conducting a suicide mission

in Allah's name (PBUH)

suicide is considered the most reprehensible deed for which the reward is it to burn in the hellfire, this I am afraid of.

Brother, it is not suicide if you are martyred in battle with the enemies of Allah (SWT). The Jews are the enemies of Allah (SWT).

What we need is to target synagogues that have minimal security.

Remember that the Jews killed the Rasul (SAW) & he died a shaheed.

If we truly love the Prophet (PBUH), we must engage in jihad against Jews to avenge the Rasul's (SAW) death.

Did this event have too much security? caulfieldshule.com.au/calendar-event...

This place has Shabbat morning services starting at 9:30 AM Saturday: ..kehilatnitzan.org.au/worship.html It would be a good target. Many Jews there.

Also, I don't think they have very much security.

10

good evening brother, i am going out to a farm on the weekend to test fire the rifle. i do not have the money to buy it at this time

i would like to be familiar with using it though

how are you going in obtaining a gun?

I got the gun, brother. Do you know when you will be able to purchase your gun?

hello brother, i am still trying to get the money together. i have a family member who may be willing to buy my car.

do you have a photo of the gun? do you know how to use it?

good morning brother, what are your plans for today?

i will send you a video of me shooting the rifle.

are you able to send me a black shahada flag? i don't know where i would find one.

i am not going to ask around for fear that it would draw attention to me.

Here is my gun: .i.imgur.com/Ps2OCcAh.jpg I know how to use it. Black shahada flags can be bought online, or you could make one.

Are you prepared for jihad, brother? I have everything I need.

good evening brother, i still have some things to sort out, but everything is coming together.

11

the gun looks very nice, what is it?

i went to a farm today and shot the SKS rifle. it was working but had a couple of misfires, i am told it is the ammunition,

it is old or something?? the seller told me that he would service the rifle and get some new bullets.

i have some video footage which i will send to you later. do not show anyone this video please.

there are a lot of people around my house tonight, i will contact you tomorrow. sleep well brother.

My gun is an AR-180. Get the seller to service the rifle and get new bullets, then buy it.

Don't worry, I will not show anyone the video footage. Will you have the SKS by Friday?

good morning brother, i hope you have been well.

i had a look at the AR-180 on google too. that looks like a serious gun, have you also had a chance to test fire this??

the seller tells me he is working on the misfire problem. i should be heading back out there today to have another test fire with new

ammunition

he still has not sent me the video but i'll take one on my phone today and send as soon as i can

Yes, I test fired my gun. It works perfectly. Did you have another test fire with yours?

hello brother, couldn't get out to the property yesterday. i had two people come around to look at my car.

i will not be ready by Friday. i am desperately trying to sell my car to get enough money to buy the gun.

Unless you have other suggestions to get the money more quickly brother? i am going to need more time to coordinate this.

we need to have a conversation about the details for planning this jihad to maximise the effect. i still have not chosen a suitable location

we also need to discuss how we are going to coordinate this at the same time. i feel that you might be rushing this without more thought.

planning for this consumes my every waking minute but i feel like i am doing this without any guidance.

may Allah (SWT) reward me for my intentions.

I understand, brother. Did you look at the last link I sent you, which has the Shabbat services? That seems like a good target.

When the day comes, we will meet on here at 9:00 AM, and we will give each other the go-ahead.

As far as making money goes, is there anything else you could sell?

i have some good news brother, a family member has given me a deposit for my car.

yes i did have a look at the Shabbat services link. i am going go and have a look on Saturday

i finally have that video of us test firing the gun. it is still not functioning properly as you will see in the video

but the seller has assured me that he will fix the misfire issue as soon as possible

13

i will try to talk to you tonight about our plans.

Thank you, brother. We need to do this soon, before any kuffar discover our plans.

Do you have the money to buy the gun now?

Are you there, brother? Did you have a look at the synagogue I showed you?

yes i am, sorry brother. i hope you are well. there have been alot of people around my house. have been trying to keep to myself.

i agree, it needs to happen soon. it has just been hard for me to get the money so quick.

i am happy that i got the $200 deposit from my family member. she said that she will hopefully have the entire amount by next weekend =)

then i can buy the gun

i did look at the synagogue. that looks like a good place brother. very busy.

may Allah (SWT) reward you and i

I am so glad to hear, brother. So, we will be launching our attacks on Saturday the 27th at 9:30 AM, correct?

I have found the perfect place to target in Perth, where many Jews will be.

yes my brother. things are looking good. i hope that Allah (SWT) will bless me and that i will get the money by next weekend to buy the gun.

inshallah

14

you have not said anything about the video brother?

great news about the Perth target. where are you thinking?

I saw the video, brother. It's a very impressive gun. I'm very glad you were able to obtain it.

I will be targeting this place when the day comes: .dianellashule.com

Will you have the gun by Saturday the 27th?

Are you there, brother?

yes, brother i am here sorry. as i have said, i can only get on to this twitter account at certain times as i dont want any family members

to question what im doing.

it is a very powerful gun and will cut the filthy kuffar in half!

thank you for the link brother. i had a look at the dianella shule and that looks like a good target

im just worried that i wont be able to get the gun by saturday. my family member is coming to my house on sunday to actually give me the

money and take the car. then i can get back in contact with the seller and buy the gun. does that sound ok??

Yes, brother, that sounds okay. What day do you think you'll be able to get the gun?

We need to do this as quickly as possible. I don't want ASIO finding us before we can pull this off.

15

good morning brother, well im hoping that i will get all of the money this weekend, maybe sunday. but i will let you know exactly. inshallah

i agree brother, it needs to be done soon, but its hard for a young brother with not much money. are you still planning for this saturday??

i have been doing alot of thinking about the security of twitter. i dont want to get caught by asio either

i saw this link too  theguardian.com/world/2015/jun

i think i will only use surespot from now on brother...

Brother, I do not have a phone that can use Surespot. The kuffar don't know about this Twitter account, so it's safe for us to talk here.

Let's attack on Monday, after you get the gun. I want to do this quickly and we need to attack on the same day.

On second thought, let's attack NEXT Saturday. Saturday, July 3rd, at 9:30 AM, when the Jews are having Shabbat.

How does that sound, brother? You'll have the gun by July 3rd, right?

Did you get the gun, akhi?

hello brother, sorry about the long reply again, i was very busy on the weekend with family things. i hope you have been well

i did sell my car yesterday, finally!! so i have around $1800 because i spent a little bit of the deposit. very good news.

i havent been able to get the gun yet. the seller is taking a little while to get back to me. I sent him another text earlier.

i will let you know when he responds. it takes a bit of time brother. im sorry i am trying

the mujahideen i am speaking to in syria are telling me to get off twitter brother. i think you should reconsider surespot.

now that i have money, i can send you my old iphone???

Will you have the gun by Saturday, brother? That's when I want us to attack.

I use Tor when I go on Twitter, so the kuffar can't get my real IP address. Do you use Tor, brother?

are you there brother?

what if twitter shut down our accounts because of what we were talking about? how will we contact eachother??

Brother, Twitter cannot see our private messages. There is nothing to be worried about. Also, we have each other's emails addresses.

Our direct messages to each other are private. Nobody can see our private messages. We just can't tweet about this publicly.

i have been doing some reading about tor. maybe i should start using that. does that just hide the ip address for your internet??

is that all you're using brother?

im only worried because i keep hearing that twitter isnt the safest place to chat

17

i understand what you said though brother.

also brother, i have been working on a video to upload to youtube when we do the attacks. i'll hopefully have something to show you soon.

I think we are safe. ASIO has no idea we're going to attack soon, and neither does anyone else. We attack this Saturday, right?

You will have the gun by Saturday, right, brother? Because I really think we need to attack this Saturday, July 3rd.

ok brother, well in that case i might start using tor to hide my ip address, just incase. do you think so??

brother i want to commit to this saturday but i do not think im ready yet. i still havent got the gun and im not much use without it.

the seller is taking ages to respond! i will call him today and get out there asap to buy it

another brother that i am speaking to on surespot suggested that i do the attack with someone else in melbourne. what do you think?

Yes, brother, all mujahideen should use Tor to stay anonymous.

I really want to attack this Saturday, brother. I have the whole thing planned out. Please try to get the gun ASAP.

Do you know anyone else in Melbourne who could attack with you? I still want to attack in Perth on the same day you attack in Melbourne.

yes brother i have been talking with other mujahedeen on sure spot and they have put me in contact with brothers in melbourne.

some of these brothers have been talking about the "Book of Terror". do you have access to this book? i cannot find it anywhere on the net.

18

I don't know what that is, brother. I have never even heard of it. I'm sorry.

Do you have the gun, brother?

I would really like to carry out the attacks this Saturday, when the Jews are having their Shabbat services.

I got an iPad and downloaded Surespot, brother. My username is AusWitness. Is your username mohamadmo7?

Brother, it is almost Saturday. Do you have the gun?

Brother, are you okay? I have not heard from you in days.

Okay, I am really getting worried about you. Are you still there? Please respond to me to let me know you're okay.

hello brother. yes i am ok. im very sorry about the delay. i just havent been online to be honest. sorry that we could not do saturday.

i have been out at the farm during the weekend with the seller. and good news, i now have the gun!!

good news about surespot!! much better and safer place to talk i think.

did you want to chat on there instead?

and yes sorry brother, my username on surespot is the same

I am so glad to hear you got the gun, brother! I sent you some messages on Surespot. Please respond ASAP.

Brother, have you been getting my messages on Surespot? I have not heard from you in days.

19

Brother, it has been a WEEK since I've heard from you. Why are you not online or on Surespot? Have you been captured by the kuffar?

Do you still check your Twitter, akhi?

Salam akhi. I check it but am trying not to use it becsuse its riddled with kuffar. Ma salamah

I would like to chat with you on this secure, encrypted chatroom, brother: ..chatcrypt.com Can we organise a time to chat?

Brother, where are you? You have not been on Surespot in a week. Is your Surespot working?

Brother, it has been three weeks since I have heard from you. Where are you?

Brother, it has again been a week since I've heard from you. I get very worried when I don't hear from you, akhi. Please get on Surespot.

Brother, if your Surespot is not working, then we need to go back to talking to each other on here.

Akhi, please download kik and add me on there. I'm AusWitness.