# ANNEXURE

# B

hello brother, just testing if you can get my messages? moe

Hello, brother.

6-37/23/15 5:59 pm

I am so happy to hear that you got the gun. We need to carry out the attack this Saturday at 9:30 AM.

7-07/23/15 11:18 am

hello brother, thank you for coming over to surespot.

7-07-23/15 11:18 am

i hope you have been well

7-07/23/15 11:29 am

i have been chatting with another melbourne brother on here about coordinating something together. i want to attack with another person with me so we can maximise this and kill more kuffar

7-07/23/15 11:29 am

i will let you know more about the planning with my melbourne brother when i have more details

7-07/23/15 11:32 am

getting the gun is one step closer to fulfilling this attack in the name of allah (swt) - things are looking good

7-07/23/15 11:23 am                                                                                                                    233 KB



7/07/23/15 12:18 pm

I am glad to hear, brother. Does the Melbourne brother already have a gun? I would like to carry out the attacks this Saturday, akhi.

8-07/23/15 10:31 pm

Brother, are you there?

9-37/23/15 7:00 pm

Brother, I really need you to respond to me.

10/07/2015 12:38 am

Brother, I am concerned about you. We need to stay in contact. When you don't respond, I am afraid you've been captured by the kuffar.

10/07/23/15 10:47 pm

What is the Surespot name of the other Melbourne mujahid?

12/07/23/15 9:52 pm

Brother, it has been a week since I last heard from you. I am getting very worried. Please respond ASAP.

13/07/2015 11:55 am

hello brother, very sorry i had to commit to going away with my family for a few days. they had organised going away for the weekend and i couldnt get out of it.

13/07/2315 11:56 am

i still have to keep up family appearances

13/07/2315 11:56 am

i apologise brother. i hope you have been well??

13/07/2315 11:57 am

the melbourne brother hasn't got a gun but is very willing to get involved.

13/07/2315 11:57 am

the kuffar wouldnt know how to find us on here. impossible to be captured =)

13/07/2315 11:58 am

my melbourne brother will not speak to anyone else. i had already asked him to try and speak with you too but he didn't want to

13/07/2315 11:59 am

should i ask again brother??

13/07/2015 3:26 pm

I am sorry if I sounded upset, brother. I was just very worried that you had been captured by the kuffar. Next time you go away for a few days, just please tell me about it beforehand so I don't worry.

13/07/2015 3:27 pm

How will the Melbourne brother get involved if he doesn't have a gun?

13/07/2015 3:28 pm

I really want to pull off the attack this Saturday, brother. We cannot keep delaying it. Can you commit to this Saturday, around 9:30 AM?

13/07/2315 3:44 pm

No problem brother. that was my mistake. i will let you know next time that i wont be online for a while. just hard when family members are next to me.

13/07/2315 3:45 pm

how is your planning going?? anything new?

13/07/2315 3:45 pm

my melbourne brother is pretty much only speaking with me, we went to school together so he trusts me.

13/07/2315 3:46 pm

he will be good. very motivated. he is trying to get a weapon so im trying to direct him to my seller too.

13/07/2315 3:46 pm

he doesnt know why we want to target jews though??

13/07/2315 3:47 pm

brother the only reason i havent done it on my own is because i want to plan for something much bigger. especially with my other brother

13/07/2315 3:48 pm

i want to do a video, with a shahada flag, maybe even wait for a big event to attack

13/07/2315 3:49 pm

and we can do all of this together?? i just dont want to rush it for no reason

13/07/2315 3:49 pm

ill be back on later, talk soon brother, inshallah

13/01/2315 5:37 pm

Brother, I've got it all planned out. Right before we attack, I'm going to mail letters filled with deadly ricin to several Australian politicians.

13/07/2315 5:38 pm

The Jews killed the Rasul (SAW) and he died a shaheed. So, if we truly love the Prophet (PBUH), then we need to attack the Jews to avenge the Rasul's (SAW) death.

13/07/23/15 5:38 pm

If we both attack together this Saturday, it will be the biggest attack in Australian history. We don't need to wait several more months. We need to attack this Saturday, while the Jews are having shabbat. Trust me, brother. Large events have lots of security, but the synagogues have no security right now, so we can easily kill tons of kuffar

13/07/23/15 5:41 am

Is your gun dealer on Surespot or Twitter, brother? I know some mujahideen who want to buy guns, but I don't know any dealers. I got my gun from a relative.

13/07/23/15 5:55 pm

Brother, I understand what you want to do. You want us to pull off a 9/11-caliber attack and kill thousands of kuffar. But that's just not possible right now. Please consider attacking with me this Saturday. If we both shoot up synagogues and I send ricin to politicians, it will still be the biggest attack Australia has ever seen. Please consider it, brother. We cannot wait any longer. If we keep delaying this, the kuffar will find us and stop us before we can attack

13/07/23/15 5:38 pm

This Saturday is the PERFECT day to attack, akhi. Pulling off this attack right after Ramadan ends would send a much stronger message to the kuffar, and would ensure us a place in Jannah.

11-37/23/15 6:27 p.m.

Brother, are you there?

13/07/23/15 6:57 pm

Brother, I have important news. I have made a deal with a mujahid in Sydney. This mujahid is willing to attack with us this Saturday. But, if we don't attack this Saturday, he plans to make

hijrah to Syria. You HAVE to commit to this Saturday, brother. You attack in Melbourne, this brother attacks in Sydney, I mail ricin to politicians, then I attack in Perh.
14/07/2015 9:24 pm

brother, sorry im not on the internet every moment of the day. You need to be a little bit more patient with me!! Please understand brother.
14/07/2015 9:25 pm

Why politicians? that sounds like it woukd cause alot of damage.! How did you get the ricin? I'll have to google what that is.
14/07/2015 9:27 pm

my seller for guns is not on surespot brother  i am sorry. did you want me to ask what he can get then let you know?
14/07/2015 9:29 pm

Im not wanting to wait several months brother. you are reading me wrong. i need to make sure that I do this right so i ascend to paradise
14/07/2015 9:29 pm

i want to make a video and have a long standing message to the kuffar and the world. i was even thinking of doing a siege at the event.
14/07/2015 9:31 pm

you cannot worry about the kuffar finding out. i dont see how they could even know? i have taken alot of security tips from you and even have a pre paid sim for internet
14/07/2015 9:35 pm

that is good news about the sydney mujahid brother! I will let my melbourne brother know. maybe he will be interested for us to get ready quicker. did you find him on surespot? is he targeting a synagogue too?
14/07/2015 9:37 pm

very interesting brother. exactly the coordination i have been speaking about!
14/07/2015 9:39 pm

i must go! come back online tomorrow. sleep well and good night akhi
14/07/2015 10:04 pm

I apologise, brother. It's just that we really need to keep in regular contact with each other. I am sorry if I sounded impatient.
14/07/2015 10:13 pm

Democracy is the system of shirk and kuffar, and these politicians fund wars against our Muslim brothers around the world. They are the agents of Shaytan.
14/07/2015 10:12 pm

What event are you referring to, brother? Big events always have lots of security. A mujahid did a siege in Sydney last year, but hardly any kuffar were killed. If we shoot up synagogues, we could kill tons of kuffar.
14/07/2015 10:13 pm

I got the ricin through a fellow mujahid. He also introduced me to the Sydney mujahid. The Sydney mujahid isn't on Surespot at the moment, but he has promised that, if we attack this Saturday, he will attack right after on the same day. He also said he has a video prepared, so you don't need to worry about making one.
14/07/2015 10:15 pm

We must attack this Saturday, though. If we don't, the Sydney mujahid said he would make hijrah to Syria instead.
14/07/2015 10:17 pm

Here's how it will happen: get your phone and drive to the synagogue. Make sure it's busy. Then, get on Surespot and tell me you're about to attack. Then, get your gun out of your car, go in and, kill as many kuffar as possible. I will then mail the ricin and attack a synagogue in Perth. Then, the Sydney mujahid will upload the video and attack a synagogue in Sydney. I have it all planned out, brother. But it must happen this Saturday. Goodnight, akhi.  Please get on tomorrow. We only have a few days left, and we must stay in contact with each other.
16/07/2015 2:23 pm

no problem brother, i know you just want to have everything sorted out. i understand. im just trying to be cautious so that my parents do not find out whats going on. so i speak to you and other brothers when its the safest time.
16/07/2015 2:25 pm

well, we have been discussing a larger style event somewhere in the city but i know your interested in a synagogue. i dont really know where yet. i have just been looking and keeping an eye out. my melbourne brother keeps telling me that he doesnt want to do a synagogue. im still discussing further plans with him.
16/07/2015 2:26 pm

i dont really think that there will be much security in the melbourne cbd?? there never is. let me get back to you on that
16/07/2015 2:26 pm

have you spoken further to your sydney brother??
16/07/2015 2:27 pm

would i be able to see his video akhi??
16/07/2015 2:29 pm

i will hopefully be back on later tonight. thanks for sending through a bit more on your plan / what you were thinking. im just afraid that me and my melbourne brother wont be ready by saturday. im trying
16/07/2015 2:29 pm

may allah (swt) bless this and allow it to happen. speak later.

Large events always have at least some security, brother. At any large event, there will be cops. But, at the synagogues, there are no cops and no guards. There is nobody to stop us from killing tons of kuffar easily.
16/07/2015 2:56 pm

Every time a mujahid tries to target a large event, he gets caught beforehand. Remember those mujahid who planned to target Anzac Day, but got caught before they could? The most successful attacks always happen on random days. 9/11, 7/7, and Charlie Hebdo didn't target any specific events. They were so successful because they happened randomly and the kuffar were totally unprepared for them.
16/07/2015 2:57 pm

The Sydney brother hasn't shown me his video because we only speak over the phone and he says he can't risk the video getting out before it's time. However, I trust him because he is a very skilled mujahid and he has lots of experience.
16/07/2015 3:01 pm

Didn't you say your Melbourne brother didn't have a gun, akhi? How is he going to attack with us if he doesn't have a gun? It could take him months to get a gun.
16/07/2015 3:02 pm

We have spent more than a month preparing this, brother. This Saturday is the day we finally strike.
16/07/2015 3:15 pm

By the way, I also have a mujahid in Los Angeles who promises to attack a synagogue there if we att
16/07/2015 3:17 pm

attack in Australia. He already has a gun and everything, but he told me he'll only attack if we attack first.
16/07/2015 3:19 pm

I really need you to commit to this Saturday, akhi. If we don't attack this Saturday, the Sydney mujahid will not be able to attack with us. This is a perfect opportunity we have, and we can't waste it. Please consider, akhi. We can pull off the biggest attack in Australian history together, if we do it this Saturday.
16/07/2015 6:25 pm

We aren't going to have an opportunity like this again, akhi. The Sydney mujahid is a trained expert in firearms, and he will kill dozens of kuffar. But it will only happen if we attack this Saturday. We cannot wait any longer. If we do not attack this Saturday, the Sydney mujahid will leave for Syria.
17/07/2015 12:55 am

Brother, it is almost Saturday. We attack around 9:30 AM on Saturday. Please tell me you are ready. The Sydney mujahid is counting on us. All you have to do is load up your gun, take it to the synagogue, then go in and shoot as many kuffar as possible. I will do everything else. Remember, brother: I have been coordinating this for over a month. I have everything planned out for Saturday, and so does the Sydney mujahid.
17/07/2015 7:03 pm

There's another reason why Saturday is the perfect day to attack, brother: all of the police will be too busy guarding those anti-Islam rallies. They won't be able to stop us from killing even Jewish kuffar in the synagogues. We only have a few hours left, akhi. Please don't back out of this. We won't have this kind of opportunity again.
18/07/2015 1:04 am

I am going to sleep now, akhi. I have everything set up to attack in a few hours. Please, I am begging you - do not back out of this. We have a golden opportunity here to carry out the biggest attack in Australian history. We attack around 9:30 AM. I have my gun ready, my ricin ready to be mailed, and the Sydney mujahid has the video ready to be posted.
18/07/2015 3:28 am

Brother, it is almost time to attack. I got up very early and spent hours making sure everything was perfect. The Sydney mujahid is counting on us to do this today. He is going to be so angry at me if you back down from this, akhi. We can pull off an attack that will leave the kuffar on their knees, but you need to be willing to help me. I cannot do this on my own. We all need to work together to make this happen. Please, brother, I am begging you - PLEASE do not disappoint me.
18/07/2015 11:03 am

Brother, you need to attack RIGHT NOW. Why are you not on Surespot?
18/07/2015 10:31 am

I cannot possibly express in words how disappointed I am, akhi. The Sydney mujahid is now furious at me, and is threatening to have me killed.
21/07/2015 5:40 pm

Where are you? The Sydney mujahid left for Syria, but he said his friends in Australia kill me. I am honestly frightened, brother. What if I get killed before we are able to carry out jihad? We had the perfect chance last Saturday, but you never got on here.

1B-003

22/07/2015 1:33 pm
Akhi, i am so sorry. I didnt receive any of your messages on surespot. my profile was wiped clean on here. i dont know what happened!! Im so mad. I know you are probably mad for me not following through on Saturday.

22/07/2015 1:35 pm
I understand if you dont want to use me anymore for the attack. im sorry if you went there without me coming online. This stupid app. maybe its too secure.

22/07/2015 1:35 pm
me and my melbourne brother are still wanting to kill plenty of dirty kuffar. i guess for me it has just taken alot longer than planned.

22/07/2015 1:41 pm
very frustrating. I had my gun and was set. now i am the one waiting.

22/07/2015 1:41 pm
Inshallah i hope this happens soon.

22/07/2015 1:41 pm
Sorry

22/07/2015 1:47 pm
It's okay, brother. If your account was wiped, then it isn't your fault. I would still like to carry out jihad with you. Can you commit to this Saturday, brother? I still have my gun and my ricin.

22/07/2015 2:11 pm
Is there a way I can communicate with you more quickly, and where I can be sure you'll receive my messages? Like Kik or WhatsApp?

22/07/2015 4:51 pm
We really need to do this as soon as possible, brother. We cannot wait any longer. We need to do it this Saturday, around 9:30 AM.

22/07/2015 9:13 pm
I think the kuffar might know about our plans, akhi. They may have deliberately messed up your Surespot account to prevent you from talking to me. We HAVE to do this soon, brother. I am begging you - please commit to this Saturday.

22/07/2015 9:19 pm
We can still do his, but we HAVE to do it this Saturday, brother. We cannot keep delaying this. If we keep delaying this, we will get caught. We have spent months preparing this, akhi. It's time for us to finally strike. Remember: this Saturday at 9:30 AM. Can you commit to that, brother?

23/07/2015 3:19 pm
Brother, are you on here? We need to stay in contact with each other.

23/07/2015 6:15 pm
Akhi, I am really, really trying to be patient, but I have spent weeks and weeks waiting. You already have the gun. There is no reason not to carry out the attack this Saturday. Please, brother - please get on Surespot and commit to this Saturday. We cannot keep delaying this over and over again.

24/07/2015 2:33 pm
Brother, if we are going to coordinate this, you have to be on Surespot more than just once a week. This is very frustrating for me, as I've had everything ready for weeks now, but you are never online. Please understand that I am really trying to be as patient as I possibly can.

24/07/2015 6:46 pm
It is almost Saturday. I really hope we can pull this off in a few hours, akhi. Please get back to me ASAP.

24/07/2015 9:26 pm
Brother, are you receiving my messages? I has once again been several days since I last heard from you. We only have a few hours until we need to attack, akhi. If Surespot isn't working for you, then we need to use a different app.

25/07/2015 9:47 am
Assalamu alaikom akhi, my surespot is working. I realised the problem was that i had my account backed up on my phone but now it is Google drive. Apparently that can prevent losing information.

25/07/2015 9:49 am
Akhi im sorry but i am just not ready and conoketely completely prepared to commit jihad until my melbourne brother is ready. I would not be a good muslim if i didnt give him a chance to become a Shaheed with me

25/07/2015 9:50 am
We are very long friends and he is committed. He wants to use a knife to be able to cut up the kuffar, inshallah that can happen soon

25/07/2015 9:51 am
I know you said your sydney brother made a video but i want to make it and send my strong message to the kuffar. The same kuffar that stripped islam from me.

25/07/2015 9:53 am
Subhanallah this is so important to me. And it needs to be done correctly for me to become a Shaheed and rise to jannah. I hope Allah swt brings me blessings

25/07/2015 9:55 am
Akhi you have been very patient. Thank you and i am sorry for the strain. This struggle adds to your jihad.

25/07/2015 9:56 am
La hawla wala quwata illa billah af'allii al azeem

25/07/2015 9:57 am
The kuffar cannot be on sure spot? Its encrypted akhi? Please dont stress about that

25/07/2015 9:58 am
I do however promise to be on more and keep you updated. I have been trying to work and earn more money

25/07/2015 9:59 am
I want a black shahada flag for my video.

25/07/2015 10:00 am
Alhamdu lillah akhi

25/07/2015 1:39 pm
I understand, akhi. But how long will it take for you and your Melbourne brother to get ready? I just really want the attack to happen soon, because I don't want us to get caught.

25/07/2015 1:37 pm
Does your Melbourne brother have a knife already?

25/07/2015 1:37 pm
Do you have a safe way to obtain a black shahada flag? I don't want you to get caught while buying one, akhi.

26/07/2015 3:44 pm
What do you need more money for, brother? Black shahada flags aren't expensive. You could make one yourself.

27/07/2015 2:05 pm
Brother, it has once again been several days since I've heard from you. I really do not understand why you only get on here once a week. Isn't Surespot on your phone? It should be easy to get on here without anyone else seeing.

28/07/2015 1:22 pm
Brother, where are you? I cannot stress how important it is that we remain in regular contact with each other.

29/07/2015 2:06 pm
Brother, it has been almost a week now. Is your Surespot working? When you don't answer me, I am afraid you've been captured by the kuffar.

30/07/2015 2:56 pm
Akhi, I am REALLY trying to be patient, but it's now been six days since I last heard from you. You promised you would be on here more often, brother.

31/07/2015 2:33 pm
Brother, it has now been a WEEK since I've heard from you. Where are you? I am very worried, akhi.

1/08/2015 7:19 pm
Okay, I am really getting worried now, brother. It has never been this long without a response before. I am really freaking out. Please tell me you haven't been caught by ASIO.

2/08/2015 3:51 pm
Brother, it has now been NINE DAYS since I have heard from you. I can only assume that either your Surespot isn't working or you have been captured by the kuffar.

5/08/2015 4:12 am
Akhi, it has been almost two weeks since I last heard from you. Where are you?

8/09/2015 9:45 am
Brother, it has now been two weeks since I last heard from you. I am getting seriously concerned that you have been captured by the kuffar. Please let me know that you're okay

12/06/2015 4:07 pm
Brother, it has now been almost three weeks since I have heard from you. If you were captured by the kuffar, it would be on the news. So, why are you not responding to me? Is something wrong?

17/06/2015 2:48 pm
Brother, it has now been FOUR WEEKS since I've heard from you. I cannot possibly tell you how worried I am. Are you okay?

1B-004

19/08/2015 6:00 pm
ok akhi, I'm sorry I wasnt responding before. I had another brother on Twitter randomly message me and show me a link to 8chan? where you had openly shown screen captures of what I have been saying and openly telling people who i was. Links to my name my twitter, everything.

i was ve... ...and ...in aid of the kufar trying to find where i was because of that.

why did you do that?? i was trying to be security aware and then you started telling people what we were doing??

i have to go but i might be back on later, depending on what you say about this, i have kept quiet and have been worried. since nothing has happened, i feel i can start chatting on surespot again

speak later, ma assalamah akhi

Brother, I am so sorry. I made that post when I thought the attack was going to happen in a few hours. When the attack didn't happen, I tried to delete the thread, but I couldn't. I didn't link to your Twitter; I only included a screenshot of our conversations. At the time, I wanted to inspire other mujahideen. This was during a time when I thought that our attack was imminent, and I wanted to leave a message behind that other mujahideen would see. It was very stupid of me. I should have asked you first, akhi. Again, when I posted that, I thought we were about to attack.

I understand if you're mad at me, brother. I only posted that because I wanted to leave a message behind because I thought our attack was imminent. I will never post anything like that again.

I have spent the last several weeks absolutely terrified for you, akhi. I even made a Facebook account so I could ask other Melbourne brothers if they had heard anything from you. I was so scared that something had happened to you. You've been the only thing I could think about for weeks. I was so worried that you had been captured by the kuffar.

Please forgive me, akhi. I only made that post because I thought we were going to attack in a few hours. When you disappeared, I was worried sick. I couldn't get any sleep because I was so worried about you, brother.

Brother, if it makes you feel any better, the site I posted the thread on is a Tor website. That means kuffar can't trace anything on it. I also provided some false info in order to confuse any kuffar who might see the thread.

Akhi, I have been talking to an expert mujahid and he says there's no way the kuffar could find you from what I posted, especially since it's a Tor site. Would you like to talk to him?

as salamu alaikom, akhi, thank you for your apology, i hope, and inshallah from now on our conversations stay between you and me. i see what you mean though about telling other mujahideen to inspire, but i didnt like how you provided my name and the video that i was in. i told you a while back not to show anyone. im sure you can understand akhi

please just in the future akhi, at least tell me where you are making a post like that, i know you have helped me out in the past few months and i am grateful, but i am just trying to take your lead on internet security, if you get what i mean?

because i dont know now who will try and talk to me, whether it's a real brother or some type of kuffar.

i apologise for causing worry to you, but can u understand why i was afraid??

i understand the Tor thing, but they cannot trace YOU, but now kuffar can see me?? as in my username etc?

i just ask allah swt for guidance in my du'a

Akhi, I understand. When I posted the screenshot of our conversation, I forgot that your username showed up in it. If I had seen your username in the picture, I never would have posted it. I understand why you were afraid, brother. I am so sorry for posting that, and I'll never do anything like that again. I hope you can forgive me, and I hope you are still willing to carry out Allah's will with me.

i understand akhi, i know you were only trying to inspire other mujahideen, but i think security of who i am is more important, until an attack occurs

lately, i have been spending majority of my time reading and trying to increase my iman

i guess keeping very quiet

Did you acquire a black shahada flag, brother?

no i didn't, i havent really been doing much the last few weeks. i havent even been on twitter etc, my melbourne brother is still a little worried

lol

can you still help with this?

Absolutely, brother. I will help as much as I can. Just tell me what you need me to do, akhi. I am totally committed to carrying out the will of Allah (SWT) with you.

alhamdu lillah

i am still keen on doing jihad but after these few weeks, and being quiet, im thinking i should take a bit more time to understand my iman

i guess im a little confused

What do you mean, akhi?

i just feel alone akhi, my parents wont talk to me, and im keeping everything separate in my real life

I am sorry to hear that, akhi. But Allah (SWT) has a plan for us, and what you're feeling right now will go away the second we enter Jannah.

i want to carry out the will of allah swt, i know he has plans, i fear his plans but i also want to embrace them,

how do u separate who u really are from how you are online? with parents etc, u and i are alike, parents who are coconuts haha

It's easy, brother. Just dedicate your life to Allah (SWT) and he will show you the path. It's hard having parents who are coconuts, but just don't mention jihad around them and you should be fine. Be kind to your parents, and show them love, and they will eventually see the light.

None of this will matter once we enter Jannah, brother. Allah (SWT) will sort everything out. Just put your faith in Allah (SWT).

i agree akhi, i am always kind to them, they are pressuring me alot with making money or leave the house, i love them but despise them abandoning Islam, i tried putting it down to them being khawarej but im thinking they are kuffar

if you know what i mean

Brother, if they are threatening to kick you out, then we must carry out this attack ASAP. Remember, akhi: when you enter Jannah, you won't need any money. The answer to all of our problems is to carry out jihad and enter Jannah, leaving all of our earthly problems behind.

I don't want to see you become homeless, akhi. We need to enter Jannah before they kick you out.

thank you for caring brother, i agree, jihad is the only way forward, i can see this and allah swt has shown me, i just hope this can help brothers over in IS

i have to go akhi, i have to catch the train soon and make maghrib, will you be on later??

Yes, I will be on later, akhi. May Allah (SWT) bless you

> And this attack will definitely help the brothers in IS. We will inspire mujahideen all over the world, and our names will be known around the world as martyrs for Allah (SWT).

28/08/2015 4:54 pm

hopefully, inshallah, we can speak more about anything that has changed since i have been offline, i plan on becoming a shaheed brother, allah swt commands it, we will talk more, Jazaka Allahu khairan

28/08/2015 4:55 pm

> I am glad to hear it, brother. We can talk whenever you're online. I am totally committed to becoming a shaheed with you, akhi. It's all I can think about.

28/08/2015 4:56 pm

Alhamdu lillah akhi,

21/08/2015 6:52 pm

as salamu alaikum akhi, other brothers are speaking to me on surespot. just letting you know, i don't really want to tell them what we have been talking about, because i dont know who they are, could be kuffar, speak later, ma salaam

21/08/2015 12:13 pm

> You can talk to wilayahks. He is a trusted mujahid friend of mine.

21/08/2015 12:11 pm

> I was thinking, akhi: can you make your video message to the kuffar without a black shahada flag? I don't know where to get a black shahada flag, and I don't want you to get caught while trying to buy one. It doesn't really matter if your video has one, akhi. Your words are the only thing that matter in the video.

22/08/2015 3:08 pm

> Are you there, brother?

23/08/2015 3:56 pm

> Akhi, please do not go offline for several days. When you do, I become very worried. Please respond.

24/08/2015 4:19 pm

> Akhi, it's been four days since I've heard from you. Are you okay?

25/08/2015 1:24 pm

Salaam, you know how i am on this thing, apologies... i started talking to wilayahks but stopped as i didnt know who anyone was

25/08/2015 1:25 pm

i'm thinking of making my own flag...i know its been very hard actually finding one online, and then i have to buy it online, maybe too risky??

25/08/2015 1:26 pm

how have you been brother? wilayahks straight out told me that you two were talking about an 'operation' in the states? i didnt really know what to say

25/08/2015 1:55 pm

> If you must have a flag, then you should make your own, brother. But remember: having a flag in the video isn't important. What's important is your words, brother.

25/08/2015 1:56 pm

I've been fine, akhi. Regarding wilayahks, he wants to carry out jihad on 9/11, so I sent him some instructions on how to make pressure cooker bombs, and I found a place for him to target.

25/08/2015 1:56 pm

> I want us to carry out our attack before wilayahks carries out his attack, brother. Can you commit to attacking with me before September starts?

25/08/2015 1:58 pm

> But, brother, you HAVE to be on here more often. We cannot plan this if you're only one once a week. Please try to get on every day. If you don't want your parents to see, then just get on when they're sleeping.

25/08/2015 4:07 pm

> Brother, can you commit to this Saturday? We've been preparing this for months. It's time for us to finally strike.

26/08/2015 4:29 pm

> Akhi, I've been talking to wilayahks and he says you seem reluctant. Are you really committed to carrying this out with me, brother? Because it seems like you keep delaying it over and over again. We can't keep waiting, akhi. If we don't carry this out soon, the kuffar will find us. This jihad is the answer to all of our problems, brother. When we carry out this attack, we will be martyrs around the world, and the Islamic State mujahideen will speak of us as heroes. And, once we enter Jannah, all of our problems will cease to exist. We have nothing to lose, brother. Please - I am begging you, akhi - please commit to carrying this out with me either this Saturday or next Saturday.

27/08/2015 4:02 pm

> Please block greenbirddawlah. They are a kafir reporter posing as a mujahid.

27/08/2015 4:03 pm

> Also, brother, you HAVE to carry out this attack with me before wilayahks carries out his attack on 9/11. Once wilayahks carries out his attack, the kuffar are going to start seriously trying to track me down since I gave him instructions. You've had the gun for months, brother. No more excuses. We carry out the attack either this Saturday or next Saturday.

27/08/2015 4:13 pm

> All you have to do is get on Surespot at 9:30 AM on Saturday, tell me you're ready, and then drive to the synagogue with your gun and your friend, and go inside and kill as many kuffar as possible. Then, I'll drive down to the Perth synagogue and do the same thing. It's very simple, brother. You're making this too complicated.

27/08/2015 4:12 pm

I still have the ricin, but I can't hold onto it much longer, akhi.

28/08/2015 4:35 pm

> Akhi, it's been four days since I've heard from you. Where are you?

28/08/2015 5:33 pm

> Saturday, September 5 at 9:30 AM is when we strike, brother. Be ready by then. It's all been leading up to this. This is Allah's (SWT) destiny for us, brother. We will be heroes to mujahideen around the world, and Allah (SWT) will reward us with seats right next to the Prophet (PBUH) in Jannah.

29/08/2015 3:43 pm

> Brother, it has now been five days since I've heard from you. I'm sorry, but this is not okay. We have to remain in constant contact with each other if we're going to carry this out together, akhi.

29/08/2015 1:59 pm

> Saturday, September 5 is the date that this HAS to happen on, brother. We carry out our attack on September 5 and then, a week later, wilayahks will carry out his attack on September 11. The kuffar will be paralysed with fear!

30/08/2015 2:14 pm

> Brother, it has now been six days since I've heard from you. Is something wrong?

31/08/2015 1:37 pm

Salaam, akhi... im sorry about the extended reply. My surespot is always having issues... for some reason when i log in, my messages wont appear but then other times i login my full messages are there?? so now it is displaying your messages? i use android. have you had the problem akhi??

31/08/2015 1:38 pm

maybe i should be using another app or something?? its really frustrating me akhi

31/08/2015 1:38 pm

im happy to keep using surespot though, its your call

31/08/2015 1:39 pm

my melbourne brother has been quite difficult with me lately, he keeps saying that we shouldnt be attacking a synagogue and be more smart about choosing a location so i have been telling him what ur thoughts are

31/08/2015 1:41 pm

i know it has been a while brother, but as i keep saying, i know you have helped me alot with information and targets etc, but i also want to make my own mark, allah swt willing. i feel the gun and me alone wont be enough...

31/08/2015 1:41 pm

im still trying to put together a flag etc but im also relying on my other brother to get involved

31/08/2015 1:42 pm

wilahyaks spoke to me on here also... i was a bit nervous to speak to him though because as i said, i dont know who these people are

31/08/2015 1:43 pm

but if u trust him then thats ok

31/08/2015 1:43 pm

green bird dawlah spoke to me but i think he since deleted me because i stopped replying to him too

31/08/2015 1:43 pm

do u only speak to wilahyaks on here brother??

31/08/2015 1:44 pm

> it sounds like you two are putting together quite a plan, is he ready to go akhi??

31/08/2015 2:33 pm

> Akhi, if your Surespot is not working properly, then we need to go back to talking on Twitter.

31/08/2015 2:32 pm

> Trust me, brother, you alone with a gun would be more than enough. Just look at what happened in Chattanooga. That was one mujahid with a gun, and he was shooting at soldiers. Just imagine how many unarmed Jewish kuffar you could kill.

31/08/2015 2:33 pm

1B-006

The attack HAS to happen by Saturday, brother. Because wilayahks is going to attack Kansas City on 9/11. Once wilayahks attacks, the kuffar are gonna try harder than ever to track him down.
31/08/2015 2:09 pm

A synagogue is the perfect place to attack, brother. The Jews are the agents of Shaytan, and they control all Western governments. An attack on Jews would devastate all kuffar governments.
31/08/2015 2:47 pm

Think about it, akhi: you attack a synagogue in Melbourne, then I mail the ricin to politicians, then I attack a synagogue in Perth. It will be the biggest attack in Australian history.
31/08/2015 2:15 pm

Please commit to this attack on Saturday, September 5, brother. We won't get a better opportunity than this.
31/08/2015 2:39 pm

Please, brother - I am begging you - commit to this Saturday. Together, we will carry out the biggest act of jihad ever seen in Australia. Then, a few days later, wilayahks will carry out his attack on Kansas City. We have nothing to lose, akhi. This is Allah's (SWT) destiny for us.
31/08/2015 4:44 pm

Brother, please download kik and add me on there. I'm AusWitness.
1/09/2015 4:45 am

salaam akhi, again surespot is giving me issues... last night it didnt let me input my password also. i'll try kik. is that a secure app or a normal chat app?? ill download it now and have a look. jazaka allahu khairan
1/09/2015 10:12 am

i sent you a message akhi, but i dont know if i like kik... surespot seems to be working ok, inshallah
1/09/2015 4:12 pm

Well, akhi. I need to make sure you receive my messages on time, and Surespot seems to be messing up for you. Did you enable push notifications on kik so you get notified every time I message you? If not, please do. We have to remain in constant contact, brother.
1/09/2015 4:19 pm

Please check your kik messages, brother. kik is secure.
1/09/2015 4:44 pm

You gotta commit to this Saturday, akhi. This is our last chance. Make your video now, and forget about the black shahada flag, brother.
1/09/2015 4:45 pm

Allah (SWT) has given us this perfect opportunity. If we take it, we will be rewarded with seats right next to the Prophet (PBUH) in Jannah.
1/09/2015 4:53 pm

No more excuses, akhi. This is Allah's will. Allah's will does not seek excuses.
1/09/2015 9:17 pm

Brother, I know you read my messages. I can see you did. Please respond.
2/09/2015 9:01 am

salaam akhi, you need to relax and stop putting so much pressure on me, i did see your kik messages, i dont like kik so im not using it.... surespot is more secure so im going to try and use this instead... this is my life akhi, i will make up the time to commit my jihad and the pressure ur putting on me is not healthy
2/09/2015 9:02 am

i know i have the gun, i know i can committ the attack but it needs to be the right time for me akhi,
2/09/2015 9:03 am

are you even ready to do this? i never really liked the optioin of my attacking first then you attacking and mailing ricin, i didnt understand it
now because wilyahks is going to attack, ur putting more pressure on me
2/09/2015 9:34 am

im trying to do the right things by my parents and pay my dues, the filthy kuffar will have there day, but it needs to be on my time akhi
2/09/2015 9:34 am

i suppose thats also why i have been delaying with messages, i dont feel like ur listening to me, and just wanting me to do it now! im not doing it now... i will let you know, im sorry, i know u will be dissaponted, but i also want to do things my way, with the video and sending the message to the west of what they have done to muslims around the world.. youe agenda seems different to mine
2/09/2015 9:36 am

i have earnt quite a bit of money in the last few months from work, so i am even thinking of making my zakat to benifet the brothers over in IS, or a muslim that really needs it....
2/09/2015 1:15 pm

Akhi, my Surespot keeps crashing, so I sent you a message on Facebook. Please check your Facebook messages.
2/09/2015 1:14 pm

The message is very important. Please read it.
3/09/2015 5:31 pm

Brother, I cannot make this any clearer: if we do not attack VERY soon, we will get caught. Please check your Facebook messages, as I sent you some responses.
5/09/2015 5:11 pm

Akhi, other mujahideen are starting to think that I'm a fake and that I just made you up. Your refusal to carry out this attack with me is making me look like a liar.
5/09/2015 11:25 pm

Jzk for the response, akhi. Check your Facebook messages, as I responded again. September 13 is the day wilayahks attacks, and it's also the day that the Jewish kuffar are holding Erev Rosh Hashanah services. The synagogues will be very crowded. It's the perfect time to attack.
5/09/2015 1:52 pm

Akhi, I have great news. JihadiUK says he can send you a black shahada flag through parcel, but only if you commit to this September 13. His username is Jihadi on Surespot. He is a very trusted mujahid.
5/09/2015 3:39 am

Please add him, brother. He can send you a black shahada flag which should arrive in a few days. His current Surespot name is Jihadi.
5/09/2015 5:15 pm

Akhi, please accept Jihadi's invite. He can send you a black shahada flag which can arrive before September 13.
6/09/2015 11:32 pm

Brother, are you receiving my messages on Surespot?
7/09/2015 3:05 pm

brother, is your surespot all good now? mine seems to be good. i got your messages on facebook, that kehilat nitzan sounds like a good target akhi
7/09/2015 3:05 pm

i should be ready, inshallah. im speaking with jihad on here to try and get the flag so i record something
7/09/2015 3:06 pm

this will be glorious akhi, im excited that you have now organised it with a brother over in the usa, this was the kind of impact i was looking for, may Allah swt reward you when you enter Jannah
7/09/2015 3:07 pm

is wilyahks also attacking a jewish synagogue??
7/09/2015 3:08 pm

i hope, inshallah, i can get the flag, imagine i had that when we strike, what a message this will show to the filthy kuffar
7/09/2015 3:09 pm

the news story will be huge and brothers over in IS will be very thankful
7/09/2015 3:09 pm

you have worked hard akhi, it is time for us to bring down the west in their own land! alhamdulillah!
7/09/2015 3:13 pm

ma salaam, ill be back in a little bit, take care akhi
7/09/2015 3:47 pm

Yes, brother, my Surespot seems to be working now.
7/09/2015 3:48 pm

I hope you can get the flag on time, but it's okay if you can't. He might not be able to mail the flag to you in just a few days since I don't think he lives in Australia. Are you still making your own flag, brother?
7/09/2015 3:49 pm

Indeed, brother. I am so excited that we are finally going to carry this out. We will be legendary shaheeds, and the Islamic State mujahideen will honour us as iconic martyrs.
7/09/2015 3:50 pm

wilayahks is attacking a firefighter event. US time is about a day behind Australia time, so we'll attack the synagogues in Australia a little bit before he attacks Kansas City.
7/09/2015 3:51 pm

I can't wait for us to enter Jannah together, akhi. This is what we've been preparing for our entire lives. Allah (SWT) will reward us with seats right next to the Prophet (PBUH) in Jannah.
5/01/2015 ?

excellent akhi, mine was bring buggy but i think it's all good now! inshallah. yeah jihad said he was in the UK. so it might take a few days to some, ill respond to him now, but i was trying to get a smaller shahada flag, if i cant get it in time then as you said, my words and actions will speak for them self!!

yes akhi, i agree... the time is coming where we will enter Jannah as shaheeds, i hope we inspire other brothers in australia to act...

ok akhi, why fire fighter? was that his decision? baxed on the 9/11 rescuers or something?

is there anything else i should know before hand brother? how will u get to the perth shule? i dont have a car anymore but i will work something out, inshallah,everything will go to plan and we can carry out allah's will together, alha mdulillah!!

> Indeed, brother. It's great if you can get a flag, but don't worry too much about it. Remember: getting a flag is the least important part. The most important part is killing the maximum number of kuffar.
>
> We will inspire brothers all over the world to act, akhi. We will be the spark that ignites a revolution.
>
> The firefighter thing is a 9/11 remembrance event held on September 13.
>
> I can drive to the Perth shule, brother. Are you sure you'll be able to get to the Melbourne synagogue I showed you on September 13 at 6 PM? Make sure you have a way to get there on time, brother.
>
> Akhi, Jihadi says it's too late for him to mail you the flag. But that's not important, brother. We don't need any flags. Our actions will speak louder than any flag, inshaallah

Ok akhi, i will get there. I will just borrow my mums car or something. i will sort it out, inshallah

I will get there on time akhi, i will make sure of it. It is Allah's swt will.

I cant wait to cut down these filthy kuffar. I will even film it on my phone akhi

I thought that jihad may not be able to get it to me but was worth a try. Have you made sure your gun is still working ok and ready to go?

> My gun is working great, akhi. I cannot wait for this. We will be true lions, tearing the filthy kuffar apart.
>
> Akhi, make sure to ask Jihadi for advice on how to kill the most kuffar. He helped me plan it out. He can help you too,

Salaam, you were up early akhi! whats the time difference in perth?? yes brother, only a few more days until we strike at their hearts! Allahu Akbar!!

yah akhi, thank you i will reach out to jihad for more advice, but i think, inshallah, we are ready and we can fulfil this for allah swt.

on a side note, i should be able to take my mothers car without her knowing too, Alhamdulillah!!



mdulillah!!

> Indeed, brother. It's great if you can get a flag, but don't worry too much about it. Remember: getting a flag is the least important part. The most important part is killing the maximum number of kuffar

> We will inspire brothers all over the world to act, akhi. We will be the spark that ignites a revolution.

> The firefighter thing is a 9/11 remembrance event held on September 13

> I can drive to the Perth shule, brother. Are you sure you'll be able to get to the Melbourne synagogue I showed you on September 13 at 6 PM? Make sure you have a way to get there on time, brother.

> Akhi, Jihadi says it's too late for him to mail you the flag. But that's not important, brother. We don't need any flags. Our actions will speak louder than any flag, inshaallah

Ok akhi, i will get there. I will just borrow my muma car or something, i will sort it out, inshaallah

I will get there on time akhi, i will make sure of it. It is Allah's swt will

I cant wait to cut down these filthy kuffar. I will even film it on my phone akhi

I thought that jihad may not be able to get it to me but was worth a try. Have you made sure your gun is still working ok and ready to go?

> My gun is working great, akhi. I cannot wait for this. We will be true lions, tearing the filthy kuffar apart.

> Akhi, make sure to ask Jihadi for advice on how to kill the most kuffar. He helped me plan it out. He can help you too,

Salaam, you were up early akhi? whats the time difference in perth?? yes brother, only a few more days untill we strike at their hearts! Allahu Akbar!!

yah akhi, thank you i will reach out to jihad for more advice, but i think, inshallah, we are ready and we can fulfil this for allah swt.

on a side note, i should be able to take my mothers car without her knowing too, Alhamdulillah!!

> I don't think there's a big time difference, akhi. You know exactly where the synagogue is, right?