# ANNEXURE

# C

You're friends on Facebook

- 

29/08/2015 18:32

**Australi Witness**

Akhi, where are you? It has been more than five days since I've heard from you, brother. I need you to get on Surespot and respond to my messages. It's very urgent.

- 

31/08/2015 16:53

**Australi Witness**

Brother, please download kik and add me on there. I'm AusWitness.

- 

02/09/2015 16:45

**Australi Witness**

My Surespot is not working at the moment, so I'm going to have to send you this message here.

Brother, do you have any idea how much hard work I've done preparing this attack? Do you have any idea how long I've waited for you, how patient I've been, and how long I've been ready? I have been ready for months, and I've done everything I can to help you get ready too. No other mujahid would have been as patient as I have been. Every time I speak to a mujahid about you, they tell me that I should just stop trying, and they tell me that you're never going to attack with me. But I refuse to give up, because I trust you, brother. You promised me months ago that you would participate in this attack with me, and a true Muslim doesn't tell false promises. You say that you're waiting for the right time, but, brother, this IS the right time. You're not going to get a better time than this. Allah (SWT) given you the perfect opportunity, yet you refuse to take it. Brother, how many more times are you going to delay this? At this point, I'm starting to feel betrayed by you. I feel like you're never going to attack with me, even though you promised me you would. And now I hear that you're planning to donate money to brothers in the Islamic State? Akhi, are you TRYING to get caught? Sending money from Australia to brothers in the dawlah GUARANTEES that the kuffar will capture you. If you want to inspire brothers in the Islamic State, then you need to carry out this attack with me. THAT is how you help the Islamic State, akhi. But, instead, you just keep making excuses for why you refuse to carry out Allah's will. I'm getting tired of your excuses, brother. I'm starting to agree with what the other mujahideen have told me: I don't think you're ever going to carry out this attack with me. I'm just so disappointed, brother. I really thought you were a true shaheed.

1

03/09/2015 11:49

**AFP Federal Agent**

salaam akhi, maybe it's a surespot bug going around lol.

akhi, trust me i know how much you're committed to this and i know you have put alot into speaking to me about it, i am still going to attack, however my melbourne brother has been in my ear about certain things, and he has suggested making a bigger mark, other than guns... maybe even something that will cause more destruction, i dont know.

i know you have been ready for months akhi, the thing is, why arent you going to do this by yourself if committing jihad asap is key for you??

i never said i wasnt going to do it. all i said akhi, was that i have progressed a little in my planning and coordination with my melbourne brother, keeping it local and maximising the attack here in melbourne.

Other mujahids will say what they want to benifet themselves, we are all united here but please akhi, just know that im not dismissing everything you have done, i am just taking time to make sure i am doing jihad my way, i hate the kuffar and they need to pay. especially for brainwashing my parents, to which they have shown no remorse for.

i appreciate that you trust me akhi, i trust you too, i just think we are on slightly different pages at the moment. I need to commit jihad in my own time brother,

what can i do to prove my faith and trust to you? to restore your trust?? tell me akhi?? can i send you some money instead? instead of over to IS?

im not delaying and telling you false promises, as i said akhi, in my own time, allah swt has a will for me and me only. i will die a shaheed!!!


03/09/2015 13:09

**Australi Witness**

Akhi, your Melbourne brother is going to get you caught. He has no idea what he's talking about. The longer you delay this attack and the more people you get involved, the more likely you are to get caught. Lone wolf attacks with guns are the most effective kind of attack for striking terror into the hearts of the kuffar. You need to forget about this idea of pulling off some "bigger" attack. Brother, we cannot pull off a 9/11-caliber attack in Australia. We do not have the time or resources for that. What we CAN do is carry out the biggest attack in Australian history if we both attack on the same day. The attack is already going to be huge if you just agree to carry it out. Trying to make it even "bigger" will only get us caught. Akhi, I really think you need to forget about bringing your Melbourne brother along for this. He can become a shaheed some other way, akhi. But, right now, he's only going to delay this attack even further.

On September 13 is the Jewish holiday of Yom Kippur. If you're not willing to attack by then, then I don't think you're ever going to attack. Yom Kippur is the absolute best possible time to attack the kuffar. The synagogue will be more crowded than ever. Remember, brother: the Jews are the ones who brainwashed your parents. The Jews are the ones who control the kuffar government and the kuffar media. The Jews are the ones who slaughter innocent Muslims around the world. The Jews killed the Rasul (SAW). So, if we truly love the Prophet (PBUH), then we are obligated to carry out jihad against Jews.

You say you want to commit the attack on "your own time", but when is "your own time", brother? When? When are you ever going to be ready? It doesn't seem like you ever are. Allah's will for you is to carry out this attack, and you are making excuses for why you refuse to carry out Allah's will. Allah's will does not accept excuses, brother.

On September 11, wilayahks will carry out his attack in Kansas City. Once wilayahks carries out his attack, the kuffar are going to try harder than ever to track me down - and they might actually manage to capture me. And, if the kuffar capture me, they will also capture my friends. If we don't enter Jannah within the next few days, we will get caught, akhi. Do you want us to get captured by the kuffar and tortured for information, brother? Or do you want to enter Jannah? The choice is yours.

Please, akhi - please carry out this attack with me. You have had months and months to get ready. I have been as patient as I can possibly be. No more excuses, brother. It's time for us to become shaheeds and carry out Allah's will together. If you do this with me, your name will become legendary, and the kuffar will feel terror in their hearts just from the mere mention of your name. You will become a heroic martyr for mujahideen around the world. But, if you keep delaying this, you will be just another mujahid who got caught before he could attack. Make your decision soon, brother. There isn't much time left.

- 

03/09/2015 13:10

**Australi Witness**

Sorry, I meant September 22. Yom Kippur is on September 22. But the kuffar might capture me before then.

- 

03/09/2015 13:42

**Australi Witness**

Also, you should know that Surespot is no longer safe, and the kuffar can track us through it, so please use kik instead: http://justpaste.it/surespot

**Bismillahi Rahmaani Raheem Surespot has been compromise... - justpaste.it**

I was chatting on surespot until a very old conversation came up again which i have deleted a long time ago.I asked the other user if he deleted the old conversation and he confirmed. Our recent messages where somewhere in between the old conversations so we had to search for it. So we both deleted...

3

1C-004

04/09/2015 16:11

**AFP Federal Agent**

Maybe you're right akhi, I don't know. He has been such a good brother to me in the past but I am sick of waiting for him also. He's just wanting to do something separate from guns, something that will cause much more destruction, but I don't know, inshallah we can work this out together, he is a good Muslim.

I agree akhi, as u know, I have always wanted to stick to the gun idea, I mean, I have the gun and I want to use it, I want to show the kuffar that they are not untouchable, and that Islam will soon rule the world. Brothers over in IS would love this wouldn't they??

I'll google yom kippur, plenty of jews akhi?? What type of celebration is it? Security guiards etc?? Im starting to think that maybe we should act and that maybe this festival would be an idea. Ill have a good look akhi, I promise. Maybe I can even influence my brother...

Do you and wilayahks have a location picked out? Cant you include me a bit more in whats going on there? If our attack would be related to what he is doing then I shuld know more akhi??

Kuffar cannot capture you brother, you have been too smart with ur internet security. Tor and what not. How could they even get through that?? Do not be paranoid brother, I had a right to be paranoid when you leaked my twitter on 8chan but I am still here, do not worry. Allah swt is protecting us.

Jzk for your worry akhi, I know you have been there with me for months, let me try and sort out with my Melbourne brother and ill keep u updated. If he's going to take forever, then im more inclined to follow you.

At the end of the day, kuffar will pay, our plans will spark fear into all of their hearts. No one can be safe here. I feel that allah swt has guided me properly. Ma salamah akhi, may allah swt bless you and reward you for your intentions. Alhamdulillah.

04/09/2015 17:05

**Australi Witness**

Jzk for your response, akhi. Your Melbourne brother might be a good brother, but it sounds to me like he doesn't really want to attack. If we pull off this attack together, it will already be the largest attack in Australian history. We can't obsess over carrying out something "bigger", because we don't have the resources to do that. We can't carry out something like 9/11, akhi. That's not possible for us. But, with our guns and my ricin, we can still carry out a massive attack that will strike fear into the hearts of kuffar around the world, Allah (SWT) willing.

Take a look at the synagogue schedule, akhi: http://www.kehilatnitzan.org.au/worship.html

There are lots of big events coming up that we could target.

Wilayahks and I have picked out our location. Turns out it's actually going to be on September 13. Akhi, do you think you could agree to carry out the attack on September 13? It would be perfect. We carry out our attack in Australia, then wilayahks carries out his attack in Kansas City.

Looking at the schedule, it would appear that there is a large Erev Rosh Hashanah service on September 13. We should target that, akhi. This is the absolute perfect time to target. We can't keep waiting, brother. We need to carry out Allah's will.

September 13 at 6 PM at Kehilat Nitzan, akhi. Can you commit to this? I already have a local synagogue to target in Perth too.

We attack Australia, then wilayahks attacks Kansas City. We will be legendary martyrs.

05/09/2015 17:31

**Australi Witness**

Akhi, JihadiUK says he can send you a black shahada flag through parcel, but only if you commit to carry out this attack on September 13. He's added you on Surespot. His username is Jihadi. Please accept his invite, akhi. He is a very trusted mujahid, and he can help us carry this out to maximum effect.

16:06

**AFP Federal Agent**

Salaam akhi, shukran for the messages and for seeking help from jihadUK, may Allah swt reward you.

Yah akhi, i understand that we cant do a 911 style attack but i always beleived it could be bigger. Especially with my melbourne brother by my side to slay as many filthy kuffar as possible. Im still trying to get him on board, but inshallah he will see Allah swt will soon.

I will have a look at that synagogue. Is it september 13 or 22? I think you originally corrected yourself and said 22? Ill confirm online anway.

Thats good he has a location in kansas city akhi. Is he set and ready to go? Wasnt he making a bomb??

What synagogue in Perth are you looking at akhi? Have you made sure no security etc? September 13 sounds like a plan akhi. Especially when it is coordinated with a usa mujahid brother.

Jihaduk did message me and i accepted him on surespot. Ill talk to him tonight. We should start talking back on there. Mine seems to be working ok now. Ma salamah akhi, talk later.

19:29

**Australi Witness**

It's on September 13, akhi. This is different from what I was telling you about before. This is Erev Rosh Hashanah, which comes before Yom Kippur. It will be very crowded, and there will be tons of Jewish kuffar to kill. The services at the Melbourne synagogue I showed you start on September 13 at 6 PM. Remember that, akhi. The address is 36-40 Hawthorn Road, Caulfield North. Here it is on a map: http://www.street-directory.com.au/sd_new/mapsearch.cgi?star=5&&x=145.025205&y=-

5

37.869003&level=6&StateID=1&address=36%20-%2038%20Hawthorn%20Rd,%20Caulfield%20North%20VIC%203161

This is the synagogue I will be targeting in Perth, akhi. I already checked, and it's very crowded: http://www.theperthshule.asn.au/

I am so glad you've finally agreed to carry this out with me, brother. We are going to become legendary shaheeds, Allah (SWT) willing. We will be rewarded with seats right next to the Prophet (PBUH) in Jannah.

Remember, brother: from now on, you have to get on Surespot every day. We don't have much time left. We have to carry this out on September 13.

1C-007