

know he's okay.

8/5/15 8:38 AM

Well bro he hasn't gotten back to me...

8/5/15 1:10 PM

If he was captured, it would be my fault. I mentioned him in a post on a discussion board for mujahideen. I feel so guilty about this. I am so worried about him.

8/5/15 1:11 PM

If the kuffar captured him with his gun, it would be on the news, right?

8/6/15 7:40 AM

I would assume?

8/6/15 7:42 AM






●●●○○ AT&T 🤏   3:17 PM   ⊕ ⌖ 31% 🔋

**wilayahks**     menu

AusWitness

8/6/15 7:40 AM

I would assume?

8/6/15 7:42 AM

I don't know what to tell you bro

> 8/6/15 11:08 AM
>
> The thread I posted about him was on 8ch.net/islamicstate. Do you think the kuffar could capture him just from that thread?

8/7/15 8:12 AM

No I mean it's an onion site

8/7/15 8:12 AM

And surespot isn't traceable

8/7/15 8:12 AM

Sounds like he got cold feet to be honest

8/7/15 12:00 PM





●●●○○ AT&T 🛜        3:17 PM        ⊙ ⏀ 31% 🔋

**wilayahks**              menu

**AusWitness**

8/7/15 8:12 AM

Sounds like he got cold feet to be honest

8/7/15 10:38 PM

Well, I posted a link to a video he posted. Couldn't the kuffar trace his IP from that? Or from his Twitter, which has the same username?

8/7/15 10:39 PM

He often takes a long time to respond to me, but it's never taken THIS long. The last thing he sent me was a promise that he would send me updates more often.

🔒 8/8/15 10:31 PM                    27 KB



wilayahks        menu

AusWitness

🔒 8/8/15 10:31 PM                    27 KB



8/8/15 10:31 PM

These are the last messages
he sent me.

8/9/15 12:23 PM

Yeah ahki I dunno there's not much
you can do at this point

8/9/15 12:23 PM

The bottom line is if you feel safe






●●●○○ AT&T 🛜     3:17 PM     ⊚ ⊿ 31% 🔋

**wilayahks**     menu

**AusWitness**

The bottom line is if you feel safe being caught shouldn't be an issue

8/9/15 12:23 PM

You can always plan something else

> 8/10/15 1:16 AM
>
> What makes it worse is that he hasn't responded to my emails or my messages on Twitter either. But, if the kuffar had captured him, then surely it would be on the news? I just don't understand.

8/10/15 8:17 AM

Yes it would have been on the news they love showing that kind of news





●●●○○ AT&T 🛜   3:17 PM   ⊕ ◀ 31% 🔳

**wilayahks**   menu

**AusWitness**

Yes it would have been on the news they love showing that kind of news

8/10/15 8:23 AM

If they got him they'd have gotten you right?

8/10/15 9:51 PM

Well, I'm not sure. I mean, I used proxies to post. I don't think he used a proxy to upload that video clip that I posted.

8/10/15 9:51 PM

I've tried messaging him on Twitter and emailing him, but I get nothing.

8/12/15 10:21 PM

Cold feet bro

8/13/15 2:22 AM





●●●○○ AT&T 📶          3:19 PM          ⊙ ➤ 29% 🔋

**wilayahks**                     menu

**AusWitness**

8/12/15 10:21 PM

Cold feet bro

> 8/13/15 2:22 AM
>
> But his last messages showed no sign of cold feet, brother. I just wish I hadn't made that stupid thread on 8chan. What was I thinking?

8/13/15 7:24 AM

Don't beat yourself up ahki.

8/13/15 7:25 AM

If he were arrested it would be in the news

8/13/15 7:25 AM

If you're serious its time to focus on other things.  Don't get tied down by it.

🔒 8/13/15 4:41 PM





If you're serious its time to focus on other things.  Don't get tied down by it.

🔒 8/13/15 4:41 PM                                                              89 KB

8/13/15 4:41 PM

Maybe he went here ahki 😅

8/13/15 4:42 PM

Jokes aside may Allah swt bless them all



**8/13/15 4:42 PM**

Jokes aside may Allah swt bless them all

> **8/14/15 7:07 AM**
>
> I just can't get over this, akhi. The kuffar government could be torturing him for info right now, and all because I made the stupid mistake of talking about our plans on 8chan. If I find out he got caught because of me, I just don't know what I'll do. I feel like I have failed as a Muslim.

**8/14/15 7:30 AM**

Best to get that out of your head ahki. He knew the risks when he started planning. We all do.

**8/14/15 7:41 AM**





Best to get that out of your head ahki. He knew the risks when he started planning. We all do.

8/14/15 7:41 AM

Why Australia bro?  Just curious.  Are they as bad as the US?

8/15/15 12:37 AM

But, if I hadn't made a thread about our plans, he wouldn't have been caught. And yes, Australia is as bad as the US.

8/15/15 7:40 AM

But you don't know he's been caught.

8/15/15 8:26 PM

Where did you find him in the first place?







**wilayahks**

AusWitness

8/17/15 9:57 PM

Inshallah

8/17/15 9:57 PM

How are you bro?

8/17/15 10:03 PM

I'm still worried, akhi.

8/17/15 10:04 PM

I know Ahki I can tell.  It's all you talk about.  I feel bad that you're going through this.  My Allah swt ease your mind.

8/17/15 10:06 PM

Let's talk about something else.  Get your mind off it.  What's Australia like?  What do you do?  I'm ready to start another year of college.

  enter message



●●●○○ AT&T 🔌          10:24 PM          ⦿ ⚹ 20% 🔋 ⚹

wilayahks          menu

AusWitness

8/17/15 10:07 PM

Honestly bro I found you and was like this brother is the haqq a true mujahid lol it's weird seeing you this wrapped up in someone else.  I feel bad bro.

8/17/15 10:12 PM

This is the life though Ahki

8/17/15 10:13 PM

A few weeks ago I remember a lot of brothers in the U.S. Got arrested like a bunch of them.  They were all still proud.

8/17/15 10:19 PM

I was arrested a few days after. Released after a weekend. Was talking to a brother in the dawlah when it happened.  Kuff legal system bro.  I'm sure Ahki is fine.

 enter message          🎤



●●●○○ AT&T 🔶    10:47 PM    🔶 ⬈ 32% 🔋 ⚡

wilayahks    menu

AusWitness

8/17/15 10:26 PM

What were you arrested for, akhi?

8/17/15 10:26 PM

Illegally transporting a weapon

8/17/15 10:27 PM

A bro in the dawlah and i were planning something but Allah swt guided me elsewhere

8/17/15 10:28 PM

Temporarily inshallah

8/17/15 10:30 PM

Like I said in and out the paperwork was fine I was never even charged

8/17/15 10:36 PM

How did you avoid getting charged, brother?  The

 enter message    🎤



●●●○○ AT&T 🤍     10:47 PM     ⊕ ✈ 32% 🔋 ⚡

wilayahks      menu

AusWitness

How did you avoid getting charged, brother? The Australian legal system is much stricter about guns.



8/17/15 10:39 PM

They detained me for 72 hours because they're filthy kuff but that was it

8/17/15 10:44 PM

It's funny the Kuff law is exactly wh—

 enter message      🎤



●●●○○ AT&T 📶   10:47 PM   @ ⌁ 32% ▭ ⚡

wilayahks    menu

AusWitness

was it

8/17/15 10:44 PM

It's funny the Kuff law is exactly what will do them in. Lol it's sooo easy to get a gun especially in the Midwest. No idea what Australia is like. I always thought they were gun friendly.

8/17/15 10:47 PM

Australia has strict gun laws, but mohamadmo7 was able to buy a gun from a black market weapons dealer. He bought an SKS rifle, which I'm pretty sure is illegal here. If the kuffar found him, he could get a long prison sentence for owning an illegal gun and planning jihad.

 enter message   🎤



wilayahks        menu

AusWitness

~~prison sentence for owning an~~
illegal gun and planning jihad.

8/17/15 10:48 PM

Bithnillah he is safe

8/17/15 10:57 PM

I hope so, akhi. May Allah
(SWT) guard him from the
kuffar and keep him safe.

8/17/15 10:58 PM

Did you hear the kuffar media
talking about how Islamic
State mujahideen were
supposedly gonna blow up the
Queen of England a few days
ago?

8/17/15 10:59 PM

I heard something of it but didn't read
much of it

 enter message



●●●○○ AT&T 📶　　11:08 PM　　@ ✈ 42% 🔋 ⚡

wilayahks　　menu

**AusWitness**

supposedly gonna blow up the Queen of England a few days ago?

8/17/15 10:59 PM

I heard something of it but didn't read much of it

8/17/15 11:07 PM

 I was actually really disappointed when it didn't happen. The UK needs a new 7/7. They kill our brothers and sisters all over the world.

8/17/15 11:08 PM

The UK is one of many that deserve it.  We were supposed to have a few ops here on July 4 that didn't happen.  It was so disappointing.

 enter message　　🎤

2-018

P0679





wilayahks    menu

AusWitness

**8/18/15 8:46 AM**

We could probably figure something out.  I learned a lot planning with the Syrian brother.

**8/18/15 8:12 PM**

Salaam bro

**8/19/15 12:58 AM**

That sounds good. What do you have in mind? Do you have any bombs ready?

**8/19/15 4:05 AM**

Akhi, mohamadmo7 just sent me a few messages. He said he was upset that I made that thread, and he's been hiding because he was worried about being caught. What can I do to make him feel better?

 



out what and how.

8/19/15 6:27 AM

I agree with you, akhi. But he says he was trying to be secure and the thread put him at risk of being caught by the kuffar. He's very upset about it. I just hope he doesn't stay mad.

8/19/15 6:28 AM

What weapons do you have, brother? I can send you guides on how to make bombs if you need help making them.

8/19/15 6:29 AM

I only have the one weapon but I do t think that is what Allah wants for me. I was arrested just before with the

 



●●●●○ AT&T  LTE          6:44 AM          @ ✈ 87% ▭

**wilayahks**                    menu

**AusWitness**

8/19/15 6:28 AM

What weapons do you have, brother? I can send you guides on how to make bombs if you need help making them.

8/19/15 6:29 AM

I only have the one weapon but I do t think that is what Allah wants for me. I was arrested just before with the one weapon.  Guides would be great ahki something bigger than just a gun attack alhamdulillah

8/19/15 6:44 AM

Alright, akhi. I'm gonna send you some bomb-making guides on Twitter soon.

8/19/15 6:44 AM

Mashallah jzk bro





2-022

P0683



**Secret Account**
@AusSecret



Akhi, here are some guides on how to make bombs:

fringe.davesource.com/Fringe/Explosi...

libertyreferences.com/improvised-mun...

dgenx.bizhosting.com/Explosive%20Re...

pyronfo.com

nineball.ve.carpathiahost.net/rat/old/cockbo...

Let me know if you need any more, brother.

6:01 AM

Start a new message                                    SEI



ﾉ ⚠ ▭ ●                                                                         ⬆ ▬ (

ﾉading...

ith Pipe Bombs

ipe bomb is the classical homemade explosive implement.
re fun for the whole family.  It's basically a way
ke a common low explosive (gunpowder) and pressurize
 such a fashion that it will explode more violently
it normally would.  Shrapnel from the bomb itself
ually the main source of damage.

RY careful if you implement these ideas; the author disclaims
esponsibility for your mistakes.  Or even if you get it right.

 section of metal water pipe, about 1/2 inch around and 6 inches long,
wo metal caps that are sized to fit that pipe.  These are easily
red in most hardware stores.  For a larger pipe bomb, try old
essed gas cylinders, or propane cylinders.  The idea is to get a
secure rigid container.

 a hole, about 1/16 inch in diameter, in the center of the pipe.
ually, this is where the fuse will go.  For now, put some tape
that hole so that your chemicals don't leak out.

u're using a real pipe, screw one of the caps onto the pipe.  Make
it's nice and tight, since the idea is to create a small,
urized compartment where the explosives can burn and fume and
ally get all cramped and ticked-off before they explode.
u use a clamp or wrench, wrap a cloth around the end so as
ke the distinctive trace marks from that particular kind
ench harder to detect.

d a fuse into the drilled hole.  Fuses of various powers and burn
hs are available from better gun shops.  In a pinch, shoelaces
work adequately.  If you want to get very fancy, the
rical detonators used in model rocketry are excellent.
tyle flash bulbs work well also.

one powder into the pipe.  Dry, fine black powder is available
better gun shops and will work nicely, but may draw some
cion.  Suspicion is bad.  If you are so lucky as to have
s to a shooting range, vacuum up some of the powder residue
you will find on the floors in front of the shooting
s; this will produce hundreds of chemical traces, making it
 harder to trace the bomb to a specific type of powder and
fore back to you.  Fill the pipe fairly close to full, but
uite; leave about a half-inch from one end of the pipe.  Don't
o pack it in; leaving the powder loose will give it some
to pressurize, for a more powerful explosion.

u want to increase the likelihood that significant property
e or loss of life will occur, put some other things into
ipe, scattered within (kind of like the way raisins are
y distributed in a box of raisin bran).  Nails work
y, as do shards of broken glass.  Be very careful if
se nails, as they may spark and set off the powder.

 some wax, grease, vaseline, or something similar to the threads
e uncapped end of the pipe.  This will make it a bit harder
ghten that end - try a good wrench - but will reduce the
ihood that any particles of powder that may be caught in the
ds will spark and cause a premature boom.  You may also
to use a fine brush to wipe away any powder residue from those
ds first.  Wrap a cloth around the cap before screwing it on,
ove.

rd of everything used and unused in the process, including the
 bit, any extra powder, any extra fuse material, etc.
be very certain to clean up your work area of powder,
 shavings, and so forth.

u aren't completely certain of what you're doing and why,
robably ought not to be doing it.  These things are
dangerous, kids.

◁                  △                  ▢

P0685



**plosive Recipes**

p://dgenx.bizhosting.com/Explosive%20Recipes.htm

**3.0 EXPLOSIVE RECIPES**

gain, persons reading this material MUST NEVER ATTEMPT TO PRODUCE

F THE EXPLOSIVES DESCRIBED HEREIN. IT IS ILLEGAL AND EXTREMELY DANGEROUS

TEMPT TO DO SO. LOSS OF LIFE AND/OR LIMB COULD EASILY OCCUR AS A RESULT

TEMPTING TO PRODUCE EXPLOSIVE MATERIALS.

recipes are theoretically correct, meaning that an individual

conceivably produce the materials described. The methods here are usually

-down industrial procedures.

plosive Theory

PACT EXPLOSIVES

mmonium Trioxide Crystals

ercury Fulminate

itroglycerine

icrates

W ORDER EXPLOSIVES

are many low-order explosives that can be purchased in stores and used in explosive devices. However, it is possible that a wise gun store o
not sell these substances to a suspicious-looking individual. Such an individual would then be forced to resort to making his own low-order
ives.

lack Powder

itrocellulose

uel + Oxidizer mixtures

erchlorates

IH ORDER EXPLOSIVES

rder explosives can be made in the home without too much

ty. The main problem is acquiring the nitric acid to produce the high

ive. Most high explosives detonate because their molecular structure is

up of some fuel and usually three or more NO2 ( nitrogen dioxide )

les. T.N.T., or Tri-Nitro-Toluene is an excellent example of such a

al. When a shock wave passes through a molecule of T.N.T., the

n dioxide bond is broken, and the oxygen combines with the fuel, all in

r of microseconds. This accounts for the great power of nitrogen-based

ives. Remembering that these procedures are NEVER TO BE CARRIED OUT.

l methods of manufacturing high-order explosives in the home are listed.

D.X. (Cyclonite)

mmonium Nitrate

NFOS

N.T.

otassium Chlorate

mamite



## :plosive Recipes

p://dgenx.bizhosting.com/Explosive%20Recipes.htm

rplosive Theory

**PACT EXPLOSIVES**

mmonium Trioxide Crystals

ercury Fulminate

itroglycerine

icrates

**W ORDER EXPLOSIVES**

are many low-order explosives that can be purchased in stores and used in explosive devices. However, it is possible that a wise gun store o
not sell these substances to a suspicious-looking individual. Such an individual would then be forced to resort to making his own low-order
ives.

lack Powder

itrocellulose

jel + Oxidizer mixtures

erchlorates

**IH ORDER EXPLOSIVES**

rder explosives can be made in the home without too much

ty. The main problem is acquiring the nitric acid to produce the high

ive. Most high explosives detonate because their molecular structure is

up of some fuel and usually three or more NO2 ( nitrogen dioxide )

iles. T.N.T., or Tri-Nitro-Toluene is an excellent example of such a

al. When a shock wave passes through a molecule of T.N.T., the

m dioxide bond is broken, and the oxygen combines with the fuel, all in

er of microseconds. This accounts for the great power of nitrogen-based

ives. Remembering that these procedures are NEVER TO BE CARRIED OUT.

l methods of manufacturing high-order explosives in the home are listed.

D.X. (Cyclonite)

mmonium Nitrate

NFOS

N.T.

ptassium Chlorate

mamite

itrostarch Explosives

icric Acid

mmonium Picrates (Explosive D)

itrogen Trichloride

iad Azide

**HER "EXPLOSIVES"**

maining section covers the other types of materials that can

d to destroy property by fire. Although none of the materials presented

ie explosives, they still produce explosive-style results.

ermit

plotov Cocktails

hemical Fire Bottle

ottled Gas Explosives



ading...

HISTS COCKBOOK Ver 1.1

lection of k3\/\/L shit Compiled by Rat_Bastard

ibuters: Aaron-V2.0
================================================
================================================

PPER (UID# 25)

nged my mind. I'll post how to
AFPO first. AFPO is the most
nly manufactured blasting agent
e world today, it far surpasses
ite. HERES HOW TO MAKE IT:
D;
nium Hydroxide (again)
Oil(s)(white gasoline works)
in(no, NOT FLAVORED!)
he AM with the FUEL OIL, until
thoughly mixed in to a thin
d, then add the GELITIN. yes,
is a gel explosive, until you
it's the right thickness for
work, you can get it thick
h to be solid, use waterproof
, with a little NI3 at the end
ke sure the stuff goes off with
d boom, THIS IS A VERY STABLE
SIVE, IT IS ALSO 3 TIMES MORE
FUL THAN DYNAMITE. A thin wire
high voltage running through it
e gel makes a good detonater too.

================================================

you ever heard of the
tary high power explosive, NI3?
4 to 6 time MORE POWERFUL than
ite, and, HERE'S HOW TO MAKE IT!
d:
E CRYSTALS
IUM HYDROXIDE
he AM in a GLASS bowl, and
ve the Iodine in it, in a couple
nutes, new crystals will form,
are highly volitile, and illeagal
ve,For what ever it's worth.
t DROP, CRUSH, HEAT, or FUCK
them, take very extream
usions with them, pad them in an
ight bottle.
EASPOON HAS THE IMPACT POWER OF
-100 FIRECRACKER.
hem at your own risk!

================================================

e for a standard plastic explosive

dients:

line - 1 part
- 1 half part
ofoam - 1

lt styrofoam.
member never at any time let the mixture get too hot.

t cool to a thick viscosity.

x 3 ingredients together in following order:
rst add styrofoam, then oil, then gas.

x in a deep pot - keep mixture away from any type of fire! Do this

t the mixture cool to a little bit warmer than room temperature -
ound 88 degrees farenheit.

ld the mixture how you want.
ifferent shapes will make it more or less lethal).

nal: you can add nuts, bolts, and screws while mixing,
with gunpowder, 2 m-80's, or any other type of explosive
ke it the equivilant of a molotov cocktail.

the fragments (nuts, bolt, etc.) Are deadly



ading...

line - 1 part
- 1 half part
ofoam - 1

lt styrofoam.
member never at any time let the mixture get too hot.

t cool to a thick viscosity.

x 3 ingredients together in following order:
rst add styrofoam, then oil, then gas.

x in a deep pot - keep mixture away from any type of fire! Do this

t the mixture cool to a little bit warmer than room temperature -
ound 88 degrees farenheit.

ld the mixture how you want.
ifferent shapes will make it more or less lethal).

nal: you can add nuts, bolts, and screws while mixing,
 with gunpowder, 2 m-80's, or any other type of explosive
ke it the equivilant of a molotov cocktail.

 the fragments (nuts, bolt, etc.) Are deadly.
will penetrate a brick wall when the mixture is detonated.

*******
nation:
*******

e mixture can be thrown, but sometimes detonation does not occur.

e mixture can be wired for an electric charge to be sent through
. it will detonate without doubt.

so. If this method is used, some sort of timer is recommended.


======================================================
o make a fertilizer bomb by Jolly Roger

dients:

spaper
tilizer (the chemical kind, GREEN THUMB or ORCHO)
ton
sel fuel

a pouch out of the newspaper and put some fertilizer in it.
put cotton on top. Soak the cotton with fuel. Then light and
ike you have never ran before! This blows up 500 square feet
n't do it in an alley!!

======================================================
ic Bomb by the Jolly Roger

uire a glass container
t in a few drops of gasoline
p the top
w turn the container around to coat the inner surfaces and then
rates
d a few drops of potassium permanganate (<-Get this stuff from a
 bite kit)
e bomb is detonated by throwing aganist a solid object.
R THROWING THIS THING RUN LIKE HELL THIS THING PACKS ABOUT 1/2
 OF DYNAMITE*

======================================================
t even with an ex trading friend. Offer to send him the newest
by mail. But before you do this take the disk out of its jacket
o the following:

e a small dish and pour acetone (nail polish remover) into it.  Now get
 matcheads and put them in it.  Now pulverize it until you have a somewhat
 consistency.  This is what you should brush on the disk in a thin layer
ake sure you leave a clean area to show thru the envelope.  Now when he
 it, it boots him!!!

======================================================
y Stardust/Boys From Brazil-
------------------------------------

ıading...

```
=====================================================

y Stardust/Boys From Brazil-
-------------------------------------

------------------------=%>
    DRAINO BOMB      >
*------------------------=%>
```

INO BOMB IS MOST COMMONLY USED FO
  COMPLETE DESTRUCTION OF CARS.  IT
  RY EASY TO MAKE AND IS TOTALLY KI
  IMPROVISED.

NENTS:

  A PLASTIC FILM CANISTER (NOTHING
  ELSE WILL WORK)
  COMET
  DRAINO CRYSTALS

THE CANISTER A LITTLE MORE THAN 3
LL WITH COMET, AND FILL THE REST
THE DRAINO, AND PUT THE LID BACK


UCTIONS FOR USE:

  TAKE OFF GAS CAP OF VICTIM'S CAR
  PLACE CANISTER IN GAS TANK
  RUN LIKE HELL!!!!!!

OUT 10 MINUTES THE GAS WILL EAT
THE CANISTER.  WHEN THIS OCCURS, THE
E CAR WILL BLOW UP, JUST LIKE ON
I STRONGLY ADVISE THAT NO ONE BE IN
AR AT THIS TIME, BECAUSE ANY PEOP
SIDE WILL PROBABLY WIND UP WITH
  HEADS IN LA AND THEIR FEET IN
ORK...

KIND OF BOMB IS VERY EASY TO MAKE
  VERY SAFE TO STORE, BUT IT IS
VELY EFFECTIVE.  I HAVE TESTED IT
TIMES AND HAVE NEVER BEEN LET DOWN.

U S E    W I T H   C A U T I O N

S A CRIME TO BLOW UP CARS!
  IN CASE YOU DIDN'T KNOW..)

```
=====================================================
```

sting Caps -

ing caps are a little better way of setting off and explosive.
can give the explosive a higher detonation velocity and are needed for
higher explosives were a simple rocket igniter won't due. This is
of a mild version of a blasting cap. It does not pack quite the punch
ular blasting cap would. For one thing this will flash more or less
n actuall blasting cap would explode or pop. All you need is some
, an estes model rocket igniter, and again some paper caps. Take the
and cut off a peice about a square inch..you can size it down as you go
. COMPACT some caps into the peice of paper. Then cup the paper so
the caps are in a little ball like shape. Then insert the igniter into
iddle of the cap ball and crimp the paper shut tightly. You should
 a thin strip of tape right were the paper and the igniter meet to
it closed and compact. Then you insert this into whatever your device
d clip your detonating wires that run to the detonator on it and boom
done!

```
=====================================================
```

o make fire-water:
0g of KNO3 (potassium nitrate) to 100ml of 91%/70% isopropyl alcohol.
  this solution over flame until it comes to a boil.
ump this solution into a 1000ml beaker containing 32g of Ca(OC1)2
ium hypochlorite). Now add 15ml of 3% acetic acid solution (vinegar).
in an ice bath until the temperature drops to below five degrees Celcius.
dd 20ml of glycerin, and 30g of acetylsalic acid (aspirin).
cool in an ice bath for a full hour. Now for the final an most important step:
ng the hydrochloric acid.
0ml of 30% HCl solution (hydrochloric acid) to the beaker, and heat until it
es a full boil.
nue to heat until all traces of water are gone.
the residue until all traces of moisture are gone.
take the residue, and add 10g of it to every 100ml of water.

2-029

P0690



ading...

the residue until all traces of water are gone.
the residue until all traces of moisture are gone.
take the residue, and add 10g of it to every 100ml of water.
ou have an EXTREMELY flammable
d that was once used by the military as an inexpensive substitute for napalm.

=======================================================

\/-\/-\/-\/-\/-\/-\/-\/-\/-\
  AN ATOMIC BOMB BY THE WIZARD
/\-/\-/\-/\-/\-/\-/\-/\-/\-/\-/

AY YOU WANT DEATH? YOU SAY YOU WANT DESTRUCTION? WELL, HERE IS THE
MATE* IN DEATH AND DESTRUCTION.

OLLOWING PLANS REQUIRE THE HANDLING OF RADIOACTIVE MATERIALS,
I ASSUME NO RESPONSIBILITY FOR ANY HARM DONE TO ANY PEOPLE OR
ES AS A RESULT OF THE USE OF THIS INFORMATION!

E WE GO INTO THE DETAILS OF BUILDING AN ATOMIC BOMB,
 EXPLORE THE HISTORY OF THE A-BOMB.

IME: WORLD WAR II
LACE: LOS ALAMOS

CA'S TOP SCIENTISTS HAD BEEN WORKING FOR MONTHS ON A NEW
 OF BOMB.
F THESE NEW BOMBS COULD BLOW UP A WHOLE CITY!
R AND THE NAZI'S WERE ALSO WORKING ON THE A-BOMB,
WE GOT IT FIRST!

ORNING, THE SKY OVER THE ALAMOGORDO DESERT WAS LIT UP BY A
IFIC EXPLOSION! THE NUCLEAR AGE WAS BORN!

IME: SUMMER, 1945
LACE: JAPAN

LLIES WERE WINNING THE BATTLE FOR THE PACIFIC,
HE INVASION OF JAPAN
 BE A LONG AND BLOODY AFFAIR!

DENT HARRY TRUMAN DECIDED TO DROP
TOMIC BOMBS ON JAPAN, ONE ON HIROSHIMA, AND ONE ON NAGASAKI.

ESS TO SAY THE JAPANESE SURRENDERED SOON AFTERWARD.

ON WITH THE BOMB!

TOMIC BOMB WE WILL BE CONSTRUCTING WILL HAVE A YIELD OF APPROXIMATELY 2
ONS. THAT'S ENOUGH TO WIPE OUT A GOOD SECTION OF A CITY!

IALS:

KG WEAPONS GRADE PLUTONIUM
 OR C4
E
STING CAPS (20-30)
IVING DEVICE OR RADIO CONTROLLED DETONATOR
 SOME SORT OF CONTAINER TO HOLD ALL THE STUFF!

IGURATION MAY VARY)

RUCTION:

 SINCE YOU WILL BE WORKING WITH PLUTONIUM, I SUGGEST
EAR ADEQUATE PROTECTION FROM THE RADIOACTIVE MATERIAL!
ICROSCOPIC BIT OF THAT PLUTONIUM WILL CAUSE A PAINFUL,
ZING DEATH!

1:

THE BALL OF PLUTONIUM AND PLACE IT ON A SUPPORT SO YOU
ET AT IT FROM ALL SIDES.
 TAKE GOLF-BALL SIZED CHUNKS OF THE TNT OR C4 AND PRESS THEM
 THE BALL OF PLUTONUIM IN AN EVEN PATTERN ALL AROUND.
 A BLASTING CAP IN EACH CHARGE.

2:

HE WIRES FROM THE CHARGES TO THE DETONATOR, MAKING SURE THAT THE CHARGES
IN PLACE ON THE PLUTONIUM.

ETONATOR CAN BE MADE FROM AN ORDINARY CLOCK AND
 BATTERY. SET THE DETONATOR UP SO THAT
 THE CLOCK READS A CERTAIN TIME...KA-BOOOOOM!

U ARE USING A RADIO CONTROLLED DETONATOR,
SURE YOU USE A QUIET RADIO FREQUENCY.
LSE YOU MIGHT HAVE THE BOMB GOING OFF IN YOUR LAP!



ading...

ETONATOR CAN BE MADE FROM AN ORDINARY CLOCK AND
BATTERY. SET THE DETONATOR UP SO THAT
THE CLOCK READS A CERTAIN TIME...KA-BOOOOOM!

U ARE USING A RADIO CONTROLLED DETONATOR,
SURE YOU USE A QUIET RADIO FREQUENCY.
WISE YOU MIGHT HAVE THE BOMB GOING OFF IN YOUR LAP!

3:

THE BOMB TO WHERE YOU WANT TO SET IT OFF.
GET THE HELL OUT OF THERE!
ANT TO BE AT LEAST 5 MILES AWAY WHEN IT GOES OFF!

T WORKS:
XPLOSION OF THE TNT/C4 CHARGES CAUSES THE PLUTONIUM TO
DE (SQUEEZE TOGETHER), AND THUS ACHIEVE CRITICAL MASS, AND
DE WITH AN UNCONTROLLED CHAIN REACTION!


======================================================

Vulcan Bomb
--------------

              Concieved and Designed by the SysOp of...
                   Starbase 2000, The Void.
            (215) 493 - 4492 3/12/2400 baud, 24 hours
                  40 Megs OnLine, Handles Allowed!
            -----------------------------------------

ro
**

     This is the Ultimate Molitov Cocktail. It burns longer
 hotter than US Army Napalm, and is intended to be used
 y in matters of revenge, self defense, or in the destruction
 the Federal Government of the United States of America.
 l Anarchy, Manson Lives!!
---------------------------------------------------------------------

uirements:
-----------

A)   1-2 gallons of Gasolene of K-1 Kerosene. Gasolene is best!
B)   Approximately 2 cubic feet of packing styrofoam, the kind
     that comes in the box when you buy computer equipment, etc.
C)   Approximately 12 oz. of candle wax, that you can get from
     an ordinary candle.
D)   Fuse. I recommend just going to a hobby shop and buying the
     fuse they sell, it's reliable and burns at a constant
     3 seconds : Inch.
E)   One large Tupperware-style plastic container to put this stuff
     in.
F)   A well-ventilated and cool place to build this bomb.

---------------------------------------------------------------------

To Make It

    The "Vulcan Bomb" is essentially a miniature supernova.  It
 ll burn, burn, BURN, **BURN** for about 10 minutes or longer,
 d will generate tremendous amounts of heat and light while doing
 . Basically, whatever you put on top of this or pour this on
 ll be destroyed.

Take your gasolene/kerosene and pour it into your plastic container.
ecommend plastic, and not metal. But if you are going to be storing
s bomb for any length of time, use a metal or plaster container
ause the plastic will begin to dissolve after awhile.

w take your styrofoam and grind it up as best you can, using a saw or
ile. An electric sander would be the best tool to use if you have
l Grind it up as finely as you can, and when you're done grinding it
 pour the ground styrofoam into the container with the gasolene.
r it for about 2 minutes, and then let it sit. The gas/kerosene
l react with the materials in the styrofoam, and in about an hour
so you'll have a very combustible soup. If the gasolene has begun
dry up after the hour, add a few ounces more and stir it as best
 can.

w take your candles and grind them up with a hammer or file. Break
 wax into small pieces, but they do not have to be as finely ground
the styrofoam did before. Just dump the wax on top of your
ture, and try to coat it as evenly as possible on the top, since
ntually this way will dissolve and help form a top layer over the

2-031

P0692



**

    This is the Ultimate Molitov Cocktail. It burns longer
hotter than US Army Napalm, and is intended to be used
y in matters of revenge, self defense, or in the destruction
the Federal Government of the United States of America.
l Anarchy, Manson Lives!!
-------------------------------------------------------------------

uirements:
-----------

A)   1-2 gallons of Gasolene of K-1 Kerosene. Gasolene is best!
B)   Approximately 2 cubic feet of packing styrofoam, the kind
     that comes in the box when you buy computer equipment, etc.
C)   Approximately 12 oz. of candle wax, that you can get from
     an ordinary candle.
D)   Fuse. I recommend just going to a hobby shop and buying the
     fuse they sell, it's reliable and burns at a constant
     3 seconds : inch.
E)   One large Tupperware-style plastic container to put this stuff
     in.
F)   A well-ventilated and cool place to build this bomb.

-------------------------------------------------------------------

To Make It

    The "Vulcan Bomb" is essentially a miniature supernova.  It
ll burn, burn, BURN, **BURN** for about 10 minutes or longer,
d will generate tremendous amounts of heat and light while doing
. Basically, whatever you put on top of this or pour this on
ll be destroyed.

Take your gasolene/kerosene and pour it into your plastic container.
ecommend plastic, and not metal. But if you are going to be storing
s bomb for any length of time, use a metal or plaster container
ause the plastic will begin to dissolve after awhile.

n take your styrofoam and grind it up as best you can, using a saw or
ile. An electric sander would be the best tool to use if you have
! Grind it up as finely as you can, and when you're done grinding it
 pour the ground styrofoam into the container with the gasolene.
r it for about 2 minutes, and then let it sit. The gas/kerosene
l react with the materials in the styrofoam, and in about an hour
so you'll have a very combustible soup. If the gasolene has begun
dry up after the hour, add a few ounces more and stir it as best
 can.

n take your candles and grind them up with a hammer or file. Break
 wax into small pieces, but they do not have to be as finely ground
the styrofoam did before. Just dump the wax on top of your
ture, and try to coat it as evenly as possible on the top, since
ntually this wax will dissolve and help form a top layer over the
b to keep it from breaking down over time.

fore everything totally solidifies, take your fuse or detonator
rrorist's choice!) and insert it several inches deep into the bomb
that it won't fall out during combat conditions. If you are using
e, make sure you have enough! Know how long it burns and how long
 will need!

t another hour or two for everything to completely settle down,
now your Vulcan Bomb is all set for the battle ground.

e are several ways to use this bomb.

-------------------------------------------------------------------

es
==

#1   Super Nova! Take the entire Bomb and place it underneath/on top
     of or next to whatever you want destroyed. Cars, small houses
     (or even big houses!), government buildings, police headquarters,
     etc., etc., and light the fuse and run! Be sure to hide
     somewhere and laugh while your bomb does what it was designed
     to do...destroy property!! It's best to dump this mixture
     onto the walls of the building if you want to burn a house/
     building down totally. Throw it on the walls like gasolene and
     then light it. Otherwise you'll just have a huge bonfire
     that might not totally burn down the place.

#2   Selective Anarchy! Take a cup full of the Vulcan Bomb and
     insert the fuse. Use heavy-duty electrical masking tape to
     hold the fuse inside the cup. Find a tight-fitting lid that
     won't fall off when you throw it. Light the fuse, throw it

aving screenshot...

## ading...

---- ------ -- ------- ----- -- --- ---- ---- -- --- -- --- ----
! Grind it up as finely as you can, and when you're done grinding it
pour the ground styrofoam into the container with the gasolene.
r it for about 2 minutes, and then let it sit. The gas/kerosene
l react with the materials in the styrofoam, and in about an hour
so you'll have a very combustible soup. If the gasolene has begun
dry up after the hour, add a few ounces more and stir it as best
can.

n take your candles and grind them up with a hammer or file. Break
wax into small pieces, but they do not have to be as finely ground
the styrofoam did before. Just dump the wax on top of your
ture, and try to coat it as evenly as possible on the top, since
ntually this wax will dissolve and help form a top layer over the
b to keep it from breaking down over time.

fore everything totally solidifies, take your fuse or detonator
rrorist's choice!) and insert it several inches deep into the bomb
that it won't fall out during combat conditions. If you are using
e, make sure you have enough! Know how long it burns and how long
will need!

t another hour or two for everything to completely settle down.
now your Vulcan Bomb is all set for the battle ground.

e are several ways to use this bomb.

---------------------------------------------------------------------

es
**

#1    Super Nova! Take the entire Bomb and place it underneath/on top
      of or next to whatever you want destroyed. Cars, small houses
      (or even big houses!), government buildings, police headquarters,
      etc., etc., and light the fuse and run! Be sure to hide
      somewhere and laugh while your bomb does what it was designed
      to do...destroy property!! It's best to dump this mixture
      onto the walls of the building if you want to burn a house/
      building down totally. Throw it on the walls like gasolene and
      then light it. Otherwise you'll just have a huge bonfire
      that might not totally burn down the place.

#2    Selective Anarchy! Take a cup full of the Vulcan Bomb and
      insert the fuse. Use heavy-duty electrical masking tape to
      hold the fuse inside the cup. Find a tight-fitting lid that
      won't fall off when you throw it. Light the fuse, throw it
      as hard as you can, and you've got yourself an inexpensive
      incindiary grenade!

#3    Fire Perimeter! Take the entire Vulcan Bomb mixture, and pour
      it slowly around the perimeter of your Anarchy Headquarters.
      A full mixture as written above should give you a circle about
      20 yards in diameter. But you may need more. Increase the
      size of the Vulcan Bomb mixture if needed. Anyway, after
      you have surrounded your campsite with the bomb mixture, strike
      a match and light it! This is particularly usefull if the FBI
      pigs are coming in to get you. Just sit tight in the middle of
      your circle and laugh while the Government Pigs burn! It
      might get a little hot, so it might be wise to dig yourself
      a small fox hole before you are forced to do this last-ditch
      defense.


      I hope you enjoyed this little file. Use this bomb!
Destroy the US Government, once and for all! Then we will
go out and free our Leader, Charles Manson. Manson
is God. Hail Anarchy.

      -------------------------------------------------------------

      This File was written on the 20th Anniversary of the
      Sharon Tate Murders commited by the Manson Family,
                      August 8th, 1969.

      -------------------------------------------------------------
          Call Starbase 2000 BBS at 215/493-4492
          300/1200/2400 baud, 40+ Megs, 24 hours
              !Anarchy Text Files in Sub Menu!
                      SysOp: The Vulcan
      -------------------------------------------------------------
--------------------------------------------------------------------
            **  Stamp Out Cops   **
    This has been a public service announcement
of the Starbase 2000 BBS at 215/493-4492 300/1200/2400baud
            **  Free  Charles  Manson  **
--------------------------------------------------------------------

◁        ○        □

P0694



●●●○○ AT&T 🤖        7:23 AM        @ ⏱ 79% ▭

**wilayahks**                        menu

**AusWitness**

8/19/15 7:14 AM

Did you get my messages, akhi?

8/19/15 7:15 AM

Yes jzk looking through them now Ahki

8/19/15 7:18 AM

Let me know if you need any more, brother. I'll help as much as I can.

8/19/15 7:19 AM

Subhanallah

8/19/15 7:20 AM

Ahki if you really want to do a 9/11 anniversary we can do it but we'll have to start planning asap

8/19/15 7:20 AM

     



●●●○○ AT&T 📶          7:23 AM          ◉ ⬈ 79% ▭⁃

⊖          **wilayahks**          menu

🏠          AusWitness

Ahki if you really want to do a 9/11 anniversary we can do it but we'll have to start planning asap

8/19/15 7:20 AM

It needs to be something big that will please Allah swt

8/19/15 7:21 AM

Show the west the dawlah is here forever and everywhere and in their backyard

8/19/15 7:22 AM

I agree, akhi. But what about my plans with mohamadmo7?

8/19/15 7:23 AM

There's no reason you can't plan both.  Honestly it sounds like he is very hesitant anyway.

 [text input field] 🎤

2-035

P0696



Did he accept your Surespot invite?

8/19/15 7:24 AM

Yes but we haven't spoken

8/19/15 7:26 AM

I'm going to go to bed now because it's nighttime here, but would you be willing to talk to him soon? I need a mujahid like you to reassure him that I didn't put him in any danger and that he should still go through with the plans.

8/19/15 7:29 AM

A heart that beats for Allah does not need reassurances bro.  Lots of people talk big on the Internet.  Only





Allah has not steeled his heart yet.
Only Allah knows why.

8/20/15 12:14 AM

Well, before he disappeared last time, he was insisting that, before carrying out the attack, he wanted a make a video message to the kuffar with a black shahada flag, and he also wanted to bring his friend along to carry out the attack with him. He said he wouldn't be a good Muslim if he didn't give his friend the opportunity to become a martyr with him.

8/20/15 12:40 AM

He clearly wants to attack, since he sold his car to buy a gun. It's just so frustrating that





**wilayahks**          menu

**AusWitness**

8/20/15 12:40 AM

He clearly wants to attack, since he sold his car to buy a gun. It's just so frustrating that I can never seem to get him to actually do it.

🔒 8/20/15 1:17 AM                    32 KB



8/20/15 1:18 AM

He hasn't responded yet.







●●●○○ AT&T 🤝      6:27 AM      ⦿ ✈ 100% 🔋

**‹ wilayahks** pan and zoom



8/19/15 4:00 AM

ok akhi, I'm sorry I wasnt responding before. I had another brother on Twitter randomly message me and show me a link to 8chan? where you had openly shown screen captures of what I have been saying and openly telling people who i was. Links to my name my twitter, everything.

8/19/15 4:00 AM

i was very upset and stopped talking to you. my melbourne brother and i have kept quiet as i have been afraid of the kuffar trying to find where i was because of that.

8/19/15 4:01 AM

why did you do that?? i was trying to be security aware and then you started telling people what we were doing??

8/19/15 4:04 AM

i have to go but i might be back on later, depending on what you say about this. i have kept quiet and have been worried. since nothing has happened. i feel i can start chatting on surespot again

8/19/15 4:05 AM

speak later, ma assalamah akhi

8/19/15 4:42 AM

Brother, I am so sorry. I made that post when I thought the attack was going to happen in a few hours. When the attack didn't happen, I tried to delete the thread, but I couldn't. I didn't link to your Twitter; I only included a screenshot of our conversations. At the time, I wanted to inspire other mujahideen. This was during a time when I thought that our attack was imminent, and I wanted to leave a message behind that other mujahideen would see. It was very stupid of me. I should have asked you first, akhi. Again, when I posted that, I thought we were about to attack.

8/19/15 4:45 AM

I understand if you're mad at me, brother. I only posted that because I wanted to leave a message behind because I thought our attack was imminent. I will never post anything like that again.

8/19/15 4:51 AM

I have spent the last several weeks absolutely terrified for you, akhi. I even made a Facebook account so I could ask other Melbourne brothers if they had heard anything from you. I was so scared that something had happened to you. You've been the only thing I could think about for weeks. I was so worried that you had been captured by the kuffar.

8/19/15 4:56 AM

Please forgive me, akhi. I only made that post because I thought we were going to attack in a few hours. When you disappeared, I was worried sick. I couldn't get any sleep because I was so worried about you, brother.

8/19/15 5:02 AM



●●●○○ AT&T 📶     7:04 AM     @ ✈ 90% ▭

wilayahks        menu

AusWitness

He hasn't responded yet.

8/20/15 6:32 AM

He hasn't responded to my message either

8/20/15 6:33 AM

Your message is heartfelt ahki. I'm sure he will come around if his heart truly wishes to be a mujahideen

8/20/15 6:35 AM

Allah knows best. Your postings brought us together and maybe that is his true will.

8/20/15 6:35 AM

We can make our anniversary attack and bring glory to Allah and strike fear into the kuffar

8/20/15 7:03 AM





●●●○○ AT&T 📶          7:04 AM          🔋 ⌖ 90% ▰▱

wilayahks                    menu

AusWitness

is his true will.

8/20/15 6:35 AM

We can make our anniversary attack
and bring glory to Allah and strike
fear into the kuffar

> 8/20/15 7:03 AM
>
> I have great news, akhi. He
> accepted my apology and he
> is still willing to carry out jihad.
> Hopefully, we can make this
> happen soon, Allah (SWT)
> willing.

8/20/15 7:03 AM

Mashallah bro

> 8/20/15 7:03 AM
>
> Have you decided what kind of
> attack to carry out on 9/11,
> akhi? I was thinking a
> bombing.



🎤



●●●○○ AT&T 🤏     7:06 AM     ⧖ ◀ 89% ▭

⊖     **wilayahks**     menu

🏠     AusWitness

8/20/15 7:03 AM

Have you decided what kind of attack to carry out on 9/11, akhi? I was thinking a bombing.

8/20/15 7:06 AM

We could make pipe bombs and detonate them at a large public event.

8/20/15 7:06 AM

Yes I'm leaning towards that too. I've been getting excited about this. I've been having trouble with the planners in the dawlah who want me to just do a gun attack. But that doesn't seem big enough to bring true glory to Allah. Look at Chattanooga the kuff have already forgotten



2-042

P0703



●●●○○ AT&T 📶        7:14 AM        🔄 ✈ 87% 🔋

(➖)                wilayahks              menu

                    AusWitness

big enough to bring true glory to
Allah.  Look at Chattanooga the kuff
have already forgotten

8/20/15 7:07 AM

Exactly, brother. It needs to be
big. Do you live in NYC? I'm in
Perth. There are lots of places
to target here.

8/20/15 7:07 AM

Do you know the directions you gave
me work?  I've never made a bomb
before lol sorry

8/20/15 7:08 AM

They work, akhi. But a
pressure cooker bomb might
be even better. Let me ask one
of my brothers in the dawlah
for instructions.

8/20/15 7:10 AM





●●●○○ AT&T 📶   7:14 AM   ⏺ ➤ 87% 🔋

wilayahks   menu

AusWitness

be even better. Let me ask one of my brothers in the dawlah for instructions.

8/20/15 7:10 AM

Ok ahki.

8/20/15 7:13 AM

What city are you in, akhi? We need to find the best place to place the explosive.

8/20/15 7:13 AM

I'm in the Midwest the closest place is Kansas City if you're familiar

8/20/15 7:13 AM

But I can travel I'm just a student

8/20/15 7:14 AM

Alright, so will you be able to drive to Kansas City to carry out the attack?

 🎤



**Secret Account**
@AusSecret



Akhi, here are some guides on how to make bombs:

fringe.davesource.com/Fringe/Explosi...

libertyreferences.com/improvised-mun...

dgenx.bizhosting.com/Explosive%20Re...

pyronfo.com

nineball.ve.carpathiahost.net/rat/old/
cockbo...

Let me know if you need any more, brother.

Yesterday, 6:01 AM

Scroll down to "make a bomb in the kitchen of your mom":
s3.amazonaws.com/s3.documentclo...

6:32 AM

Start a new message                          SEI



excited.  We can talk more later!!

8/20/15 7:36 AM

May Allah (SWT) bless you, akhi. Talk to you later.

8/20/15 7:37 AM

May Allah swt bless you as well and keep you safe

8/20/15 7:38 AM

jazakAllahu khair

8/20/15 7:38 AM

Talk later, akhi.

8/20/15 7:36 PM

Your Australian brother replied to me. He's kind of different but he seems on board.

8/20/15 9:12 PM

What do you mean by "kind of...



●●○○○ AT&T  LTE        10:01 AM        @ ◀ 72% ▭▸

wilayahks                    menu

**AusWitness**

8/20/15 9:12 PM

What do you mean by "kind of different", akhi? I don't understand.

8/20/15 9:17 PM

Lol just very paranoid

8/20/15 10:36 PM

I told him he could trust you, so hopefully he'll talk to you soon. I wanna convince him to carry this out by next Saturday at 9:30 AM, when the Jewish kuffar are having their Shabbat.

8/20/15 10:37 PM

Mashallah.  I will make dua for him.

8/20/15 10:37 PM

It's late for me bro I'm going to head to bed.

 



It's late for me bro I'm going to head to bed.

8/20/15 10:38 PM

Salaam ahki

8/20/15 11:57 PM

Goodnighht, akhi. Talk later.

8/22/15 2:21 AM

Mohamadmo always takes several days to respond. It's very frustrating.

8/22/15 7:41 AM

I know the feeling bro I know a few brothers in the dawlah same thing

8/22/15 8:54 PM

Salaam ahki

8/23/15 1:46 AM

I just don't understand why



**wilayahks**   menu

**AusWitness**

8/23/15 1:46 AM

I just don't understand why he can't get on every day. He isn't in the dawlah fighting for the Islamic State. He's in Melbourne. I really want to carry out this attack before September, but I might not be able to if he keeps taking so long to respond. It's now been three days since I last heard from him.

8/23/15 9:10 AM

I don't know what to tell you bro. Sounds weird.  Maybe he talks to you on a tablet or something that isn't always around

8/23/15 9:10 AM

Why the rush on the attack?

8/23/15 9:10 AM




2-050

P0711



••○○○ AT&T LTE     10:01 AM     ⊕ ◀ 72% ▭

**wilayahks**     menu

AusWitness

three days since I last heard from him.

8/23/15 9:10 AM

I don't know what to tell you bro. Sounds weird. Maybe he talks to you on a tablet or something that isn't always around

8/23/15 9:10 AM

Why the rush on the attack?

8/23/15 9:10 AM

Kuff isn't going anywhere 

8/23/15 9:12 AM

We need to figure out ours bro. I've been looking over the material you sent me but want some advice before I get materials

8/23/15 9:12 AM

It's coming up bro...

