

●●●○○ AT&T 🛜     **8:30 AM**     🔄 🢁 86% ▭

**wilayahks**     menu

AusWitness

~~been looking over the material you~~
sent me but want some advice before
I get materials

8/23/15 9:12 AM

It's coming up bro...

8/24/15 12:56 AM

Well, I want his attack to
happen before yours so we
can have back-to-back
attacks. But he STILL hasn't
responded to me.

8/24/15 12:56 AM

What did you think of the
pressure cooker instructions?

8/24/15 8:30 AM

Yeah that makes sense.  What kind of
targets are you thinking?  How will we
publicize it too



🎤



••○○○ AT&T 🛜          8:37 AM          @ ⏶ 84% ▮

wilayahks          menu

AusWitness

happen before yours so we can have back-to-back attacks. But he STILL hasn't responded to me.

8/24/15 12:56 AM

What did you think of the pressure cooker instructions?

8/24/15 8:30 AM

Yeah that makes sense.  What kind of targets are you thinking?  How will we publicize it too

8/24/15 8:36 AM

Where will the most people be in Kansas City on 9/11? That's where we need to target.

8/24/15 8:37 AM

No idea I'm about an hour west



●●○○○ AT&T 🤔    8:43 AM    🔒 ⬈ 83% ▬▭

**wilayahks**    menu

**AusWitness**

8/24/15 8:30 AM

Yeah that makes sense. What kind of targets are you thinking? How will we publicize it too

8/24/15 8:36 AM

Where will the most people be in Kansas City on 9/11? That's where we need to target.

8/24/15 8:37 AM

No idea I'm about an hour west

8/24/15 8:37 AM

I don't go that often

8/24/15 8:42 AM

I found the perfect place. Go to kansascitystairclimb.com.

8/24/15 8:43 AM



●●○○○ AT&T 🤍   10:25 AM   @ ◀ 74% 🔋

wilayahks   menu

AusWitness

Yes that's perfect I'm looking at it.

8/24/15 8:46 AM

Alhamdulillah

8/24/15 8:49 AM

Do you have the bomb ready, akhi?

8/24/15 8:51 AM

No I haven't even started getting materials

8/24/15 8:55 AM

Be careful, brother. Don't buy all the materials at once or the kuffar will know you're up to something. Buy them at different stores.

8/24/15 10:24 AM

Yeah that's what I was thinking





some average coconut. They have no idea what I really do.

8/26/15 8:26 AM

Mashallah.  Have you always been a Muslim?

8/26/15 8:30 AM

Yes, I was raised Muslim, but my parents are coconuts. They're what the kuffar call "moderates". They don't know anything about my involvement with jihad.

8/26/15 8:32 AM

Mashallah.  That is similar with me. My family don't see the bigger picture they are complete coconuts.  About a few years ago is when I really started to listen to awlaki and the haqq coming from the dawlah





••○○○ AT&T 🔗          8:35 AM          🔒 ⌁ 74% ▮

wilayahks                    menu

AusWitness

anything about my involvement
with jihad.

8/26/15 8:32 AM

Mashallah.  That is similar with me.
My family don't see the bigger picture
they are complete coconuts.  About a
few years ago is when I really started
to listen to awlaki and the haqq
coming from the dawlah

8/26/15 8:35 AM

Same here, akhi. I was
introduced to Anwar al-Awlaki
and ▮▮▮▮▮▮▮▮ a few years
ago, and I have been a
mujahid ever since. And, when
I first heard about the Islamic
State last year, I knew
immediately that I wanted to
help them as much as I could.





●●●○○ AT&T 📶     8:39 AM     ⊕ ✈ 73% 🔋

wilayahks     menu

AusWitness

8/26/15 8:36 AM

Alhamdulillah

8/26/15 8:36 AM

I can only imagine what our attacks will bring them to do

8/26/15 8:37 AM

We will go down in history as legendary martyrs, akhi. Allah (SWT) will reward us with seats right next to the Prophet (PBUH) in Jannah.

8/26/15 8:38 AM

Ameen allahu ahkbar!!

8/26/15 8:39 AM

I wish you were here bro to wage jihad with me. To strike fear in the kuffar that lions are in their backyard!!

 



●●●○○ AT&T 📶     8:40 AM     ⊕ ➤ 73% 🔋

**wilayahks**

**AusWitness**

8/26/15 8:37 AM

We will go down in history as legendary martyrs, akhi. Allah (SWT) will reward us with seats right next to the Prophet (PBUH) in Jannah.

8/26/15 8:38 AM

Ameen allahu ahkbar!!

8/26/15 8:39 AM

I wish you were here bro to wage jihad with me.  To strike fear in the kuffar that lions are in their backyard!!

8/26/15 8:40 AM

I wish I was too, akhi. Last night, I had a dream where I was helping you build a bomb, and we were placing it in Kansas City together.





●●●○○ AT&T 📶  8:43 AM  @ ⏶ 72% ▮▯

wilayahks  menu

AusWitness

I wish I was too, akhi. Last night, I had a dream where I was helping you build a bomb, and we were placing it in Kansas City together.

8/26/15 8:41 AM

That's a sign bro

8/26/15 8:41 AM

Allah SWT has put us on the right path

8/26/15 8:43 AM

Ameen, brother. Soon, we will strike fear into the hearts of kuffar worldwide, and mujahideen will speak our names as legendary martyrs. We will inspire other mujahideen worldwide with our bold act of jihad.



2-061



●●○○○ AT&T 📶          8:49 AM          ⊕ ⌁ 71% ▭

wilayahks                    menu

AusWitness

Allah SWT has put us on the right path

8/26/15 8:43 AM

Ameen, brother. Soon, we will strike fear into the hearts of kuffar worldwide, and mujahideen will speak our names as legendary martyrs. We will inspire other mujahideen worldwide with our bold act of jihad.

8/26/15 8:48 AM

Ameen.  I have to go to class bro talk to you later May Allah SWT keep you safe

8/26/15 8:49 AM

Thank you, brother. May Allah (SWT) bless you and keep you safe as well.





●●●○○ AT&T 🛜   7:22 AM   🔘 ⌖ 90% ▭

**wilayahks**   menu

**AusWitness**

was going to do something about it and become a mujahid.

8/27/15 6:44 AM

I'm sorry ahki.  The kuffar will regret their behavior towards Muslims.  This would never happened if we lived in the dawlah.

8/27/15 6:44 AM

I wish you were here bro.  Think of what we could do to them.

8/27/15 7:15 AM

Indeed, brother. But, even in different parts of the world, we can work together to strike fear into the hearts of the kuffar.

8/27/15 7:16 AM

Alhamdulillah



●●●○○ AT&T 🛜          7:22 AM          ⓐ ✈ 90% ▭▸

wilayahks          menu

AusWitness

8/27/15 7:16 AM

Alhamdulillah

8/27/15 7:16 AM

I am going to get everything I need after class tomorrow

8/27/15 7:17 AM

I'm going to do the pressure cooker

8/27/15 7:17 AM

That's better than the pipe bomb instructions I think right

8/27/15 7:21 AM

Yep, pressure cooker is better than pipe bomb.

8/27/15 7:21 AM

Did mohamadmo respond to you, by the way?

8/27/15 7:21 AM



...That's better than the pipe bomb instructions I think right

8/27/15 7:21 AM

Yep, pressure cooker is better than pipe bomb.

8/27/15 7:21 AM

Did mohamadmo respond to you, by the way?

8/27/15 7:21 AM

No he never did

8/27/15 7:23 AM

I'm trying to get him to carry out the attack before you carry out your attack on September 11, but it's very difficult because he always takes about five days to respond and he always says he's not ready yet.



●●●○○ AT&T 🛜        7:27 AM         ⏲ ✈ 88% ▭

wilayahks                    menu

AusWitness

because he always takes about five days to respond and he always says he's not ready yet.

8/27/15 7:25 AM

Inshallah he will come around

8/27/15 7:26 AM

I hope so, akhi. There's this kafir reporter who is annoying me on here and threatening to have me killed.

8/27/15 7:27 AM

He originally posed as a mujahid, but I know he's a reporter and now he's angry at me and making threats.

8/27/15 7:27 AM

What do you mean?



●●●○○ AT&T 📶          7:33 AM          ⓐ ✈ 87% 🔋

wilayahks          menu

AusWitness

8/27/15 7:27 AM

What do you mean?

8/27/15 7:29 AM

Someone added me on
Surespot and Twitter,
pretending to be a mujahid.
They asked me all sorts of
questions, and I then found out
they're a fake. When I told
them I knew they were fake,
they started threatening me.

8/27/15 7:29 AM

Ahki it comes with the territory of
being a true mujahid planner

8/27/15 7:30 AM



●●●○○ AT&T 📶          7:34 AM          ⓠ ✈ 87% ▭

wilayahks          menu

AusWitness

8/27/15 7:30 AM

What was the reporter's screen name?

8/27/15 7:30 AM

No idea I just read in kuffar news

8/27/15 7:31 AM

This was a while ago like maybe a year

8/27/15 7:31 AM

Was the reporter the one who wrote the story?

8/27/15 7:32 AM

Yes you can google it

8/27/15 7:32 AM



●●●○○ AT&T 📶   7:34 AM   ⊙ ✈ 87% ▭

wilayahks   menu

AusWitness

8/27/15 7:32 AM

Yes you can google it

8/27/15 7:32 AM

I remember there being a kafir who pretended to be ▮▮▮▮ ▮▮▮▮▮ and spoke to mujahideen who thought he was real.

8/27/15 7:32 AM

It was a euro kuffar paper

8/27/15 7:33 AM

What is the Twitter name of the reporter talking to you

8/27/15 7:33 AM

▮▮▮▮▮▮▮▮▮▮▮▮

8/27/15 7:33 AM

He's ▮▮▮▮▮▮▮▮▮ on Surespot.





●●●○○ AT&T 🛜          7:58 AM          🔄 ⬆ 85% 🔋

**wilayahks**          menu

🏠          **AusWitness**

8/27/15 7:35 AM

He said he was gonna have my head cut off and "destroy" me.

8/27/15 7:37 AM

He's probably gonna spread a bunch of lies about me.

8/27/15 7:45 AM

Are you there, akhi?

8/27/15 7:56 AM

Yeah sorry hopped in the shower I have class in a bit

8/27/15 7:57 AM

That's garbage bro he's a reporter he can't do anything

8/27/15 7:57 AM

Just trying to get a rise out of you



○○○○ AT&T 📶     8:07 AM     🔋 ⬩ 83% ▭

**wilayahks**     menu

**AusWitness**

Just trying to get a rise out of you

> 8/27/15 8:02 AM
>
> I just hope he doesn't try to sabotage me by sending lies to mohamadmo or anything.
>
> 8/27/15 8:02 AM
>
> What if he tells mohamadmo that I'm a government agent or something?

8/27/15 8:03 AM

If his trust is in Allah SWT it doesn't matter ahki

> 8/27/15 8:05 AM
>
> I just hope everything works out, akhi. I've been planning this for months, and it's really frustrating that it hasn't happened yet.



🎤





8/27/15 8:16 AM

Yes I will

8/27/15 8:17 AM

Thank you so much, brother.

8/27/15 8:18 AM

It's not a problem.  The more attacks on kuffar lands that better

8/27/15 8:18 AM

Ameen, brother. May Allah (SWT) allow both of these attacks to happen.

8/27/15 8:19 AM

Ameen

8/27/15 8:19 AM

Kansas City will surely feel the wrath of the mujahideen

8/27/15 8:19 AM



●●●○○ AT&T LTE   8:24 AM   ⊕ ⌁ 79% ▭

wilayahks   menu

AusWitness

Kansas City will surely feel the wrath of the mujahideen

8/27/15 8:19 AM

I won't be able to scope out the location

8/27/15 8:19 AM

Beforehand I mean

8/27/15 8:20 AM

How come?  You can't drive there and look at the place we chose for the best spot to place the bomb?

8/27/15 8:21 AM

No it's too far for my car I will just have to find the best spot when I get there

8/27/15 8:22 AM

Be careful, akhi. When you ⌄





**AT&T** 8:28 AM @ 77%

wilayahks menu

AusWitness

Good thinking, akhi. Put the backpack near the crowd.

8/27/15 8:24 AM

But make sure it's in a place where the kuffar won't think anything of it.

8/27/15 8:24 AM

Yeah

8/27/15 8:27 AM

What would Allah say? The firefighters work for the kuff state. Are they more of a criminal than the civilians?

8/27/15 8:27 AM

I want to make sure jannah awaits bro

8/27/15 8:27 AM

Well, I think Allah (SWT) w~



●●●○○ AT&T 🤝     8:29 AM     ⓒ 🢒 77% ▭

**wilayahks**    menu

AusWitness

where the kuffar won't think anything of it.

8/27/15 8:24 AM

Yeah

8/27/15 8:27 AM

What would Allah say?  The firefighters work for the kuff state. Are they more of a criminal than the civilians?

8/27/15 8:27 AM

I want to make sure jannah awaits bro

8/27/15 8:27 AM

Well, I think Allah (SWT) would want us to kill the maximum number of kuffar.

8/27/15 8:29 AM

And bring glory to his name



8/27/15 8:27 AM

What would Allah say?  The firefighters work for the kuff state. Are they more of a criminal than the civilians?

8/27/15 8:27 AM

I want to make sure jannah awaits bro

> 8/27/15 8:27 AM
>
> Well, I think Allah (SWT) would want us to kill the maximum number of kuffar.

8/27/15 8:29 AM

And bring glory to his name

> 8/27/15 8:29 AM
>
> Indeed, brother. The more kuffar we kill, the more we will be remembered.



●●●○○ AT&T 📶     5:53 AM     ✈ 100% 🔋

wilayahks     menu

AusWitness

be remembered.

8/27/15 8:33 AM

Alhamdulillah

8/27/15 8:39 AM

Ok bro I have to go to class

8/27/15 8:39 AM

We'll talk more ahki I'm so glad Allah SWT has put us on a path together

8/27/15 8:41 AM

Indeed, brother. Talk later.

8/28/15 3:33 AM

Akhi, two brothers have deleted me from Surespot. I think that kafir reporter is spreading lies about me to mujahideen. He wants to sabotage me.





**●●○○○AT&T 📶**          **7:51 AM**          **✈ 80% 🔋**

**wilayahks**          menu

**AusWitness**

We'll talk more ahki I'm so glad Allah SWT has put us on a path together

8/27/15 8:41 AM

Indeed, brother. Talk later.

8/28/15 3:33 AM

Akhi, two brothers have deleted me from Surespot. I think that kafir reporter is spreading lies about me to mujahideen. He wants to sabotage me.

8/28/15 7:48 AM

How could he sabotage you?

8/28/15 7:48 AM

Don't worry about it ahki

8/28/15 7:49 AM

Hey I'm going to Walmart after class







wilayahks          menu

AusWitness

this afternoon and getting the rest of what I need

8/28/15 7:49 AM

The instructions you have me said to put something in the pressure cooker that will act as like a shrapnel

8/28/15 7:50 AM

Well, he could be telling other mujahideen a bunch of lies about me so they won't trust me.

8/28/15 7:50 AM

What do you think for this bro?  What will cause the most damage

8/28/15 7:50 AM

Hold on, let me ask some mujahideen.

 

2-082



that will act as like a shrapnel

8/28/15 7:50 AM

Well, he could be telling other mujahideen a bunch of lies about me so they won't trust me.

8/28/15 7:50 AM

What do you think for this bro?  What will cause the most damage

8/28/15 7:50 AM

Hold on, let me ask some mujahideen.

8/28/15 7:50 AM

Jzk

8/28/15 7:58 AM

Use shards of metal and nails, akhi.





●●○○○ AT&T 📶  8:00 AM  ✈ 78% 🔋

wilayahks  menu

AusWitness

Jzk

8/28/15 7:58 AM

Use shards of metal and nails, akhi.

8/28/15 7:58 AM

Ok I'll get a bunch of screws and stuff

8/28/15 8:00 AM

Broken glass would probably work too. Just put as much sharp stuff as you can in there.

8/28/15 8:00 AM

Have you made these before? How far away do I have to get to be safe?? I'm thinking of filming and shouting allahu ahkbar right before it goes off





sharp stuff as you can in there.

8/28/15 8:00 AM

Have you made these before?  How far away do I have to get to be safe?? I'm thinking of filming and shouting allahu ahkbar right before it goes off

8/28/15 8:02 AM

I haven't made one before, but I've studied how to make them. Get FAR away from the bomb, brother. There's going to be chaos when it goes off. Shrapnel, blood, and panicking kuffar will be everywhere.

8/28/15 8:02 AM

Subhanallah






●●○○○ AT&T 🛜     8:04 AM     ➚ 76% ▭▷

wilayahks     menu

AusWitness

I haven't made one before, but I've studied how to make them. Get FAR away from the bomb, brother. There's going to be chaos when it goes off. Shrapnel, blood, and panicking kuffar will be everywhere.

8/28/15 8:02 AM

Subhanallah

8/28/15 8:03 AM

We will put the video online and the mujahideen will be heroes

8/28/15 8:04 AM

If you can, dip the screws and other shrapnel in rat poison before putting them in. That way, the kuffar who get hit by them will be more likely to die.






●●○○○ AT&T 🛜                8:06 AM            ⬈ 76% 🔋

⊖                       **wilayahks**              menu

🏠                        AusWitness

~~mujahideen will be heroes~~

8/28/15 8:04 AM

If you can, dip the screws and other shrapnel in rat poison before putting them in. That way, the kuffar who get hit by them will be more likely to die.

8/28/15 8:04 AM

Indeed, akhi. The kuffar will speak our names with terror in their voices.

8/28/15 8:05 AM

I didn't even think of that.  I guess if that's a powder I can just sprinkle it in when making it

8/28/15 8:06 AM

Yep, sprinkle it over everything.






●●●○○ AT&T 🤶   8:17 AM   🡕 75% ▭

wilayahks   menu

AusWitness

I didn't even think of that.  I guess if that's a powder I can just sprinkle it in when making it

8/28/15 8:06 AM

Yep, sprinkle it over everything.

8/28/15 8:12 AM

Has mohamadmo responded to you, brother? I'm worried about him.

8/28/15 8:13 AM

No not yet bro

8/28/15 8:16 AM

I just hope he responds soon. I gave him Saturday, September 5 as the date that the attack needs to happen on.







gave him Saturday, September 5 as the date that the attack needs to happen on.

8/28/15 8:18 AM

That would be perfect then a week later 9/11

8/28/15 8:18 AM

Exactly. The kuffar would be terrified.

8/28/15 8:24 AM

Hey... I heard ball bearings are great shrapnel. Make sure to put those in the bomb.

8/28/15 8:39 AM

You there, akhi?

8/28/15 8:40 AM






●●○○○ AT&T 🔵            8:45 AM            ⬈ 72% 🔋⟩

## wilayahks            menu

### AusWitness

8/28/15 8:24 AM

Hey... I heard ball bearings are great shrapnel. Make sure to put those in the bomb.

8/28/15 8:39 AM

You there, akhi?

8/28/15 8:40 AM

Yeah sorry have 9 am class walking there now

8/28/15 8:40 AM

Get ball bearings to put in the bomb, akhi.

8/28/15 8:41 AM

Ok do they sell those at Walmart

8/28/15 8:44 AM

I think so.







●●○○○ AT&T 🛜   8:46 AM   ⏻ 71% 🔋

**wilayahks**   menu

AusWitness

Ok do they sell those at Walmart

8/28/15 8:44 AM

I think so.

8/28/15 8:45 AM

Ok I'll look this afternoon

8/28/15 8:45 AM

Have to go to class bro ill let you know when I have everything

8/28/15 8:45 AM

If you can, get cut-up nails, glass marbles, cut-up sheet metal, and cut-up rebar too.

8/28/15 8:45 AM

Alright, brother. Talk later.

8/28/15 8:46 AM

Salaam






●●●●○ AT&T 📶     7:01 AM     ➤ 100% ▬

⊖    wilayahks    menu

🏠    AusWitness

8/28/15 7:26 PM

This is happening

8/28/15 7:26 PM

The hearts of the kill crumble at the sight of their fallen

8/28/15 7:26 PM

Kuff

8/29/15 12:40 AM

I'm not sure how to send you money from Australia, akhi. We use different money here. Can you take a taxi or bus to KC?

8/29/15 12:41 AM

Excellent news about the bomb, brother. The kuffar will be slaughtered in the name of Allah (SWT).





••●○○ AT&T 🔶        7:16 AM        ◀ 100% ▮

wilayahks        menu

AusWitness

Allah (SWT).

8/29/15 7:11 AM

Ahki I'm so embarrassed but I spent so much money on the materials.  It was almost 150.  I can get a greyhound bus ticket to Kansas City for only 40 but I just don't have the money

8/29/15 7:12 AM

Please bro 40 is like nothing but I'm so embarrassed

🔓 8/29/15 7:14 AM        79 KB





●●●○ AT&T 📶     8:41 AM     ⬈ 85% ▭

wilayahks     menu

AusWitness

**8/29/15 7:15 AM**

You can use this its a Walmart money gram.  Just get a prepaid visa and use it and it will be completely anonymous

       **8/29/15 8:38 AM**

       Brother, I would, but it won't work because I'm in Australia and we have a different currency. Can you get $40 from your parents or friends?

**8/29/15 8:40 AM**

No my parents already sent me money for the month and my friends are broke college kids too.  The currency won't matter when you do it on walmarts money gram it will automatically switch it





currency won't matter when you do it on walmarts money gram it will automatically switch it

8/29/15 8:42 AM

Let me see if I can get something.

8/29/15 8:42 AM

Jzk bro so much

8/29/15 8:47 AM

Try this prepaid card I got from a brother in the states: 4358 8081 5128 1405, valid through 5/23, security code 173

8/29/15 8:49 AM

Jzk let me try to get the bus ticket with it

8/29/15 8:55 AM



a brother in the states: 4358 8081 5128 1405, valid through 5/23, security code 173

8/29/15 8:49 AM

Jzk let me try to get the bus ticket with it

8/29/15 8:55 AM

No it's not working

8/29/15 8:56 AM

Crap... let me see if I can get another one, akhi.

8/29/15 8:56 AM

Ok jzk

8/29/15 8:56 AM

You can also order the bus ticket for me ahki if that's easier.  All I need is to get to KC



●●●○○ AT&T 🛜          9:54 AM          🧭 79% 🔋

wilayahks          menu

AusWitness

You can also order the bus ticket for me ahki if that's easier.  All I need is to get to KC

8/29/15 9:11 AM

I just asked another US brother who might have one, akhi. I'll see if he responds.

8/29/15 9:11 AM

Alhamdulillah

8/29/15 9:12 AM

Has mohamadmo responded to you, brother? He hasn't responded to me. I'm really worried that I won't be able to get him to carry out the attack in time.

8/29/15 9:27 AM

Are you there, brother?

🎤







●●●○○ AT&T 🛜          9:54 AM          🡥 79% 🔋

wilayahks                    menu

AusWitness

8/30/15 9:47 AM

Brother, I can't afford having my ID traced. Surely there is something you could sell that would get you $40? Look through your old stuff that you don't need, brother. I'm sure you can sell enough to get $40. But, if not, I will see what I can do.

8/30/15 9:48 AM

The bomb won't go off until you detonate it, akhi. Pipe bombs are the really dangerous ones, not pressure cooker bombs. Just follow the instructions.

8/30/15 9:48 AM

Ok bro I'll look around jzk

8/30/15 9:49 AM