

●●●○○ AT&T 📶     9:54 AM     ⬈ 79% 🔋

wilayahks     menu

AusWitness

8/30/15 9:48 AM

Ok bro I'll look around jzk

8/30/15 9:49 AM

I didn't make it yet the link to inspire you sent me is dead and I can't find the instructions

8/30/15 9:50 AM

I remember one question I had was I couldn't find Christmas lights so I got a bulb with a really long filament do you think that will work

8/30/15 9:52 AM

I just sent you a link that works, akhi. Check your inbox.

8/30/15 9:53 AM

The bulb will probably work.

8/30/15 9:53 AM



●●●○○ AT&T 🤍   9:54 AM   ✈ 79% 🔋

wilayahks   menu

AusWitness

a bulb with a really long filament do you think that will work

8/30/15 9:52 AM

I just sent you a link that works, akhi. Check your inbox.

8/30/15 9:53 AM

The bulb will probably work.

8/30/15 9:53 AM

Also the instructions had a handheld detonator for martyr op but I want to do a remote detonation what do you think will work?

8/30/15 9:54 AM

Didn't the Boston mujahideen use a remote detonator? It should work fine, brother.







●●●○○ AT&T 🛜   10:03 AM   ✈ 76% 🔋

**wilayahks**   menu

**AusWitness**

Didn't the Boston mujahideen use a remote detonator? It should work fine, brother.

8/30/15 9:54 AM

He did but I don't know what he used

8/30/15 9:57 AM

It was probably cell phones.

8/30/15 9:58 AM

I have no idea how to make there cell phone work

8/30/15 9:58 AM

The

8/30/15 9:59 AM

I get that you have to have an electric charge go through the firework powder but with the bulb the char



●●○○ AT&T 🛜     10:03 AM     ◤ 76% ▭

wilayahks     menu

AusWitness

8/30/15 9:59 AM

I get that you have to have an electric charge go through the firework powder but with the bulb the charge is exposed

8/30/15 10:00 AM

Brother, I know a mujahid who can help you. Add ███████ on Surespot.

8/30/15 10:00 AM

In the meantime, I'll ask some mujahideen about it.

8/30/15 10:02 AM

Jzk ahki thank you for the help.  I'll add ███████.  You're sure he's trustworthy?

8/30/15 10:03 AM

He's trustworthy, brother. He's one of the top Islamic State





●●●○○ AT&T 🤶    10:04 AM    ✈ 76% ▭

⊖    wilayahks    menu

AusWitness

Brother, I know a mujahid who can help you. Add ▮▮▮▮▮ on Surespot.

8/30/15 10:00 AM

In the meantime, I'll ask some mujahideen about it.

8/30/15 10:02 AM

Jzk ahki thank you for the help.  I'll add ▮▮▮▮▮.  You're sure he's trustworthy?

8/30/15 10:03 AM

He's trustworthy, brother. He's one of the top Islamic State people on Twitter.

8/30/15 10:03 AM

Ask him for help.

8/30/15 10:03 AM

Alhamdulillah



●●●○○ AT&T LTE          10:13 PM        ④ ✈ 34% 🔋 ⚡

wilayahks                menu

AusWitness

He's trustworthy, brother. He's one of the top Islamic State people on Twitter.

8/30/15 10:03 AM

Ask him for help.

8/30/15 10:03 AM

Alhamdulillah

8/30/15 7:39 PM

Bro what happened to ▮▮▮▮▮

8/30/15 10:08 PM

I have no idea, brother. He's just suddenly deleted.

8/30/15 10:08 PM

Yeah he deleted me too...

8/30/15 10:08 PM

Did you guys talk?

8/30/15 10:09 PM





●●●○○ AT&T LTE 10:15 PM ⊕ ➤ 35% 🔋 ⚡

**wilayahks** menu

**AusWitness**

8/30/15 10:12 PM

Ok

8/30/15 10:12 PM

Who is that?

8/30/15 10:13 PM

He is a mujahid in the dawlah who helps other mujahideen.

8/30/15 10:13 PM

Mashallah

8/30/15 10:13 PM

You really know some people ahki

8/30/15 10:14 PM

I just wish mohamadmo would respond to me, akhi. At this point, I feel like the attack in Melbourne won't be able to





●●●○○ AT&T LTE 10:27 PM 39% 

wilayahks menu

AusWitness

I just wish mohamadmo would respond to me, akhi. At this point, I feel like the attack in Melbourne won't be able to happen. It's been a week now since he responded.

8/30/15 10:16 PM

I don't know what to say

8/30/15 10:18 PM

Ahki I know he was weirded out that you out his name up on 8chan but I don't know why. A mujahid shouldn't try to shy away from proclaiming the plans for Allah swt. I mean bro i would be proud of you did something like that with me. Let the kuffar scramble. I use tor and surespot there is no way they will find me. Let





●●○○ AT&T LTE          10:27 PM          ⓐ ✈ 39% ▭ ✦

wilayahks          menu

AusWitness

you out his name up on sehah but i don't know why. A mujahid shouldn't try to shy away from proclaiming the plans for Allah swt. I mean bro i would be proud of you did something like that with me. Let the kuffar scramble. I use tor and surespot there is no way they will find me. Let them scramble for the needle in the haystack. It will only add to their fears and please Allah swt

8/30/15 10:26 PM

Thanks, akhi. It's just really upsetting how I promised the kuffar that an attack would happen in Melbourne and it never did. Now some mujahideen think I'm a fake.

8/30/15 10:27 PM

We will show them on 9/11

 



●●●○○ AT&T 📶            6:16 AM         🔒 ➤ 100% ▭

wilayahks             menu

AusWitness

never did. Now some
mujahideen think I'm a fake.

8/30/15 10:27 PM

We will show them on 9/11

8/30/15 11:06 PM

Indeed, brother. We will be
legends to mujahideen around
the world.

8/30/15 11:07 PM

Mohamadmo finally
responded. He says his
Surespot is having issues.

8/30/15 11:54 PM

Did he say anything to you,
akhi?

8/31/15 6:15 AM

No he hasn't.  Did you ever figure out
what happened with ▮▮▮▮▮



🎤



●●●○○ AT&T 📶     6:41 AM     🔒 ➤ 99% ▭

**wilayahks**     menu

AusWitness

No he hasn't. Did you ever figure out what happened with ▮▮▮▮▮

8/31/15 6:33 AM

Nope, I have no clue what happened to ▮▮▮▮▮. He seems to have completely disappeared.

8/31/15 6:33 AM

That's really weird

8/31/15 6:33 AM

I sent you some links on detonating the bomb with a cell phone, akhi. Check your Twitter messages.

8/31/15 6:41 AM

Jzk bro I've seen those before and you have to do all sorts of soldering I can't afford that



🎤

2-115

P0776





●●●○○ AT&T 📶      6:48 AM     ⊕ ⏴ 98% ▮

wilayahks     menu

AusWitness

8/31/15 6:41 AM

Jzk bro I've seen those before and you have to do all sorts of soldering I can't afford that

8/31/15 6:43 AM

Well, making a remote control detonator means buying more parts too.

8/31/15 6:47 AM

I can sell a TV I guess to get more parts but I can't but a solder machine or whatever

8/31/15 6:47 AM

There's got to be a different way

8/31/15 6:47 AM

What about a garage door opener like the movies

8/31/15 6:48 AM





●●●○○ AT&T 📶          6:48 AM          @ ✈ 98% ▬

← 🔒 https://mobile.twitter.com/Aus    4    ⋮

**Twitter for iPhone**
✕ Available in the App Store          ⤵ **Install**

🐦 @AusSecret                          ⟱  ✎

Send AusSecret a message

140    Send

**AusSecret**
Info on remote-controlled bomb detonators:
everything2.com/title/remote+d...

6:47am                                    Delete

**AusSecret**
The instructions are for fireworks, but they work
with bombs too.

6:26am                                    Delete

**AusSecret**
Akhi, I found out you can easily use a cell phone
to detonate the bomb:
thewire.com/national/2013/...
youtube.com/watch?v=Ech6Jw...

6:26am                                    Delete

**AusSecret**
web.archive.org/web/2015020805...

9:52am - 30 Aug 15                        Delete

P0779



**remote detonator**

(thing)    by SharQ                                    Wed Oct 16 2002 at 1:03:31

Remote controlled bombs are very similar to time bombs (read about them here) in many ways, except they are safer. Relatively, anyway.

## Huh? Why are you talking about a *safe* bomb? How can a bomb be safe? That would slightly defy the purpose, would it not?

Well, depends what you want to use the bomb for. I am – despite what my friends will tell you – not a terrorist, but a pyrotechnician. Therefore, my bombs will be designed to blow up stuff without killing people. However, if you are the kind of person who would read stuff like this to blow people up, I suppose you can use the info in here for that as well. Except I would like to inform you that you are a sick, sick fuck.

### So, isn't it difficult to make a remote controlled bomb?

Not at all. It is laughably simple, actually. You need a battery, a radio receiver, and an electronic fuse. Oh, and a radio transmitter, of course.

All of these things can be bought especially for use with pyrotechnics devices, giving you a higher degree of interference shielding, or you could just go to your local hobby store, and buy a radio controller unit for, say, an RC car. You'll want the battery to be hooked up to the electronic fuse, and the radio controller as a circuit breaker.

### What? Is that all?

Yes, that's all. For less than 10 quid, you have everything you need to make a remote detonator. All you need now is something that will blow up. A maroon is nice, but you can use anything that will work with these types of fuses. In practice, this means that you can use anything from nuclear warheads to firecrackers.

### How about safety?

Yes, you are right – safety. Well. If safety is a concern for you (and it should be, if you are a pyrotechnician. And even more so if you are not), you simply shouldn't be using RC detonators at all. Why? Have a look at your immediate surroundings. A TV. A radio. A mobile telephone. There are MANY waves flying around in the air, all of which are in danger of interfering with your project. When listening to a portable CD player, interference from a mobile telephone is annoying. However; When working with pyrotechnics, it is more than *annoying* if the mobile interference sets off the crown jewel in your pyrotechnics display. Especially if you are carrying it.

So – if you HAVE to use RC detonations, make sure you make a safety loop. What's this? Well, you take about 4 meters of wire, and make a long loop running from one side of the battery, to

### Recommended Reading
About Everything2
**User Picks**
Bad Day at Riverbend
despun section
HVolt
Oliver Sacks
Early, before our hands knew what to do
Girl with the parking lot eyes
**Editor Picks**
BattleTech
Throwing sparks, growing dahlias
Friedensreich Hundertwasser
Robert Lionel Fanthorpe
Brooklyn Bridge
air pollution

### New Writeups
**The U-Turn Guy**
(event) by realplayer
**Bad Day at Riverbend**
(review) by Tem42
**Girl with the parking lot eyes**
(person) by etouffee
**bugs**
(thing) by horaceVrecJown
**Kumatage**
(thing) by Tem42
**blue skies smile at me, blue skies inside my mind**
(personal) by mieyz
**Silence Follows all Crescendos, Ignorance.**
(thing) by Neophyte
**Hush Corner: The Torrent, Softly on the Ears**
(thing) by Neophyte
**I was Bullied AND I was the Bully**
(personal) by DiesEtMoriDixit
**grave rubbing**
(thing) by TheAnglican
(more)

●●●○○ AT&T 📶      6:48 AM      🔄 ➤ 98% ▬

interference from a mobile telephone is annoying. However; When working with pyrotechnics, it is more than *annoying* if the mobile interference sets off the crown jewel in your pyrotechnics display. Especially if you are carrying it.

So – If you HAVE to use RC detonations, make sure you make a safety loop. What's this? Well, you take about 4 meters of wire, and make a long loop running from one side of the battery, to the RC receiver. This wire you pull away from the prop, and you set a switch on the end. That way, you can physically prevent the prop from going off as you are setting it up. When everything is up, you take cover and hit the switch. You are then at least 2 meters away from the blast if it does go off. This will not save your eardrums, but it just might save your life.

Also, never underestimate the predictability of stupidity. If someone knows you will be using RC units during a performance, some "funny" guy will always bring the remote controller for their RC car. And if you are unlucky, they will be using the exact same crystals as you are. And if they are, they use the same frequency. And if they do, you are going to feel very silly when your props start going off when they are not supposed to. Which also can be dangerous.

What you want to do is to brief EVERYONE involved in the project not to come anywhere near the props with mobile telephones or other transmitting equipment. Also – turning the sound off is NOT good enough. Some people don't seem to understand this. Some people are extraordinarily stupid. Live with it. And never - ever - tell your audience what type of technology is being used.

**But what about range?**

Right. In pyrotechnics, you would never want to blow up something that is beyond what you can see – for safety's sake. But if you would want to blow the top off a mountain, or you would want to do a nuclear test in your back yard, you might indeed want to be further away than what a regular RC unit can do.

**So – how can you increase the range of an RC unit?**

You cannot.

**Err.. Right. But THEN what do you do?**

Well. Depending on what range you need. But if we are talking anything between 500 meter and worldwide, the solution has already been mentioned in this write-up...

**What? Tell me!**

Okay, but only if you promise never to use this.

The answer is mobile phones. When we are talking about these types of ranges, we are also talking about some serious budgets. You are hardly going to need a range of a few miles to set off a firecracker, are you? Exactly. We are talking huge explosions here, possibly even nuclear weapons, so it doesn't matter if a mobile phone also gets blasted to smithereens.

What you'll need to do is to open the telephone, disconnect the tweeter (the thing that makes the ringing sound, not the earphone loudspeaker), and connect this to your electrical fuse. This way, when the phone rings... you guessed it. Boom.

The important thing here is to not use a phone number that anyone knows. Using your brother's phone is a bad plan. Also, using any registered phone is a bad plan. In many countries, it is possible to get mobile pay-as-you-go telephones without giving anyone a name. If you are going to be a terrorist, then at least don't get caught.

●●●○○ AT&T 🤙      6:48 AM      @ ⊿ 98% ▭

What you'll need to do is to open the telephone, disconnect the tweeter (the thing that makes the ringing sound, not the earphone loudspeaker), and connect this to your electrical fuse. This way, when the phone rings... you guessed it. Boom.

The important thing here is to not use a phone number that anyone knows. Using your brother's phone is a bad plan. Also, using any registered phone is a bad plan. In many countries, it is possible to get mobile pay-as-you-go telephones without giving anyone a name. If you are going to be a terrorist, then at least don't get caught.

If this doesn't work out; Use a beeper. Yes, one of those old-fashioned things. Not only do they often have a better range than telephones (because they only need to receive small amounts of data, not streaming conversation), but they are smaller, and can be more easily concealed. Also, most beepers are anonymous to purchase, and (even more importantly) easier to disassemble than telephones. The process of hooking it all up is the same. Using a mobile telephone gives you a battery life of up to 7 days – using beepers can give you a few weeks of life. Both have the advantage that they can be set off from anywhere in the world – a phone booth, a hotel room, or even from aeroplane, using those in-flight monsters. Or – using a satellite telephone – pretty much from anywhere else in the world.

**But.. What about the terrorists?**

I realise that by writing this stuff on E2 it sort of makes me somewhat responsible for people who want to use it. On the other hand, anyone who is ready to do this type of stuff has thought about all this before. As a matter of fact, mobile telephones have been used for remote detonators in the past.

Also, I feel that now, when terrorism seems to be a hot topic, people should be better educated about the possible ways of attack. Knowledge is power, and all that.

**What other types of detonators are there?**

- Motion detonator
- Delayed detonator (time bomb)

Back to the node on pyrotechnics
Please read the disclaimer. Also, make sure you have read the Pyrotechnics safety tips. **SAFETY FIRST**

     I like it!     1 C!

| Timer | Maroon | Motion Detonator | pyrotechnics |
|---|---|---|---|
| pyrotechnics controller | The only date I never went on | M728 Combat Engineer Vehicle | We are trapped in the belly of this horrible machine, and the machine is bleeding to death |
| Why engineers and scientists can never earn as much as business executives and sales people | Never underestimate the power of denial | IRA | How to shoot a rock band |
| Never attribute to malice that which can be attributed to stupidity | pyrotechnics safety tips | electronic fuse | My soul is so viscous, I fear it may never pour out |
| supervenience | tweeter | Reification | Safety |
| Range | Pyrotechnician | bomber | |

Log in or registerto write something here or to contact authors.

Everything2 ™ is brought to you by Everything2 Media, LLC. All content copyright © original author unless stated otherwise.
*We are the bat people.*



wilayahks — menu

AusWitness

8/31/15 6:48 AM

Check your DMs, bro.

8/31/15 6:51 AM

That looks perfect ahki

8/31/15 6:52 AM

There is a RadioShack around I'm sure they would have rc parts

8/31/15 6:53 AM

I'm glad to hear it, bro. Just sell your TV and you should be able to get the remote control parts for about $20, plus the bus ticket for about $40. Then, when the day of reckoning comes, be extra careful, avoid acting suspicious, and then blow the kuffar to pieces, Allah (SWT) willing.





●●●○○ AT&T 📶          7:03 AM          @ ✈ 94% ▭

**wilayahks**          menu

**AusWitness**

sell your TV and you should be able to get the remote control parts for about $20, plus the bus ticket for about $40. Then, when the day of reckoning comes, be extra careful, avoid acting suspicious, and then blow the kuffar to pieces, Allah (SWT) willing.

8/31/15 7:02 AM

You there, akhi?

8/31/15 7:03 AM

Yes sorry getting ready to head to campus

8/31/15 7:03 AM

Alright, talk later, brother.

8/31/15 7:03 AM

Inshallah ahki later

 

2-123



wilayahks        menu

AusWitness

8/31/15 7:03 AM

Alright, talk later, brother.

8/31/15 7:03 AM

Inshallah ahki later

9/2/15 10:22 AM

Any updates, akhi? By the way, my Surespot keeps messing up.

9/2/15 10:25 AM

Salaam bro.  Yeah I think I have trigger working I have it lighting a bulb

9/2/15 10:25 AM

Hey are you sure you can trust all these people contacting me?

9/2/15 10:25 AM

I got a message from a guy in New

 



**wilayahks** menu

AusWitness

Inshallah ahki later

9/2/15 10:22 AM

Any updates, akhi? By the way, my Surespot keeps messing up.

9/2/15 10:25 AM

Salaam bro.  Yeah I think I have trigger working I have it lighting a bulb

9/2/15 10:25 AM

Hey are you sure you can trust all these people contacting me?

9/2/15 10:25 AM

I got a message from a guy in New Zealand

9/2/15 10:26 AM

Just kind of creeped me out

 



●●○○○ AT&T 🔒    10:33 AM    ⊕ ✈ 78% ▭

➖    wilayahks    menu

🏠    AusWitness

9/2/15 10:25 AM

I got a message from a guy in New Zealand

9/2/15 10:26 AM

Just kind of creeped me out

9/2/15 10:30 AM

Don't worry, ▮▮▮▮▮▮▮ is a trusted mujahid. ▮▮▮▮▮ introduced him to me. BTW, ▮▮▮▮▮ is back. His new ID is ▮▮▮▮

9/2/15 10:32 AM

Yeah we've been talking a little bit

9/2/15 10:32 AM

I dunno i don't talk to them that much especially as we get closer

9/2/15 10:32 AM



●●○○○ AT&T 📶          10:37 AM          ⊕ ◢ 77% ▮▯

**wilayahks**                    menu

**AusWitness**

9/2/15 10:32 AM

I dunno i don't talk to them that much especially as we get closer

9/2/15 10:32 AM

Have you made any announcements about our operations like last time? I'm ok with it

9/2/15 10:35 AM

Akhi, another mujahid told me your bomb won't do much damage if you don't use pellets and ANNM. Also, he says you shouldn't use electric tape.

9/2/15 10:35 AM

That's what was in the inspire mag

9/2/15 10:35 AM

                                    



**wilayahks**

**AusWitness**

9/2/15 10:35 AM

That's what was in the inspire mag

9/2/15 10:35 AM

I have a tub of nails

9/2/15 10:35 AM

I emailed some kafir journalists about it, but I didn't tell them much. I just said a pressure cooker bombing would happen in a large US city on 9/11.

9/2/15 10:36 AM

Did you get the rat poison, akhi?

9/2/15 10:36 AM

Mashallah you can put it on 8 chan too.  We can have kuffar searching the whole country





akhi?

9/2/15 10:36 AM

Mashallah you can put it on 8 chan too. We can have kuffar searching the whole country

9/2/15 10:36 AM

No I didn't I forgot

9/2/15 10:38 AM

I was gonna put it on 8chan, but people would just call me a liar because my last announcement never happened due to mohamadmo never being ready. What should I say in my new announcement?

9/2/15 10:38 AM

Get rat poison, brother.

9/2/15 10:38 AM





●●○○○ AT&T 🛜          10:40 AM          @ ✈ 76% 🔋

wilayahks          menu

AusWitness

llar because my last announcement never happened due to mohamadmo never being ready. What should I say in my new announcement?

9/2/15 10:38 AM

Get rat poison, brother.

9/2/15 10:38 AM

Whatever you think is best ahki.

9/2/15 10:38 AM

Ok I will

9/2/15 10:40 AM

Can you send me a picture of the bomb for using in the thread, brother?

9/2/15 10:41 AM

When I get home from class I can

 



●●○○○ AT&T 🤍    10:47 AM    ⓐ ✈ 75% ▭

wilayahks    menu

AusWitness

9/2/15 10:38 AM

Get rat poison, brother.

9/2/15 10:38 AM

Whatever you think is best ahki.

9/2/15 10:38 AM

Ok I will

9/2/15 10:40 AM

Can you send me a picture of the bomb for using in the thread, brother?

9/2/15 10:41 AM

When I get home from class I can

9/2/15 10:41 AM

You can do a screenshot again

9/2/15 10:42 AM

Thanks, brother.






When I get home from class I can

9/2/15 10:41 AM

You can do a screenshot again

9/2/15 10:42 AM

Thanks, brother.

9/3/15 2:29 AM

Akhi, my Surespot keeps messing up. Can we talk on kik instead? My name is AusWitness on there too.

9/3/15 4:50 AM

Mohamadmo chickened out again, so I've almost given up on him. Any updates on the bomb, akhi? Did you get the rat poison?

9/3/15 6:56 AM

Akhi, are you there? If you're






wilayahks     menu

AusWitness

again, so I've almost given up on him. Any updates on the bomb, akhi? Did you get the rat poison?

9/3/15 6:56 AM

Akhi, are you there? If you're sending me messages, I haven't received any.

9/3/15 6:56 AM

Salaam bro yeah just having some coffee before class. It's early here

9/3/15 6:56 AM

I haven't sent you anything

9/3/15 6:57 AM

Ahki kik is not encrypted I don't want to go to that so close to our op

9/3/15 6:57 AM

We only have a few days left







wilayahks menu

AusWitness

Ahki kik is not encrypted I don't want to go to that so close to our op

9/3/15 6:57 AM

We only have a few days left

9/3/15 7:02 AM

Kik is not encrypted? I thought it was. Some other mujahideen told me it was secure.

9/3/15 7:05 AM

No I wouldn't trust it at all

9/3/15 7:06 AM

Thanks for the heads up, akhi. I'm just afraid my Surespot will keep messing up and I won't be able to talk to you when I need to.

9/3/15 7:07 AM





keep messing up and I won't
be able to talk to you when I
need to.

9/3/15 7:07 AM

We will be fine. I haven't noticed any
messages not coming through.

9/3/15 7:07 AM

I hope so, akhi. Any updates
on the bomb? Did you get the
rat poison?

9/3/15 7:08 AM

No I haven't gone out yet I think the
trigger will work now it's just putting
it all together.  I will probably wait till
the weekend my roommate is going
home for the weekend the house will
be free

9/3/15 7:09 AM

Are you planning any other attacks

 



be free

9/3/15 7:09 AM

Are you planning any other attacks on the same day bro

9/3/15 7:09 AM

Alright, bro. What kind of trigger are you using? And no, I'm not planning anything else. Mohamadmo said he wasn't ready again. I don't think he'll ever be ready.

9/3/15 7:10 AM

It doesn't sound like it

9/3/15 7:10 AM

I got an rc remote like ███████ said

9/3/15 7:10 AM

It's lighting a bulb but I haven't tested its range



9/3/15 7:10 AM

It's lighting a bulb but I haven't tested its range

9/3/15 7:13 AM

Perfect. Just keep a safe distance from the bomb. You don't wanna get hit with any shrapnel. And, when you're carrying the bomb in your backpack, just try to make yourself look like everyone else to avoid suspicion. Look down at your phone and pretend to text if the kuffar start looking at you suspiciously.

9/3/15 7:13 AM

Ok

9/3/15 7:14 AM



●●○○○ AT&T 🤖   7:47 AM   @ ✈ 88% 🔋

wilayahks   menu

AusWitness

9/3/15 7:13 AM

Ok

9/3/15 7:14 AM

Can you send me a picture of the bomb for the post on 8chan, akhi?

9/3/15 7:14 AM

Not right now I just left for class sorry

9/3/15 7:15 AM

I have the other one hold on

🔓 9/3/15 7:15 AM                                   69 KB



2-138

I have the other one hold on

🔓 9/3/15 7:15 AM                              69 KB



9/3/15 7:16 AM

Make sure my name is in it ahki I
want the world of the mujahideen to
know!!

9/3/15 7:16 AM

You sure, akhi? Kuffar might
start adding you on here.

9/3/15 7:21 AM



●●○○○ AT&T 📶     7:47 AM     ⊙ ✈ 88% ▭

wilayahks     menu

AusWitness

9/3/15 7:16 AM

You sure, akhi? Kuffar might start adding you on here.

9/3/15 7:21 AM

Bro there is no way for them to trace me. I am not scared of true kuffar.

9/3/15 7:23 AM

Alright, bro. I'll go make the 8chan post now. They'll probably call me a liar, but I can't wait to see the reactions from the kuffar once the attack happens.

9/3/15 7:23 AM

Alhamdulillah

9/3/15 7:30 AM

Oh, I forgot to ask: you got




2-140

P0801



wilayahks

AusWitness

9/3/15 7:23 AM

Alhamdulillah

> 9/3/15 7:30 AM
>
> Oh, I forgot to ask: you got enough to buy the bus ticket, right?

9/3/15 7:32 AM

Not yet bro I put my tv on Craigslist but nobody has asked about it yet

> 9/3/15 7:32 AM
>
> What about eBay?

9/3/15 7:33 AM

I've never used eBay. I think you have to link it with a bank account and everything

9/3/15 7:33 AM

Plus then you have to ship it






wilayahks                    menu

AusWitness

9/3/15 7:36 AM

Do you know anyone who might want to buy it?

9/3/15 7:37 AM

No everyone at school has nicer tv this is just an old one I keep in my room

9/3/15 7:37 AM

Is there anything else you could sell?

9/3/15 7:38 AM

No I don't have much

9/3/15 7:42 AM

You listed it under electronics, right?

9/3/15 7:42 AM

Yeah



wilayahks
menu
AusWitness

9/3/15 7:33 AM

I've never used eBay. I think you have to link it with a bank account and everything

9/3/15 7:33 AM

Plus then you have to ship it

9/3/15 7:33 AM

It's an old TV not a flat screen and it's heavy

9/3/15 7:34 AM

How much are you offering for the TV on Craigslist?

9/3/15 7:34 AM

50

9/3/15 7:34 AM

How long has it been up?

9/3/15 7:34 AM





**wilayahks**

**AusWitness**

9/3/15 7:34 AM

How long has it been up?

9/3/15 7:34 AM

Just a few days

9/3/15 7:35 AM

Akhi, are there any pawn shops or flea markets you could sell it at?

9/3/15 7:35 AM

Maybe I'll have to look

9/3/15 7:36 AM

Do you know anyone who might want to buy it?

9/3/15 7:37 AM

No everyone at school has nicer tv this is just an old one I keep in my room





wilayahks — menu

AusWitness

~~might want to buy it?~~

9/3/15 7:37 AM

No everyone at school has nicer tv this is just an old one I keep in my room

9/3/15 7:37 AM

Is there anything else you could sell?

9/3/15 7:38 AM

No I don't have much

9/3/15 7:42 AM

You listed it under electronics, right?

9/3/15 7:42 AM

Yeah

9/3/15 7:43 AM

Try taking it down and putting it back up for $40.

 



wilayahks    menu

AusWitness

9/3/15 7:43 AM

Try taking it down and putting it back up for $40.

9/3/15 7:43 AM

Ok I'll wait a few days and see if I can get the 50

9/3/15 7:44 AM

Alright, bro. I just wanna make sure you get the ticket on time.

9/3/15 7:44 AM

Why does the ticket cost so much?

9/3/15 7:45 AM

No idea I just looked at greyhounds website it's 38 for a round trip

9/3/15 7:46 AM





●●○○○ AT&T 📶          7:49 AM          @ ✈ 87% ▭

wilayahks          menu

AusWitness

sure you get the ticket on time.

9/3/15 7:44 AM

Why does the ticket cost so much?

9/3/15 7:45 AM

No idea I just looked at greyhounds website it's 38 for a round trip

9/3/15 7:46 AM

Any other buses? There have gotta be some cheaper ones.

9/3/15 7:46 AM

I don't think so

9/3/15 7:47 AM

Are you gonna plant the bomb on 9/11? That might be risky.

 



can't leave it overnight or anything that would be suspicious

9/3/15 7:50 AM

I was thinking like Boston just show up and drop it and then leave

9/3/15 7:50 AM

Not like right away wait like 30 min maybe and then pretend I got a call or something

9/3/15 7:51 AM

Where does the bus get off? And you can't just leave before the bomb goes off, cuz you have to make sure your detonator works. It might not work if you're far away.

9/3/15 7:55 AM

Also, I might not be awake a





●●○○○ AT&T 🛜     7:59 AM     ⊙ ⌁ 86% 🔋

**wilayahks**    menu

**AusWitness**

9/3/15 7:55 AM

Also, I might not be awake at the time of the event since we're on opposite sides of the world. You have other mujahideen on here who can help you, right?

9/3/15 7:56 AM

Yeah I'll go far away and just keep taking a few steps forward

9/3/15 7:56 AM

Do you know where the bus gets off? I can make you a map to the event.

9/3/15 7:56 AM

I would appreciate if you at least woke up for a little before I get on the bus. Like around this time or earlier I will be leaving






●●○○○ AT&T 📶          7:59 AM          ⓔ ◀ 86% 🔋▸

**wilayahks**          menu

**AusWitness**

9/3/15 7:56 AM

I would appreciate if you at least woke up for a little before I get on the bus. Like around this time or earlier I will be leaving

9/3/15 7:57 AM

The address is 1101 troost Kansas City mo 64106

9/3/15 7:57 AM

Oh, of course I'll be up around now. I can stay up until about 3:00 PM in American time (which is very late at night in Australian time).

9/3/15 7:58 AM

Is that the address the bus stops at?






now. I can stay up until about 3:00 PM in American time (which is very late at night in Australian time).

9/3/15 7:58 AM

Is that the address the bus stops at?

9/3/15 7:58 AM

Ok we will plan to talk on the morning of for sure ahki

9/3/15 7:58 AM

Yeah

9/3/15 7:58 AM

Alright, let me go make you a map, brother.

9/3/15 7:58 AM

Jzk

 



Full AT&T  8:06 AM  83%

wilayahks  menu

AusWitness

Yeah

9/3/15 7:58 AM

Alright, let me go make you a map, brother.

9/3/15 7:58 AM

Jzk

9/3/15 8:03 AM

Check your Twitter DMs, akhi.

9/3/15 8:04 AM

From where the bus drops you off, it's just five minutes to get to where the 9/11 event is. It's perfect.

9/3/15 8:05 AM

Perfect

9/3/15 8:05 AM









●●○○○ AT&T 📶          8:14 AM          🔄 ✈ 82% ▭▸

wilayahks          menu

AusWitness

> 9/3/15 8:04 AM
>
> From where the bus drops you off, it's just five minutes to get to where the 9/11 event is. It's perfect.

9/3/15 8:05 AM

Perfect

> 9/3/15 8:05 AM
>
> Wait a second... a site says the event is on September 13.

9/3/15 8:06 AM

Ok well do it on the 13th then

> 9/3/15 8:08 AM
>
> Check the link I sent you, brother.
>
> 9/3/15 8:10 AM

 



●●○○○ AT&T 📶        8:14 AM        �’ 🡕 82% 🔋

wilayahks                    menu

AusWitness

~~Wait a second... a site says the~~
event is on September 13.

9/3/15 8:06 AM

Ok well do it on the 13th then

9/3/15 8:08 AM

Check the link I sent you,
brother.

9/3/15 8:10 AM

The event starts at 6:30 AM
and ends at 3:30 PM.

9/3/15 8:13 AM

You there, brother?

9/3/15 8:14 AM

Yeah I'm looking now

9/3/15 8:14 AM

I don't think I'll have to be there when
it starts

                                        🎤



**wilayahks**    menu

**AusWitness**

9/3/15 8:08 AM

Check the link I sent you, brother.

9/3/15 8:10 AM

The event starts at 6:30 AM and ends at 3:30 PM.

9/3/15 8:13 AM

You there, brother?

9/3/15 8:14 AM

Yeah I'm looking now

9/3/15 8:14 AM

I don't think I'll have to be there when it starts

9/3/15 8:14 AM

I just want to make sure we kill as many kuffar as possible, brother.

