





- 
- 
- 
- 
- 
- 
- 
- 



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

P0823









●●●○○ AT&T 📶   12:29 PM   ⊕ ◄ 59% ▭

**wilayahks**   menu

**AusWitness**

9/9/15 7:41 AM

Are you ready for this ahki

9/9/15 7:41 AM

We will be lions among the kuffar

9/9/15 12:24 PM

I am ready, akhi. I am so excited. We will be legendary mujahideen, and Allah (SWT) will reward us with seats right next to the Prophet (PBUH) in Jannah. These filthy kuffar will be brought to their knees at our unwavering dedication to Allah (SWT).  I'm so glad to hear you got the ticket, brother. You looked at the map of where the event is, right, akhi? You have it all planned out?



wilayahks          menu

**AusWitness**

Jannah. These filthy kuffar will be brought to their knees at our unwavering dedication to Allah (SWT).  I'm so glad to hear you got the ticket, brother. You looked at the map of where the event is, right, akhi? You have it all planned out?

9/9/15 12:30 PM

Alhamdulillah.  Yes I have the route you gave me.  I can't think of anything else.

9/9/15 12:31 PM

Make sure to detonate when the maximum amount of kuffar are around, akhi. When it gets the most crowded, then detonate it.



●●○○○ AT&T 📶        12:36 PM        ⏺ ◄ 57% 🔋

⊖        wilayahks        menu

🏠        AusWitness

the maximum amount of kuffar are around, akhi. When it gets the most crowded, then detonate it.

9/9/15 12:33 PM

Ameen.

9/9/15 12:34 PM

I've been staying up after Fajr in anticipation.  I can't get back to sleep

9/9/15 12:34 PM

I know how you feel, akhi. I am so excited that I can hardly sleep. I can't wait for the day to come.

9/9/15 12:35 PM

Will you be around this week?  I'm getting paranoid I guess. I didn't hear from you in a while.



wilayahks          menu

AusWitness

getting paranoid I guess. I didn't hear from you in a while.

9/9/15 12:36 PM

Of course I'll be around, akhi. I would never abandon a mujahid.

9/9/15 12:37 PM

Jzk brother

9/9/15 12:38 PM

I get especially worried in the mornings.  It's so quiet.  I just sit there and I can hear the screaming kuffar.

9/9/15 12:38 PM

Yeah, I keep picturing it in my head. The explosion, the kuffar panicking, the kafir politicians freaking out. It's going to be glorious, brother.

- 
-





**wilayahks**   menu

AusWitness

~~Subhanallah~~

9/9/15 12:43 PM

I only worry if Allah swt will be upset if we kill any infants

9/9/15 12:43 PM

Or something like that you know?

9/9/15 12:43 PM

That kind of bothers me

9/9/15 12:44 PM

Don't worry, akhi. Nobody brings infants to these sorts of things. It's a firefighter event on a hot day. Infants would just cry the whole time.

9/9/15 12:45 PM

What about the families of the kuff firefighters



●●●●○ AT&T 🤝          12:48 PM          🔂 ⚇ 53% ▭

**wilayahks**          menu

**AusWitness**

9/9/15 12:45 PM

What about the families of the kuff firefighters

9/9/15 12:47 PM

They'd leave any babies at home with babysitters. It would just be adults and teenagers at the event. Plus, I think the firefighter families are in a different section from the main crowd.

9/9/15 12:47 PM

If I see babies should I move the bomb

9/9/15 12:47 PM

I don't know how powerful it will be

9/9/15 12:47 PM

I used the full two lbs that I got of th—



●●●○○ AT&T 📶     12:52 PM     @ ◀ 52% ▮▮▮

wilayahks                    menu

AusWitness

9/9/15 12:47 PM

I don't know how powerful it will be

9/9/15 12:47 PM

I used the full two lbs that I got of the gunpowder

9/9/15 12:50 PM

If you see babies, wait for them to leave. Mothers with babies wouldn't stay very long, akhi. They would leave once the babies start crying.

9/9/15 12:51 PM

If they don't leave is it permissible to kill them?  I'm sure most of the firefighters are military kuff.

9/9/15 12:52 PM

Their families are guilty in the eyes of Allah



●●○○○ AT&T 🤶    12:57 PM    🔄 ➤ 50% ▭

**wilayahks**    menu

**AusWitness**

babies start crying.

9/9/15 12:51 PM

If they don't leave is it permissible to kill them? I'm sure most of the firefighters are military kuff.

9/9/15 12:52 PM

Their families are guilty in the eyes of Allah

9/9/15 12:53 PM

Indeed, brother. Allah (SWT) permits us to kill the families of military kuffar. They're guilty in the eyes of Allah (SWT) since they support the invasion and bombing of Muslim lands.

9/9/15 12:54 PM

I worry that an innocent child might get caught in the blast. I need to get



Indeed, brother. Allah (SWT) permits us to kill the families of military kuffar. They're guilty in the eyes of Allah (SWT) since they support the invasion and bombing of Muslim lands.

9/9/15 12:54 PM

I worry that an innocent child might get caught in the blast.  I need to get Jannah with this bro

9/9/15 12:54 PM

Seriously

9/9/15 12:56 PM

Akhi, don't worry. Muslims would not attend this event. Only military supporters would, and all military supporters are guilty in the eyes of Allah (SWT).



●●○○○ AT&T 🛜          1:17 PM          ⊕ ◀ 47% 🔋

⊖          wilayahks          menu

🏠          AusWitness

and all military supporters are guilty in the eyes of Allah (SWT).

9/9/15 12:58 PM

Jzk bro

9/9/15 12:58 PM

I appreciate it

9/9/15 12:58 PM

Just a big thing to do you know?

9/9/15 1:00 PM

I know, akhi. Don't worry. Allah (SWT) wants this to happen. I am sure of it, brother.

9/9/15 1:00 PM

I feel that way too brother.

9/9/15 1:02 PM

🎤



●●○○○ AT&T 📶   1:17 PM   ◎ ⌁ 47% ▮

⊖   **wilayahks**   menu

🏠   **AusWitness**

9/9/15 1:00 PM

I feel that way too brother.

9/9/15 1:02 PM

Did you look to see if there are pictures of it from last year

9/9/15 1:02 PM

There are lots, akhi. Go to images.google.com and search for "kansas city stair climb".

9/9/15 1:07 PM

You picked a perfect target ahki

9/9/15 1:07 PM

It looks great

9/9/15 1:11 PM

Jzk, bro. I can't wait for this to happen. Our brothers in the

🎤





will provide them with tons of inspiration.

9/9/15 1:15 PM

Allahu ahkbar!!

9/9/15 1:19 PM

I have to leave brother

9/9/15 1:19 PM

May Allah swt bless you and keep you safe

9/9/15 1:19 PM

Will you please check your phone tomorrow morning?

9/9/15 1:19 PM

I'm thinking we can talk after Fajr

9/9/15 1:19 PM

Well at least my time sorry

9/9/15 1:20 PM



●●○○○ AT&T 🤏   1:23 PM   ⊕ ◄ 45% ▭

wilayahks   menu

AusWitness

9/9/15 1:19 PM

I'm thinking we can talk after Fajr

9/9/15 1:19 PM

Well at least my time sorry

9/9/15 1:20 PM

It's 130 pm here now for me so I guess in like 15 hours lol

9/9/15 1:20 PM

I don't mean to pester. Just get to thinking you know?

9/9/15 1:23 PM

Yes, I will check back later, akhi. Goodbye for now. I need to get to bed, as it's 2:30 AM here. Talk later.

9/9/15 1:23 PM

Salaam



**wilayahks**                    menu

**AusWitness**

9/9/15 1:23 PM

Salaam

9/10/15 5:10 AM

Salaam ahki

9/10/15 5:11 AM

You there?

9/10/15 5:50 AM

Brb Fajr

9/10/15 6:02 AM

Ok

9/10/15 6:02 AM

You around?   Not sure what time it is
there

9/10/15 6:03 AM

I keep thinking about the children
ahki.  Makes me nervous.





**9/10/15 6:03 AM**

I keep thinking about the children ahki.  Makes me nervous.

> **9/10/15 6:06 AM**
>
> Akhi, don't worry. It's an event for military supporters, and all military supporters are guilty in the eyes of Allah (SWT).

**9/10/15 6:07 AM**

I know brother

**9/10/15 6:07 AM**

Just makes you think I guess

**9/10/15 6:08 AM**

I wonder if we will inspire other attacks

**9/10/15 6:08 AM**







●●○○○ AT&T 🔗          6:13 AM          ⊕ ◤ 93% ▭

wilayahks                    menu

AusWitness

Just makes you think I guess

9/10/15 6:08 AM

I wonder if we will inspire other attacks

9/10/15 6:08 AM

Create a wave of them

9/10/15 6:08 AM

The kuffar will live in constant fear

9/10/15 6:10 AM

I tried putting the pressure cooker in the backpack and the nails make a sound every time I step

9/10/15 6:10 AM

Do you think I will get caught because of this?

9/10/15 6:12 AM

You there?



**9/10/15 6:12 AM**

You there?

**9/10/15 6:16 AM**

Yes, akhi, we will set off a wave of attacks, especially since mohamadmo will be attacking on the same day. We will be the spark that ignites a revolution, and the kuffar will live in criplling fear.

**9/10/15 6:17 AM**

People probably won't notice. Just put a lot of other stuff in your backpack too.

**9/10/15 6:17 AM**

Do you think people will notice the backpack on the ground

**9/10/15 6:19 AM**

2-185

P0846



●●○○○ AT&T 📶                6:22 AM          @ ✈ 91% ▭▮

⊖                         wilayahks              menu

🏠                        AusWitness

live in crippling fear.

9/10/15 6:17 AM

People probably won't notice.
Just put a lot of other stuff in
your backpack too.

9/10/15 6:17 AM

Do you think people will notice the
backpack on the ground

9/10/15 6:19 AM

I think people look for that after
Boston

9/10/15 6:21 AM

Maybe I will get instead of a plain
backpack a kids looking backpack so
people won't be suspicious of its on
the ground

9/10/15 6:21 AM

Like maybe a kid left it

                                                    



●●○○○ AT&T 📶          6:24 AM          ⓒ ✈ 90% ▬▬

wilayahks          menu

AusWitness

9/10/15 6:21 AM

Maybe I will get instead of a plain backpack a kids looking backpack so people won't be suspicious of its on the ground

9/10/15 6:21 AM

Like maybe a kid left it

9/10/15 6:21 AM

What do you think

9/10/15 6:23 AM

Sorry if I'm

9/10/15 6:24 AM

Bothering you with all the questions

9/10/15 6:24 AM

I get the feeling you're distracted

9/10/15 6:24 AM

I hope that's all it is