

Australi Witness retweeted
» Jazrawi Lion « @Jazrawi_25x · May 1
@AusWitnessIS

Brothers in Texas Pls go to there with your weapons, bombs or with knifes

Defend your prophet, It is your chance now !!

↰ 11   ★ 7                         View conversation

Australi Witness @AusWitnessIS · May 1
Here is a map to the Curtis Culwell Center, where the "Draw Muhammed" (PBUH) event will be hosted on Sunday. google.com/maps/place/Cur...

↰ 9   ★ 3                         View conversation



Australi Witness @AusWitnessIS · May 1
Kuffar are holding a large "Draw Muhammed (PBUH)" event in Garland, Texas on May 3rd breitbart.com/texas/2015/02/...

Please spread to US brothers.

↰ 9   ★ 2                         View summary

Australi Witness
@AusWitnessAU

May Allah (SWT) reward the #Garland mujahideen with a seat right next to the Prophet (PBUH) in Jannah.

RETWEETS  FAVORITES
6          10



A tweet from Australi Witness. Photo: Twitter