**Australi Witness** @AusWitness3



**Australi Witness** @AusWitness3

I'M BACK, KUFFAR! DIE IN YOUR RAGE!

⟲ Retweeted by Shariah is Light

Details

Details

5-001