JustPaste.it share text and images the easy way



Apply For Tax File Number

Plan To Work In Australia? Get TFN In Just 7 Working Days. Start Now!



Hello, this is Australi Witness. You might know me for inspiring the attacks in Garland, Texas, where two mujahideen entered an event mocking the Prophet Muhammad (PBUH) with intent to slaughter the kuffar in it. When I encouraged the attacks in Texas, my biggest inspiration was the Australian Muslim human rights activist Mariam Veiszadeh, who has worked tirelessly and diligently to outlaw blasphemy against Islam in Australia. Any true Muslim knows that blasphemy against the Prophets of Allah (SWT) is a capital crime which cannot be tolerated under any circumstances, and Mariam Veiszadeh's work has provided me with a great deal of inspiration. All who defame the Prophet (PBUH) must be crushed. Bill Leak and Larry Pickering will soon meet their demise, as will Josh Bornstein.

Recently, I have met two mujahideen online - one in Los Angeles and one in Melbourne - and I have successfully encouraged them to carry out jihad in their respective cities. Both of these mujahideen will, using guns, shoot up local synagogues when the maximum amount of Jews are praying. The entire thing was my idea, and I helped them every step of the way. I gave them the idea in the first place, I pointed them to local synagogues, I provided them with copious amounts of encouragement, and I helped them coordinate the attacks. All of this was done over the Internet.

For those wondering about me: I currently live in Perth. I came to Australia as a refugee from Lebanon, and my parents are coconuts who have no idea of my involvement with jihad.

For many years, I worked at Amnesty International Australia. In my last year working at Amnesty, I met some Muslim brothers who introduced me to the Islamic State. I was immediately enamoured with the Islamic State's ideology, and I quickly became a mujahid. After becoming a mujahid, I have dedicated my life to striking fear into the hearts of the kuffar and coordinating acts of jihad around the world.

I cannot disclose where I currently work, but it is a respected human rights organisation much like Amnesty. I present myself as a moderate in real life, and the police have absolutely no idea who I am. I am widely upheld as a pillar of my community, and nobody would EVER suspect me for anything. You have no chance of finding me.

To the Australian government: you will pay for your new anti-Muslim laws stripping Islamic State mujahideen of their Australian citizenship. These laws are a grievous attack on the basic human rights of Muslims. Expect many more acts of jihad to occur on Australian shores for as long as you continue to strip Muslim Australians of their fundamental human rights.

To the Jews: you killed the Rasul (SAW) and he died a Shaheed. Any Muslim who truly loves the Prophet (PBUH) will engage in jihad against Jews in order to avenge his death. The Jews are the worst enemies of Allah (SWT). When Islam conquers Australia, every single Jew will be slaughtered like the filthy cockroaches that they are.

Finally, I would like to state with absolute authority that Islam is most definitely NOT a religion of peace. Islam is a religion of violent conquest. And, rest assured, Australia: Islam WILL conquer your nation. As a matter of fact, it is already happening. Your churches are becoming mosques, your food is becoming halal, your women are having our babies, and your laws are becoming sharia. Australia's defeat at the hands of Islam is inevitable. The more you try to fight it, the harder it will be for you. Give up and accept your future as an Islamic nation - a member of the global Islamic caliphate that the Islamic State will create, Allah (SWT) willing.