[ ❄ home / ⊗ board list / ? faq / ✕ random / ✚ create / ⊘ bans / 🔍 search / ⚙ manage / 🗨 irc ] [ ♥ ] [ || watchlist ]

1437406281525(…)…jpg (147.56 KB, 768x1024, 3:4, Surespot.jpg)

iPad 🔋 77%

menu

**AusWitness**

mohamadmo7

10:25 PM

7/6/15 1:35 AM
hello brother, just testing if you can get my messages? moe

7/6/15 3:57 AM
Hello, brother.

7/6/15 3:58 AM
I am so happy to hear that you got the gun. We need to carry out the attack this Saturday at 9:30 AM.

7/6/15 9:18 PM
hello brother, thank you for coming over to surespot.

7/6/15 9:18 PM
i hope you have been well

7/6/15 9:20 PM
i have been chatting with another melbourne brother on here about coordinating something together. i want to attack with another person with me so we can maximise this and kill more kuffar

7/6/15 9:20 PM
i will let you know more about the planning with my melbourne brother when i have more details

7/6/15 9:22 PM
getting the gun is one step closer to fulfilling this attack in the name of allah (swt) - things are looking good

📎 7/6/15 9:22 PM
203 KB



https://media.8ch.net/islamicstate/src/1437406281525.jpg

[–] ▶ Mujahid 🇰🇷 07/20/15 (Sep) 11:31:21 No 380  >>415  >>437  >>438  >>450  [Watch Thread]

Greetings, /islamicstate/. This is AusWitness.

In a few weeks or perhaps even days, a mujahid that I had spoken with recently will wage jihad in Melbourne. Here's a video of him test-firing his SKS rifle, made shortly before he bought the gun: http://tinypic.com/player.php?v=y45eg9&s=8

To the kuffar: here is a screenshot of my Surespot conversation with this mujahid.

Using his SKS rifle, he will enter a synagogue and open fire on the Jewish kuffar, slaughtering them in the name of Allah (swt). He bought his SKS rifle from a black market weapons dealer, selling his ear so that he would have enough money to buy it.

I gave him the idea to attack a synagogue in Australia. Before I spoke with him, he had no plans to attack. I gave him the idea. I directed him to the synagogue, and I helped him coordinate the attack. I am immensely proud of the fact that I was able to convince him to carry this out.

Here is a JustPaste document where I explain everything about myself in more detail. https://justpaste.it/auswitness

Contact me on Surespot if you'd like my help carrying out jihad in Australia or somewhere else. My name on Surespot is AusWitness. You can also email me at auswitness@yahoo.com. I plan to help mujahideen coordinate more attacks in Australia and elsewhere. I know lots of weapons dealers in Australia who can hook you up with any kind of gun or bomb you want.

I am an expert in computer security, and I am also an expert in Australian law, thanks to my extensive work with Amnesty International Australia and other human rights organisations. I am widely held up as a pillar of my community, and I am friends with some of the most prominent and respected Muslims in Australia. The Australian kuffar have absolutely no chance of tracking me down.

Melbourne is not the only place that will soon be attacked. I also have a mujahid in Los Angeles who will carry out a similar attack on a synagogue there. I gave him the idea too. This attack will be carried out later this year.

Remember, brothers, this attack in Melbourne is just a precursor to what is coming. The Australian kuffar WILL pay for attacking the basic human rights of Muslims. As I write this, a 9/11-caliber attack in Australia is on its way.

Islam will conquer Australia. When Islam conquers Australia, every single Jew, homosexual, feminist, and non-Muslim will be exterminated. The same applies to Britain, America, France, Germany, Sweden, and all other kuffar nations. All will be conquered by Islam, whether the kuffar like it or not.

Finally, I would like to state that you have not only the right, but the DUTY to carry out similar acts of jihad in the West. Get any kind of weapon you can. Get guns, knives, bombs, whatever, and go out and slaughter as many kuffar as possible. Target Jews in particular, as the Jews killed the Rasul (SAW) and he died a shaheed. So, if you truly love the Prophet (PBUH), then you must kill Jews to avenge the Rasul's (SAW) death. If you aren't waging jihad against the kuffar, then you are not a true Muslim. You have no excuse, brothers. If you need help with carrying out jihad, then contact me on Surespot at AusWitness.

Until next time, brothers.

- Australi Witness

▶ Mujahid 🇰🇷 07/21/15 (xxx) 12:50:17 No 381  >>384

brb Australian Federal Police

▶ Mujahid 🇰🇷 07/21/15 (xxx) 12:51:17 No 382  >>384