| DateTime | To | From | Message |
|---|---|---|---|
| 8/10/15 1:30 AM | Butayn | AusWitness | Salaam, akhi. This is Australi Witness. I need your help with something, brother. |
| 8/10/15 4:12 AM | Butayn | AusWitness | Thank you, brother. For the past several months, I have been coordinating an act of jihad with a mujahid who lives in Melbourne. He sold his car to buy a gun, but he hasn't carried out the attack yet because he wants to make a video message to the kuffar with a black shahada flag, and he also wants his friend to participate in the attack with him. However, I haven't heard anything from him since July 24th. I have tried messaging him on Surespot, DMing him on Twitter, and emailing him, but he won't respond. I am very worried that he may have been captured by the kuffar. What should I do, akhi? |
| 8/12/15 2:02 AM | Butayn | AusWitness | Brother, are you still there? Did you receive my message? |
| 8/12/15 3:09 AM | AusWitness | Butayn | Yes I received it and the best thing I can tell you to do is be patient |
| 8/12/15 3:19 AM | Butayn | AusWitness | Well, the thing is, I am very afraid that something may have happened to him. He seems to have completely disappeared. We were very close to carrying out this attack, but now he's gone and I cannot contact him. |
| 8/12/15 3:20 AM | AusWitness | Butayn | I don't know how to help you akhi |
| 8/12/15 3:20 AM | AusWitness | Butayn | If he's been caught then we must ask Allāh ﷻ to free him |
| 8/12/15 3:27 AM | Butayn | AusWitness | If the kuffar captured him, it would be all over the news, wouldn't it? |
| 8/12/15 3:36 AM | AusWitness | Butayn | Yes I think so |
| 8/20/15 8:09 AM | Butayn | AusWitness | Akhi, I need instructions on how to make pressure cooker bombs. Do you know where I can find any? |
| 8/24/15 1:01 PM | abUqba | AusWitness | Salaam, akhi. What's up? |
| 8/24/15 10:16 PM | abUqba | AusWitness | Who asked about me, brother? |
| 8/25/15 5:58 AM | abUqba | AusWitness | Akhi, can you tell greenbirddawlah that I'm a trusted mujahid? He keeps doubting my validity, so he's asking other mujahideen about me. |
| 8/25/15 6:30 AM | abUqba | AusWitness | An Australian brother. He said he asked you about me. |
| 8/25/15 8:12 AM | abUqba | AusWitness | Are you sure, akhi? |
| 8/27/15 2:08 AM | abUqba | AusWitness | You were right, brother. He's accusing me of being a liar pretending to be a mujahid. I think he is trying to sabotage me. |
| 8/30/15 3:59 AM | AusWitness | Butayn | You know I don't trust you right? |
| 8/30/15 4:27 AM | Butayn | AusWitness | Why do you not trust me? |