

Case 3:17-cr-00249-BJD-JRK   Document 100-16   Filed 06/28/18   Page 2 of 13 PageID 802



**INSPIRE**

**26 May our souls be sacrificed for you!**
Shaykh Anwar al-'Awlakī

| Abū Basir Interview 13 | Make a bomb in the Kitchen of your Mom 33 | Six calls of al-Anfāl 54 |
|---|---|---|
| The leader of AQAP answers various questions ▬▬▬ the Arabian Peninsula. | A detailed yet short, easy-to-read manual on how to make a bomb using ingredients found in a kitchen. | A look into the calls from ▬▬▬ the verses beginning with 'O You who Believe'. |

# Letter from the editor

Allāh ﷻ says: (And inspire the believers to fight) [al-Anfāl: 65]. It is from this verse that we derive the name of our new magazine. The word used in the verse is "ḥariḍ" which is commonly translated as incite. However, the word should properly be translated as inspire, motivate, or encourage. The word ḥariḍ in Arabic carries none of the negative connotations that the English word "incite" carries. To the contrary, it actually has the opposite meaning. The authoritative Arabic lexicon "Taj al-Arus" quotes the classical Arabic language scholar al-Zajjāj as saying that the verb ḥariḍ comes from the adjective ḥāriḍ, which means "a person or a being that is perishing." Therefore, he says that when you inspire someone towards something using the verb ḥariḍ, you are saying that unless they do what you are inspiring them to do they would perish. So the word ḥariḍ is an inspiration that saves a person and guides them towards what is good for them. Ḥariḍ is the word used in the above-mentioned verse. According to this meaning by al-Zajjāj, Allāh is commanding His Messenger ﷺ to save the believers from perishing by inspiring them to fight. This meaning is supported by another verse in Qur'ān where Allāh ﷻ says: (O you who believe! Respond to the call of Allāh and His Messenger when they call you to what will give you life) [al-Anfāl: 24]. Imām al-Qurtubī states that this verse is referring to jihād. It is jihād that gives this nation life. We survive through jihād and perish without it. Our history is a testimony to that.

This Islāmic Magazine is geared towards making the Muslim a mujāhid in Allāh's path. Our intent is to give the most accurate presentation of Islām as followed by the Ṣalaf as-Ṣālih. Our concern for the ummah is worldwide and thus we try to touch upon all major issues while giving attention to the events unfolding in the Arabian Peninsula as we witness it on the ground. Jihād has been deconstructed in our age and thus its revival in comprehension and endeavor is of utmost importance for the Caliphate's manifestation.



Under the media foundation of **al-Malahem**, we present the first magazine to be issued by the al-Qā`idah Organization in the English language. In the West; in East, West and South Africa; in South and Southeast Asia and elsewhere are millions of Muslims whose first or second language is English. It is our intent for this magazine to be a platform to present the important issues facing the ummah today to the wide and dispersed English speaking Muslim readership. We also call upon and encourage our readers to contribute by sending their articles, comments or suggestions to us.

We ask Allāh ﷻ to assist us in this endeavor and to guide you and us towards the truth. ∎

9-002

# INSPIRE

...AND INSPIRE THE BELIEVERS

## Topics Cont.

Don't Be Sad:
O our Brothers in al-Shabāb al-Mujāhidīn [P55]
Abū `Aṭṭā
Translation

Message to the People of Yemen [P11]
Transcribed Message from Dr. Ayman al-Zawāhirī

The Way to Save the Earth [P08]
Transcribed Message from Shaykh Usāmah bin Lādin

The Fight over the Mountains [P60]
Adnān Muḥammad `Alī As-Sā'igh
Stories

Shaykh Anwar's Message to the American
People and Muslims in the West [P56]
Transcribed Message from Shaykh Anwar al-`Awlakī

How To use Asrar al-Mujahideen:
Sending & Receiving Encrypted Messages [P41]
Terrorist
Open Source Jihad

The Jihādī Experiences:
The Schools of Jihād [P48]
Taken from Abū Muṣ`ab al-Sūrī
History & Strategy

What to Expect in Jihād (Part 1) [P45]
Mukhtār Hassan

The West should ban the Niqāb
Covering its Real Face [P19]
Yaḥya Ibrahim

## Other

The Cartoon Crusade [P21]
Open Source Jihād [P31]
Poem for `Umar al-Fārūq [P63]
The Chaste of Buraydah [P06]
The Operation of `Umar [P05]
From Usāmah to Obama [P29]
News Flash [P12]
Hear the World [P04]
Questions to Ask [P07]
O Martyr, You Have Illuminated! [P30]
Contact Us [P65]

9-003



# Hear the World...
### A collection of quotes from friend and foe



The soldiers that embarked the ship did not carry weapons in their hands; they were totally non-lethal instruments in their hands and they were attacked as you reported by knives, by axes, by logs; children, they were exposed to danger. [Member of Israeli cabinet, **Benny Begin**, another lie justifying the Israeli raid on the aid ships sailing to Gaza]



I love Usamah bin Ladin, I... *Walahi*... I love him... *pfft*... like I can't begin to tell you.
[The former Emir of Revolution Muslim, **Yousef al-Khattab**, as shown on CNN's "American al-Qaeda" documentary]



The problem of the *burqa* is not a religious problem. It is a problem concerning the freedom of women, the dignity of women. The *burqa* is not a religious symbol but a sign of subservience, of abasement. I want to say solemnly that it is not welcome on the territory of the French Republic. We cannot accept in our country women who are prisoners behind a grill, cut off from all social life, deprived of any identity. This is not the the French Republic's idea about the dignity of women.
[France's Presdient, **Nicholas Sarkozy**, on banning the *niqab* and *burqa*]



It is with no doubt that we today Muslims, followers of Islam, are attacked and occupied by foreign infidel forces. The Crusade has already started against Islam and Muslims with Cartoons about our beloved Prophet as war drums. Peaceful protest have achieved nothing. A fighter who gives his life to Allah can never disobey His commands; friends with peaceful protest, can you tell me a way to save the oppressed? You would have to agree to the fact that there's a force out there that's fighting the West, and is defeating them.
[**Faisal Shahzad**, NYC Times Square bomber in an e-mail]



You're seeing individuals who have been radicalized and who hold American citizenship who have been willing to undertake these missions against us. And it's pretty clear that people like Awlaki in Yemen and others see any kind of an attack inside the United States, even if it's a small scale attack, compared, say, to the World Trade Center, the Towers, who see that as a success for them. So that makes the challenge for the FBI and the intelligence agencies and the Department of Justice and local police that much tougher. Because you may not have a big, complex plot involving a lot of people that might be easier to detect.
[US Secretary of Defense, **Robert Gates**]



In the book, 'Decision Points', he will reveal all the bad decisions and mistakes that George Bush made as President... this is *volume one*.
[**David Letterman**, on George W. Bush's new memoir]



In a sense, they're almost bug lights for aspiring jihadists. They've got an anti-Western, anti-Democratic, anti-US, pro al-Qaeda message. [**Mitch Silber**, Director of Intelligence Analysis, NYPD, talking about the Islamic Thinkers Society based in NYC]



But also to be able to reach out to other faiths and find the common humanity that brings us all together. And I've heard words such as having tolerance for other faiths, and I've said that tolerance is such an ugly word, and it shouldn't be tolerance, it should be acceptance; we need to accept each other inside of Islam as Christianity did with the different faiths and we should be able to reach out to other faiths in acceptance and not just tolerance.
[**King Abdullah II** of Jordan, on al-Arabiya Interview, openly accepting what Allah has rejected]

SUBJECT: IN RESPONSE TO THE
AMERICAN AGGRESSION
DATE: 1/9/1431H
STATEMENT NO: 9



# QĀ`IDAH AL-JIHĀD
## IN THE ARABIAN PENINSULA

## THE OPERATION OF `UMAR AL-FĀRŪQ AL-NIGĪRĪ
## IN RESPONSE TO THE AMERICAN AGGRESSION ON YEMEN



Praise be to Allāh who says: (And fight them until there is no more Fitnah (disbelief) and the religion (worship) will all be for Allāh Alone). And peace and blessing be upon the seal of the Prophets who said: «I have been given victory with fear a month prior to march». To proceed:

With the grace of Allāh alone the heroic martyrdom bomber brother `Umar al-Fārūq managed to carry out a special operation on an American Airplane, from the Dutch city Amsterdam to the American city Detroit, and this happened during the Christmas holiday, Friday December 25, 2009. He managed to penetrate all devices, modern advanced technology and security checkpoints in the international airports bravely without fear of death, relying on Allāh and defying the great myth of the American and international intelligence, and exposing how fragile they are, bringing their nose to the ground, and making them regret all that they spent on security technology.

Indeed, the unity of `aqīdah and brotherhood in Islām is what prompted the young man from Nigeria, the mujāhid brother `Umar al-Fārūq, to respond directly to the American aggression - the oppressor upon the Arabian Peninsula. And this was through direct coordination with the grace of Allāh, with the mujāhidīn in the Arabian Peninsula right after the brutal bombings including the use of cluster bombs and cruise missiles launched from U.S. warships in the occupied Gulf of Aden on the Yemenite tribes in the Abyan province and the last attack on Shabwa, as well as the killing of dozens of Muslim women and children and entire families; and these operations were coordinated from Yemen, America, Saudi Arabia and a number of neighboring countries.

The mujāhidīn brothers in the manufacturing department managed with the grace of Allāh to make an advanced bomb. The bomb had been tested and proven effective as it has passed through the detector ports. The martyrdom bomber managed with the grace of Allāh to reach his target, but due to a technical glitch, the bomb did not explode completely; and we will continue on our path until we get what we want, and all worship is devoted to Allāh alone.

We call on every Muslim who feels any jealousy for their religious beliefs to expel the polytheists from the Arabian Peninsula, by killing all of the crusaders working in embassies or otherwise, and to declare war against the crusaders in the land of the Prophet Muḥammad - peace be upon him - on the ground, sea and air.

And we call on every soldier working in the crusader armies and puppet governments to repent to Allāh and follow the example of the heroic mujāhid brother Nidāl Hassan; to stand up and kill all the crusaders by all means available to him, supporting the religion of Allāh and to make the word of Allāh most supreme on earth.

Hence, we say to the American people: as you support your leaders and are standing behind them to kill our women and children, rejoice for what is coming to you! We will come to you with slaughter and have prepared men who love death as you love life, and with the permission of Allāh we will come to you with something you cannot handle. As you have killed us, so shall you be killed, and that tomorrow for its seeker is close.

Those who are bent on wrongdoing will in time come to know how evil a turn their destinies are bound to take!

O Allāh make brother the mujāhid `Umar al-Fārūq steadfast on the truth, and send down to him inner peace, patience and persistence. O Allāh remove his misery and his problems. O Allāh remove him soon from his current situation as he never expected to be removed from. O Allāh free him and all the Muslims in the East and West from prison, without leaving the path of the truth, and let them leave prison steadfast on the truth with Your mercy, O Most Merciful. O Allāh grant victory to the righteous servants, the mujāhidīn everywhere, and defeat falsehood and the people of falsehood. All praise and thanks belongs to the Lord of the Worlds.

Al-Qā`idah Organization in the Arabian Peninsula
Saturday 9/Muḥarram/1431 H

SUBJECT: THE CHASTE OF BURAY-
DAH IN THE PRISONS OF TYRANTS
DATE: 1/2/1431H
STATEMENT NO: 11





QĀ`IDAH AL-JIHĀD
IN THE ARABIAN PENINSULA

# THE CHASTE OF BURAYDAH IN THE PRISONS OF TYRANTS

And what is [the matter] with you that you fight not in the cause of Allāh and [for] the oppressed among men, women, and children who say, "Our Lord, take us out of this city of oppressive people and appoint for us from Yourself a protector and appoint for us from Yourself a helper"? [an-Nisā': 75]

On Sunday the 8th, Rabi` al-Awwal 1431, the 21st of February 2010, the city of Buraydah, the city of knowledge and scholars, was afflicted with the tragedy of the forces of the Ministry of Interior raiding the house of Muhammad al-Mu`tiq and arresting him, his wife and his children. The forces also arrested the sister, the caller to Islām, Umm Rabāb (Haylah al-Qasīr), who has already spent a few months on a wanted list for the government because of her zeal for her religion, her calling to the oneness of Allāh, and her refusal of the plans of the crusaders.

This tragic event exposes the truth about the government of āl-Sa'ūd, the stooges of the Jews and Christians, and reveals their disregard for the honor of Muslims. They do not have any respect for the sanctity of Muslim homes, and they do not respect Muslim honor. This act on behalf of āl-Sa'ūd is a proof of their lowness, meanness, and evil. The honor that they violated is what the freemen fight and give away their lives for: whoever is killed defending his honor is a martyr.

Because of their disregard for the honor of the Muslims they raid the houses of the chaste Muslim women. They did not stop at chasing them away from their places of residence but went further to chase them and raid the houses of others who were offering them sanctuary.

Does this government, the government of āl-Sa'ūd, respect any of the rights of the Muslims? Is this how the chaste and respectable Muslim women are dragged away to police stations and army bases in a nation that claims to be ruled by Islām, for no reason but to satisfy their crusader masters? O Muslims is this how the honor of Muslims is violated in the land of revelation and the two holy mosques?

The āl-Sa'ūd government has given the worst examples of violating the sanctity of Muslims, and dishonoring them. They have given lessons in shamelessness that will remain a disgrace in the history of the Arabs, for the Arabs have not been afflicted in their long history with what they have experienced from this bandit that has turned its back towards our religion.

When the disbelievers during the time of the Messenger of Allāh wanted to break into his house, a woman screamed from inside so they said to one another: 'It would be a curse on us for the rest of time for people to say that we have climbed over the walls of the houses of our female cousins and violated their privacy.' But āl-Sa'ūd have raided the house of Brother Muhammad al-Mu`tiq, terrified his children, arrested him and his family, and his daughter is still in the hospital because of the trauma of what has happened. May the curse of Allāh be upon the transgressors.

O free men of the Arabian Peninsula:

By staying silent in face of such aggression from this oppressive government, it would only encourage them to do more of the same: violating your sanctities and arresting your daughters and women. What will you answer Allāh when He asks you about your betrayal of the chaste and pure Muslim women?

In the end:

By the will of Allāh we will not allow this aggression to pass without us revenging for the honor of our Muslim sisters and we ask Allāh to assist us in releasing them and releasing every other Muslim brother and sister who is behind bars.

And those who transgress will know their end.

Al-Qā`idah Organization of the Arabian Peninsula
29th of Rabi` al-Thānī 1431 Hijrī



## Questions we all should be asking

Has anyone realized yet that US soldiers in Iraq continue to get depressed & end up committing suicide because they serve a dishonorable cause that is a lie to the world?

What major catastrophic event upon the Western world will its leaders need in order to start actively listening to Usamah bin Ladin's demands?

Why hasn't anyone tried George W. Bush yet? Are one's crimes against humanity detestable only during their administration?

Isn't it clear that 'Democratic' France & Belgium's actions to ban the niqab have proved that they harbor tremendous revulsion for Islam itself? Obama's silent consent evidently conveys his 'new relationship' with the Muslims.

Why are Americans afraid of racial profiling in Arizona? Is it because the false sentiment of racism being vanquished is beginning to collapse?

Why does the vast majority of Western media outlets refer to jihadi media as 'propaganda' when every media outlet in the world has an agenda to propagate for the purpose of altering mindsets in one way or another?



# The Way To Save The Earth

**Usamah Bin Ladin**

All praise is due to Allāh, who created the Creation to worship Him alone, and ordered them to follow good and avoid evil, and forbade them from corruption on land and in the sea. As to what follows:

This is a message to the whole world about those who cause climate change and its dangers – intentionally or unintentionally – and what we must do. Talk of climate change isn't extravagant speculation: it is a tangible fact which is not diminished by its being muddled by some greedy heads of major corporations. The effect of global warming have spread to all continents of the world. Drought, desertification and sands are advancing on one front, while on another front, torrential floods and huge storms the likes of which only used to be seen once every few decades now reoccur every few years. That's in addition to the islands which are quietly and calmly sinking under the waters of the oceans; and the pattern is accelerating and reports by organizations dealing with the affairs of displaced people estimate the displacement of as many as a billion humans during the next four decades as a result of this.

I am not about to talk here about partial solutions which merely lessen the harmful effects of global warming. Rather, I am going to talk about looking for a solution to the crisis at its roots. In front of the world are the records which show the huge numbers of victims of climate change, some of whom died of hunger and others of whom died of drowning.

In the same year in which [James E.] Hansen, NASA's senior expert, confirmed the seriousness of global warming, 140,000 died and 24 million were displaced in floods in Bangladesh alone; and the caravan of victims of climate change hasn't stopped since, so those behind it must be identified and a way of dealing with them specified. All industrialized countries, especially the major ones, bear responsibility for the global warming crisis, except that most of them have called on each other to commit to the Kyoto Protocol and have agreed to reduce emissions of harmful gases. However, Bush Junior – and prior to him, Congress – rejected this agreement in order to please the major corporations. They, therefore, are the real culprits behind the assault on the global climate, and this isn't the first of their crimes against humanity: they themselves were also behind the current global financial crisis, and they themselves were behind all the speculation, monopolization and price rises in peoples' sustenance. They are also behind globalization and its tragic consequences represented by its adding tens of millions of people to the ranks of the impoverished and unemployed. And then, when the culprits themselves fall victim to their own evil deeds, the presidents of countries rush to their rescue with public funds; and in this way, the people's wealth is seized without right twice: one time through corporate fraud and



monopolization, and another time through governmental deception and power.

Many senior capitalists are characterized by wickedness and hardheartedness, and thus they don't care about the human disasters caused by their economic activities. Words, conferences and demonstrations are of no use with such people.

Hansen spoke out and warned Americans about the seriousness of global warming in 1988, but they didn't respond to him. As for conferences, the Kyoto conference took place at the end of the last century, but they didn't respond to it. And as for demonstrations, not even the largest of them – much less the smaller ones – were able to deter them from their greed and tyranny. Prior to the invasion of Iraq in 2003, people throughout the world's continents took out million-strong demonstrations in which they echoed one phrase: "No to the spilling of red blood because of black oil." But the result was that the mob boss mocked them and gave orders to start the savage assault on innocent people in Iraq whose only sin in his eyes was the presence of black gold in their country. So they killed, wounded, orphaned, widowed and displaced more than 10 million Iraqis, and they are still murdering and pillaging. That's not to mention the crimes at Abū Ghraib and Guantanamo, those ugly crimes which shook the conscience of humanity. And after these lean years, there has been no mentionable change in the things which matter; and after all of this, their new proxy was awarded the Nobel Peace Prize and he accepted it in an extreme example of the deception and humiliation of humanity.

With this, the bitter truth becomes clear, which is that the world has been kidnapped by the heads of major corporations who are steering it towards the abyss. The policies of the world today are not being steered with

**On the contrary, they continue to insist on meddling with world climate for the sake of acquiring wealth, even if that be at the cost of our children's lives.**

the power of superior intellects to serve the interest of the people; but rather, with the power of the motivation and greed of oil-robbers and warmongers, the beasts of predatory capitalism.

Noam Chomsky was right when he pointed to a similarity between American policies and the policies of Mafia gangs. So they are the real terrorists, and drastic and decisive solutions are required to restrain and subdue them: restrain them from their sin and subdue their savagery; and I place in front of you a number of solutions. These are:

First: the corruption of the climate stems from the corruption of hearts and deeds, and there is a close relationship between the two types of corruption. We know that Allāh ﷻ has punished peoples with tsunamis due to the corruption of their hearts and deeds and their disobedience to Allāh, the Most High; among them were Pharaoh and his people. Allāh ﷻ says, **(Corruption has spread on land and in the sea because of what men's hands have wrought, that He may make them taste the fruit of some of their doings, so that they may turn back from evil)** [Ar-Rūm: 41]. Thus the happy one is he who learns his lesson, asks for forgiveness and dedicates all worship to Allāh ﷻ alone, who has no partner, through His final message to all of mankind.

Second: that we be economical in all of our affairs and avoid luxury and wastefulness, especially in food, drink, clothing, housing and energy.

Third: factories' emissions stop when the factories stop, and the way to achieve their stoppage is easy, simple and in your hands. The wheel of the American economy is like a bicycle wheel: if it loses one link in its chain, it stops moving; and among the links of the wheel of the American economy are raw materials, capital and consumers. We can affect all these links to varying degrees, but the last one is the weakest and our ability to influence it the greatest. So if the peoples of the world were to stop consuming American goods, this last link would become even weaker, leading in turn to a decrease in harmful gases.

Fourth: there must be accounting and punishment for those who head the major corporations and their political proxies, so that they stop their harmful actions against humanity. This is an easy thing for the American people, especially those affected by Hurricane Katrina and those without jobs as a result of the economic crisis, because the culprits live in their midst, particularly in Washington, New York and Texas. And here is their position at the Denmark conference demonstrating their evasiveness and how they are not serious about making the moves required to deal with climate change, as has also been shown by their denial of responsibility for previous catastrophes and their refusal to compensate the victims. On the contrary, they continue to insist on meddling with world climate for the sake of acquiring wealth, even if that be at the cost of our children's lives.

Fifth: we should refuse to do business with the dollar and get rid of it as soon as possible. I know that this action has huge consequences and massive repercussions; but it is an important way to liberate humanity from enslavement and servitude to America and its corporations. And whatever might be said about the repercussions of this decision, the fact is that remaining enslaved to them has great and more serious repercussions. An opportunity should be first given to individuals to get rid of the dollar and related currencies, inasmuch as states with large reserves of dollars – particularly in East Asia – are able to bear many of those repercussions. It isn't a secret that the dollar has lost more than 80% of its value against the euro since the latter's introduction, and the same is true for currencies tied to the dollar. Additionally, gold has risen more than 400% against the dollar since the events of September 11th, and the dollar is continuing to slide, by the grace of Allāh, and I reckon that its losses against the euro will be a whole lot more than 100%; and it's no secret to those familiar with military, political, economic and social sciences that America's star is waning, its economy is shriveling and the dollar's ship is sinking. And the happy one is he who learns from other's mistakes.

In closing, the world has before it a rare and historic opportunity to liberate itself from servitude to America, as the latter finds itself in a serious predicament – by the grace of Allāh – drowning in the marshes of Iraq and lost in the passes of Afghanistan. The heroic *mujāhidīn* are inflicting on them severe moral and material losses, and they want to escape but cannot, and they are looking with sorrowful and dejected eyes at their rivals in the East and West whose situation has improved and wealth has increased following America's hemorrhaging and its preoccupation with combating the *mujāhidīn*; and for Allāh is all praise.

So to all people, all inhabitants of earth: it is neither just nor equitable nor wise nor smart that the burden be left on the *mujāhidīn* alone in an issue whose adverse effects concern the entire world. What is being asked of you is simple: it is that you tighten the embargo against them. So be earnest and take the initiative in boycotting them, in order to save yourselves, your wealth and your children from climate change and in order to live freely and honorably [instead of standing on] the steps of conferences and begging for your lives, for there is no good in a life which incurs humiliation. And wealthy states must stop lending to America, because to lend to it is to finance its tyrannical wars against the weak, particularly the one against your neighbors in Afghanistan. As for the *mujāhidūn*, they will – Allāh willing – persist in their fighting of the oppressors in Iraq and Afghanistan, in order to achieve truth, cancel falsehood and help the Muslims, especially in Palestine, and in order to defend weak and disaster-stricken people in Asia, Africa and South America who have neither strength nor power.

And our final prayer is that all praise is due to Allāh, Lord of the worlds. 





# Message to the People of Yemen

## Dr. Ayman al-Ẓawāhirī

THIS AWAKENING[1] which aims to liberate the Arabian Peninsula from the Crusader invaders and their treasonous agents, and which is growing and prospering – with Allāh's help and guidance – despite all the campaigns of repression, misdirection and charlatanism, and despite all the obstacles, difficulties and hindrances.

This is why I call on the noble and defiant tribes of the Yemen and tell them: don't be less than your brothers in the defiant Pushtun and Baluch tribes who aided Allāh and His Messenger and made America and the Crusaders dizzy in Afghanistan and Pakistan.

**O tribes of Yemen of *īmān* and *hikmah*, Yemen of honor and defiance, Yemen of *ribāṭ* and jihād:** your brothers from the defiant Pushtun and Baluch tribes are making the Crusaders taste woe after woe, and are sending thousands of their lions to jihād in Afghānistān under the banner of *Amīr al-Mu'minīn*, Mullah Muḥammad `Umar Mujāhid – may Allāh protect him – and are disciplining the treasonous Pākistān Army, making it taste defeat after defeat and forcing it to make pacts with them in order to save itself from their fighting, and they are severing the supply route of the Crusaders from Pakistan to Afghanistan.

How, O noble and defiant tribes of Yemen, can you agree to let Yemen be a supply center for the Crusade against the Muslim countries? How can you agree to let the ruling authority in Yemen to be the CIA? As for `Abdullāh Ṣāliḥ and his gang, they're nothing but servants and slaves to it. How can you accept this treasonous traitor as your president and ruler, when he begs the pleasure of the Americans and their dollars by spilling the blood of the free, noble and honest men of Yemen?

**O free ones of Yemen and its nobility; O people of jealousy, fervor and honor in it:** I ask of you what *al-Haqq*, Blessed and Exalted is He, asked of His believing slaves, when He said, (O ye who believe! Be helpers of Allāh, as Jesus, son of Mary, said to his disciples, 'Who are my helpers in the cause of Allāh?' The disciples said, 'We are helpers of Allāh.' So a party of the Children of Israel believed while a party disbelieved. Then We aided those who believed against their enemy, and they became predominant) [Al-Ṣaff: 14].

So be helpers of Allāh, and don't be helpers of America! Be helpers of Allāh, and don't be helpers of `Alī `Abdullāh Ṣāliḥ, the agent of the Crusaders, and be a help and support to your brother's the *mujāhidīn* and don't be a support to the Crusaders and their campaign which kills the Muslims in Afghanistan, Iraq and Palestine.

I ask Allāh to grant resolve to our brothers, the *mujāhidīn* on the Arabian Peninsula and in beloved Yemen, and to protect them from the Crusaders and their agents, and to send down upon them His strong help and illuminating conquest and near release, and to make them a thorn in the throats of the Crusaders and their agents like the House of Sa`ūd and `Alī `Abdullāh Ṣāliḥ, who sold their religion, honor and countries so Crusader America would be pleased with them.

---

1 Taken from 'From Kābul to Mogadishu', As-Saḥāb Media Foundation

9-011





# Interview with Shaykh Abu Basir
## The head of al-Qa`idah in the Arabian Peninsula
### conducted by al-malahem staff

In the name of Allāh, the Most Gracious, the Ever Merciful. On behalf of the al-Malahem Media Foundation, we would like to present to our readers this interview that is exclusive to the Inspire Magazine with the Amīr of the al-Qā`idah Organization in the Arabian Peninsula, Shaykh Abū Basīr Nāṣir al-Wuhayshī, may Allāh preserve him.

**Q1:** Shaykh, the al-Qā`idah of the Arabian Peninsula (AQAP) is one of the oldest branches of the organization. Can you please give us a brief introduction to its history and objectives?

All praise is due to Allāh, the Lord of the Worlds. Jihād is an obligation from Allāh ﷻ. Young Muslims are brought up into it since the day the Messenger of Allāh ﷺ carried the sword until the last of this nation will fight against the False Messiah. Jihād will continue throughout the generations of Muslims.

The organization of al-Qā`idah is among these generations of Muslims who are carrying the responsibility of calling to Islām and defending the holy sites, the religion, honor and land since its foundation before three decades. Since 1990 when the Americans occupied the





land of revelation, the youth of the Peninsula of Islām are defending their religion, their holy places and their land which their Messenger, peace be upon him, ordered to expel from it the disbelievers. They have executed a few operations against the Americans in and out of the Arabian Peninsula. The most famous are the Ulaya, al-Khobar, East Riyadh, USS Cole, Limburg, and the assassination of US soldiers in the island of Faylakah in Kuwait. The leaders of al-Qā`idah such as Shaykh al-Battār Yūsuf al-`Uyaīrī, `Abdul `Azīz al-Miqrin, and Shaykh Abū `Alī al-Ḥārithī and others led this war against the Americans in and outside of the Arabian Peninsula. We are proud with this legacy not only as Muslims but as freemen too. The organization of AQAP, as our beloved leader Shaykh Usāmah said: "With America entering into conflict with the sons of the land of the two holy places, it will forget the terrors of




9-013