Vietnam. And, by the will of Allāh, the upcoming victory in the land of Ḥijāz and Najd will make America forget the horrors of Vietnam and Beirut, by the permission of Allāh, Glorified and Exalted be He."

Our objectives are driving out the occupiers from the Arabian Peninsula and purifying its land from them, establishing the law of *sharī`ah*, the establishment of *khilāfah*, spreading the call to the oneness of Allāh ﷻ, defending against the transgressors and helping the weak.

**Q2:** After the last few operations, the media was mentioning that the AQAP is among the most dangerous branches of the organization. Why do you think there is this increased focus on the organization? And how serious is this danger?

All praise is due to Allāh, the Lord of the Worlds, Allāh ﷻ has blessed us with effective operations against the transgressing Americans and we ask Allāh to grant us more. The interest that is shown towards AQAP is because of the strategic importance of the Arabian Peninsula. This is the place of the revelation, the birthplace of Islām, the land of the two holy Mosques and the blood of the saḥāba runs through the veins of its sons. Because of the greed of the Americans, they have vital interests in the Arabian Peninsula. The passage ways of commerce pass through its waters and oil is stolen from it. So this place is a vein of life for the Americans.

Thus they are focused on it and they do not want any conflicts in this area or any group that would protect the wealth of the Muslims and their religion. They fear that their plots would be foiled and their dreams brought to an end.

To answer your question on how serious the danger of AQAP is, I say that wherever there are *mujāhidīn*, there is danger awaiting the disbelievers. The *mujāhidīn* are one body and if one of them is somewhere you would find fear and terror spreading in that place.

All of the branches of al-Qā`idah have succeeded in powerful operations against the Americans and the latest is the car bomb in New York. The different branches have good competition in fighting the Americans and their allies. All of them want to win the race of destroying the idol (i.e., America) and to have the greatest share in that effort.

**Q3:** The first operation for AQAP outside of Yemen targeted Muḥammad bin Nayif, the Saudi Assistant Minister of Defense. Why Muḥammad bin Nayif? And what are the results of the operation?

All praise is due to Allāh, the targeting of Muḥammad bin Nayif was part of our effort to purify the Arabian Peninsula from the traitors. He and his ilk are the ones who allowed the Americans to set base in the Peninsula of Islām, playing the role of Abū Ruqāl in its worst forms. He is an American in the clothes of an Arab. If it wasn't for these traitors, the American airplanes wouldn't have bombed Iraq and Afghanistan from the airports of Kharj and Riyadh and others, and if wasn't for them, the Jews wouldn't have remained in Palestine for more than sixty years.

So this evil deformed person who is leading the war against the *mujāhidīn*, who is plotting against them day and night, and is implementing the American agenda, has led us to target him because of his actions.

Some of the results of this blessed operation are that it turned the attention of the *mujāhidīn* to target the leaders of disbelief and the plotters of evil and that reaching them is not difficult by the will of Allāh. This operation broke the legend of the infallibility of their security measures and made it clear that the heroic mujāhid - by properly concealing his device, not having any metal parts in it and putting his trust in Allāh ﷻ - can reach to his target without being exposed.

**Q4:** Regarding the operation of brother `Umar al-Fārūq – may Allāh hasten his release – on the Detroit flight, even though the device did not explode, analysts considered that the message intended by the operation has reached its destination. What is the message behind the operation? And what are the fruits of the operation?

All praise is due to Allāh, the operation of `Umar al-Fārūq – may Allāh hasten his release – is a strong blow to the coffin of the





American economy and is a slap in the face of the American security apparatus. He reached his destination and was able to break through all of the strict security barriers after passing through a few airports and was searched in them. But through the blessing of Allāh ﷻ, all security equipment failed to display his explosive device.

The message we intended on sending to the Americans is: "America will never enjoy security until we live it in Palestine and it is not fair for you to enjoy life while our brothers in Gaza are going through a difficult life."

The fruits of the operation are many. Some of which:
- Great loss to the US economy which reached $41 billion and all of their security measures have gone with the wind.
- The fear which has spread throughout airports and security institutions has revealed to the American people that its security institutions are not to be counted upon.
- Delivering fear to the American people and creating a balance in fear and that security is not something that the government of Obama can control.
- Opening the door for many Muslim youth in the West who want to seek revenge from the Crusader states that are fighting Islām.

Q5: What does al-Qā`idah want from the West for it to stop targeting it?

What we want from the West is one thing: To stop aggression and oppression against the Muslim Nation and to withdraw out of its land. This solution was given by all of our leaders and in more than one occasion. The truce was offered by the one who has real authority to take such a decision on behalf of the Muslims, Shaykh Usāmah bin Lādin, may Allāh preserve him. His offer was refused. Whenever we offer a sound plan, they escalate in their stubbornness so we are left with no option but to defend ourselves and fight the transgressors.

If the West refrains from attacking us and oppressing our Nation, we will refrain from them. Otherwise we will have them drink from the same cup that they have the innocent from our Nation drink from.

Q6: A few places in Yemen were subjected to American bombings such as Abyan, Shabwa and Ma'arib. The traitor government claimed that they were preemptive strikes against al-Qā`idah. What is the reality of what happened? And did these operations weaken the organization?

The American culture is that of killing other people. How

> The message we intended on sending to the Americans is: "America will never enjoy security until we live it in Palestine and it is not fair for you to enjoy life while our brothers in Gaza are going through a difficult life."



9-015



many have the Americans killed from the Vietnamese, the Japanese, the Iraqi people, the Afghani people, and the Somali people, and how many have the Zionist allies killed from the sons of Palestine with the support of these bloodthirsty beasts? And finally they have killed tens from the tribe of *Bākāzim*, *Arḥab* and *al-`Awāliq*. They have killed women and children and lied by saying that these were preemptive strikes against al-Qā`idah in order to justify to their people that they have killed the leaders of al-Qā`idah.

has settled some previous scores while the women and children pay the price at the hand of the Americans.

And what are these accurate operations that have killed tens of children and women? If the pilot was ignorant of military matters he would still be able to tell the difference between tents of bedouins and military sites, but it is American hate and lust for killing others.

These bombings will not deliver

Q7: The traitor government media claimed that you have been killed along with your deputy and the military commander. It turned out that the whole claim was a lie. In your view why does the government lie in such a way? And what does that point out to?

The president of Yemen is a professional liar, especially when it comes to lying in order to extort money. Such lies bring in dollars from the Americans. They are gullible and he is creating for them fake victories.

**The Yemeni government jumped not to defend its sovereignty and its innocent people but it condemned the oppressed and justified for the Americans their crime.**

The Yemeni government jumped not to defend its sovereignty and its innocent people but to condemn the oppressed and justify for the Americans their crimes. They marketed the American bombing as a bombing performed by their air force against al-Qā`idah when they knew that the casualties were Bedouins. But it seems as if the Yemeni government

anything to the Americans and will not weaken the organization by the blessings of Allāh. Instead they will only advance us further and push the Muslim people to stand with us. These reckless acts of the Americans will only reveal to the Muslim people the reality of the democracy of murder and destruction.

As the caller to Islām, Shaykh Anwar al-`Awlakī, may Allāh preserve him, said: "The distinctive mark of the Yemeni government is lying. They are lying to their people. They are lying to the outside world. They are lying to everyone." They have been lying for thirty years. They lie against their people in an exposed fashion and this proves to us their inability to





defend themselves let alone others and that the matter is out of their hands now. Thus, they have nothing else to do but lie and claim that we have killed so-and-so and imprisoned so-and-so. This is all in order that foreign assistance keeps flowing in.

Q8: Why does al-Qā`idah insist on operations against the West and especially America?

All praise is due to Allāh. America is the one forcing us to target it. These heinous crimes which the human soul rejects such as the cartoons of the Messenger ﷺ and holding celebrations and awarding those who curse the Prophet ﷺ, require us to target the Americans. In fact they require us to wipe them out of the map completely. America is a cancer that needs to be removed along with the West that is supporting this criminal behavior and are banning the *niqāb* of the chaste and pure Muslim women.

Thus, we insist on fighting against this oppression and aggression. The issue now is not fighting for peoples' lives, land or wealth as the obligation has become greater than that. The issue now is the defense of the Prophets and supporting them against these obscene people. For them there is no way out from the punishment of Allāh because Allāh ﷻ will protect His Messengers. Allāh ﷻ protects the believers so wouldn't he protect His Prophets who are the most beloved to Him and are the chosen ones of His creation?

Allāh ﷻ will give us victory against them and what America awaits in the coming days is greater and worse than what has passed by the will of Allāh:

Allāh ﷻ says: (Say: "Do you await for us except one of the two best things [i.e., martyrdom or victory] while we await for you that Allāh will afflict you with punishment from Himself or at our hands? So wait; indeed we, along with you, are waiting) [at-Taubah: 52]

Q9: In the end what is your advice to the Muslims in the West?

My advice to my Muslim brothers in the West is to acquire weapons and learn methods of war. They are living in a place where they can cause great harm to the enemy and where they can support the Messenger of Allāh ﷺ.

There is no meaning in life if the Messenger of Allāh ﷺ is cursed while they listen to and see such crimes being committed in front of their eyes. It is not enough to defend him, may my father and mother be sacrificed for him, to participate in demonstrations and protests because these methods would not stop the West which is already used to them. The successful means are through explosive devices and sacrificing souls. That is a more pronounced and successful way of defending him and this is a practice started by the Ṭālibān of Pakistan, Niḍāl Ḥassan, and `Umar al-Fārūq, may Allāh release

> The means of harming them are many so seek assistance from Allāh and do not be weak and you will find a way.

them and on this path are men who are coming to you by the will of Allāh.

**O Muslims rise up in defense of your Messenger ﷺ**: a man with his knife, a man with his gun, a man with his rifle, a man with his bomb, by learning how to design explosive devices, by burning down forests and buildings, or by running over them with your cars and trucks. The means of harming them are many so seek assistance from Allāh ﷻ and do not be weak and you will find a way. The rights of the Messenger of Allāh ﷺ upon us are great and it is nothing for all of us to die for his sake; may our mothers be bereaved of us if we do not defend him ﷺ.

O Muslims you have no excuse in front of Allāh except if you fight in defense of his Messenger ﷺ. If you cannot fight, then you should emigrate from the land where he is being cursed because such a land is awaiting the wrath of Allāh. Especially that the Messenger of Allāh ﷺ discouraged living amongst the disbelievers so how about living at ease amongst them when the Messenger of Allāh ﷺ is being attacked and you do nothing to defend him or leave the land where he is being cursed? What will you answer your Lord on the Day of Judgment?

If you fail to emigrate, then at least boycott the disbelievers and proclaim the oneness of Allāh ﷻ, *Walā'* and *Barā'* and pray to Allāh ﷻ to make a way out for you.

May Allāh ﷻ grant us success in giving victory to His religion and His Messenger ﷺ.

And all praises and thanks belong to Allāh, the Lord of the Worlds.

9-017





# The West should ban the Niqab covering its Real Face
## Yahya Ibrahim



The Islāmic ruling on the obligation of the *niqāb* is disputed among the scholars of Islām. However, even those who do not mandate it do state that it is a recommended and virtuous act. In other words, to wear the *niqāb* is a Muslim woman's "right".

Over this "right", various legislative wars are being fought out throughout Western parliaments and courts. The war on Islām is taking different faces. There is a physical war being fought out in Afghanistan, Iraq, and now an escalating remote control war on Pakistan, Yemen and Somalia. There is a battle of hearts and minds fought out in the media and in academia, and then there is a legislative war being fought out in parliaments and courtrooms across Europe and North America, and the focus of this battle is the *niqāb*.



It is interesting how this item of clothing a Muslim woman may choose to wear would turn out to be the symbol, and point of contention, in an undergoing ideological battle between Islām and the West. The *niqāb* is today's manifestation of a clash of civilizations and an additional proof to a mounting body of evidence that the West is anything but tolerant towards its Muslim population.



In the words of the French President, Nicolas Sarkozy, we can see an illustration of a Western view of the *niqāb*: "The problem of the *burqa* is not a religious problem. It is a problem concerning the freedom of women, the dignity of women. The burqa is not a religious symbol but a sign of subservience, of abasement. I want to say solemnly that it is not welcome on the territory of the French Republic. We cannot accept in our country women who are prisoners behind a grill, cut off from all social life, deprived of any identity. This is not the French Republic's idea about the dignity of women."

This is quite a lot to pile up on top of this garment: The *niqāb* is a problem to the dignity of women, it is a symbol of subservience and abasement, it imprisons a woman and cuts her off and deprives her of her identity!

This is what the head of the French Republic had to say about the garment millions of Muslim women around the world wear and have been wearing for centuries. Let us also not forget that nothing used to be seen from the wives of the Messenger of Allāh ﷺ; not even their eyes and according to Sarkozy, that is an abasement that deprives women of their identity.

The *mujāhidīn*, who are the true and honest representatives and spokesmen for Islām today, are straightforward in their opposition to Western imperialism and Western values that are being imposed on the Muslim world by force. But the West is hiding behind a *niqāb* of human rights, civil liberties, women's rights, gender equality and other rallying slogans while in practice it is being imperialistic, intolerant, chauvinistic and discriminating against the Muslim population of Western countries.

As mentioned above the *niqāb* is not mandatory on Muslim women according to many scholars. But because it is a right of Muslim women and because it has become a symbol of being a Muslim today, Muslims need to take a firm position in this battle and dig in their trenches.

For this reason we promote that Muslim women in the West who do not view wearing *niqāb* as being a religious duty to wear the *niqāb* as a public sign of their rejection

9-019

of forced assimilation, as a symbol of their pride at being Muslim, as a public statement that is carried as a badge of honor in face of a decadent Western way of life, and a statement that proclaims that even if I am not obliged to wear the *niqāb*, I will wear it because I refuse to have the West decide for me how I am going to practice my religion.

Muslim women wear the *niqāb* because they want to wear it and because they choose to. Our sisters need to dispel the Western myth that Muslim women need to be emancipated because they are being forced into wearing a garment they do not want to wear.

The ruling of the *niqāb* is irrelevant here. It would not have made much, if any, difference in the Western perception of the *niqāb* if the four *Imāms* agreed on the obligation of *niqāb* or if Imām Aḥmad or Ibn Taymīyyah didn't. The *niqāb* is carrying the weight it is carrying because it is a publicly visible sign of being a Muslim. Similar to the minarets it is a symbol of Islām. Whether the *niqāb* is an obligation or not, and the fact that the minarets are not actually rooted in Islāmic tradition are not important to the issue here because it is not the *niqāb* or the minaret that the West is against, it is Islām itself, and these are merely symbols for it.

One may argue that the ruling is relevant and that the West is not against Islām because it is the *niqāb* that is under attack and not the veil. They may argue that the *niqāb* is under attack because it is a security risk and because many "experts" tell us that the *niqāb* is an Arabian rather than Islāmic costume and we are not against the veil which Muslims say is a religious practice that women must abide by. That is what some may argue. The answer to that is two-fold. First, as we have been witnessing, there is a gradual attack that is starting from bottom up. It is a step-by-step process that is meant to assimilate the Muslims gradually rather than overwhelm them at risk of alienating them. Second, the veil has in fact already suffered its own attacks. There are already cases where Muslim women who already have their faces uncovered are asked to take the next step of uncovering their head. This has happened in the US state of Georgia and in France and we should expect more.

The evidence for the claim that it is Islām rather than the *niqāb* or the minaret that is under attack, is the torrent of cartoons defaming Muḥammad ﷺ under the pretext of the freedom of expression. Muslims are accused of being oversensitive and not getting the "joke". This claim is a joke in itself and it is the West that is not getting it. If the West has chosen not to take religion seriously because its religion has a history of intolerance and bloodshed, and is dogmatically inconsistent then that is the West's prerogative on whether to take their religions seriously or not. But why should that apply to Islām? If the Jews came to the conclusion that the Old Testament has simply too many injunctions for executing people to be taken seriously in today's world and the Christians had enough of the Pope's inquisition then they should actually be commended for distancing the Church from the State. But all of that has nothing to do with Islām because Islām is not a manmade religion; it is not a religion that has been tampered with as the rabbis and priests did with the other two Abrahamic faiths. The Qur'ān is original and Muslims are the only people on the face of the earth who possess a detailed and authentic history and record of statements made by any Prophet since Ādam all the way to Muḥammad ﷺ. Muslims know what the seal of the Prophets did and said, peace be upon him. The same cannot be said about the histories of either Moses or Jesus.




Therefore, we as Muslims do take Islām seriously and we take it literally. We also take the honor of Muḥammad ﷺ seriously and we love him dearly. Cartoons defaming Muḥammad ﷺ are no joke and Muslims have made that very clear, yet the defamation continues as we have recently seen with the South Park affair.



With the wars of *niqāb* being fought out and the defamation of Muḥammad continuing, and a physical battle being fought out in various parts of the Muslim world, one should only expect the West to remain a field of operation for the *mujāhidīn*. Within a short span of time there was Fort Hood, the operation of `Umar al-Fārūq, the attempt against the Swedish cartoonist and finally Times Square. There is no reason to believe that such attacks would abate.



> Within a short span of time there was Fort Hood, the operation of Omar Farouk, the attempt against the Swedish cartoonist and finally Times Square. There is no reason to believe that **such attacks would abate.**







# TIMELINE OF EVENTS

## 2005

**September 2005:** Flemming Rose, the cultural editor of Jyllands-Posten, commissions twelve cartoonists to draw cartoons of Prophet Muhammad, peace be upon him. They are published by the end of the month.

**October 14, 2005:** Two of the cartoonists are advised to go into hiding after receiving death threats.

**December 7, 2005:** Strikes against the cartoons begin on a regular basis in Pakistan and soon spread all over the West and Islamic world.

## 2006

**January 27, 2006:** The Jyllands-Posten's website was hacked using a denial-of-service attack.

**February 2, 2006:** The Islamic group based in Britain, al-Ghurabaa, publishes an article entitled, "Kill those who insult the Prophet Muhammad".

**February 2, 2006:** Danish company, Arla Foods, reports millions in losses from the worldwide boycotts.

**February 3, 2006:** Belgian newspaper, Het Volk, prints the cartoons and quotes Etienne Vermeersch as saying Belgian papers should publish such caricatures every week "so that Muslims can get used to the idea."

**February 3, 2006:** Hundreds of Muslims march from the London Central Mosque to the heavily protected Danish embassy chanting jihadi slogans.

**February 3, 2006:** Saudi Shaykh Badr bin Nader al-Mashar refers, in an audio message posted online, to the cartoon furor as "part of the war waged by the decadent West against the triumphant Islam" and issues a call "to the billion Muslims: where are your arms? Your enemies have trampled on the prophet. Rise up."

**February 4, 2006:** The building which houses the Chilean, Swedish, and Danish embassies in Damascus, Syria, is set on fire after being stormed by angry mob. As a response to this incident, the Danish Ministry of Foreign Affairs issued a warning urging Danish citizens in Syria to leave the country immediately.

**February 4, 2006:** The Danish newspaper Politiken reveals that Jyllands-Posten in 2003, denied an unsolicited submission that caricatured the resurrection of Jesus, with the reason, that it would lead to an outcry.

**February 5, 2006:** The Danish consulate in Beirut, Lebanon is set ablaze during a demonstration.

**February 7, 2006:** Thousands of protesters clash with police and NATO peacekeepers in Afghanistan. Five Norwegian soldiers are injured by grenade splinters.

**February 7, 2006:** 578 Danish websites are hacked within a span of week.

**February 7, 2006:** The Taliban urge Muslims to declare jihad over the cartoons.

**February 14, 2006:** The Italian minister Roberto Calderoli wears a t-shirt emblazoned with cartoons of Muhammad. Calderoli stated: "I have had T-shirts made with the cartoons that have upset Islam and I will start wearing them today. We have to put an end to this story that we can talk to these people. They only want to humiliate people. Full stop. And what are we becoming? The civilization of melted butter?"

23

## 2006

**March 1, 2006:** Salman Rushdie, Ayaan Hirsi Ali, Taslima Nasrin, Bernard-Henri Lévy, Irshad Manji, Ibn Warraq are among a dozen writers to have put their names to a statement in a French weekly Charlie Hebdo paper warning against Islamic "totalitarianism". Charlie Hebdo reprinted the cartoons in France earlier on.

**March 20, 2006:** Police in Berlin overwhelm Amer Cheema, a student from Pakistan, as he enters the office building of Die Welt newspaper, armed with a large knife. Cheema admitted to trying to kill editor Roger Köppel for reprinting the Mohammad cartoons in the newspaper. On 1 May 2006, Cheema committed suicide in his prison cell. Cheema's family and Pakistani media claim he was tortured to death. 50,000 people attended Cheema's funeral near Lahore.

**April 24, 2006:** Shaykh Usamah bin Ladin reiterates the boycott of Danish products and the punishing of the cartoonists.

## 2007

**February 12, 2007:** Danish police arrested several people suspected of planning to assassinate the cartoonist who drew the turban cartoon. On the following day, Jyllands-Posten reprints one of the cartoons as a response to the arrests.

**February 20, 2007:** Shaykh Usamah bin Ladin threatens the EU over the reprinting of the cartoons.

**August 18, 2007:** In Sweden, The Örebro-based regional newspaper, Nerikes Allehanda, published a newly created cartoon from Lars Vilks which showed Muhammad, peace be upon him, as a dog. In a short span of time, the images spread to various other Swedish newspapers.

**September 5, 2007:** A Muslim woman in Western Sweden was arrested on charges of issuing a death threat against Lars Vilks in an e-mail. The sister confirmed in police interrogation that she had written the mail and said that she did not have any regrets about it.

**September 15, 2007:** The leader of the Islamic State of 'Iraq, Abu Umar al-Baghdadi, released an audio statement pertaining to Lars Vilks saying, "We announce a reward of $100,000 to anyone who kills this infidel criminal. This reward will be raised to $150,000 if he is slaughtered like a lamb." He also placed a reward of $50,000 on Ulf Johansson, editor-in-chief of Nerikes Allehanda.

## 2008

**February 12, 2008:** The Danish Security and Intelligence Service (PET) announced the arrest of three Muslims — two Tunisians and one Moroccan-born Dane — who were charged with planning to assassinate Westergaard. After the plot was foiled, the Danish secret service was made responsible for protecting Westergaard. He was placed under police surveillance when travelling to and from work. His house was fitted with steel doors, a panic room, reinforced glass in the windows and surveillance cameras.

## 2010

**January 1, 2010:** A 28-year-old Somali Muslim intruder armed with an axe and knife entered Kurt Westergaard's house shouting phrases like, "We will get our revenge!", "Revenge!" and "Blood!" He was subsequently shot and wounded by police within minutes of intrusion.

**March 9, 2010:** Seven Muslims were arrested in the Republic of Ireland over an alleged plot to assassinate Lars Vilks.

**March 9, 2010:** Colleen R. LaRose from the Philadelphia, Pennsylvania suburbs, had her federal indictment unsealed charging her with trying to recruit mujahideen to assassinate Lars Vilks.

**April 20, 2010:** Molly Norris of Seattle, Washington posted on her Facebook page an annual competition called, "Everybody Draw Mohammed Day". She wrote that if millions of people draw pictures of Muhammad, Muslims would not be able to kill them all, and threats to do so would become unrealistic. After her call became widespread, she quickly retracted from her position. However, other Facebook users had carried on with the competition, and it is now led by an information technology specialist based in Toronto, Canada named Mimi. It's reported that there are over 100,000 fans on her facebook page.

**May 11, 2010:** Lars Vilks was giving a lecture at Uppsala University when, about ten minutes into the lecture, one man sitting in the front row suddenly rushed towards him. According to Vilks, the man struck him with his head. Other attackers rushed forward, but the police intervened and stopped the brothers. As a result, Vilks was slightly injured.

24



