

would just fade away. My prediction was that the West would continue escalating its attacks and would only entrench itself deeper into blasphemy. I expected this, because the hatred the West holds towards Islam and the Prophet of Islām ﷺ is a smoldering fire only waiting for an opportunity, a chance, to vent itself through a "proper" channel within the boundaries set by Western laws and freedoms.

Outrageous slander, blatant smearing of Muhammad ﷺ, desecration of the Qur'ān, and the insulting of over a billion Muslims worldwide are done under the pretext of "freedom of speech". They are never called what they really are: a deeply rooted historic hatred for Islām and Muslims. Yesterday it was in the name of Christianity; today it is in the name of Democracy.

Allāh says: (Hatred has already appeared from their mouths, and what their breasts conceal is greater) [āl-`Imrān: 118].

For these reasons, for this combined effect of an escalating problem, I gave my lecture the title, *The dust will never settle down.*

Today, two years later, the dust still hasn't settled down. In fact the dust cloud is only getting bigger.

Whenever the affair calms down, someone somewhere in the Western world is sure to flare it up again. From 2005 onwards the cycle of offense is unabated.

What the West is failing to realize is that these attacks are also serving as a mobilizing factor for the Muslims and are bringing more and more Muslims to the realization that jihad against the West is the only realistic solution for this problem along with a host of other problems that cannot be cured without fighting in the path of Allah.

Muslims do love Muhammad ﷺ and do want to defend his honor and their methods of doing so are varying. Muslims protested and demonstrated worldwide. They burned flags and struck effigies. They boycotted products manufactured by some of the countries involved. All of these acts of good were a manifestation of the solidarity of Muslims in defense of the Messenger of Allāh ﷺ. On the other hand, there were some completely misguided efforts such as those of some of the callers to Islām who paid a visit to Denmark along with young Muslim boys and girls to start a dialogue in order to build bridges of understanding between the Muslims and the people of Denmark!

It is not enough to have the intention of doing good. One must do good in the proper way. So what is the proper solution to this growing campaign of defamation?

The medicine prescribed by the Messenger of Allāh ﷺ is the execution of those involved. A soul that is so debased, as to enjoy the ridicule of the Messenger of Allāh ﷺ, the mercy to mankind; a soul that is so ungrateful towards its Lord that it defames the Prophet of the religion Allāh ﷻ has chosen for his creation does not deserve life, does not deserve to breathe the air created by Allāh ﷻ and enjoy a life provided for by Allāh ﷻ. Their proper abode is Hellfire.

The Messenger of Allāh ﷺ called for the assassination of Ka`b bin al-Ashraf and there are other incidents of his companions killing those who spoke against him. There was a blacklist of names of people in Makkah that were to be killed even if found hanging on to the clothes of al Ka`ba, the holiest site in Islām. This list included, among others, women who sang poetry defaming Muhammad ﷺ. Even though Muhammad ﷺ prohibited the killing of women who are non-combatants, these women were an exception because of their unprecedented transgression.

There were some Muslim voices giving their interpretations as to why the US has not been involved in Europe's expression of hate. For myself it was only a matter of time before the US joins in. Now America has entered into the fray with full force. The 20th of May event overshadowed all what preceded it. America was the one missing link in

the chain. The chain is now full circle. The West has started this war and it will turn colossal. The West is awakening a sleeping giant.

We, by the will of Allah will not back down from the defense of our beloved. We will fight for him, we will instigate, we will bomb and we will assassinate, and may our mothers be bereaved of us if we do not rise in his defense. It is the honor of the best of creation that is at stake and it is not much to set the world on fire for his sake.

To my Muslim brothers everywhere especially in the West: When the Ṣaḥaba, may Allāh be pleased with them, came back from a successful assassination mission against one of their enemies, the Prophet ﷺ met them on their return with a beaming face and said: «May these faces be successful». Who among you will be of those who will meet the Messenger of Allāh ﷺ on the Day of Judgment only to have him smile at you, pleased with your action, and hand you a drink from *al-Kauthar* because you rushed to his defense?

This is a golden opportunity to have the honor of performing an act in the service of Islām greater than any form of jihād. Defending the Messenger of Allah ﷺ is a greater cause than fighting for Palestine, Afghanistan or Iraq; it is greater than fighting for the protection of Muslim life, honor or wealth. This is the pinnacle of all deeds and is waiting for the likes of Muhammad bin Maslamah.

A cartoonist out of Seattle, Washington, named Molly Norris started the *"Everybody Draw Mohammed Day"*. This snowball rolled out from between her evil fingers. She should be taken as a prime target of assassination along with others who participated in her campaign. This campaign is not a practice of freedom of speech, but is a nationwide mass movement of Americans joining their European counterparts in going out of their way to offend Muslims worldwide. They are expressing their hatred of the Messenger of Islam ﷺ through ridicule.

The large number of participants makes it easier for us because there are more targets to choose from in addition to the difficulty of the government offering all of them special protection. But even then our campaign should not be limited to only those who are active participants.

These perpetrators are not operating in a vacuum. Instead they are operating within a system that is offering them support and protection. The government, political parties, the police, the intelligence services, blogs, social networks, the media, and the list goes on, are part of a system within which the defamation of Islām is not only protected but promoted. The main elements in this system are the laws that make this blasphemy legal. Because they are practicing a "right" that is defended by the law, they have the backing of the entire Western political system. This would make the attacking of any Western target legal from an Islamic viewpoint. The entire Western system is staunchly protecting and promoting the defamation of Muhammad ﷺ and therefore, it is the entire Western system that is at war with Islām. Assassinations, bombings, and acts of arson are all legitimate forms of revenge against a system that relishes the sacrilege of Islām in the name of freedom.

Western freedoms of expression guarantee the defamation of Islam but do not guarantee the right to speak about issues such as the Holocaust. When the cultural editor at Jyllands-Posten who posted the Muhammad ﷺ cartoons wanted to publish cartoons on the Holocaust, he was placed on indefinite leave and the editor in chief of the newspaper said that Jyllands-Posten under no circumstances would publish the Holocaust cartoons.

Now, with the defamation of Muhammad ﷺ reaching the shores of America, I wonder whether the patriotic American Muslim will still have the audacity to claim that he enjoys the right to be a Muslim in America? Does he understand that this right includes his duty to fight against those who blaspheme his Prophet ﷺ?

We invite Muslims worldwide to stand up in defense of the Messenger of Allah ﷺ and for their efforts to manifest in all appropriate means.

May Allāh make us of those who are honored with playing a part in the defense of the best of creation, Muhammad ﷺ.

> We will fight for him, we will instigate, we will bomb and we will assassinate, and may our mothers be bereaved of us if we do not rise in his defense.



*You may contact Shaykh Anwar through any of the emails listed on the contact page*



In the name of Allāh, the Ever Gracious, the Eternally Merciful

From Usamah to Obama.

Peace be upon those who follow the guidance. As to what follows:

If our messages can reach you by words, then they wouldn't have travelled by planes...

And indeed the message we intended to send to you through the plane of the hero 'Umar al-Fārūq, may Allāh free him, is to emphasize the previous message...

And was conveyed to you by the heroes of 9/11, and was repeated from before and after, and it is: America will never live in peace until we live its reality in Palestine.

And it's unjust for you to enjoy life while our brothers in Gaza are going through the most difficult life. And thus, we, by the will of Allāh, will continue our attacks as long as your support of the Israeli's continue.

And peace be upon those who follow the guidance.

## يا شهيدا قد انارا
## O Martyr, You have illuminated!

What does it take for one to realize that his end is near? It takes reflection to come to the realization about the facts of life. The fact is that every soul is going to come to an end, completing the test of this world. Those who prepare with their utmost will be greeted with success. Those who lag in their preparation will have to face the consequences. The martyr who fights and dies in the path of Allāh, undoubtedly has the greatest chance of meeting his Lord as a victor. So what will your excuse be for restraining yourself from Paradise?



On the day every nation kneels
    In the midst of the gathering
To be questioned about the responsibility
    Have you accepted the call of the Messenger?
On the day that people will come in flocks
    And the mighty ones from the people will come as a slave
Did you think it (residing on earth) was for eternity?
    And a staying which would never end?
On that day what will we say?
    A day which money will not benefit, or a friend or relative
They will all be to you as evil and harm.
    Except those who obtained acceptance.
A day when people will fear the fire
    and smoke and destruction
And humiliation and denegration
    which minds cannot resist
On that day what will we say?...
    On the day our flag will be calling
Where are you? Come to Jihād!
    On the day the caller will scream out
Where, where are these minds [that will comprehend]?
    On the day we will be asked about the [ummah's] honor
And [about] the weak and the orphans
    Oh people fight in defense [of Islām]
For the martyr has acceptence (on that day)
    On that day what will we say?
Oh Martyr, you have illuminated
    Our path which is light and fire
For you have made the enemies suffer
    He (the *shahīd*) is taking from the Path of the Prophet
In the gardens of eternity you are roaming
    For it is the martyrs' destination
Sweetness, reward and nearness (to Allāh)
    That day you are the victorious.
On that day what will we say?



9-031

# Open Source Jihad

o•pen |ˈōpən| source |sôrs| ji•had |jiˈhäd|

A resource manual for those who loathe the tyrants; includes bomb making techniques, security measures, guerrilla tactics, weapons training and all other jihād related activities.

● informal  A disaster for the repressive imperialistic nations: *The open source jihād is America's worst nightmare.*

● It allows Muslims to train at home instead of risking a dangerous travel abroad: *Look no further, the open source jihād is now at hands reach.*

9-032

# Make a bomb in the kitchen of your Mom
### The AQ Chef

C[_____] from ingredients available in any kitchen in the world? The [_____] says: **So fight in the cause of Allāh; you are not held responsible except for yourself. And inspire the believers [to join you] that perhaps Allāh will restrain the [military] might of those who disbelieve. And Allāh is greater in might and stronger in [exemplary] punishment**[_____]

And it is also because every Muslim is required to defend his religion and nation. The Jews and Christians have dishonored the Muslims, desecrated our holy places, and cursed the beloved Prophet [__]. Today they are holding [_____].

The Western governments today are waging a relentless war against Islam. They brought together a coalition and have the support of their population in invading and destroying Muslim land.

[_____]
[_____]
[_____], so what [_____] *ummah* wakes up?

There are many Muslims who have the zeal to defend the *ummah* but their vision is unclear. They believe that in order to defend the *ummah* they need to travel and join the [_____] elsewhere and they must train in their camps. **But we tell the Muslims in America and Europe:** There is a better choice and easier one to give support to your *ummah*[_____] few "failed" operations - as they claim - the director of national intelligence was forced to resign. With a few more "failed" operations we may have the resignation of the President of the United States.

[_____]
[_____] to grant them steadfastness. If they were sincere and steadfast, their imprisonment would be an increased status for them. The [____] says: *"If Allāh loves a people, He would put them through trials."* The result of these trials would be [_____] Afterlife. My Muslim brother: **we are conveying to you our military training right into your kitchen to relieve you of the difficulty of traveling to us.** [_____], then all what you have to do is enter your kitchen and make an explosive device that would damage the enemy if you put [_____] and then use this explosive device properly. Here are the main qualities of this bomb:

- Its ingredients are readily available.
- Buying these ingredients does not raise suspicion.
- [_____] bomb making ingredients.
- In one or two days the bomb could be ready to kill at least ten people. In a month you may make a bigger and more lethal bomb that could kill tens of people.

33

Make a bomb in the kitchen of your Mom     The AQ Chef

There are two types of explosions:

**First:** Chemical explosion. This explosion causes great pressure that would kill living beings within a certain radius. Examples are all the military grade explosives such as TNT, C4 and RDX.

**Second:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
An example is putting gunpowder inside an iron pipe with a small opening enough only for a fuse. When the gunpowder is ignited, great pressure results from the gunpowder turning into gases and which result in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### I. Preparation of the explosive device:



1. ▮▮▮▮▮▮▮▮▮▮
2. Decoration lamp (what is normally used for Christmas trees)
3. Iron pipe

**A. Preparation of the inflammable substance**

This substance is a mixture of two ingredients:
- The substance found in heads of matches
- Sugar

**B. How to extract the inflammable substance:**

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ substance.
2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4. Mix the two substances until they become uniform in color.

34









