Make a bomb in the kitchen of your Mom The AQ Chef

contained in a strong container that would allow the pressure to build up and thus cause a damaging explosion.

[REDACTED]

matches, it may take a lot of matches to do so and therefore you may want to use [REDACTED]

[REDACTED]

below, you need to glue them to the surface of your canister. If steel pellets are not available you may use nails instead.

[REDACTED]

The next three points illustrated by the previous images are for shrapnel used with a gas canister.

1. The shape of nails.
2. You may place the nails in a mold and pour glue over them and when dry you remove them from the mold.
3. Wrap the molded nails around the canister.

[REDACTED]
[REDACTED]

pipe.

[REDACTED]

- Place the device in a crowded area.
- [REDACTED]

[REDACTED]

pipe together and then bundle the remaining wires together as you may see in the illustration to the bottom right. One bundle would represent the green wire which connects to the clock's hour arm. The other bundle connects to the "-" on the battery.

[REDACTED] shrapnel to the inside of the [REDACTED] material. Insert the prepared lamp [REDACTED] gently in order not to break the [REDACTED] the wires sticking out of the hole in the lid of the cooker. Wrap some tape around the hole to seal any openings and connect the wires to the electric source in the same way as we did with the iron pipe.

The following are a few safety precautions:

[REDACTED]
[REDACTED]

3. This is an explosive device so take care during preparation and handling.

In this article we covered one of many ideas for the lone [REDACTED] to assist our brothers in [REDACTED] to grant us victory.

40



# How to use Asrar al-Mujahideen:
## Sending & Receiving Encrypted Messages

Sending an important message in the old days only required a piece of paper, a writing utensil, and a trustworthy messenger is available and can get around without anyone stopping him. However, for the most part, this method has slowly evaporated and is now replaced with the Internet. Its ▮▮▮▮ is only a few clicks of a mouse button away. Its harm is that the spies are actively paying attention to the Emails, especially if you are an individual that is known to be jihādī-minded. So how does one go about sending important messages without it being noticed by the enemy? Following is one method and that is by using an encryption software.



One such software is a program created by our brothers called Asrar al-Mujahideen 2.0. Here, we will discuss how to use this program, how to create your key, how to send and receive the public key of the other party, and how to check if your version of the software is forfeited or not. There are many things you can do with this program besides sending and receiving encrypted messages; we will cover those aspects in later issue, ▮▮▮▮.

## I. CREATING YOUR KEY

After you download Asrar and open the program, you will see the main interface as is: ▮▮▮▮ side menu. You will get a small pop-up menu looking like the image to the left. Go ahead and click on 'Generate Keys' towards the bottom. You will get a pop-up looking like the image on the right:




▮▮▮▮ like to use Arabic, you just have to click on the button to the far right to change the language. Then for the passphrase, ▮▮▮▮ characters. Afterwards, click on 'Generate Now' at the bottom. This will take some time to create, so be patient. Mines took 10 minutes, so don't be surprised if it's longer.

Afterwards, click 'Close'. Now you are back to the previous pop-up. Click on 'Import Key' and import both the public

41



How to use Asrar al-Mujahideen: Sending & Receiving Encrypted Messages                    TerrOrist

public key (that has sent the message) and choose the blue arrow. Click 'Messaging' and then click 'Received Encrypted Message'. In the Passphrase, enter your password. If your password is in English, make sure to click on the button that is left to the top right button. You can uncheck 'Mask' to see if you are entering in your password correctly. Once you enter your password, paste the code into the empty box below and click 'Decrypt'. It will then take a moment to decrypt. If the code decrypted successfully, you will see the secret message from your associate. If you get an error, then it could be because of any of the following reasons:

a) You have more than one 'Pub/Priv' key and you chose the wrong one or did not put it in the correct place (i.e., local user).
b) The message is intended for someone else.
c) You copied the code incorrectly; make sure that the code is left aligned. You can do this by pasting it into Microsoft Word or a Rich Text Editor.
d) Your associate did not copy the code correctly.
e) Your associate changed his public key and used a new one to send you the message.
f) You imported the wrong public key.

where the error lies.

V. CHECKING THE AUTHENTICITY

Asrar program is legit or not. This is because the enemy has created an Asrar program identical to what the brothers if they were to just have access to your public key.

So how do you check the authenticity? First open Asrar. Towards the bottom, you will see a few tabs starting with 'Select File to Encrypt'. Click on the arrow pointing right to go to the last tab entitled, 'Check Files Fingerprints'. Click on 'Browse' and select your Asrar program.

Then click on 'Check'. A pop-up box will appear to immediately tell you if your copy of the program is legit or not. If it is legit, it will look like the image to the left. If it is not legit, it will look like the image to the right:

on various formats such as CD, DVD, External Storage Devices and whatnot.

43

9-043

9-044

## VI. ADVICE

Finally, I would like to give some practical advice to the ones using this program. Firstly, don't trust the program ▮▮▮ safe. Strive to use other means such as writing letters or leaving messages using special symbols in uninhabited areas. If you need to use the program to contact someone that you have no other way of contacting except through the Internet, then follow these procedures:

**a)** Never keep the Asrar program on your computer's hard ▮▮▮ don't use for anything else. This is because if the Asrar program is available on the hard drive and you access the Internet with that computer, it's possible that the ▮▮▮ recording your key strokes.

**b)** ▮▮▮ encrypting and decrypting messages.

**c)** Get in the habit of changing your private key password as much as possible. The ideal way would be to change it every time before compiling a new message. To change the password, click on, 'Keys Manager' and 'Change Passphrase'.

**d)** ▮▮▮ security protection; invest in security.

**e)** When you send your message to your associate over the Internet, use a proxy and an Internet connection that ▮▮▮

**f)** If you and your associate will use Email as the primary means of communication, then obviously, don't use your regular public Email to send encrypted messages; create a new Email using a proxy and an Internet connection you don't regularly use.

**g)** Do careful research (using a proxy) and exploration ▮▮▮

# WHAT TO EXPECT IN JIHĀD
## PART ONE
### MUKHTĀR ḤASSAN

**SPECIAL STRATEGIC SERIES**

Knowing what to expect in jihād is vital in order to avoid confusion, shock, and even depression. The psychological state of mind one is required to have in jihād is far removed from what we see in jihādī videos. In simple language, it's not all about the shooting and ambushing of the enemy; rather it is much greater than this. Here, we will be covering numerous points throughout this series. The *transition in mindset* is what one needs to focus on when reading through these points.

*Not tackling the language makes you feel like a ghost*

## Language Barrier

When coming to any land of jihad, it is important to be able to speak the local language fluently. If one doesn't, they will have great difficulty in getting around and communicating with the mujahidin. The biggest problem with this is not being able to talk to hold a proper conversation nor expressing oneself. At first, it doesn't bother one for some time as long as they know some basic expressions and words to get around. However, after weeks pass and as time goes on, it starts to have an effect on the heart. One will start to realize the importance of socializing because they will be left out of discussions and will not know what's going on except when directly addressed to do something. One would begin to miss their homeland, the comforts, the easiness in life and so on. In other words, the whispers of shaytan will hit very hard even though you might be a very strong individual.

A friend of mines who went for jihad in Afghanistan told me he was depressed for some time even though he had a translator at all times. When I inquired as to why, he told me that there was nobody he could really express himself to. This brings me to the next point.



**Bring a Companion**

Part of being able to express yourself properly is by helping a close and trustworthy friend of yours to join you in the jihad. He should be a friend that understands you, and whom you trust. In jihad, as we will see later on, there will be long periods of downtime; so to have a companion is essential in staying steadfast and remaining patient. Of course, if you are unable to bring a companion, that doesn't excuse you from performing jihad.

*Having a friend makes a difference*

*Don't stick out like a sore thumb*

**Culture Blending**

One should study the culture well before coming to the land. They should be aware of the dos and don'ts as well as the cultural practices which are impermissible in the shari'ah. In Yemen for example, one will see the people chewing qat nearly everywhere he goes. If one doesn't know that it's haram to chew, they could easily be pressured by typical Yemeni's to chew it with them. In addition, it's important to know how they dress, the dialect they speak and the local customs (such as how they conduct wedding celebrations, hand movements, etc.); this is so that you don't stand out as a foreigner entirely.

**What to bring & not to bring**

When on jihad, one has to bear in mind that they will have to pack light since one will be constantly moving from one place to another and it wouldn't be practical to carry large suitcases everywhere one goes, especially if the car ride is tight. What I recommend is bringing a solid, well-built backpack that can last in any weather condition. Bring two to three pairs of clothes; don't worry about them getting dirty since in nearly every base, you should be able to clean the clothes.

*Double check list of things to bring*



cont.

Bring your essential bodily cleansing items as well the gear appropriate to the weather conditions of the place you're going. It's also important to have a wrist watch that is water resistant, and can be lit in the dark. If you ever need to get something, usually the local amīr or an appointed individual can get it for you.

As for shoes, I recommend bringing flexible boots. In other words, boots that are comfortable enough to wear for long periods of time and easy enough to run in. That is because the terrains in most of the lands of jihad are a mixture of mountains, forests, swamps and deserts. Sneakers are good if they cover the ankle. Also, you should bring a pair of slippers/sandals for bathroom use or outside use if it's hot; but in most cases, at the bases of the mujahidin, these will be available for you to use. In short, you want to always have a solid pair of shoes so that you don't have any pain in your feet. As a guerilla fighter your feet would be on rough terrain; so invest in good footwear and anything else to help you move without any problem such as knee braces, ankle braces, gel soles, strong shoe laces, comfortable socks and so on.

Concerning electronic devices, in many cases, it will be entirely useless to carry a cell phone around since the mujahidin will not allow you to use it. If one needs to make a phone call, that can be organized by the mujahidin; but carrying a cell phone is useless, extra weight and dangerous if a SIM card is in place. If it's absolutely necessary for you to have one, then take out the battery and SIM card at all times until you are permitted to use it.

There is no problem bringing an mp3/mp4 player or laptop computer. There is usually some form of electricity to charge the device when needed. You may bring a camera but you first need permission to use it.

Finally, it's important to bring a few books. Obviously, the Qur'ān should be on this list. After that, I recommend bringing another book you can memorize such as a book of hadith or adhkar. Then bring a few reading books ranging from fiqh, shari'ah, politics, sirah, history etc. If you cannot speak the local language fluently, it's important to bring a pocket dictionary and carry it around with you everywhere.

Finally, bring a good jacket or vest jacket with many pockets. Make sure its good enough for the weather.

You don't want to pack too heavily, so think carefully about what you want to bring.

Mukhtar

Case 3:17-cr-00249-BJD-JRK   Document 100-19   Filed 06/28/18   Page 9 of 14 PageID 848



HISTORY & STRATEGY

# THE JIHĀDĪ EXPERIENCES
## [ THE SCHOOLS OF JIHĀD ]

ABŪ MUṢ'AB AL-ṢŪRĪ

In accordance with our method,[1] our military theory was born through a study of our own experiences in the jihādī current, as well as through enduring and living in the field throughout the various stages. This is how I produce practical theories, as already defined.

These kinds of theories can only be formulated by those involved actively, with the success granted by Allāh the Almighty and Supreme. They are written for the battlefield. The details in their ideas have been accumulated in the field and during hours of reflection with the mujāhidūn warriors when they rested. We ask Allāh ﷻ to make us one of them. I turn my attention to an important matter, which is:

Most of what I will mention here is a specific organizational and military *ijtihād*, based upon my own experiences, studies and comparisons, and conversations with experienced *mujāhidūn* leaders and their cadre... most of these issues are not concerning the doctrines or the laws about what is *ḥarām* and *ḥalāl*. Rather, they are individual judgements based on lessons drawn from experience with the issues of opinion, war and stratagem.

In the summer of 1991, I already put down the first seed and essence of the idea, when the warning signs of [Operation] Desert Storm and its raging winds drifted towards us in Afghanistan. Thereafter, I developed it further with the earthquakes and tribulations of the latest jihādī experiences in Algeria. Then, it matured and took shape in my mind at the military camps and at the frontlines of the Islāmic Emirate of Afghanistan. I attempted to implement it in cooperation with the Islāmic Emirate. Then September came, and I could devote myself completely to formulating the idea in its final version after the tyrannical persecutions compelled us to a condition close to prison and house arrest. One of its advantages was that I could devote myself to continuing to follow the events, thinking, revising and writing. Three years have passed since the fall of Afghanistan, and historical changes have taken place that have altered the face of civilization and the course of history... The American campaigns started, with their new military methods, and their full-scale attacks everywhere... It has assured me of the truthfulness of these ideas - Allāh ﷻ knows everything - and made me more confident in them, and helped me develop and adjust them, so that they fit to the new reality. The balance of material power between us and our enemies has been shattered. It went to their favor, and then it collapsed.

Therefore, between us and them there is no material or military balance. It cannot be compared... If

---

[1] The following text is taken from his book, 'The Global Islāmic Resistance Call', Ch.8 / Sec.4.

we decided to confront [them], and we regard this as a religious duty - which it truly is - I consider ideas like these, which I will set forth in detail in this section, with Allāh's permission, to be the only workable method, from the perspective of a total confrontation theory. I ask Him for victory, facilitation, inspiration with the truth, blessing, guidance and devotion altogether, and that He will crown His generosity by accepting my prayers. Truly, He is All-Hearing and Responsive.

REVIEW OF THE WAYS AND METHODS OF THE JIHĀDĪ DURING THE JIHĀDĪ CURRENT (1963 - 2001):

As I talked about in detail in the sixth and seventh chapters of part one, the jihādī experiences began at the beginning of the 1960s, and continued until September 2001, when a new world started...

The observer of these experiences is able to categorize them based on their method of confrontation, into three schools of jihād. Every jihād that was fought during this period can be subsumed under one of these categories. The results are as follows:

A. The school of secret military organizations (regional-secret-hierarchical). They are the kind of jihādī experiences and organizations I talked about earlier. They adopted the jihādī ideology and conducted organizational work on the regional level, through a secret system and hierarchical network. The main goal was to topple the existing governments and systems, and to establish the Islāmic system through armed jihād.

A summary of the result:
1. Military failure; defeat in the field.
2. Security failure; disbandment of the secret organizations.
3. Da`wah failure; inability to mobilize the Islāmic *ummah*.
4. Educational failure; due to the secrecy.
5. Political failure; by not achieving the goal.

Result: Complete failure on all levels.

B. The school of open fronts and overt confrontations. They are the kind of experiences that took place in arenas of open confrontation. Most well-known are the recent experiences in Afghanistan, Bosnia, and Chechnya. The method used in these confrontations was to confront [the enemy] from permanent bases, and semi-regular guerrilla warfare.

A summary of the result:
1. Overwhelming military success.
2. Security success in curtailing the role of the intelligence.
3. Da`wah success; it mobilized the Islāmic *ummah* behind those issues.
4. Partial educational success in the military camps and at the fronts.
5. Political failure except in the case of Afghanistan, where an Islāmic state was established.

Result: Generally a success, and a complete success in Afghanistan.

C. The school of individual jihād and small cell terrorism. They are the kind of single operations that were carried out by individuals or small groups. These are some of the operations:
- Sayyid Nosair al-Maṣrī and his killing of the big Zionist Kahane
- Ramzī Yūsuf al-Balochī and the first attempt to destroy the tower of New York.
- Al-Daqamsa, the Jordanian who killed the Zionist women on the border.
- Suleyman Khātir al-Maṣrī, who killed guards on the Israeli border.
- The single operations during the Gulf War... and the list is long...

And the summary:
1. Military success; making the enemy tremble.
2. Security success; because these are operations that do not lead to the failure of establishing new cells [in the future].
3. Da`wah success; it mobilized the Islāmic *ummah*.
4. Educational failure; due to the absence of a program.
5. Political failure; due to the absence of a program that could transform it into a phenomenon.

Result: Success in confusing the enemy and activating the Islāmic *ummah*.





So, we have arrived at the discussion of these three schools, in our search for the best method of resistance today. We find the following:

As I summarized in the table above, this school led to complete failure on all levels. I do not say these words about this method as a critic from outside. Rather, I have been one of its leaders, agitators, and organizational theorists, Allāh ﷻ is gracious and I pray to Him for devotion and acceptance.

But I look upon the methods as a means, and not as idols. We should use those methods that have given us a proven benefit, and leave behind those methods that have been surpassed by time. Otherwise, we will *also* be surpassed by time.

True, I have mentioned before that the September events put an end to the remnants of the secret organizations of the jihādī current – in particular the Arab ones – the repercussions of those events collectively destroyed what remained of those organizations, and left most of their soldiers killed or captured. But this is not the reason for the termination of this school. In practice, this school terminated ten years before that, with the onset of the New World Order in 1990.

Throughout the last decade of the 20th century, programs for fighting terrorism were able to disband those organizations security-wise, militarily defeat them, isolate them from their masses [of followers], damage their reputation, dry out their financial sources, make their elements homeless, and put them in a state of constant fear, starvation, and lack of funds and people. This was a reality that I knew, as other old jihādī's like me knew as well.

Gradually, those secret organizations vanished and disbanded, and small groups of the remaining [jihādī's] became refugees in the East and the West, persecuted, with their families, children, and individuals from their organizations. Fugitives of religion and though, scorned upon here and there, they hardly produce anything...

The regime of the Dead Pharaoh Ḥassān II terminated, even before it started, the early attempt to form a jihādī organization by The Moroccan Youth Organization (*tandhīm al-shabibah al-maghribīyyah*) in Morocco at the outset of the sixties.

This is also what the regime of Chadli Bendjedid in Algeria did in the middle of the seventies, when it destroyed The Islāmic State Movement (*ḥarakat ad-dawlah al-islāmīyyah*) without much difficulty.

The security regime of the heretic Nusayrī Ba`th regime in Syria was able to destroy The Fighting Vanguard of the Muslim Brotherhood (*at-talī`ah al-muqātilah lil-ikhwān il-muslimīn*), after an armed revolution that lasted about a decade, ten years before the emergence of the New World Order, and twenty years before September... and it completely annihilated it.

The criminal Pharaonic regime in Egypt under Hosnī [Mubārak]'s leadership – may Allāh never bless him or people of his kind – was able to put an end to all the jihādī organizations in Egypt, one after the other. The last of them were the secret organizations *al-jihād* and The Islāmic Group (*al-jamā`ah al-islāmīyyah*), which were destroyed in the middle of the nineties. Egyptian intelligence disbanded their cells and the government captured most of their members and followers, and this happened years before the September events.



You can say the same thing about what happened in Libya, where Ghadāffī's regime terminated two major attempts, in the middle of the eighties and in the middle of the nineties.

This was repeated when the jihādī organizations in every Arab and Islāmic country clashed with even the weakest security and intelligence regimes in Arab and Islāmic countries! I briefly mention this here, as the details of this have been given in chapter 6-7 in Part One of the book. It culminated in the great cleansing and the most overwhelming success of the Arab security regime, which took place recently in Algeria between 1991 and 1997, in spite of all the propitious conditions for success that this experience offered. Then, the secret organizations' last jihādī pulsation in Yemen and in Lebanon faded away at the end of the 20th century.

The local security regimes in our countries were able to put an end to those attempts, due to the Arab and regional system of coordination. Their results came when the coordination reached the international level. Thus, as I said above in detail, this is a summary of the results of our method:

- Our secret organizations were militarily defeated in all the confrontations. Yes, we won many of the battles, but we lost the war in all the [jihādī] experiences and confrontations. I do not spend time on discussions with the obstinate, for reality is the greatest witness.
- Our secret organizations were defeated in terms of security, their cells were exposed and disbanded, and the attempts to build them were aborted. The security system of the enemy reached a level where even attempts to build cells were subjected to abortive strikes, before they were founded, or at their embryonic stage.
- In those experiences, we failed drastically with regards to the agitation for jihād. The jihādī organizations were not able to reach out to the masses, or to become popular, in spite of the truth they were holding. The number of their supporters did not exceed the hundreds, or maybe tens, in countries with multi-million-size populations.
- The jihādī organizations also failed on the level of educating, preparing, and training their members for confrontation in the field of ideology, doctrine, program, security, as well as in the domain of politics and military expertise... except in limited cases. This was especially true after the start of the confrontations, because none of these secret organizations were able to complete the programs of preparation and building under the slogan 'building through battle' (*al-bina' min khilāl al-ma`rakah*), when the secrecy and the security conditions prevented that. In this way, the cadre and the supporters that had been formed through lengthy education were expended [i.e., killed or captured], and the level of education declined among the succeeding bases of cadre. This has happened in most of the experiences.

In the end, and due to the complete failure in the details, the complete failure manifested itself in the inability to realize the goals of the general project.

> Our secret organizations were militarily defeated in **all** the confrontations. Yes, we won many of the battles, but we lost the war in all the [jihādī] experiences and confrontations.

9-051

Let us now, on the basis of this summary, turn our attention to the result of these methods, in light of the current reality after the onset of the New World Order, and especially after September and the campaigns of fighting terrorism:

If the methods of 'the hierarchical, regional, secret organizations' in confronting the local security regimes completely failed over the past decades, just imagine how much more we will fail in confronting the security apparatus of the New World Order, and the onset of the worldwide war to fight terrorism with all its security, military, ideological, political and economic means...?! This is no longer possible. Rather, if we insist on using these methods under the current circumstances, it is – in my opinion – like committing suicide and insisting on failure. It verges on the crime of deceiving the simple-minded Muslim youth who are dedicated to jihād. It means assuming responsibility for their destruction on roads that have proven to yield failure. We paid the price of precious blood for this discovery.

The fault was not the methods of the secret organizations, nor the organizations in general, but it was the changes of time, and the premises of the new reality after 1990, which made those methods destructive. During some of the lectures in Afghanistan, I gave an example to explain this, and I will repeat it here... Let us say you have a strong and excellent electric machine, but it only works with the old electric system, 110 volts. Then, as happened in our countries as well, all sources of electricity are transformed into 220 volts. What will happen if you insist on using it?! The machine will catch fire, and strike your electric system, and maybe give you an electric shock as well!! It is for certain that the weakness is not in the machine, because it is perfect and suitable for working in its time, but the new surrounding conditions have made it outdated, and its natural place has become the museum! In a corner of a closet, as a monument from the past. Your love for it, your memories with it, and the fact that it is your parents' heritage will not change a single bit of the reality. The machine was not any longer suitable for work. The time has changed and the machine has retired from service. This is what the New World Order did with our organizatory machine, the regional secret hierarchical model in spite of its splendour. As a result, significant phenomena occurred, a summary of which we will mention here:

1. The battle between the governments and the jihādī organizations lasted throughout the sixties, seventies and eighties, for many years, until the governments were able to destroy the jihādī organizations. This happened after devastating battles and large losses for the governments. The jihād in Syria lasted for about ten years of confrontation (1973-1983), and in Egypt it was the same or longer. But look at Algeria, where in spite of the perfect premises for jihād and excellent conditions for the jihādī movement, the attempt was crushed during four years (1992-1995)! And the confrontations and the attempts that took place at the end of the nineties and at the beginning of the 21st century only took a few days to destroy! In Lebanon, the organization of Abū `Ā'isha, may Allāh have mercy upon him, which was built over several years, was destroyed in five days! And in Yemen, the movement of Abū al-Ḥassan al-Miḥdār, may Allāh have mercy upon him, was finished in three days, and so on... This confirms that the old machine was no longer suitable, except for destroying itself and its owners, who insisted on working and continuing with it as it was. Here is another comment:

2. The regional and international peripheries (lit. 'margins' ha-wamish) were closed to the operational activity of the regional and international secret organizations, even the non-Islāmic ones, as a result of the emergence of the New World Order after 1990, and especially after September 2001. There were two camps; the Eastern and the Western, and inside the Western camp there were axes, the interests of states, and conflicts. This enabled insurgents in some of the regimes who were client states (lit. 'tails' adhyāl) of a particular international axis, to flee to the territory of a state belonging to another axis, and resume operational activity. Here, the secret organizations received support and felt secure. They created safe havens, flourished and became wealthy. In this manner, the insurgents against `Abdel Nāsser in Egypt on the Eastern axis, fled to King



Abū al-Ḥassan al-Miḥdār (far left)

Feisal in Saudi Arabia, which is on the Western axis. The opponents of Ṣaddām operated against him from Syria, as the Muslim Brotherhood and the Fighting Vanguard operated against the Syrian regime from Iraq and Jordan. The jihādīs, Islāmists, and political dissidents travelled from all corners of the world and roamed through many countries, obtaining political asylum and operating secretly across the borders... etc.

However, with the downfall of Russia, and the emergence of a unipolar system (America), most states, and especially the small ones, became client states of one pole imposing a single policy, so the peripheries between the client states and axes disappeared. Hence, the states, the political parties and the small powers lost those peripheries, and were compelled to follow the orders of the politics of the dominant regime on Earth. The weaker the state, secret organization, or front, the greater was the damage inflicted by this New World Order. One of the biggest losers in this turnover was the secret resistance organizations and the opposition parties, as they were forced to cease their activities, dissolve, surrender, or repent and make compromises with their governments.

Otherwise, the other option is to be wiped out. One of the most awful examples is what happened to the Kurdistan Workers Party [PKK] and its leader, `Abdullāh Öcalan. It is one of the strongest militant opposition parties in the world, and it has tens of thousands of fighters spread out in military camps and fronts in Turkey, Syria, Northern Iraq and Lebanon... and it has supporters in north-western Iran. Hundreds of thousands of Kurds in Europe, especially in Germany, provide the PKK with a certain share of their monthly income, revenues amounting to hundreds of millions dollars. It even has a number of satellite TV stations... etc. It is an organizational empire when it comes to the Islāmic jihādī organizations!

When the New World Order emerged, and Syria joined the American axis out of fear and greed, Syria wiped out the [PKK] camps in Syria and Lebanon against its will. The president [of PKK] was forced to emigrate to a number of countries, and then he was kidnapped in cooperation with the CIA, Mossad and the Turkish intelligence. Even Greece, Turkey's historical enemy, assisted in turning him over to Turkey. So the party was dissolved, and its camps were destroyed. America eliminated the remaining [camps] in Iraq, and at last, the ones who were left, declared that they would refrain from the armed option, and form a political opposition party according to democratic standards and the New World Order!! While its imprisoned leader could only hope to not be executed..!

Now the last example: The Irish Republican Army (IRA). It is a militant organization whose history and roots go more than 100 years back in time. It is one of the huge organizations, and it has bonds with Irish communities in America, and receives billions in aid from them. It had excellent training camps in the United States, as well as connections in terms of training and support with Western countries, like Algeria and Libya, and with a number of Arab leftist organizations... etc. When the New World Order emerged, and Great Britain joined the head of the axis of the American alliance, the Irish Republican Army was forced to accept a peaceful option. Its weapons were surrendered, it was dispersed, and the story ended!

These are some of the glaring examples before us, and there are others. If we did not take a warning from these, we can blame nobody but ourselves when 80% of our forces were eliminated in the repercussions of September 11th during two years only! In order for us to realize that our 'Torā Borā-mentality' has to end.

The times have changed, and we must design a method of confrontation, which is in accordance with the standards of the present time. So I repeat again... the main weakness is not in the structure of the secret organizations or their internal weaknesses, although they were underlying reasons. The main weakness is caused by the fundamental and revolutionary change of the times and the current premises, which has altered the course of history, the present, and consequently the future.

> The times have changed, and we must design a method of confrontation, which is in accordance with the standards of the present time.



In the next edition of Jihādī Experiences, al-Ṣūrī details the school of open fronts in the pre-September world. He writes, "Thus, we are able to summarize by saying that the experience on the Fronts is regarded as a successful method of confrontation, when compared with the methods of the regional, hierarchical and secret organizations, which failed completely on all levels."