

GUIDANCE OF QUR'ĀN SERIES: THE 6 CALLS OF AL-ANFĀL

SHAYKH `UMAR HUSSAIN

There are six calls throughout *Sūrah al-Anfāl*. After the battle of Badr, which was the first major confrontation between the Messenger of Allāh ﷺ and the disbelievers of Quraysh, this *Sūrah* was revealed. For that reason, this *Sūrah* is also called the *Sūrah of Badr*. In this *Sūrah*, Allāh ﷻ directs six calls to the believers using the phrase: "O you who have believed."

In the first call Allāh ﷻ says: (O you who have believed, when you meet those who disbelieve advancing [in battle], do not turn to them your backs [in flight]) [al-Anfāl: 15].

The Muslim should be firm in battle and not retreat. This verse was later explained by another verse that commands the Muslims, if in a state of strength, to not retreat if one Muslim is facing ten of the enemy and in the state of weakness one Muslim should not retreat in the face of two from the enemy.

The second call: (O you who have believed, obey Allāh and His Messenger and do not turn from Him while you hear [His order]. And do not be like those who say, "We have heard," while they do not hear. Indeed, the worst of living creatures in the sight of Allāh are the deaf and dumb who do not use reason) [al-Anfāl: 20-22].

Obedience to Allāh ﷻ and His Messenger ﷺ is the key to all success. This is a general command for all Muslims but since this *Sūrah* is one that covers the topic of fighting in Allāh's cause, the command of Allāh to fight takes special significance in this context. Allāh ﷻ describes those who do not listen and obey His commands as being deaf and dumb. He describes them as being the worst of creation.

The third call: (O you who have believed, respond to Allāh and to the Messenger when He calls you to that which gives you life. And know that Allāh intervenes between a man and his heart and that to Him you will be gathered) [al-Anfāl: 24].

This is a command from Allāh ﷻ to respond to His call and the call of His Messenger ﷺ. Allah says that this call is to give us life. He would not invite us to do what would harm us. All the commands of Allāh are for our good. The classical commentators on this verse say that the meaning of this *āyah* is that by following Allāh's commands and the *sunnah* of His Messenger ﷺ grants us a good and proper life. Some of the commentators however such as the scholar from the *Tabi`īn*, `Urwah bin al-Zubair, and one of the interpretations mentioned by Ibn Kathīr, al-Qurtubī and al-Shawkānī is that this *ayah* is specifically calling us to respond to the call of jihad because through jihād we attain life. This may seem ironic. How can life be attained through fighting, which puts the Muslim at risk of losing his life? How can war that brings death be a path towards granting life?

The explanation may lie in the words of these early commentators of the verse:

In *Tafsīr al-Qur'ān al-Adhīm*, `Urwah says, "it means war through which Allāh gave you honor after you were dishonorable, gave you strength after which you were weak, and gave you victory over your enemies after you were defeated by them."

Imām al-Qurtubī says in *al-Jāmi` fī ahkām al-Qur'ān*: [regarding the verse] (respond to Allāh and to the Messenger when he calls you to that which gives you life) "Jihād is life since it is the cause of life. This is because if you do not attack the enemy, the enemy would attack you, and that would lead to your demise and death. Additionally, death in jihad leads to the eternal life."

The fourth call: (O you who have believed, do not betray Allāh and the Messenger or betray your trusts while you know [the consequence]) [al-Anfāl: 27)

This is a warning from Allāh ﷻ not to betray the Muslims by conveying information to the disbelievers. It is a warning for Muslims not to spy against Muslims. Giving intelligence to the disbelievers is a betrayal of Allāh and His Messenger ﷺ.

The fifth call: (O you who have believed, if you fear Allāh, He will grant you a criterion and will remove from you your misdeeds and forgive you. And Allāh is the possessor of great bounty) [al-Anfāl: 29]

The outcome of fearing Allāh is forgiveness from Him. He also grants those who fear him a criterion with which they can separate between good and evil. This is a light from Allāh in the heart of the believer that helps him see right from wrong, good from evil.

The sixth call: (O you who have believed, when you encounter a company [from the enemy forces], stand firm and remember Allāh much that you may be successful. And obey Allāh and His Messenger, and do not dispute and [thus] lose courage and [then] your strength would depart; and be patient. Indeed, Allāh is with the patient) [al-Anfāl: 45-46]

This final call lists five qualities: Standing firm, remembering Allāh ﷻ, obedience of Allāh and His Messenger ﷺ, avoiding dispute, and patience. These are the five ingredients of victory that we should all keep in mind.

These are the six calls of Allāh ﷻ towards the believers in *Sūrah al-Anfāl*. We ask Allāh ﷻ to make us of those who follow His commands.

TRANSLATION

# Don't be Sad

## Our brothers in the Movement of al-Shabab al-Mujahideen

Abū `Aṭṭā

**Our brothers in the Movement of** *al-Shabāb al-Mujāhidīn:*

**Do not be sad** when you do not hear from many of the scholars in the Muslim world and elsewhere a word of support or guidance, because they do not hear your news except from the media. It is their source of information and based on it they give their opinions that you know of.

**Do not be sad** O you who have established the *sharī`ah* of Allāh when you see those who label themselves falsely as scholars betray you and try to divide your ranks. Because you have achieved in years what they thought was inconceivable and based on this false view they have established for themselves programs and wrong assumptions which have misguided many of the creation of Allāh. Some of them think that establishing the rule of Allāh cannot be achieved except through the ballot box which is approved by the UN. In their eyes, Islāmic rule and democracy are equal. Some of them believe we are in the Makkan stage and have therefore set for themselves programs that are limited according to the rules of Makkah. Others have joined you only to fall at the first test and then turned against you and betrayed you. Others stood against you for no reason but for envy and greed.

**Do not be sad** O you who have written with the blood of some of your best men an honorable legacy when you see the double faced Sheikh Sharīf receiving unlimited support because America is pleased with him, and when America is pleased with someone the rest of the governments of the world would be pleased with him, and if the governments are pleased with him then a great number of scholars would also be pleased with him, even though he only controls less than four square kilometers.

However, you, who control most of the country and rule it according to the *sharī`ah* of Allāh do not receive a fraction of the support which Sharīf receives because America and the International community are not happy with you. They are not happy with you because, among other things, you have stopped the work of missionary relief agencies and recently because you banned music from radio stations, which according to those scholars it is okay to listen to if you didn't play it yourself.

**Be pleased** O brothers because you have pleased the Creator by displeasing the creation, because your youth were firm when many others stumbled, because you have nurtured your path with the purest of blood, and because you fulfill the qualities of the victorious group whom are not harmed by those who betray them.

**Be pleased** because all of the sincere Muslims are with you, joining you in your moments of pleasure and your moments of difficulty and they wish they could carry you on their shoulders and say to the people:

*These are my forbearers so bring me like them*
*O imposter, when we come together in gatherings*

**Be pleased** because the disbelievers and apostates despise you and wish that they could sleep one night only to hear the news in the morning that you have been destroyed.

**Be pleased** and show this pleasure and have the masses join in this great celebration because you have become a principle bridge towards the establishment of the *Khilāfah* on the way of the Prophet and you are a battalion in the army that would liberate the Aqsa Mosque.

> **Be pleased** because the disbelievers and apostates despise you and wish that they could sleep one night only to hear the news in the morning that you have been destroyed.

ISSUE 1 | SUMMER 1431 | 2010    55

9-055



# Shaykh Anwar's Message to the American People and Muslims in the West

All praise is due to Allāh and may peace and blessings be upon His Messenger Muḥammad, his family, and his companions.[1]

Peace be upon those who follow the guidance.

To the American people I say:

Do you remember the good old days when Americans were enjoying the blessings of security and peace? When the word 'terrorism' was rarely invoked, and when you were oblivious to any threats? I remember a time when you could purchase an airline ticket from the classified section of your local or college newspaper, and use it even though it was issued to a different name because no one would bother asking you for an ID before boarding a plane. No long lines, no elaborate searches, no body scans, no sniffing dogs, no taking off your shoes and emptying your pockets.

You were a nation at ease.

But America thought that it could threaten the lives of others, kill and invade, occupy and plunder, and conspire without bearing the consequences of its actions. 9-11 was the answer of the millions of people who suffer from American aggression. And since then America has not been safe. And nine years after 9-11, 9 years of spending, and nine years of beefing up security, you are still unsafe even in the holiest and most sacred of days to you, Christmas Day.

So do you expect to transgress against others and yet be spared retribution?

Your decision makers: the politicians, the lobbyists, and the major corporations are the ones gaining from your foreign policy, and you are the ones paying the price for it.

Following 9-11, The American people gave George W. Bush, unanimous backing to fight against the *mujāhidīn*, and gave him a blank check to spend as much as needed to fulfill that objective. The result? He failed, and he failed miserably. So if America failed to defeat the *mujāhidīn* when it gave its president unlimited support, how can it win with Obama who is on a short leash? If America failed to win when it was at its pinnacle of economic strength, how can it win today with a recession at hand?

The simple answer is: America cannot and will not win. The tables have turned and there is no rolling back of the worldwide jihād movement. On the eve of 9-11 it was Afghanistan alone. Today it is Afghanistan, Pakistan, Iraq, Somalia, North Africa, the Arabian Peninsula, and the list is growing.

How many body bags are American families willing to

---

[1] The following is a transcription of the Shaykh's message that was originally sent to CNN.



receive? How much more can the US treasury handle? 9-11, the war in Afghanistan and Iraq, and then operations such as that of our brother `Umar al-Fārūq which could have not cost more than a few thousand dollars end up draining the US treasury billions of dollars in order to give Americans a false sense of security. For how long can the US survive this war of attrition? What benefit is it to the American people to suffer for the sake of supporting Israel, and what benefit is it to the American people to suffer for the sake of the al-Saūd family and the gulf monarchs?

Our brother `Umar al-Fārūq `Abdul Muṭṭalib, has succeeded in breaking through the security systems that have cost the US government alone, over 40 billion dollars since 9-11.

Obama has promised that his administration would be one of transparency. But he has not fulfilled his promise. His administration, tried to portray the operation of brother Niḍāl Ḥassan, as an individual act of violence from an estranged individual. The administration practiced a control on the leak of information concerning the operation in order to cushion the reaction of the American public. Until this moment the administration is refusing to release the emails exchanged between myself and Niḍāl. And after the operation of our brother `Umar al-Fārūq the initial comments coming from the administration were looking the same: another attempt at covering up the truth. But al-Qā`idah cutoff Obama from deceiving the world again, by issuing their statement claiming responsibility for the operation.

However, we are transparent and open in proclaiming our message to the world. Our objective is to bring back Islām to life. We seek to remove the tyrannical and parasitical rulers of the Muslim world, and replace them with men of God, who know the difference between right and wrong, good and evil. We seek to apply the rule of Qur'ān and make the word of Allāh supreme over all other, and God willing, we will strive to achieve these goals with all what we posses, and we will fight to

the last man against whoever stands in our way. We, the Muslims, do not have an inherent animosity towards any racial group, or ethnicity. We are not against Americans for just being American; we are against evil, and America as a whole has turned into a nation of evil. What we see from America is the invasion of two Muslim countries, we see Abū Ghraib, Baghram and Guantanamo bay. We see Cruise missiles and cluster bombs, and we have just seen in Yemen the death of 23 children and 17 women. We cannot stand idly in the face of such aggression, and we will fight back and incite others to do the same.

**NIḌĀL ḤASSAN WAS RECRUITED BY AMERICAN CRIMES**

I for one, was born in the US, and lived in the US for 21 years. America was my home. I was a preacher of Islām involved in non-violent Islāmic activism. However, with the American invasion of Iraq and continued US aggression against Muslims, I could not reconcile between living in the US and being a Muslim, and I eventually came to the conclusion that jihād against America is binding upon myself, just as it is binding on every other able Muslim.

Niḍāl Ḥassan was not recruited by al-Qā`idah; Niḍāl Ḥassan was recruited by American crimes, and this is what America refuses to admit. America refuses to admit that its foreign policies are the reason behind a man like Niḍāl Ḥassan, born and raised in the US, turning his guns against American soldiers. And the more crimes America commits, the more *mujāhidīn* will be recruited to fight against it.

The operation of our brother `Umar al-Fārūq `Abdul Muṭṭalib was in retaliation to American cruise missiles and cluster bombs that killed women and children in Yemen.

It is true that we are facing the arsenal of the greatest army on earth with our simple modest means, but victory is on our side. Victory is on our side because there is a difference between us and you. We are fighting for a noble cause. We are fighting for God and you are

9-057

fighting for worldly gain. We are fighting for justice because we are defending ourselves and our families and you are fighting for imperialistic goals. We are fighting for truth and justice and you are fighting for oppression. You have your B52s, your apaches, your Abrams, and your Cruise missiles and we have small arms and simple Improvised Explosive Devices, but we have men who are dedicated and sincere, with hearts of lions.

And blessed are the meek, for they shall inherit the world.

Americans need to stop looking at themselves from their own lens but look at themselves from the lens of the world. They will then see the ugly face of America. America is not despised only by Muslims but by many millions of people around the world and in America itself. America may be obstinate in believing that the animosity of a few million Muslims wouldn't really harm them. They would say we have the most powerful army in the world and we have the strongest economy in the world. But don't you think that such a belief is a bit outdated? Don't you think that such a belief was more suitable to days of patriotism that swept over America following 9-11 than it is now, with the American army admitting its inability, and the American economy going through intensive care? But imperial hubris is leading America to its fate: A war of attrition. A continuous hemorrhage that would end with the fall and splintering of the United States of America.

If George W. Bush is remembered by getting America stuck in Afghanistan and Iraq, it's looking like Obama wants to be remembered as the president who got America stuck in Yemen. Obama has already started his war on Yemen by the aerial bombings of Abyan and Shabwa. By doing that, he has waged a publicity campaign for the *mujāhidīn* in Yemen, and within days accomplished for them the work of years. As the popularity of the *mujāhidīn* in Yemen skyrocketed, the popularity of Obama in American plummeted.

The corrupt Yemeni government officials and some of the tribal chiefs who claim to be your allies are having a ball these days. The word being passed around among them is that this is the time to extort the gullible American. Your politicians, military and intelligence officers are being milked for millions. They are giving you big promises and handing you big bills. Welcome to the world of Yemeni politicians.

I would like to close my message to you with an invitation to Islām. We were all created by God on this earth to worship Him, and then after death it is either Paradise or Hellfire for eternity. So the matter is not one to take lightly. It is your future. I invite you to read the book of Allāh ﷻ, the Qur'ān. You do not have to take anyone's word for it; decide for yourself whether it is the truth or not.

**To the Muslims in America I have this to say:** How can your conscience allow you to live in peaceful coexistence with a nation that is responsible for the tyranny and crimes committed against your own brothers and sisters? How can you have your loyalty to a government that is leading the war against Islām and Muslims? The Muslim community in America has been witnessing a gradual erosion and decline in core Islāmic principles, so today many of your scholars and Islamic organizations are openly approving of Muslims serving in the US army to kill Muslims, joining the FBI to spy against Muslims, and are standing between you and your duty of jihād. Slowly but surely, your situation is becoming similar to that of the embattled Muslim community of Spain, after the fall of Granada.

**Muslims of the West:** take heed and learn from the lessons of history. There are ominous clouds gathering in your horizon. Yesterday, America was a land of slavery, segregation, lynching and Ku Klux Klan. And tomorrow it will be a land of religious discrimination and concentration camps.

Do not be deceived by the promises of preserving your rights from a government that is right now killing your own brothers and sisters. Today, with the war between Muslims and the West escalating, you cannot count on the message of solidarity you may get from a civic group or a political party, or the word of support you hear from a kind neighbor or a nice co-worker. The West will eventually turn against its Muslim citizens.

Hence, my advice to you is this: you have two choices: either *hijra* or jihād. You either leave or you fight. You leave and live among Muslims or you stay behind and fight with your hand, your wealth and your word. I specifically invite the youth to either fight in the West or join their brothers in the fronts of jihād: Afghanistan, Iraq, and Somalia. I invite them to join the new front, Yemen, the base from which the great jihād of the Arabian Peninsula will begin, the base from which the greatest army of Islām will march forth. The Messenger of Allāh ﷺ said: «An army of twelve thousand will come out of Aden-Abyan and they will give victory to Allāh and His Messenger and they are the best between me and them»

In closing I pray that Allāh ﷻ guides us to the truth and grants us steadfastness on the Straight Path.

And may peace and blessings be upon His Messenger, his family and companions.





# THE FIGHT OVER THE MOUNTAINS
## ADNAN MUḤAMMAD ʿALI AS-ṢAʾIGH

Ten months before the September operation,[1] in the city of Kandahar, Allāh ﷻ blessed me with the chance to go to the frontline to fight against Aḥmad Shah Masʿūd's army whereas many *mujāhidīn* remained behind in the training camps around the country. The journey was very rough since it was cold; I was with five *mujāhidīn* throughout this trip. Since the weather was bitterly cold, the Afghani people would stay in their homes most of the time. The Ṭālibān were fighting two wars at the time; one in the North against Aḥmad Shah Masʿūd, and the other against Dostum in the North East. The Ṭālibān were having difficulty taking over the Hindu Kush from Masʿūd. There were big battles in North Kabul against his army. Bensheer is the name of the city in the Hindu Kush Mountains; this was the city I was fighting in. This war was a war of *sharīʿah* versus the corrupt man-made laws; because of the man-made laws, people were worshipping graves, stealing from stores, and doing other criminal activity that made those parts of the country dangerous to reside in. In Kabul, there was very good security and peace because of *sharīʿah* rule. The Ṭālibān took all of Afghanistan except Bamiyan, a *Shīʿa* stronghold and Bensheer. The war with the *Shīʿa* was difficult since they were using horses in the mountains; so it was difficult tracking them down.

Alḥamdullilāh, the *Amīr al-Muʾminīn* told us to put our trust in Allāh ﷻ and obliterate the idols with tanks in the name of Allāh. These idols were massive idols built in the mountains. Unfortunately, the tanks didn't destroy much of the idols; so the *muhājirīn* were called upon to dig small holes in the idols, insert TNT and blow them up in the name of Allāh. One of these idols that were blown up has been captured on camera and is currently circulating the internet. After the explosion, many ʿulema around the world would come to Afghanistan, like Yūsuf al-Qaraḍāwī, and would say this is an awful thing, advising us to leave the idols alone.

Subḥān'Allāh! These ʿulema came to defend *shirk* in the name of 'preserving history', and never came before

---
[1] Our brother Adnān gave us this wonderful opportunity to tell his story on life in jihād and to highlight some of the interesting events that took place in Afghānistān all the way to his imprisonment in Guantanamo. He was formerly prisoner 105 in Cuba. Today, he resides freely with the *mujāhidīn* in the Arabian Peninsula, waging jihād until martyrdom.

when we needed their help to mobilize the *ummah* to support their Ṭālibān brothers against the criminals. Mullah ʿUmar, may Allāh preserve him - a champion of *tawḥīd* today - told the delegates of scholars that they don't know this *dīn* and he refused to spend any more time with them. Before this, we had people coming from Japan, China, and India who would provide money and electricity if we left the destruction of the idols; we discarded their call and destroyed the idols because our religion ordains us to follow the *millah* of Ibrāhīm. The filthy Hindu *ṭāghūt* told us that if we destroy the idols, they would take action and fight against us; Subḥān'Allāh! These *mushrikīn* wanted to wage war against us for the sake of a few helpless stones! Mullah ʿUmar didn't care and told them that we would fight against them for the sake of the Ever living, the One who needs none but everyone and everything depends on Him. After that, he ordered the slaughter of 100 cows to anger the Hindus, saying we believe in Allāh and disbelieve in *shirk*. When these days were occurring, rain would pour from the sky upon Afghanistan, giving the Afghans sustenance like never before. Such is the blessing of holding firmly to *tawḥīd* and making *barāʾ* against the *mushrikīn* and their *shirk*.

Coming back to the battle against Masʿūd's army, the frontline against the *murtadīn* was a good thirty minutes drive from Kabul. There was a mountain there called Ṣābir; it was a strategic mountain as it was high enough to see the enemy's position as well as a major portion of Kabul. Shaykh Usāmah advised the Ṭālibān to take this strategic mountain due to its importance in the war and they did just that. One day, the Ṭālibān were strategically retreating from this mountain during a battle. We then saw the enemy coming towards it. We had only one tank on top which had a single shell that was weak. So we pushed the shell into locking position repeating, "Bismillāh, AllāhuAkbar," and eventually we shot the enemy. The enemy thought that our reinforcements came, and so they retreated. This was a mercy from Allāh ﷻ as the enemy was coming full-force up the mountain with both light and heavy weapons.

I and many other *mujāhidīn* remained on this mountain, doing *ribāṭ*. After a few days, heavy snow fell upon Kabul; when we would wake up in the morning, we would see a beautiful white city. It was very cold to be on this high mountain, however, by Allāh's grace, we sat for a week;



we had a variety of weapons readily available during *ribāṭ*. The enemy was about one kilometre from us; the fighting died down because of the snow. We remained patient and waited for the enemy. Eventually we were told to come down and travel to Karabagh; another *mujāhid* battalion replaced us for the *ribāṭ*.

The city of Karabagh had many *mujāhidīn*; our secondary forces were emerging from here. Baghram was what we had to cross; there was no safe straight road or path to take since the mines laid by the Soviets from the last war were all over the place; one had to just walk carefully, being mindful of the mines. I had to take this path to go to Karabagh. I remember two brothers that had lost their legs when crossing this area. One of the brothers that lost their legs was a Pakistani, Abū Usāmah ash-Shamālī; he was a daily sniper. One day when going to the enemy, he lost his leg when stepping on the mine. The second brother was Abū Usāmah ash-Shaybah; when he lost his leg, he was making *takbīr* with happiness on his face since he lost his leg for the sake of Allāh ﷻ. This place was very dangerous as the smell of death was all over. One would see many Bedouins with their animals dead on the ground because of this. As we crossed, we saw the graveyard of the tanks and rockets that were buried inside the ground by the Soviets; it was an amazing sight.

As we were nearing the city, we got word that in the *muhājirīn* camp of *ribāṭ* called *Markaz Sa`īd* in Karabagh, two brothers were martyred because of an accident. One brother was Ḥakīm al-Maghribī; he used to teach the brothers how to use the landmines. One day, he was showing them how to use it and accidentally forgot to use the detonator and manually turned on the explosive, killing him. The second is Abū Muṣ`ab al-Wahsh; he grabbed a sniper rifle and it accidentally shot him in the stomach, killing him; after his martyrdom, he had a big smile on his face. Whenever I had visitors come to me, I used to show them his beautiful picture of his martyrdom. May Allāh have mercy upon them both.

When we reached the city, we then travelled to North Afghanistan near the river of Jayhoun taking a plane from Kabul; this area is close to Uzbekistan. This was a military plane that was *ghanīmah* from the Soviet era; the backdoor of the cargo plane was opened during the entire flight. It was a remarkable and amusing experience. Finally, when landing, a brother came to greet us at the airport and took us to a base in Kunduz; we numbered over a hundred. After taking showers and having lunch we went to the frontline there. The frontline is in Kawajaghar. The car ride was approximately 5 hours. This was another fight against Mas`ūd's army. We drove across the desert, and crossed over a small town. At one point during the ride, there were at least 10,000 goats spread across the street as we were driving; the owners of these goats would ride on their horses. It was reminiscent of the old days of shepherding.

When we reached the place, we were next to a small river; the enemy was able to see us from the larger river close by, so we set camp further down the small river. This camp was the reinforcement. We were extremely dusty from the trip so we jumped in the river to swim. The enemy saw us and started shooting mortar rounds at us. There were three bases that we had; each base was two hundred meters apart. There were many spies in the area with walkie-talkies who were directing the enemy artilleries to our base. *Alḥamdullilāh*, the Ṭālibān saw

them and arrested a number of them.

The actual battle was on top of a small hill near a waterfall. The Ṭālibān retreated strategically and the *muhājirīn* took their place. When the fighting started, the enemy had three tanks, large mortar rounds, and 12.7mm machine guns. One brother was martyred at the very beginning of the confrontation. The Ṭālibān had one tank set up for us. Our tank was very high whereas the enemy tanks were all below us in separate places. On one of the days of battle, we destroyed a tank near the river. The day after, our tank was destroyed and one brother inside was martyred. This was the brother that destroyed the first tank. The next day the brothers came with a truck that had a missile launcher attached to it; the brother operating the weapon was able to hit a tank; he retreated and shot again but missed. During this whole time, we kept rotating positions with other camps. Our *amīr* was martyred, Abū Ṭurāb al-Pakistani. Abū Ḥassan as-Saʿīdī - the one who appeared on an As-Sahāb film for a martyrdom operation - and Shaykh Abū Umāmah came to see us to assess what we needed.



After *fajr*, the enemy started to shoot at us with all weapons, with full power. Everyone took their positions to get ready for the enemy's advance. We successfully defended our position and the enemy had retreated. It was a war mortars and missiles more than anything else. One new brother, Abū ʿAlī al-Pakistani, gave his friend ʿAbdur Raḥmān al-Pakistani his last will. In the will, he wrote that he wanted to be buried in the place that he is killed. One of the *umara'* told Abū ʿAlī to get a match to light a fire in the kitchen. When Abū ʿAlī was walking on the road, he was killed by a mortar. The brothers gathered around his body and almost nobody knew who he was. A miracle we all witnessed was that when we tried to take his body back to the camp, there was a large bee stinging a few of the *mujāhidīn*. That's when we realized that in his will, he wrote that he didn't want to be taken anywhere when martyred, but to be buried in that same spot.



The truthful cannot be bargained with a price,
Just as men are made in times of sacrifice.

A look that bewildered the antagonists,
Has delivered glad tidings to the advocates.

Your boldness has been used for the religion's advance,
Opening the opportunity to meet your Lord as a victor.

Lessons are gained from men of your valor,
Permitting you to journey our combat as a sailor.

Consistent effort in devotion
Is the greatest notion known to man.

The more one stretches his faith in miles,
The greater is one's faith rewarded with trials.

As your tribulations amplify,
Let your tongue continue to magnify.

Your rank in Paradise will be one of progression,
As the fire envelops your enemy in regression.

Thus persevere with drive,
And you will wake up revived, under Paradises' shade.

Tighten your fists in the face of Allāh's foe,
As we prepare to give our enemy another blow.

Dedication to `Umar al-Fārūq,
may Allāh free him



« اللهم فك أسرى المسلمين »
O Allah, Free the Muslim Prisoners

O Allah, Free the Shaykh / 'Umar Abd ar-Rahman
O Allah, Free the Shaykh / Ali al-Tamimi
O Allah, Free the Shaykh / Abu Qatadah al-Filistini
O Allah, Free the Shaykh / Jamil al-Amin
O Allah, Free the Sister / Aafia Siddiqui
O Allah, Free the Sister / Colleen LaRose
O Allah, Free the Brothers / "The Toronto 17"
O Allah, Free the Brothers / "Fort Dix Case"
O Allah, Free the Brothers / "The North Carolina plot"
O Allah, Free the Brother / John Walker Lindh
O Allah, Free the Brother / Daniel Manaluado
O Allah, Free the Brother / Abdul Hakim Mujahid
O Allah, Free the Brother / Fahd Hashmi
O Allah, Free the Brother / Tariq Mehanna
O Allah, Free the Brother / Irhabi 007
O Allah, Free the Brother / Umar al-Faruq
O Allah, Free the Brother / Nidal Hassan
O Allah, Free the Brother / Babar Ahmed
O Allah, Free the Brother / Sharif Mobley
O Allah, Free the Brother / Faisal Shahzad
O Allah, Free the Brother / Walter Barry Bujul
O Allah, Free the Brother / Carlos Amonte
O Allah, Free the Brother / Muhammad Alessa

And we ask Allah to free all imprisoned Muslims not listed here





