

http://images.skyscrapercenter.com/building/townpavilion_ext-overall_(cc-by-nc-nd)chris...   6/21/2018

10A-001