

10B-001