

10C-001