1          IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
2              JACKSONVILLE DIVISION

3
UNITED STATES OF AMERICA,      Jacksonville, Florida
4
            Plaintiff,         Case No. 3:17-cr-249-J-39JRK
5
-vs-                           Monday, June 25, 2018
6
JOSHUA RYNE GOLDBERG,          1:52 p.m.
7
            Defendant.         Courtroom 12C
8    _____

9
                    **EXCERPT OF SENTENCING**
10    **(TESTIMONY OF SPECIAL AGENT KEVIN FINNERTY)**
              BEFORE THE HONORABLE BRIAN J. DAVIS
11                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21
OFFICIAL COURT REPORTER:
22
        Shelli Kozachenko, RPR, CRR, CRC
23      221 N. Hogan Street, #185
        Jacksonville, FL  32202
24      Telephone:  (904) 301-6842

25
                    (Proceedings reported by stenography;
                        transcript produced by computer.)

1                          A P P E A R A N C E S

2
    GOVERNMENT COUNSEL:
3
          **Kevin Frein, Esquire**
4         United States Attorney's Office
          300 North Hogan Street, Suite 700
5         Jacksonville, FL  32202

6         **Jennifer Levy, Esquire**
          U.S. Department of Justice
7         National Security Division
          950 Pennsylvania Avenue, Northwest
8         Washington, DC  20530

9

10  DEFENSE COUNSEL:

11        **Paul Shorstein, Esquire**
          Shorstein & Lasnetski, LLC
12        6550 St. Augustine Road, Suite 303
          Jacksonville, FL  32217
13

14

15

16

17

18

19

20

21

22

23

24

25

# T A B L E   O F   C O N T E N T S

GOVERNMENT WITNESS:                                Page No.

  SPECIAL AGENT KEVIN FINNERTY

    DIRECT EXAMINATION MS. LEVY...............        4

(NO EXHIBITS RECEIVED.)

```
 1                    P R O C E E D I N G S
 2    Monday, June 25, 2018                        1:52 p.m.
 3                         *   *   *   *   *
 4              THE COURT:  Ms. Levy?
 5              MS. LEVY:  Your Honor, yes.  We would call to the
 6    stand Special Supervisory Agent Kevin Finnerty.
 7              THE COURT:  Agent Kevin Finnerty, please come forward
 8    and to the witness stand here to my right.
 9              THE WITNESS:  Yes, Your Honor.
10              THE COURT:  Please watch your step.
11              If you'll remain standing for just a moment, our
12    clerk will place you under oath.
13              COURTROOM DEPUTY:  Please raise your right hand.
14              Do you solemnly swear or affirm that the testimony
15    you're about to give before this Court will be the truth, the
16    whole truth, and nothing but the truth, so help you God?
17              THE WITNESS:  I do.
18              COURTROOM DEPUTY:  Please be seated.
19              And please state your full name for the record and
20    spell your last name.
21              THE WITNESS:  It's Kevin D. Finnerty, and the last
22    name's spelled F-i-n-n-e-r-t-y.
23              COURTROOM DEPUTY:  Thank you.
24       SPECIAL AGENT KEVIN FINNERTY, GOVERNMENT'S WITNESS, SWORN
25                        DIRECT EXAMINATION
```

1  MS. LEVY:

2  Q.    Agent Finnerty -- Special Agent Finnerty, where are you

3  employed?

4  A.    Currently employed with the FBI.  And more specifically,

5  I'm assigned to the explosives unit, where I'm a supervisory

6  special agent bomb technician and explosive and hazardous

7  device examiner.

8  Q.    And how long have you been employed first with the FBI and

9  then in your current capacity?

10  A.    I've been employed with the FBI since 1997, and I was

11  transferred down to the explosives unit in December of 2005.

12  Q.    Now, before -- between 1997 and 2005, were you -- did you

13  have a post at another location?

14  A.    Yes.  Upon completing my basic agent training for the FBI,

15  I was assigned to the Washington, D.C., Field Office.  Upon

16  arriving at the Washington, D.C., Field Office, I was assigned

17  to Safe Streets Task Force.  There we worked against violent

18  gangs inside D.C., working investigations.

19         And then in 1999 I was transferred to the Joint

20  Terrorism Task Force.

21  Q.    And within the FBI, when did you start focusing your

22  skills as an explosives detection agent and examiner and that

23  sort of work?

24  A.    I'd say it probably also goes back to my prior employment.

25         Fresh out of high school I went in the military.  I

1    was assigned to an infantry unit where we used explosives for

2    offensive and defensive techniques in being a soldier, building

3    barricades.  That's where I initially began the interest.

4         Upon coming out of the Army, I was kind of going to

5    school at the same time I was working.  I got undergraduate

6    degrees in nursing and administration of criminal justice.  I

7    got a master's degree in public administration from the

8    University of Oklahoma, and I started working as a Pittsburgh

9    Police officer.

10        From there, as -- once I kind of moved away from the

11   routine patrol work, I was assigned to the SWAT team for

12   Pittsburgh Police, and the bomb technicians were a subunit of

13   the SWAT team, and that's where I began my bomb tech

14   apprentice, so -- excuse me.  I'm fighting a cold, Your Honor.

15        THE COURT:  It's okay.

16        THE WITNESS:  Also then probably comes back around

17   2001 when I was assigned to the FBI, had applied for the

18   special agent bomb technician, and I was awarded that position.

19        So -- and that kind of ties in with myself also being

20   part of the Evidence Response Team.  I was the assistant team

21   leader for the Evidence Response Team and first kind of got

22   sent over to Kosovo, was some of my experience as part of the

23   U.N. war crimes investigations.

24        And we --

25   BY MS. LEVY:

1  Q.   Okay.  So when you joined the FBI and you became a special

2  agent related to the bomb work that you're doing, the detection

3  work, did you have special training that you had to undergo for

4  that?

5  A.   Yes.  All civilian bomb techs in the United States have to

6  go to FBI Hazardous Devices School, which is located in

7  Huntsville, Alabama.

8        And there you go through a five-week course where

9  you're trained in explosive recognition, explosive handling,

10  demolition work, donning protective gear, X-ray interpretation,

11  weapons of mass destruction, IEDs, how to build -- how they're

12  built and basically how to handle them safely.

13  Q.   What is -- what's an IED?

14  A.   An IED is a technical term for an improvised -- it's an

15  improvised explosive device, a technical term for a homemade

16  bomb.

17  Q.   And as part of your training, did you learn what type of

18  components go into making an improvised explosive device?

19  A.   Yes.  And to have an IED one needs a minimum -- usually

20  has three.  It has a main charge.  The main charge is basically

21  what is going to get that bomb to function, that is, your

22  explosives.

23        And they can be broken down into categories, but it's

24  basically -- your examples would be black powder, smokeless

25  powder, TNT, dynamite that most people are familiar with.  So

1    that's kind of like the main charge.

2            Then you have a fuzing system.  It's f-u-z-e.  How do

3    you get that bomb to function?  So that can be done in two

4    levels.  It can be a nonelectric.  Nonelectric is kind of like

5    what everybody knows with a hobby fuze, the green fuze that

6    most people have had with fireworks where they light it; it

7    burns down.  That's called a nonelectric fuzing system.

8            Then you have an electric fuzing system, which

9    consists of batteries, wires, switches, whatever the bomber

10   wants that -- the bomb maker wants to put into their device.

11   So that's -- you need that.

12           And then the third one would be a container.

13   Container can be broken down into two categories also.  You

14   have a confinement container -- because low explosives, which

15   are readily common and found in the United States, which would

16   be your black powder, smokeless powder, they burn.

17           It's a fancy word for -- deflagration is what we use

18   in the industry.  Deflagration is a fancy word for burning,

19   burning obviously very rapidly.  It's self-sustained with the

20   explosives.

21           And you need a container to get that to explode.  Why

22   do you need a container?  Because as it burns, it's not

23   reacting fast enough on the material itself to explode.  So you

24   have to put it in a container, a pipe, a pressure cooker,

25   something that's going to contain those gasses that are being

1   released.

2          And as those gasses burn or deflagrate, they're

3   expanding very rapidly.  Now, we're talking a reaction that's

4   going on in microseconds.  So it's throwing off this massive

5   amount of gas and thereby overcomes the chamber or the

6   container it's in and thereby exploding it.

7          The second container would be a confined -- or a

8   concealment container, excuse me.  A concealment container is

9   something that's going to hide.  You know, you need some way to

10  carry in your homemade bomb.  You want to keep -- so no one

11  knows.  You don't carry a pressure cooker or a bunch of pipes.

12         So you're going to put it -- usually a backpack is

13  one we've seen more than anything else, a suitcase, something

14  that's going to hide that homemade bomb.  So you're going to

15  put it in there, carry it in, set it down, and then -- those

16  are the two types of containers.

17         So the three things, once again, your main charge,

18  which is the explosives.  You need a fuzing system, a way to

19  get it to function or initiate.  And then you need a container.

20  Q.   Special Agent Finnerty, have you taught other people how

21  to detect or investigate crime scenes involving explosive

22  devices?

23  A.   Yes.  We have a post-blast investigator's course,

24  post-blast instructor's course.  These two courses are focused

25  either on the instructor that's going to teach the course or

1    the investigator that's going to go out to a post-blast scene.

2         We teach them how to properly quarantine the area,

3    basically begin collecting evidence, properly package it, and

4    ship it back to the laboratory for the full forensic

5    exploitation that's going to occur.

6         I've also taught combat post-blast courses, something

7    that we started in 2005 when we recognized a weakness with DoD,

8    and we did a joint partnership there because you don't have the

9    luxury that we did here in the States at that time.

10         We could shut down an intersection for hours upon

11   hours.  The combat post-blast usually they'd say we could only

12   hold this area for 10, 20 minutes, so we taught them how to

13   quickly process the scene.

14         We also have an explosive, like, countermeasures

15   course.  Like, if you come up onto a bomb -- so you know

16   there's an IED, a truck bomb -- how do you render that package

17   safe?

18         Now, render safe means -- it's a term in the bomb

19   tech industry that basically -- or field, I should say, is how

20   do we stop that clock, you know, render it safe so the evidence

21   can be properly collected and the bomb won't go off.

22   Q.   And have you been what is known as a bomb tech coordinator

23   within the FBI?

24   A.   Yes.  From 2004 to two thousand -- late 2005, I was a bomb

25   tech coordinator in the Washington Field Office.

1  Q.    What's involved in being --

2  A.    You're still a special agent bomb technician, but as a

3  coordinator you coordinate all the bomb squads within the area.

4         So for D.C., what we call the National Capital

5  Response Squad, I had approximately 12 squads that I had to

6  coordinate all their training, responses.  If they needed

7  anything special, they came across maybe a special IED or they

8  had a special threat, we'd research it together.

9         Also, for major special events, such as the

10  inauguration events that go on in D.C., we would get together

11  and figure out how we were going to respond, split up the city

12  for the response units, the bomb response units, so that way we

13  were all on the same page.

14  Q.    I assume from your work that you have been involved in

15  some investigations of explosive devices that have either

16  detonated or the scene requires your expertise.

17         Can you explain very briefly the types of cases that

18  you have been involved in domestically and/or internationally?

19  A.    Yes.  I'll go over some of the major ones.  I talked

20  briefly about Kosovo a little bit ago, and a lot of times they

21  were using explosives to kill mass people there.

22         Also you go up to -- the next one would be 2000, and

23  that was the USS *Cole* attack.  I was deployed there for body

24  recovery, evidence collection, looking at that post-blast scene

25  there and collecting the pieces properly, packaging up what we

1  could, and then sending it back to the laboratory for

2  investigation.

3       2001 I responded to the Pentagon.  A lot of people

4  say it was a plane, which it was, but still, you have a giant

5  gasoline bomb, basically, or jet fuel bomb as it flies into the

6  Pentagon.  There we did the same thing, evidence collection,

7  you know, picking up the pieces, quarantining off the area,

8  safely collecting it all, packaging it.

9       2003 I was deployed to Saudi Arabia.  There was a

10  triple bombing of three Western housing complexes.  And I

11  worked alongside with the Saudis, and we basically, once again,

12  investigative assistance in device determination with them.

13       2004 and '5 I was deployed to Iraq twice.  Each

14  time -- and there responded to numerous bomb scenes.  And at

15  that time we were identifying a weakness, once again, in the

16  fact of how we were collecting the evidence, what was going on

17  with it.

18       Obviously the mujahideen there adapted a technique to

19  where -- obviously they couldn't fight the U.S. forces and the

20  coalition forces in a traditional military way, so they started

21  bringing out IEDs.

22       So how do you collect this evidence?  You know, how

23  do you pick up the pieces, and what are we looking for?  So we

24  basically worked there to get a -- start cells to collect those

25  pieces up, and that's kind of how TEDAC formed.  You heard

1   Brandon mention TEDAC.  That's the Terrorist Explosive Device

2   Analytical Center.  That's kind of how that all began.

3          And then in two thousand -- after that I was

4   transferred down to the explosives unit, and I went through my

5   training to become a device examiner, so my deployments kind of

6   dropped off.

7          And then in 2010 I was sent to France to assist in

8   the Hariri investigation.  He was a politician from Lebanon

9   that was killed.  I worked alongside the French police to

10  rebuild the bomb and basically gave them explosive expertise on

11  how to do it.

12         2011 I was deployed to Morocco, and that was

13  actually -- in Marrakech there was the Cafe Argani.  There was

14  a bombing that was targeting Western -- mainly Western

15  restaurants, mainly had French, British, and U.S. and

16  Australian citizens there.

17         A bomb went off which killed, I believe, if I

18  remember correctly, about 16 people.  I worked alongside with

19  the Moroccans, collected the evidence, went back to the lab.

20  We did the analysis, and then we were able to make an arrest

21  and identify.

22         2012 I was deployed to Yemen.  There was an attack

23  against President Saleh there.  I worked alongside the Yemenis

24  in the mosque.  There was a bomb that went off.  It did not

25  kill him but killed a lot of his cabinet.

1    We collected the pieces and once again did the

2  investigative assistance, as I explained earlier.  Same thing,

3  pick up the pieces, bomb determination.

4    2013 I was deployed to Boston for the Boston bombing.

5  I went up there, once again, evidence collection, you know,

6  picking up the pieces, packaging them up, making sure they're

7  sent back to the laboratory properly.

8    And two thousand -- I'm missing a couple here, but --

9  Q.   That's certainly extraordinary experience you have.

10   Have you ever actually interviewed bomb makers?

11  A.   Yes.  Going back to 2003 -- or 2004 and 2005, a lot of the

12  bomb makers from Iraq, I was interviewing them to see how they

13  built their devices, where did they gain their skills, what

14  techniques were they using, where were they getting their

15  components from to build these bombs.

16   And also in two thousand -- last year, 2017, I went

17  back to Saudi Arabia because they've had increased violence

18  with the Houthis along the Yemeni border with all the IEDs that

19  are coming in.

20   So I went there, and I worked alongside the Saudis to

21  do some interviews with some of their bomb makers that they're

22  catching.

23  Q.   Have you ever testified in a criminal case before?

24  A.   Criminal case?

25  Q.   Yes.

1  A.    Yes.

2  Q.    And have you ever been qualified as an expert before?

3  A.    Yes.

4         MS. LEVY:   Your Honor, at this time I would present

5  Special Agent Finnerty as an expert witness in the field of

6  explosives detection, analysis, and investigation.

7         MR. SHORSTEIN:   No objection.

8         THE COURT:   He'll be so recognized.

9         MS. LEVY:   Thank you.

10 BY MS. LEVY:

11 Q.    Special Agent Finnerty, what exactly were you asked to do

12 in this case?

13 A.    In late August, early September I got an assessment

14 request in from the Jacksonville Division requesting to look at

15 the online sites that were supplied.   And basically the

16 question was, could these sites be utilized to assist somebody

17 in constructing an IED or bomb.

18         There were several sites and then also the *Inspire*

19 magazine.

20 Q.    Now, were you familiar with any of the sites that were

21 presented to you?

22 A.    A couple of them.   Some of them I had not heard of, but

23 then when I explored some of them deeper, they had basically

24 references to some things I was more familiar with.

25 Q.    All right.   Are you familiar with *Inspire* magazine in

1  connection with your work and in connection with this case?

2  A.   Yes.

3  Q.   And what exactly is *Inspire* magazine?

4  A.   *Inspire* magazine -- I don't know if it was explained

5  earlier, but it's a magazine that was put out by al-Qaeda, and

6  basically al- -- more specifically, al-Qaeda in the Arabian

7  Peninsula.   There are 17 issues that were put out starting in

8  2010 running up to 2017.

9  Q.   Okay.

10  A.   And some of these have bomb-making instructions, like the

11  one in 2010.   Some of them actually encouraged the believers to

12  commit jihad against Western nations and Jewish interests.

13       And some of them just talked about techniques.   The

14  latest one talked about how to -- maybe don't use a bomb but

15  use more simple techniques, like derailing a train, you know,

16  using a car to attack people.

17       MS. LEVY:   Can you pull up Exhibit 9, please.

18  BY MS. LEVY:

19  Q.   So do you recognize what this exhibit purports to be?

20  A.   Yes.   This appears to be the *Inspire* magazine that has

21  "Making a Bomb in the Kitchen of Your Mom."

22  Q.   And I would turn your attention to page 33.

23       And what exactly is on this page?

24  A.   This is kind of the beginning of the article.   It's

25  encouraging people, saying that you don't need fancy

1  ingredients or to go out, that basically most of the stuff you

2  need to make a bomb can be found in relatively common household

3  products.

4        Of course, they say the mom -- make the bomb in the

5  kitchen of your mom is kind of a catchy -- catchy thing, and it

6  has caught on, especially in the bomb world.  But it's just

7  basically guiding one to utilize household components to

8  construct an IED.

9  Q.   And turning to the next page, page 32 [verbatim], some of

10  the diagrams that are on that page, do they accurately show how

11  someone can start constructing a device, an explosive device?

12  A.   Yes.  And what they're showing is they have a pipe elbow

13  there.  And we actually saw those in Boston, but this was

14  actually -- the ones they talked about that they were throwing

15  at the police, these were the elbows that they were throwing

16  out of the car windows at the police.  We've also seen them in

17  the San Bernardino case that came in when they recovered those.

18        But it accurately depicts it.  It's basically showing

19  a low explosive powder.  How are you going to get it to ignite?

20  It's showing you basically a Christmas tree bulb.  Some people

21  call them decorative lights or festive lights, as I've heard

22  them called.

23        And basically you pack that full of the low explosive

24  material.  You put it into a hole that's going to be drilled

25  into the pipe.  You fill the pipe with the low explosives, and

1    you seal it up on both ends, being careful.

2           And then you basically have a small -- small bomb

3    there.  And --

4    Q.   And that's -- go ahead.

5    A.   -- also you can add -- this article, I know, also

6    encourages you to add fragmentations in the form of BBs, nails,

7    whatever you can find.

8           In Boston that day, we had the BBs that were added

9    to -- on the inside of those.  They actually took the time to

10   glue them all in the inside of the pipe elbows.

11   Q.   The next page in this article, page 35, what does that

12   show?

13   A.   They're showing you how to take the top part of the bulb

14   off.  And as you take the top part of the bulb off, one of the

15   things that you have to be careful with is there's a small

16   filament in there -- it's in almost all lights -- and you have

17   to be careful, because if you don't do it properly, you can

18   break that filament.  If you break the filament, the light's

19   not going to heat up.

20          So what this is just showing you is how to heat up

21   the light.  You take it in, and usually we etch a line on it.

22   If you're going to do it, you can etch a line so that way you

23   have a crack real nice, and it comes off.  And as long as the

24   filament's still intact, you have your basic initiator for an

25   IED.

1        From there, you'd have to fill it full of a low
2    explosive powder.
3        MS. LEVY:  Let's skip to page 37.
4    BY MS. LEVY:
5    Q.   What's that all about?
6    A.   They're basically showing you a fuzing system and how to
7    check your fuzing system to make sure the light works and
8    utilizing the battery in the connection.  From there you can
9    see we have the light, and as long as it works, your connection
10   will work.
11       Now, how you get it to function and what your switch
12   is going to be is going to be dependent upon the bomb maker.
13   They can use anything from a remote control -- you know, a
14   garage door opener.  You can use a -- you know, it just depends
15   on -- a clock, whatever the bomb maker decides that they want,
16   whether they want a time device, a remote control device.  And
17   a lot of this information is available online.
18   Q.   And let's just jump to page 39, see if that explains a
19   little more of what you just stated.
20   A.   Okay.  What they're showing here is how to take an alarm
21   clock and to modify it so it basically becomes a time actuator
22   for the device.  They're showing you -- they basically talk
23   about, in this one, how to wrap the wire around the hands of
24   the clock.
25       And you can decide whether you want it in minutes or

1  hours, just depending on how long you want it to go.  And

2  they're showing you how to do that and then wire it up.

3  Q.   So based on your review of this article, does it

4  accurately show the reader how to create this bomb?

5  A.   Yes.  Actually, it even goes into detail.  If you want to

6  make a bigger bomb, you don't -- you know, maybe don't use a

7  pipe.  It also talks -- even on the next page it talks about

8  utilizing a pressure cooker, you know, just depending on how

9  big of a device you want.

10       Where to get your explosives, you know, they talk

11  originally about match heads and sugar, which technically you

12  don't need the sugar.  If you just take the match heads, that

13  goes into a separate recipe.

14       But if you can't do that or if you don't want to do

15  that, you can also use low explosive black powder, smokeless

16  powder, whatever you can find.

17       For example, in the Boston bombing, they used -- the

18  last one we found, they took shotgun shells, cut them open.

19  There you're getting your smokeless powder.  They had cut open

20  fireworks, put that in.  So whatever they could find, they were

21  mixing it all up to thereby get as much low explosives as they

22  could.

23  Q.   And I think you mentioned a few minutes ago about

24  fragmentation.

25  A.   Yes.

1  Q.    What does that do if it's added to a device like this?

2  A.    Fragmentation is designed to be added to the bomb itself

3  to increase the lethality.

4        And an example of that, if you go back to 1996 in the

5  Centennial Park bombing, there were three pipe bombs that Eric

6  Rudolph put out.  Now, they started pushing the crowd back, but

7  there was one woman that did die.

8        What fragmentation does, it throws small metal pieces

9  out into the immediate vicinity at very high velocities.  That

10 woman ended up dying as one piece came past her.  So that way

11 the overpressure from the bomb didn't get her, but there was a

12 small piece that went by and cut her neck, and she ended up

13 bleeding out, cut her jugular.

14 Q.    So what's the purpose of putting fragmentation --

15 A.    Oh, increased lethality, and we have seen that before.

16       I saw that in -- going back to Morocco, they -- that

17 was the first time I ever saw a pressure cooker bomb used.  And

18 they -- basically the guy had put nails in it.

19       When we were collecting the pieces, we kept finding

20 all those strange things.  That was the first time.  And then

21 we tied it back, at that time, to al-Qaeda, working with the

22 Moroccan authorities.

23       Second time was Boston.  And this is the third time

24 I've seen it mentioned.

25 Q.    Now, you've heard that the defendant talked about adding

1   rat poison?

2   A.   Yes.

3   Q.   Do you have any opinion as to what the --

4   A.   Rat --

5   Q.   -- purpose --

6   A.   Rat poison --

7   Q.   -- of that would be?

8   A.   Yes.  Rat poison is an anticoagulate.  And I have seen

9   that used one other time, and that was in the Martin Luther

10  King 2011 attempted attack.

11          The individual had made an IED.  He had faced it at

12  the parade route.  And he had taken fishing weights -- that was

13  his fragmentation -- so he put anticoagulant, basically rat

14  poison, over all of them.

15          So when we got them in, we noticed a kind of greenish

16  tint on everything.  We couldn't figure out what it was, so we

17  sent it down to our chemistry department who said, "It's rat

18  poisoning."  There's a chemical name for it.  I forget what it

19  is off the top of my head.

20          So supposedly it's to increase -- that way if it does

21  go out and hit people, that they will bleed out.  I don't know

22  how effective it will be, though.

23  Q.   You said that you had looked at the other websites that

24  the defendant had sent to the source.

25  A.   Yes.

1  Q.   In general terms, what information do you recall from any
2  of those websites?
3  A.   Well, a lot of them have -- they're basically links or
4  books in -- within them.  And, like, Liberty -- the Liberty
5  one, for example, it has multiple things, everything from body
6  armor, to how to make explosives, to airplanes, helicopters,
7  basically, lists -- there's each little section, but it does
8  have an improvised explosive section in it.
9       And some of the other ones are designed for people
10 that are more into, like, pyrotechnics, so different links that
11 you can go to.  But every single one talks about how you can
12 make your own homemade explosives, detonators.
13      Some of them do have IED sections.  I forget which
14 one.  I'd have to look in my notes, but it comes down to where
15 it linked to what we call The Anarchist, the last chapter of
16 The Anarchist where he covered all the munitions and different
17 types of explosives that could be made.
18 Q.   You're referring to *The Anarchist Cookbook*?
19 A.   Yes.
20 Q.   Yeah.
21 A.   But one of the sites would take you to that.  That
22 was . . .
23 Q.   And did any of the sites refer to military documentation?
24 A.   Yes, Liberty.  Liberty.
25 Q.   So in your expert opinion -- do you have an expert opinion

1  as to whether or not someone could create a working explosive

2  device based on this information?

3  A.   Yes.  I think this information would assist one in

4  constructing an IED.  It would also give you ideas about how to

5  go about obtaining the explosives, about making the explosives,

6  making the fuzing system.

7          MS. LEVY:  No further questions.

8          THE COURT:  Mr. Shorstein?

9          MR. SHORSTEIN:  No questions, Your Honor.

10         THE COURT:  Thank you, Special Agent Finnerty.

11         THE WITNESS:  Thank you, sir.

12         THE COURT:  Please watch your step.

13                    *   *   *   *   *

CERTIFICATE OF OFFICIAL COURT REPORTER

UNITED STATES DISTRICT COURT )

MIDDLE DISTRICT OF FLORIDA    )

       I hereby certify that the foregoing transcript is a true and correct computer-aided transcription of my stenotype notes taken at the time and place indicated therein.

       DATED this 19th day of July, 2018.

                            s/Shelli Kozachenko
                            Shelli Kozachenko, RPR, CRR, CRC
                            Official Court Reporter