UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                           CASE NO.   3:17-cr-249-J-39MCR

JOSHUA RYNE GOLDBERG

### UNITED STATES OF AMERICA'S MOTION
### FOR FINAL ORDER OF FORFEITURE

The United States of America respectfully moves this Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for entry of a Final Order of Forfeiture as to the following:

    a.     A Nokia Lumia 521 phone w/ cord, IMEI # 355913057737970;

    b.     an Apple Ipad Mini w/ case, serial number F79MQUTSF196;

    c.     a Lenovo Y70-70 Touch model 80DU laptop computer, serial number MP06SDR9, w/ power cord; and

    d.     a Hewlett-Packard model G7-2270us laptop computer, serial number 5CD3105Q2D

(subject property).   In support of its motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

**I.**     **Statement of Facts**

1. On June 28, 2018, the Court entered a Preliminary Order of Forfeiture as to the subject property, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), which is final to the Defendant.   Doc. 98.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the subject property on the official government website, www.forfeiture.gov, from July 19, 2018 through August 17, 2018.   Doc. 107.   The publication gave notice to all third parties with a legal interest in the subject property to file with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202-4270 - a petition to adjudicate their interests within 60 days of the first date of publication.

3. No third party has filed a petition, and the time for doing so has expired.

**II.**     **Applicable Law**

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent

purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from July 19, 2018 through August 17, 2018. Doc. 107. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice of the United States' intent to dispose of the subject property and gave instructions on filing a petition to assert an interest in the subject property. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate any interest. In this instance, the first date of internet publication was July 19, 2018. Accordingly, the final date for filing a petition to adjudicate an interest in the subject property was September 17, 2018, and the time for filing such petition has expired.

No persons or entities, other than the Defendant whose interest was forfeited pursuant to the Preliminary Order of Forfeiture, are known to have, or

to claim, any interest in the subject property, and the time for filing a claim has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Judgment of Forfeiture as to the subject property.

### III.  Conclusion

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), the Court enter a final order of forfeiture, forfeiting to the United States all right, title and interest in the subject property for disposition according to law and vesting clear title to the property in the United States.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By: *s/ Bonnie A. Glober*
    BONNIE A. GLOBER
    Florida Bar No. 748307
    Assistant United States Attorney
    United States Attorney's Office
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    Facsimile:  (904) 301-6310
    E-mail: bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Paul Shorstein, Esquire

By: *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney