UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-249-J-39JRK

JOSHUA RYNE GOLDBERG

### FINAL ORDER OF FORFEITURE

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture, Doc. 108, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, as to the following:

a. A Nokia Lumia 521 phone w/ cord, IMEI # 355913057737970;

b. an Apple Ipad Mini w/ case, serial number F79MQUTSF196;

c. a Lenovo Y70-70 Touch model 80DU laptop computer, serial number MP06SDR9, w/ power cord; and

d. a Hewlett-Packard model G7-2270us laptop computer, serial number 5CD3105Q2D

(subject property).

On June 28, 2018, the Court entered a Preliminary Order of Forfeiture as to the subject property, pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), which is final to the Defendant. Doc. 98.

The Court further finds that, in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the property subject to forfeiture, on the official government website, www.forfeiture.gov, from July 19, 2018 through August 17, 2018. Doc. 107. The publication gave notice to all third parties with a legal interest in the subject property that the process for asserting an interest is to file a petition to adjudicate their interest within sixty (60) days of the first date of publication, with the Office of the Clerk, United States District Court, Middle District of Florida, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4270.

No persons or entities, other than the defendant, whose interest was forfeited to the United States, pursuant to the Preliminary Order of Forfeiture, are known to have an interest in the subject property, no third party has filed a Petition and the time for filing such Petition has expired.

Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that for good cause shown, the United States' motion, Doc. 108, is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the subject property are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the subject property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida this 3rd day of October, 2018.

BRIAN J. DAVIS
United States District Judge

Copies to:
Counsel of Record