```
                  IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
                         JACKSONVILLE DIVISION


    UNITED STATES OF AMERICA,         Jacksonville, Florida

              Plaintiff,              Case No. 3:17-cr-249-J-39JRK

    -vs-                              Monday, June 25, 2018

    JOSHUA RYNE GOLDBERG,             2:18 p.m.

              Defendant.              Courtroom 12C
   _____


                         EXCERPT OF SENTENCING
                 (TESTIMONY OF LORENZO G. VIDINO, Ph.D.)
                    BEFORE THE HONORABLE BRIAN J. DAVIS
                        UNITED STATES DISTRICT JUDGE
```

OFFICIAL COURT REPORTER:

    Shelli Kozachenko, RPR, CRR, CRC
    221 N. Hogan Street, #185
    Jacksonville, FL  32202
    Telephone:  (904) 301-6842

                 (Proceedings reported by stenography;
                      transcript produced by computer.)

```
 1                        A P P E A R A N C E S

 2
     GOVERNMENT COUNSEL:
 3
         Kevin Frein, Esquire
 4       United States Attorney's Office
         300 North Hogan Street, Suite 700
 5       Jacksonville, FL  32202

 6       Jennifer Levy, Esquire
         U.S. Department of Justice
 7       National Security Division
         950 Pennsylvania Avenue, Northwest
 8       Washington, DC  20530

 9

10   DEFENSE COUNSEL:

11       Paul Shorstein, Esquire
         Shorstein & Lasnetski, LLC
12       6550 St. Augustine Road, Suite 303
         Jacksonville, FL  32217
13

14

15

16

17

18

19

20

21

22

23

24

25
```

# T A B L E   O F   C O N T E N T S

**GOVERNMENT WITNESS:**                                  **Page No.**

  LORENZO G. VIDINO, Ph.D.,

    DIRECT EXAMINATION BY MR. FREIN..........        4

(NO EXHIBITS RECEIVED.)

1        P R O C E E D I N G S
2   Monday, June 25, 2018                                    2:18 p.m.
3                          *   *   *   *   *
4           THE COURT:  Mr. Frein?
5           MR. FREIN:  Your Honor, the United States calls to
6   the stand Dr. Lorenzo Vidino.
7           THE COURT:  Dr. Lorenzo Vidino.
8           If you would, please, take the witness stand here to
9   my right.
10          Watch your step.
11          THE WITNESS:  Yeah.
12          COURTROOM DEPUTY:  Please raise your right hand.
13          Do you solemnly swear or affirm that the testimony
14  you're about to give before this Court will be the truth, the
15  whole truth, and nothing but the truth, so help you God?
16          THE WITNESS:  I do.
17          COURTROOM DEPUTY:  Please be seated.
18          And please state your full name for the record and
19  spell your last name.
20          THE WITNESS:  Sure.  Lorenzo G. Vidino.  That's
21  V-i-d-i-n-o.
22          COURTROOM DEPUTY:  Thank you.
23       LORENZO G. VIDINO, Ph.D., GOVERNMENT'S WITNESS, SWORN
24                       DIRECT EXAMINATION
25  BY MR. FREIN:

1  Q.   Good afternoon, Doctor.
2  A.   Good afternoon.
3  Q.   Doctor, where do you currently work?
4  A.   I'm the director of the Program on Extremism at the
5  Georgia Washington University.
6  Q.   So please explain to the Court, what is the Program on
7  Extremism at George Washington University?
8  A.   It's a research program.  What we do is basically we study
9  everything related to ISIS and the ISIS-related mobilization,
10 mostly focusing on the United States.
11         So we conduct a variety of research activities that
12 range from following a lot of the legal cases, the arrests in
13 the United States and sometimes also in Europe.
14         We try to interview as many people as possible who
15 are involved in those cases.  That ranges from, you know,
16 authorities, FBI officers, to individuals who've been arrested,
17 families, and so on.
18         And then we do a lot of work on the online aspect of
19 the ISIS-related mobilization.  So we have a small team of
20 researchers that basically monitors a variety of online
21 platforms in trying to make sense of the -- mostly the
22 English-speaking ISIS-sympathizing bubble online.
23         That's on Facebook, on Twitter, on Telegram, and a
24 few other platforms.
25 Q.   Now, can you please explain to the Court just briefly some

1  of your professional experience in the field of terrorism.
2  A.   Sure.  I -- I've been studying terrorism and extremism for
3  the last 18 years.  I have a law degree, and then I have a
4  master's and a Ph.D. in international relations with a focus on
5  security studies and the Middle East.
6       I'm basically -- as an academic, I write a lot.  I've
7  published five or six books.  I have a few dozens academic
8  articles on the subject.
9       I've testified before Congress six times on the
10 subject.  I consult with a variety of agencies, of governments
11 also, overseas.
12 Q.   And, sir, what is your Ph.D. in?
13 A.   International relations.
14 Q.   Okay.  And you also have a master's?
15 A.   I do, yes.
16 Q.   And what is that field in, sir?
17 A.   Also international relations with a Middle East focus.
18 Q.   Okay.  You've talked a little bit about the number of
19 times you've testified before Congress on issues of terrorism.
20      Can you briefly describe some of the agencies that
21 you counsel or brief here in the United States in providing
22 your expert opinion on terrorism to them?
23 A.   Sure.  Well, being Washington based, we interact a lot
24 with Congress, of course, but there are a variety of agencies.
25      We -- what we do a lot is we publish a lot of

```
 1  reports, and then we do sort of seminars/workshops for a
 2  variety of agencies.  That ranges from the FBI, to the
 3  Department of Homeland Security, to the State Department, to a
 4  variety of agencies at the local -- at the state and local
 5  level.
 6  Q.   Now, you talked about some of the publications that you
 7  have written.
 8       Does that include Al-Qaeda in your -- also The New
 9  Muslim Brotherhood in the West and Home-Grown Jihadism in
10  Italy?
11       Are those your books that you wrote, sir?
12  A.   Yes.  Those are some of my books.
13  Q.   In addition to that, have you published or assisted with
14  various book chapters that also discuss issues of terrorism?
15       And I won't briefly go through them, but is it safe
16  to say that you've worked on approximately 20 different
17  chapters in various books, sir?
18  A.   That's correct.
19  Q.   Okay.  In addition to that, have you also written
20  several -- been published in several journals?
21       And we'll just use approximately 20 different
22  articles that cover different areas of terrorism that you have
23  written about.
24  A.   I would say that's correct, yes.
25  Q.   And then, finally, have you also written various op-ed
```

1  pieces that have been published in various publications,
2  well -- it appears there are over 50 different op-eds in which
3  you have talked about issues of terrorism, sir?
4  A.   Correct.
5         MR. FREIN:  Your Honor, at this time I would tender
6  Dr. Lorenzo Vidino as an expert in the field of terrorism.
7         MR. SHORSTEIN:  No objection, Your Honor.
8         THE COURT:  The Court will so recognize Dr. Vidino.
9  BY MR. FREIN:
10 Q.   Dr. Vidino, when you explained what the Center on
11 Extremism did, one of the items you mentioned is that your team
12 looks at social networking or the online presence, was your
13 words, I believe, of ISIS.  Is that correct?
14 A.   Correct.
15 Q.   Can you please just give a broad-brush overview of how did
16 ISIS use, or how have they been using, an online presence in
17 jihad?
18 A.   Sure.  ISIS was very good from the very beginning in using
19 a variety of platforms online.  It really started mostly with
20 Facebook and Twitter.  And it utilizes them in -- and still
21 does.  It utilized them in different ways.
22        One of them is producing a variety of products, very
23 high-quality media products.  That would be the videos we've
24 seen on T V, sort of documentaries, and a variety of -- a lot
25 of propaganda products.

1         What they would also be very good at would be
2    disseminating that kind of propaganda to a variety of
3    platforms, so creating hundreds, if not thousands of accounts.
4         What also happened, particularly around 2012, 2013,
5    as ISIS became extremely popular, is that thousands of people
6    worldwide who were not directly affiliated to ISIS, so might
7    have never joined the group, nonetheless took it upon
8    themselves to, in many cases, produce and disseminate ISIS
9    propaganda.
10        So anybody who had some computer skills would
11   basically go online, produce videos, or at least create, in
12   some cases, hundreds of profiles on Twitter, on Facebook, on a
13   variety of other platforms, and disseminate that propaganda.
14        That really amplified -- it was sort of an echo
15   chamber that made that propaganda very widely disseminated.
16   Q.   Now, in your experience in the field of terrorism, are you
17   familiar with an individual by the name of Raphael Hostey?
18   A.   Yes, I am.
19   Q.   And could you please explain to the Court who that
20   individual is.
21   A.   Raphael Hostey is a -- or was a British citizen from
22   Manchester, who was one of the first British jihadists to
23   travel to Syria to join ISIS.  He traveled with a small group
24   of individuals from Manchester.
25        And he became extremely prominent in that sort of

1  online milieu, in the online environment, as he had the ability
2  to interact, to create a lot of -- a lot of profiles and
3  interact with a lot of people, mostly English speakers,
4  throughout the world.
5  Q.   Okay.  And as you just touched on that, was one of the
6  values that ISIS found in Raphael Hostey was his ability to
7  speak and write English in an effort to recruit westerners to
8  commit jihad?
9  A.   Correct.  There are different groups of sort of ISIS
10 sympathizers who are active online in different languages.
11          Hostey was one of the main individuals behind a small
12 group that called itself The Legion.  And they were really a
13 small group of individuals -- mostly British but not only, but
14 English speakers -- whose job was basically 24/7 to reach out
15 to individuals in the English-speaking world, talk to them,
16 guide them, interact with them, recruit them, or point them in
17 certain directions.
18 Q.   Okay.  And you just touched on The Legion.
19          These were individuals, in very generic terms, that
20 had that skill set to speak English, to write English, and to
21 facilitate communication on an online platform with westerners.
22 Is that correct?
23 A.   That's correct.
24 Q.   Was one of the stated goals of what The Legion was doing
25 was making an effort to facilitate people to not only maybe

1  travel to the Middle East to commit jihad but also to take acts
2  of violence in their own country where they resided?
3  A.   That is correct.  In the very early stages of the
4  mobilization in Syria it was mostly -- their job was mostly to
5  call people to travel to Syria.
6       But I would say by 2014 that to some degree shifts to
7  actually encouraging people to stay where they are, because of
8  the difficulties ISIS was undergoing in Syria, and incite them
9  to carry out attacks in their home countries.
10 Q.   All right.  And given the way that Raphael Hostey was a
11 part of The Legion, did he leave what sometimes is referred to
12 as a digital footprint online that people could follow his
13 presence regardless of what the platform was?
14 A.   Very much so.  He was one of the most prolific individuals
15 in that -- in that bubble.
16 Q.   And as part of your studies at the George Washington
17 University Program on Extremism, did you study his online
18 presence to include surespot?
19 A.   Yes.
20 Q.   Okay.  I'd next like to turn to a second individual.
21       Are you familiar with an individual by the name of
22 Neil Prakash?
23 A.   Yes, I am.
24 Q.   Please explain to the Court who Neil Prakash is.
25 A.   Neil Prakash was an individual of Cambodian and Fijian

```
 1  background but born and raised in Australia.  Similar to
 2  Hostey, radicalized in Australia, traveled to Syria, joined
 3  ISIS in the very early days of ISIS.
 4          And exactly like Hostey became a very prominent
 5  member of The Legion, with several profiles online and
 6  interacting with a lot of people online.
 7  Q.  Okay.  And we used, to some degree, the past tense with
 8  Raphael Hostey.
 9          Based on your research in this area, what happened to
10  that individual, sir?
11  A.  He's believed to have been killed in 2016 in a drone
12  attack.
13  Q.  Okay.  And Neil Prakash, what is believed to be his
14  current status?
15  A.  He was arrested by Turkish border police and detained in
16  Turkey.  As I understand, the Australian government is trying
17  to get him extradited.
18  Q.  Okay.
19          MR. FREIN:  Ma'am, could we please pull up what's now
20  into evidence as Exhibit No. 8.
21  BY MR. FREIN:
22  Q.  So we're going to just look at the first part of this and
23  look at the "from" to "to."
24          So the "To Butayn," B-u-t-a-y-n, have you encountered
25  that surespot username or moniker in your studies of terrorism,
```

```
 1  sir?
 2  A.    Yes.
 3  Q.    Okay.
 4  A.    He would use that in his Twitter profiles to tell people
 5  to contact him privately in that account.
 6  Q.    Okay.  When you say "he," who are you referring to was
 7  using that name on surespot?
 8  A.    Well, Hostey was using it.
 9          But also in some of the profiles Prakash would say
10  "My coworker," which was, I guess, his way of saying my partner
11  in crime, if you will, "uses that moniker."
12  Q.    Okay.  And going down a little bit further in this
13  communication, we see another surespot moniker, abUqba,
14  A-b-u-q-b-a.
15          Have you seen that online surespot name before in
16  your studies, sir?
17  A.    Yes, I have.
18  Q.    And who have you associated with that online moniker?
19  A.    Neil Prakash.
20          MR. FREIN:  Your Honor, at this time I have no
21  further questions for Dr. Vidino.
22          THE COURT:  Very good.
23          Mr. Shorstein?
24          MR. SHORSTEIN:  No questions, Your Honor.
25          THE COURT:  Dr. Vidino, you mentioned that in 2012
```

```
 1   and '13 there was an increase in the dissemination of
 2   propaganda?
 3              THE WITNESS:  Correct.
 4              THE COURT:  To what was that contributed?
 5              THE WITNESS:  Well, ISIS became really prominent
 6   during that time.
 7              ISIS is an organization that traces its roots to the
 8   anti-American insurgence in Iraq in 2002, 2003, 2004.  But it
 9   really became a global group, very prominent, more even than
10   al-Qaeda, in 2012/2013 when it moved into Syria and really took
11   advantage of the conflict in Syria.
12              That's really when ISIS became the group that
13   everybody followed and aspired to join.
14              THE COURT:  Okay.  Thank you.
15              I don't have any further questions.  Please watch
16   your -- any based on mine?
17              MR. FREIN:  None from the United States, Your Honor.
18              MR. SHORSTEIN:  No, Your Honor.
19              THE COURT:  Very good.  Thank you, Doctor.
20              Watch your step.
21              MR. FREIN:  Your Honor, with the Court's permission,
22   may this witness actually be excused from this proceeding?
23              THE COURT:  Mr. Shorstein?
24              MR. SHORSTEIN:  I have no objection to that.
25              THE COURT:  Very good.
```

1           Thank you, Doctor.  You are excused.  Free to leave
2  if you'd like.
3                        *   *   *   *   *

1        CERTIFICATE OF OFFICIAL COURT REPORTER

2

3

4   UNITED STATES DISTRICT COURT )

5   MIDDLE DISTRICT OF FLORIDA   )

6

7        I hereby certify that the foregoing transcript is a

8   true and correct computer-aided transcription of my stenotype

9   notes taken at the time and place indicated therein.

10

11       DATED this 18th day of April, 2019.

12

13                           s/Shelli Kozachenko_____
                             Shelli Kozachenko, RPR, CRR, CRC
14                           Official Court Reporter